IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:13-CV-00308 |
| GALVESTON, TEXAS et al., | § § § | |
| Defendants. | § | |

DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES

Defendants Galveston, Texas and Honorable Mark Henry (collectively "Defendants"), with the consent of Plaintiffs, move this Court for an order extending the filing deadlines relating to Plaintiffs' Motion for Leave to File First Supplemental Complaint (the "Motion") (ECF No. 54), filed January 18, 2022. Under the Local Civil Rules, a party opposing such a motion must do so within twenty-one (21) days. *See* LR 7.3 & 7.4. As such, the default response deadline for this matter is February 8, 2022. With Plaintiffs' consent, Defendants respectfully request that the response deadline to the Motion be extended to February 23, 2022.

With the exception of an advisory filed in October of 2015, this matter has lied dormant since June of 2014. The majority of Defendants' prior legal team is now employed at the Federal Election Commission, and no longer in the private practice of law. *See* https://www.fec.gov/about/leadership-and-structure/james-e-trainor-iii/ (Biography of Commissioner James E. "Trey" Trainor. Joseph Nixon serves as Commissioner Trainor's Executive Assistant at the FEC). As such, the undersigned counsel was recently retained by Defendants to represent them in the newly awakened matter. Plaintiffs have graciously consented to Defendants' request for extension to allow them to get up to speed on the procedural history of

1

this matter. Defendants thus move to extend the response deadline relating to the Motion to February 23, 2022.

Date: January 28, 2022                     Respectfully submitted,

/s/ *Dallin B. Holt*
Dallin B. Holt
Attorney in Charge
Texas Bar No. 24099466
S.D. of Texas Bar No. 3536519
dholt@holtzmanvogel.com
HOLTZMAN VOGEL
JOSEFIAK TORCHINSKY
15405 John Marshall Hwy
Haymarket, VA 2019
P: (540) 341-8808
F: (540) 341-8809

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, the foregoing document was electronically filled with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: January 28, 2022

/s/ *Dallin B. Holt*
Counsel for Defendants

**CERTIFICATE OF CONFERENCE**

I hereby certify that on January 26, 2022, counsel for Defendants contacted counsel for Plaintiffs and Plaintiffs' consented to the relief sought in the Defendant's Motion.

Dated: January 28, 2022

/s/ *Dallin B. Holt*
Counsel for Defendant

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY et al., | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 3:13-CV-00308 |
| GALVESTON, TEXAS et al., | | |
| Defendants. | | |

**[PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF DEADLINES**

This matter, have come before the Court on the Agreed Motion for Extension of Time to File a Reply to Plaintiffs' Motion for Leave to File First Supplemental Complaint, filed January 18, 2022, and finding that it is just and appropriate to be modified as agreed by the parties, it is:

**ORDERED**, that the Agreed Motion to is **GRANTED**.

**IT IS HEREBY ORDERED THAT** the Reply to Plaintiffs' Motion for Leave to File First Supplemental Complaint in this matter shall be filed on or before February 23, 2022.

Dated: January \_\_\_\_, 2022          _____
                                                                                Judge

1