IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TERRY PETTEWAY, DERRICK ROSE, MICHAEL MONTEZ, SONNY JAMES, and PENNY POPE,<br><br>*Plaintiffs*,<br><br>v.<br><br>GALVESTON, TEXAS, and THE HONORABLE MARK HENRY, in his official capacity as Galveston County Judge,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § Civil Action No. 3:22-CV-00057 |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties (ECF No. 9), Plaintiffs, TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, MICHAEL MONTEZ, SONNY JAMES, AND PENNY POPE (hereinafter referred to as "Plaintiffs"), file this Certificate of Interested Parties as follows:

Plaintiffs are aware of the following person or persons who may be financially interested in the outcome of this litigation:

1. Terry Petteway, Plaintiff

2. Honorable Derreck Rose, Plaintiff

3. Michael Montez, Plaintiff

4. Penny Pope, Plaintiff

5. Sonny James, Plaintiff

6. Chad Dunn, Counsel for Plaintiffs

7. Neil G. Baron, Counsel for Plaintiffs

8. Mark Henry, Defendant and Galveston County Judge

9. Robert B. Boemer, Attorney for Defendants

10. Barry C. Willey, Attorney for Defendants

11. Constable Clint W. Brown, Precinct 1

12. Constable Jimmy Fullen, Precinct 4

13. Constable William D. Comeaux, Precinct 6

14. Constable Rick Sharp, Precinct 7

15. Constable Jerry T. Fisher, Precinct 8

16. Honorable, Jim N. Schweitzer, Justice of the Peace, Precinct 1

17. Honorable Michael W. Nelson, Justice of the Peace, Precinct 4

18. Honorable Darrell Apffel, Justice of the Peace Precinct 5

19. Honorable Sandra O. Vondra, Justice of the Peace Precinct 6

20. Honorable Toni Randall, Justice of the Peace Precinct 7

21. Honorable Kathleen McCumber, Justice of the Peace Precinct 8-1

22. Honorable James W. Woltz, Justice of the Peace Precinct 8-2.

March 8, 2022                                           Respectfully submitted,

                                                        /s/ *Chad W. Dunn*
Mark P. Gaber*                                          Chad W. Dunn (Tex. Bar No. 24036507)

Caleb Jackson*
Simone Leeper*
Valencia Richardson*
Orion de Nevers**
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegal.org
cjackson@campaignlegal.org
vrichardson@campaignlegal.org

Bernadette Reyes*
Sonni Waknin*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
bernadette@uclavrp.org
sonni@uclavrp.org

Brazil & Dunn
4407 Bee Cave Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

Neil G. Baron
Law Office of Neil G. Baron
1010 E Main Street, Ste. A
League City, TX 77573
(281) 534-2748
neil@ngbaronlaw.com


*Admitted pro hac vice
**Admitted pro hac vice; licensed to practice in CA only, supervised by Mark Gaber, a member of the D.C. bar

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that, on March 8, 2022, the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Chad W. Dunn*
Chad W. Dunn

*Counsel for Plaintiffs*