IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-CV-00057 |
| GALVESTON, TEXAS, et al., | § § § | |
| Defendants. | § | |

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Galveston, Texas, and the Honorable Mark Henry, in his official capacity as Galveston County Judge, certifies that each party is a governmental party and that neither party has a parent corporation, nor are there any publicly held corporations that owns 10% or more of the partys' stock.

Date: March 21, 2022

Respectfully submitted,

*/s/ Dallin B. Holt*
Dallin B. Holt
Attorney in Charge
Texas Bar No. 24099466
S.D. of Texas Bar No. 3536519
Jason B. Torchinsky*
Jonathan P. Lienhard*
HOLTZMAN VOGEL
JOSEFIAK TORCHINSKY
15405 John Marshall Hwy
Haymarket, VA 2019
P: (540) 341-8808
F: (540) 341-8809
dholt@holtzmanvogel.com
Jtorchinsky@holtzmanvogel.com
Jlienhard@holtzmanvogel.com

*Counsel for Galveston, Texas, and the Honorable Mark Henry*

## **CERTIFICATE OF SERVICE**

      I filed this document with the Court via ECF, which will electronically notify all counsel of record.

Dated:  March 21, 2022　　　　　　　　　　　　<u>/s/ Dallin B. Holt</u>
　　　　　　　　　　　　　　　　　　　　　　　Counsel for the Defendants