Case 3:22-cv-00057   Document 30   Filed on 04/19/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 19, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, DERRICK ROSE, MICHAEL MONTEZ, and PENNY POPE, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:22-cv-00057 |
| VS. | § § | |
| GALVESTON, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, | § § § § § § | |
| Defendant. | § | |

## ORDER

This matter, having come before the Court on the Unopposed Motion for Leave to File Amended Complaint, and finding it is just and appropriate to be granted, it is:

ORDERED that the Unopposed Motion for Leave to File Amended Complaint is GRANTED.

SIGNED this  19th  day of  April , 20 22 .

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE