United States District Court
Southern District of Texas
**ENTERED**
June 29, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| TERRY PETTEWAY, *et al.*, § § § § § § § § § § | |
| Plaintiffs. | |
| VS. | |
| | CIVIL ACTION NO. 3:22-cv-00057 |
| T & G CORP., *et. al.*, | |
| Defendants. | |

## ORDER

Plaintiffs' Opposed Motion to Request a Scheduling Conference for Consolidated Cases (Dkt. 49) is **GRANTED**. A Rule 16 conference will be held by Zoom at 9:00 a.m. on Wednesday, July 13, 2022. My case manager will provide the parties with a Zoom link as the date approaches. The parties should submit a Joint Discovery/Case Management Plan, in the form found on Judge Brown's homepage, by 5:00 p.m. on Friday, July 8, 2022.

SIGNED this 29th day of June 2022.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE