# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, MICHAEL MONTEZ, SONNY JAMES and PENNY POPE, <br><br> *Plaintiffs*, <br><br> v. <br><br> GALVESTON COUNTY, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br><br> *Defendants*. | Civil Action No. 3:22-cv-57 |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GALVESTON COUNTY, TEXAS, GALVESTON COUNTY COMMISSIONERS COURT, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br><br> *Defendants*. | Civil Action No. 3:22-cv-93 |
| Dickinson Bay Area Branch NAACP, GALVESTON BRANCH NAACP, MAINLAND BRANCH NAACP, GALVESTON LULAC COUNCIL 151, EDNA COURVILLE, JOE A. COMPIAN, and LEON PHILLIPS, | Civil Action No. 3:22-cv-117 |

1

|  |  |
|---|---|
| *Plaintiffs*, | § |
|  | § |
| v. | § |
|  | § |
| GALVESTON COUNTY, TEXAS, | § |
| HONORABLE MARK HENRY, in | § |
| his official capacity as Galveston | § |
| County Judge, and DWIGHT D. | § |
| SULLIVAN, in his official capacity as | § |
| Galveston County Clerk | § |
|  | § |
| *Defendants*. | § |
|  | § |

# DEFENDANTS' NOTICE OF ADDITIONAL AUTHORITY

Defendants, Galveston County, Texas, Honorable Mark Henry, the Galveston County Commissioners Court, and Dwight D. Sullivan (collectively, "Defendants") file this notice of additional authority to alert the Court of the decision in *Petteway et al. v. Galveston County, et al.,* No. 3:13-cv-00308 (S.D. Tex. Aug. 31, 2022) (ECF 78) (attached as Exhibit A).

In support of their claims under Section 2 of the Voting Rights Act, both the NAACP and the United States complaints rely on the 2012 DOJ objection letter regarding Galveston County's then Constable and Justice of the Peace ("JP") precincts as supporting evidence of past discrimination. NAACP First Am. Compl. at page 2 and ¶¶ 36-40, 100-102 (ECF 38); United States First Am. Compl. ¶¶ 8, 26-29, 37, 95, 114 (ECF 30). Similar to the litigation here, the Galveston County Constable and JP precincts were the subject of litigation alleging Voting Rights Act and constitutional violations under both a discriminatory results and intentional vote dilution theories.

2

On August 31, 2022, the U.S. District Court for the Southern District of Texas issued its ruling finding that the 2013 JP and Constable precincts did not violate either the Constitution or Section 2 of the Voting Rights Act under an intentional vote dilution theory. *See* Ex. A. The court had previously dismissed the Plaintiffs claims under a Section 2 Voting Rights Act discriminatory results theory. *See* Ex. A at 1.

In their pending Motions to Dismiss, Defendants contend that this Court should disregard the 2012 Department of Justice letter regarding the Commissioners Court precincts as containing nothing more than non-binding legal conclusions. *See, e.g.,* Defs.' Mot. To Dismiss at 24-26 (ECF 47). This Court should also disregard that 2012 Department of Justice letter because the Court here has determined that the 2012 Department of Justice letter that made substantially similar allegations about the Constable and JP precincts lacks merit.

DATED: September 8, 2022

*Respectfully submitted*,

    */s/ Dallin B. Holt*
    Dallin B. Holt
    Attorney in Charge
    Texas Bar No. 24099466
    S.D. of Texas Bar No. 3536519
    Jason B. Torchinsky*
    Shawn T. Sheehy*
    dholt@holtzmanvogel.com
    jtorchinsky@holtzmanvogel.com
    ssheehy@holtzmanvogel.com
    HOLTZMAN VOGEL BARAN
    TORCHINSKY & JOSEFIAK PLLC
    15405 John Marshall Hwy
    Haymarket, VA 2019
    P: (540) 341-8808

F: (540) 341-8809
*Admitted Pro Hac Vice*

Joseph R. Russo, Jr.
Greer, Herz & Adams, L.L.P.
State Bar No. 24002879
Federal I.D. No. 22559
Jordan S. Raschke
State Bar No 24108764
jrusso@greerherz.com
jraschke@greerherz.com
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 (telephone)
(866) 456-0170 (facsimile)

Angie Olalde
Greer, Herz & Adams, L.L.P.
State Bar No. 24049015
Fed. ID No. 11084
aolalde@greerherz.com
2525 South Shore Blvd., Ste. 203
League City, Texas 77573
(409) 797-3200 (telephone)
(866) 422-4406 (facsimile)

*Counsel for Defendants*

4

5

## CERTIFICATE OF SERVICE

      The foregoing was filed via the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record.

*/s/ Dallin Holt*
Dallin Holt