# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| DICKINSON BAY AREA BRANCH NAACP; GALVESTON BRANCH NAACP; MAINLAND BRANCH NAACP; GALVESTON LULAC COUNCIL 151; EDNA COURVILLE; JOE A. COMPIAN; and LEON PHILLIPS,<br><br>*Plaintiffs*,<br><br>v.<br><br>GALVESTON COUNTY; HONORABLE MARK HENRY, in his official capacity as Galveston County Judge; DWIGHT D. SULLIVAN, in his official capacity as Galveston County Clerk;<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-117- JVB |
| TERRY PETTEWAY, DERRICK ROSE, MICHAEL MONTEZ, SONNY JAMES, and PENNY POPE,<br><br>*Plaintiffs*,<br><br>v.<br><br>GALVESTON COUNTY, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-57-JVB<br>[Lead Consolidated Case] |

| | | |
|---|---|---|
| United States of America, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § § | Civil Action No. 3:22-cv-93-JVB |
| GALVESTON COUNTY, TEXAS; GALVESTON COUNTY COMMISSIONERS COURT; and MARK HENRY, in his capacity as Galveston County Judge, | § § § § § § § § | |
| *Defendants*. | § § | |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.2, Plaintiffs respectfully request that the Court grant leave for Mimi Marziani to withdraw her appearance as counsel for Plaintiffs in the above-styled civil action. Mrs. Marziani's employment with Texas Civil Rights Project will end December 16, 2022. All other undersigned counsel of record will remain. Counsels of record for all other parties do not oppose this motion for withdrawal.

Dated: November 2, 2022

Respectfully submitted,

/s/ *Sarah Xiyi Chen*
**TEXAS CIVIL RIGHTS PROJECT**
Attorney-in-Charge
Hani Mirza
Texas Bar No. 24083512
Joaquin Gonzalez*

2

Texas Bar No. 24109935
Sarah Xiyi Chen*
California Bar No. 325327
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
mimi@texascivilrightsproject.org
hani@texascivilrightsproject.org
joaquin@texascivilrightsproject.org
schen@texascivilrightsproject.org

**SOUTHERN COALITION FOR SOCIAL JUSTICE**
Hilary Harris Klein*
North Carolina Bar No. 53711
1415 W. Hwy 54, Suite 101
Durham, NC 27707
919-323-3380 (Telephone)
919-323-3942 (Facsimile)
hilaryhklein@scsj.org

**WILLKIE FARR & GALLAGHER LLP**
Richard Mancino*
New York Bar No. 1852797
Michelle Anne Polizzano*
New York Bar No. 5650668
Andrew J. Silberstein*
New York Bar No. 5877998
Molly Linda Zhu*
New York Bar No. 5909353
Kathryn Carr Garrett*
New York Bar No. 5923909
787 Seventh Avenue
New York, New York 10019
212-728-8000 (Telephone)
212-728-8111 (Facsimile)
rmancino@willkie.com
mpolizzano@willkie.com

3

asilberstein@willkie.com
mzhu@willkie.com
kgarrett@willkie.com

JoAnna Suriani*
DC Bar No. 1645212
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000 (Telephone)
(202) 303-2000 (Facsimile)
jsuriani@willkie.com


**SPENCER & ASSOCIATES, PLLC**
Nickolas Spencer
Texas Bar No. 24102529
9100 Southwest Freeway, Suite 122
Houston, TX 77074
713-863-1409 (Telephone)
nas@naslegal.com


*COUNSEL FOR PLAINTIFFS*
*admitted *pro hac vice*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for all parties regarding the contents of this motion, and counsel indicated that they do not oppose the relief sought herein.

/s  *Sarah Xiyi Chen*

## CERTICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2022, the foregoing document was filed electronically (via CM/ECF), and that all counsel of record were served by CM/ECF.

/s   *Sarah Xiyi Chen*