United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, MICHAEL MONTEZ, SONNY JAMES and PENNY POPE, <br><br> *Plaintiffs*, <br><br> v. <br><br> GALVESTON COUNTY, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br><br> *Defendants*. | Civil Action No. 3:22-cv-57 |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GALVESTON COUNTY, TEXAS, GALVESTON COUNTY COMMISSIONERS COURT, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br><br> *Defendants*. | Civil Action No. 3:22-cv-93 |
| DICKINSON BAY AREA BRANCH NAACP, GALVESTON BRANCH NAACP, MAINLAND BRANCH NAACP, GALVESTON LULAC COUNCIL 151, EDNA COURVILLE, JOE A. COMPIAN, and LEON PHILLIPS, | Civil Action No. 3:22-cv-117 |

|  | § |
| --- | --- |
| *Plaintiffs*, | § |
| | § |
| | § |
| v. | § |
| | § |
| GALVESTON COUNTY, TEXAS, | § |
| HONORABLE MARK HENRY, in | § |
| his official capacity as Galveston | § |
| County Judge, and DWIGHT D. | § |
| SULLIVAN, in his official capacity as | § |
| Galveston County Clerk | § |
| | § |
| *Defendants*. | § |

# ORDER DENYING DEFENDANTS' RENEWED MOTION TO STAY

This Court has considered Defendants' Renewed Motion to Stay pending the Supreme Court's resolution of *Merrill v. Milligan*, No. 21-1086, 142 S. Ct. 1358 (Mar. 21, 2022). ECF No. 77. For the reasons stated in the United States' Opposition to Defendants' Renewed Motion to Stay and for the reasons this Court detailed in its first order denying Defendants' first motion to stay, ECF No. 28, the motion is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this the 17th day of November, 2022.

JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE