**EXHIBIT 1**

5      Q.   So what did you mean by anybody that

6   discovered it?

7      A.   Commissioner Clark could have discovered

8   some, Dale could have discovered some.  Beyond that,

9   I don't know.

10     Q.   Why were you meeting with Mr. Oldham to

11  discuss these splits?

12          MR. RUSSO:  Counsel, let me interpose an

13  objection just to remind the witness not the

14  disclose privileged communications between

17  answer without disclosing those communications, you

18  can answer.

19     A.   Could you repeat the question?

20     Q.   Sure.  Why were you meeting withhim and

15  Mr. Oldham to the extent there were attorney-client

16  privileged discussions.  But to the extent you can

21  Mr. Oldham to discuss these conflicts?

22          MR. RUSSO:  Same objection.

23     A.   I'm going to take the advice of my

24  counsel.

25          MS. JAYARAMAN:  Sure.  Cathy, can you pull

    UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED
                   ROUGH DRAFT                          65

1   up Tab 6, please.

2              (Exhibit no.    marked)