## RE: Sigler Deposition Privilege Assertion- Oldham

**From:** Bernadette Reyes bernadette@uclavrp.org
**To:** Meza, Catherine (CRT) Catherine.Meza@usdoj.gov, Shawn Sheehy ssheehy@HoltzmanVogel.com, Valencia Richardson VRichardson@campaignlegalcenter.org, Jason Torchinsky jtorchinsky@HoltzmanVogel.com, bob.boemer@co.galveston.tx.us , Angela Olalde aolalde@greerherz.com, Dallin Holt dholt@HoltzmanVogel.com, dloesq@aol.com , trey.trainor@akerman.com , jraschke@greerherz.com , joe@nixonlawtx.com , Joseph Russo jrusso@greerherz.com, Mark Gaber MGaber@campaignlegalcenter.org, neil@ngbaronlaw.com , Simone Leeper SLeeper@campaignlegalcenter.org, sonni@uclavrp.org , Chad Dunn chad@brazilanddunn.com, Silberstein, Andrew ASilberstein@willkie.com, Vall-llobera, Diana DVall-llobera@willkie.com, Hani Mirza hani@texascivilrightsproject.org, Joaquin Gonzalez joaquin@texascivilrightsproject.org, Polizzano, Michelle MPolizzano@willkie.com, Zhu, Molly MZhu@willkie.com, nas@naslegal.com , Mancino, Richard RMancino@willkie.com, schen@texascivilrightsproject.org , Gear, Bruce (CRT) Bruce.Gear@usdoj.gov, Jayaraman, Tharuni (CRT) Tharuni.Jayaraman@usdoj.gov, Newkirk, Zachary (CRT) Zachary.Newkirk@usdoj.gov, Hilary Harris Klein hilaryhklein@scsj.org, Smith, K'Shaani (CRT) K'Shaani.Smith@usdoj.gov, Wake, Brittany (CRT) Brittany.Wake@usdoj.gov, Alexandra Copper ACopper@campaignlegalcenter.org
**Date:** Mon, Dec 19, 2022, 1:08 PM

☐ 2022-08-12 Doc 530 Order Granting in Part and Denying in Part [387] [496] Motions to Compel.pdf 347 KB

Mr. Russo:

The private plaintiffs bring your attention to the attach prior order in the LULAC v. Abbott case (Case 3:21-cv-00259-DCG-JES-JVB) specifically to address your claim of privilege regarding Dale Oldham map drawing work. As you can see from this Order, which Judge Brown joined, a blanket invocation of privilege is unsupported.  For example, the order holds: "So documents that are instead "concerning 'advice on political, strategic or policy issues . . . [are] not [] shielded from disclosure by the attorney-client privilege.'"  The order also holds that Mr. Bryan's map mapping work are not work product because it pertains to government adoption of policy for which their is an exception in the work product doctrine.

We would like to avoid the time and expense of reconvening this deposition.  Please consider this on-point authority and reconsider barring this witness from testifying about his mapmaking work and communications.

Best,
Bernadete
--
**Bernadette Reyes**
(she/her/hers)
Voting Rights Counsel
UCLA Voting Rights Project

---

**From:** Shawn Sheehy ssheehy@HoltzmanVogel.com
**To:** Bernadette Reyes bernadette@uclavrp.org, Meza, Catherine (CRT) Catherine.Meza@usdoj.gov, Valencia Richardson VRichardson@campaignlegalcenter.org, Jason Torchinsky jtorchinsky@HoltzmanVogel.com, bob.boemer@co.galveston.tx.us , Angela Olalde aolalde@greerherz.com, Dallin Holt dholt@HoltzmanVogel.com, dloesq@aol.com , trey.trainor@akerman.com , jraschke@greerherz.com , joe@nixonlawtx.com , Joseph Russo jrusso@greerherz.com, Mark Gaber MGaber@campaignlegalcenter.org, neil@ngbaronlaw.com , Simone Leeper SLeeper@campaignlegalcenter.org, sonni@uclavrp.org , Chad Dunn chad@brazilanddunn.com, Silberstein, Andrew ASilberstein@willkie.com, Vall-llobera, Diana DVall-llobera@willkie.com, Hani Mirza hani@texascivilrightsproject.org, Joaquin Gonzalez joaquin@texascivilrightsproject.org, Polizzano, Michelle MPolizzano@willkie.com, Zhu, Molly MZhu@willkie.com, nas@naslegal.com , Mancino, Richard RMancino@willkie.com, schen@texascivilrightsproject.org , Gear, Bruce (CRT) Bruce.Gear@usdoj.gov, Jayaraman, Tharuni (CRT) Tharuni.Jayaraman@usdoj.gov, Newkirk, Zachary (CRT) Zachary.Newkirk@usdoj.gov, Hilary Harris Klein hilaryhklein@scsj.org, Smith, K'Shaani (CRT) K'Shaani.Smith@usdoj.gov, Wake, Brittany (CRT) Brittany.Wake@usdoj.gov, Alexandra Copper ACopper@campaignlegalcenter.org
**Date:** Mon, Dec 19, 2022, 2:09 PM

Bernadette,

Thank you. First, the opinion you cite is distinguishable as the opinion involved document discovery and

what documents were and were not protected under the attorney-client and attorney work-product privilege. Additionally, the opinion faults the state for not producing a compliant privilege log. By contrast, we intend to produce a compliant privilege log and we are not asserting the same broad objections or similar documents, such as shapefiles of maps and the scheduling of conference calls about redistricting.

Second, this is why Defendants wanted to wait for depositions until after the privilege log was produced so that we could have discussions over what constituted attorney-client privilege and attorney work-product. It was at Plaintiffs' insistence that depositions begin before the privilege log was due.

Even still, Plaintiffs should be able to obtain the information they seek by asking non-objectionable questions.

Thank you,

**Shawn Sheehy**
**Holtzman Vogel Baran Torchinsky & Josefiak PLLC**
**Mobile:**
202-941-6421


**Washington DC Office**
2300 N Street, NW, Ste 643-A
Washington, DC  20037
**(202) 737-8808**

**Virginia Office**
15405 John Marshall Highway
Haymarket, VA  20169
**(540) 341-8808**



PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.  Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  If desired, Holtzman Vogel, PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis.  Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

2 Emails