# EXHIBIT 6

```
 7   election.  I don't know.
 8      Q.   But if there were elections for JP and
 9   constable, they would have used the historic VTDs?
10      A.   Correct.
11      Q.   Is that what that's trying to say.  I
12   think that's it.  Just one more thing.  Did you
13   confer with your attorney on the breaks during this
14   deposition?
15      A.   I'm sorry.  Can you repeat that?
16      Q.   Did you confer with your attorney during
17   the breaks on this deposition?
18      A.   I don't know what that means.
19      Q.   Did you discuss the deposition with your
20   attorney at all during the breaks?
21      A.   No.
22      Q.   Okay.  And I will, I guess, pass to
23   Ms. Reyes.
24           MS. REYES:  Thank you, Mr. Gonzalez.
25   Bernadette Reyes on behalf of the Petteway
```

         UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED
                         ROUGH DRAFT                    230

```
 1   plaintiffs.  We don't have any further questions for
 2   Mr. Sigler at this time, but I do want to clarify
 3   that we are not agreeing that the deposition is
 4   concluded, specifically we are reserving the right
 5   to reconvene the deposition of Mr. Sigler once the
```

6   court has ruled on the issue of the attorney-client

7   privilege raised at this deposition, specifically

8   regarding Dale Oldham.

9           MR. GONZALEZ:  And the NAACP plaintiffs

10  will make the same reserves.

11          MS. JAYARAMAN:  And the United States

12  makes the same reservation.

13          MR. RUSSO:  I think most of your arguments

14  are captured so we'll take it up with the court when

15  necessary.

16          THE REPORTER:  Is there anything else for

17  the record?

18          MR. RUSSO:  Yeah, let's go off the record

19  for two minutes.

20              (Off record from 6:27 to 6:30)

21  BY MR. RUSSO:

22      Q.  So defense are going to reserve questions

23  for trial.  I think that ends the deposition.

24

25