# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, MICHAEL MONTEZ, SONNY JAMES and PENNY POPE, §§§§§§ *Plaintiffs*, §§ v. §§ GALVESTON COUNTY, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, §§§§§§§ *Defendants*. §§ | Civil Action No. 3:22-cv-57 |
| UNITED STATES OF AMERICA, §§ *Plaintiff*, §§ v. §§ GALVESTON COUNTY, TEXAS, GALVESTON COUNTY COMMISSIONERS COURT, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, §§§§§§§§§ *Defendants*. §§ | Civil Action No. 3:22-cv-93 |
| DICKINSON BAY AREA BRANCH NAACP, GALVESTON BRANCH NAACP, MAINLAND BRANCH NAACP, GALVESTON LULAC COUNCIL 151, EDNA COURVILLE, JOE A. COMPIAN, and LEON PHILLIPS, §§§§§§§ | Civil Action No. 3:22-cv-117 |

|   |   |
|---|---|
| *Plaintiffs,* | § § § |
| v. | § § |
| GALVESTON COUNTY, TEXAS, HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, and DWIGHT D. SULLIVAN, in his official capacity as Galveston County Clerk | § § § § § § § |
| *Defendants.* | § § |

# UNITED STATES' DESIGNATION OF EXPERT WITNESSES

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and to the Court's July 15, 2022, Amended Docket-Control Order (ECF No. 66), the United States designates the following individuals as expert witnesses:

1. **Anthony E. Fairfax**. Mr. Fairfax, the CEO and Principal Consultant of CensusChannel LLC, is a demographic and mapping consultant. He is expected to provide testimony regarding the first *Gingles* precondition and the preparation of an illustrative plan for the Galveston County Commissioners Court.

2. **Dr. Max Krochmal**. Dr. Krochmal is a Professor of U.S. History, the Czech Republic Endowed Professor, and Director of Justice Studies at the University of New Orleans. He is expected to provide testimony regarding the history of discrimination and political coalitions in Galveston County and discriminatory intent in the adoption of the 2021 Galveston County Commissioners Court plan.

3. **Dr. Rene R. Rocha**. Dr. Rocha is an Associate Professor of Political Science, the Director of Latina/o/x Studies, and the Herman J. and Eileen S. Schmidt Chair at the University of Iowa. He is expected to provide testimony regarding the Senate Factors.

4. **Dr. Jessica Trounstine**. Dr. Trounstine is a Professor and the Chair of the Political Science Department at the University of California, Merced. She is also the UC Merced Foundation Board of Trustees Presidential Chair. Dr. Trounstine is

1

expected to provide testimony regarding the second and third *Gingles* preconditions and racially polarized voting in Galveston County.

The United States will serve copies of reports and related curriculum vitae for Mr. Anthony E. Fairfax and Dr. Rene R. Rocha on all parties on January 13, 2023. The parties have agreed to the United States' request to serve copies of reports and related curriculum vitae for Drs. Max Krochmal and Jessica Trounstine on all parties on January 27, 2023.

Date:  January 13, 2023

| | |
|---|---|
| JENNIFER B. LOWERY<br>United States Attorney<br>Southern District of Texas | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| DANIEL D. HU<br>Civil Chief<br>United States Attorney's Office<br>Southern District of Texas<br>Texas Bar No. 10131415<br>SDTX ID: 7959<br>1000 Louisiana Ste. 2300<br>Houston, TX 77002<br>713-567-9000 (telephone)<br>713-718-3303 (fax)<br>daniel.hu@usdoj.gov | /s/ *Catherine Meza*<br>T. CHRISTIAN HERREN, JR.<br>ROBERT S. BERMAN*<br>CATHERINE MEZA*<br>Attorney-In-Charge<br>BRUCE I. GEAR*<br>THARUNI A. JAYARAMAN*<br>ZACHARY J. NEWKIRK*<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>202-307-2767 (telephone)<br>202-307-3961 (fax)<br>catherine.meza@usdoj.gov<br><br>* *Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of this filing to all counsel of record in this case.

/s/ *Catherine Meza*
CATHERINE MEZA