# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, MICHAEL MONTEZ, SONNY JAMES and PENNY POPE, <br><br> *Plaintiffs*, <br><br> v. <br><br> GALVESTON, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br><br> *Defendants*. | Civil Action No. 3:22-cv-57 |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GALVESTON, TEXAS, GALVESTON COUNTY COMMISSIONERS COURT, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br><br> *Defendants*. | Civil Action No. 3:22-cv-93 |
| Dickinson Bay Area Branch NAACP, GALVESTON BRANCH NAACP, MAINLAND BRANCH NAACP, GALVESTON LULAC COUNCIL 151, EDNA COURVILLE, JOE A. COMPIAN, and LEON PHILLIPS, | Civil Action No. 3:22-cv-117 |

|  |  |
|---|---|
| *Plaintiffs*, | § |
| | § |
| v. | § |
| | § |
| GALVESTON, TEXAS, | § |
| HONORABLE MARK HENRY, in | § |
| his official capacity as Galveston | § |
| County Judge, and DWIGHT D. | § |
| SULLIVAN, in his official capacity as | § |
| Galveston County Clerk | § |
| | § |
| *Defendants.* | § |
| | § |

# PETTEWAY PLAINTIFFS' DESIGNATION OF EXPERTS

Plaintiffs Terry Petteway, Derreck Rose, Michael Montez, Sonny James, and Penny Pope ("Petteway Plaintiffs") file this Designation of Expert Witnesses, and would show this Honorable Court as follows:

### I.   Plaintiffs' Designation of Retained Expert Witnesses

1. Matt A. Barreto, PhD.
   University of California Los Angeles
   3345 Bunche Hall,
   Los Angeles CA 90095
   barretom@ucla.edu
   A summary of Dr. Barreto's qualifications has been provided in the report served to the parties on January 13, 2023. Dr. Barreto is expected to provide testimony regarding the *Gingles* preconditions and racially polarized voting in Galveston County.

1

2. Michael Rios, MPP
   University of California, Los Angeles
   3250 Public Affairs Building
   Los Angeles, CA 90065
   rios.brandon.michael@gmail.com
   A summary of Mr. Rios' qualifications has been provided in the report served to the parties on January 13, 2023. Mr. Rios is expected to provide testimony regarding the *Gingles* preconditions and racially polarized voting in Galveston County.

3. Tye Rush
   University of California, Los Angeles
   4289 Bunche Hall
   Los Angeles, CA 90095
   Trush001@ucla.edu
   A summary of Mr. Rush's qualifications has been provided in the report served to the parties on January 13, 2023. Mr. Rush is expected to provide testimony regarding the first *Gingles* precondition.

4. Traci Burch, Ph.D
   Northwestern University
   Scott Hall 210
   601 University Place
   Evanston, IL 60208
   Traci.burch@gmail.com
   A summary of Dr. Burch's qualifications will be provided to the parties with her report to be served on January 27, 2023 per the agreement of the parties. Dr. Burch is expected to provide testimony regarding the Senate Factors and any discriminatory intent in the adoption of the Galveston County Commissioners Court plan in 2021.

II.    **Additional Designation**

Petteway Plaintiffs hereby reserve their right to designate any rebuttal expert witnesses.

### III. Supplementation and Cross Designation

Petteway Plaintiffs hereby cross designate and state that they may call any expert witness identified or designated by any of the other consolidated Plaintiff groups or any adverse party or any employee or representative of any adverse party, subject to any objections that Plaintiffs may make concerning the designation or qualifications of those witnesses.

Petteway Plaintiffs reserve the right to elicit, by way of direct or cross examination, opinion testimony from experts designated and/or called by other parties to the suit. Plaintiffs reserve the right to call any expert witness of any party who may be added to this lawsuit.

Petteway Plaintiffs reserve the right to elicit, by way of cross examination, opinion testimony from corporate representatives or other witnesses designated and/or called by other parties to the suit who may be qualified to render expert testimony.

Petteway Plaintiffs reserve the right to elicit, by way of direct or cross examination, opinion testimony from fact witnesses who may be qualified to render testimony, but are not retained or designated experts at this time and who have expertise in certain areas regarding the facts of this case.

Respectfully submitted this 13th day of January 2023.

*/s/ Valencia Richardson*
Mark P. Gaber*
Simone Leeper*
Valencia Richardson*
Alexandra Copper*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegal.org
sleeper@campaignlegal.org
vrichardson@campaignlegal.org
acopper@campaignlegal.org

Sonni Waknin*
Bernadette Reyes*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
sonni@uclavrp.org

*admitted pro hac vice

*Counsel for Petteway Plaintiffs*

Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Cave Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

Neil G. Baron
Law Office of Neil G. Baron
1010 E Main Street, Ste. A
League City, TX 77573
(281) 534-2748
neil@ngbaronlaw.com

4

## CERTICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2023, the foregoing document was filed electronically (via CM/ECF), and that all counsel of record were served by CM/ECF.

*/s/ Valencia Richardson*
*Counsel for Petteway Plaintiffs*
