# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| DICKINSON BAY AREA BRANCH NAACP, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:22-cv-117- JVB |
| GALVESTON COUNTY, TEXAS, et al., | § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| TERRY PETTEWAY, et al., | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Civil Action No. 3:22-cv-57-JVB [Lead Consolidated Case] |
| GALVESTON COUNTY, TEXAS, et al. | § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Civil Action No. 3:22-cv-93-JVB |
| GALVESTON COUNTY, TEXAS, et al. | § § | |
| *Defendants*. | § | |

**_NAACP_ PLAINTIFFS' NOTICE OF DESIGNATION OF TESTIFYING EXPERTS**

Pursuant to Federal Rule of Civil Procedure 26, the Amended Scheduling Order dated July 15, 2022, ECF No. 66, and by agreement of the Parties on December 12, 2022, Plaintiffs Dickinson Bay Area Branch NAACP, Galveston Branch NAACP, Mainland Branch NAACP, Galveston LULAC Council 151, Edna Courville, Joe A. Compian, and Leon Phillips ("NAACP Plaintiffs"), through their undersigned counsel, hereby designate the following testifying experts in this case:

**I. Retained Expert Witnesses**

1. William S. Cooper
   P.O. Box 16066
   Bristol, VA 24209
   Email: bcooper@msn.com
   Mr. Cooper will testify regarding his report and file materials served under separate cover on January 13, 2023.

2. Kassra AR Oskooii, Ph.D.
   Associate Professor
   Department of Political Science & International Relations
   Director of POSCIR Internships
   Affiliated Faculty at the Center for Political Communication (CPC)
   Affiliated Faculty at the Center for the Study of Diversity (CSD)
   University of Delaware
   Email: kassrao@gmail.com
   Dr. Oskooii will testify regarding his report and file materials served under separate cover on January 13, 2023.

3. LaFleur Stephens-Dougan, Ph.D.
   Associate Professor
   Department of Politics
   Associate Director of Graduate Studies
   214 Fisher Hall
   Princeton, NJ 08544
   Princeton University
   Email: lafleur.stephens@gmail.com
   Dr. Stephens-Dougan will testify regarding her report and file materials served under separate cover on January 13, 2023.

4. Traci Burch, Ph.D.
   Associate Professor

>Department of Political Science
>210 Scott Hall
>601 University Pl.
>Evanston, IL 60208
>Weinberg College of Arts & Sciences
>Northwestern University
>Email: traci.burch@gmail.com
>Dr. Burch will testify regarding her report and file materials that will be served under separate cover on January 27, 2023, by agreement of the parties.

## II. Non Retained Expert Witnesses

NAACP Plaintiffs hereby designate and state that they intend to call for the purpose of fact and/or opinion testimony those persons listed in the witness disclosures of each party, as appropriate. NAACP Plaintiffs specifically give notice that they intend to rely on the expert testimony of other Plaintiffs groups, to streamline trial presentation and not present overly duplicative testimony. The designation of experts, reports, and expert disclosures served by other Plaintiffs are incorporated herein for all purposes. NAACP Plaintiffs make this designation without conceding the qualifications, reliability, relevancy, or admissibility of such witnesses' opinions.

## III. Supplementation and Amendment Disclaimer

NAACP Plaintiffs specifically reserve the right to supplement and/or amend these designations, including the expert reports provided with these designations, to review, assess, and incorporate as necessary any discovery that becomes available after this designation.

Pursuant to the Amended Scheduling Order dated July 15, 2022, ECF No. 66, and by agreement of the Parties on December 12, 2022, NAACP Plaintiffs shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on the dates specified above in Section I.

Dated: January 13, 2023.                                   Respectfully Submitted,

/s/    *Sarah Xiyi Chen*
**TEXAS CIVIL RIGHTS PROJECT**
Attorney-in-Charge
Hani Mirza
Texas Bar No. 24083512
Joaquin Gonzalez*
Texas Bar No. 24109935
Sarah Xiyi Chen
California Bar No. 325327
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
hani@texascivilrightsproject.org
joaquin@texascivilrightsproject.org
schen@texascivilrightsproject.org

**SOUTHERN COALITION FOR SOCIAL JUSTICE**
Hilary Harris Klein*
North Carolina Bar No. 53711
Adrianne M. Spoto*
D.C. Bar No. 1736462
1415 W. Hwy 54, Suite 101
Durham, NC 27707
919-323-3380 (Telephone)
919-323-3942 (Facsimile)
hilaryhklein@scsj.org
adrianne@scsj.org

**WILLKIE FARR & GALLAGHER LLP**

Richard Mancino*
New York Bar No. 1852797
Michelle Anne Polizzano*
New York Bar No. 5650668
Andrew J. Silberstein*
New York Bar No. 5877998
Molly Linda Zhu*
New York Bar No. 5909353
Kathryn Carr Garrett*

4

New York Bar No. 5923909
787 Seventh Avenue
New York, New York 10019
212-728-8000 (Telephone)
212-728-8111 (Facsimile)
rmancino@willkie.com
mpolizzano@willkie.com
asilberstein@willkie.com
mzhu@willkie.com
kgarrett@willkie.com

JoAnna Suriani*
DC Bar No. 1645212
Diana C. Vall-llobera*
DC Bar No. 1672102
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000 (Telephone)
(202) 303-2000 (Facsimile)
jsuriani@willkie.com
dvall-llobera@willkie.com

**SPENCER & ASSOCIATES, PLLC**
Nickolas Spencer
Texas Bar No. 24102529
9100 Southwest Freeway, Suite 122
Houston, TX 77074
713-863-1409 (Telephone)
nas@naslegal.com


*COUNSEL FOR PLAINTIFFS*
*admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 13, 2023, a true and correct copy of this *Notice of Designation of Testifying Experts* was filed with the Clerk of the Court using the CM/ECF system, which will send a notification of this filing to all counsel of record in this case.

*/s/ Sarah Xiyi Chen*