# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20221214-34

T. Christian Herren
Attorneys, Voting Secion Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, December 14, 2022
Case Number: 3:22-cv-00057
Document Number: 90 (1 page)
Notice Number: 20221214-34
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
JAN 18 2023
Nathan Ochsner, Clerk of Court

RECEIVED DEC 22 2022

Wrong
Address

NIXIE      207   DE 1        0001/13/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD


