United States District Court
Southern District of Texas
Galveston Division

| Honorable Terry Petteway, et al. | § | |
| --- | --- | --- |
| | § | |
| v. | § | Civil Action 3:22–cv–00057 |
| | § | |
| Galveston County, Texas, et al. | § | |

Notice of Referral

The following motion is referred to Magistrate Judge Andrew Edison:

Document – #91
Notice (Other) – #97

Date: January 26, 2023.

Nathan Ochsner, Clerk

By: G. Cardenas, Deputy Clerk