# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, MICHAEL MONTEZ, SONNY JAMES and PENNY POPE, | § § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:22-cv-57 |
| v. | § § | |
| GALVESTON COUNTY, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, | § § § § § | |
| *Defendants.* | § § | |
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 3:22-cv-93 |
| GALVESTON COUNTY, TEXAS, GALVESTON COUNTY COMMISSIONERS COURT, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, | § § § § § § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| Dickinson Bay Area Branch NAACP, GALVESTON BRANCH NAACP, MAINLAND BRANCH NAACP, GALVESTON LULAC COUNCIL 151, EDNA COURVILLE, JOE A. COMPIAN, and LEON PHILLIPS, <br><br> *Plaintiffs*, <br><br> v. <br><br> GALVESTON COUNTY, TEXAS, HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, and DWIGHT D. SULLIVAN, in his official capacity as Galveston County Clerk <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-117 |

# NOTICE OF DISMISSAL OF PLAINTIFF SONNY JAMES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sonny James notifies the Court of his dismissal as a party to this action.

Respectfully submitted this 27th day of January, 2023.

*/s/ Valencia Richardson*

| | |
|---|---|
| Mark P. Gaber* <br> Simone Leeper* <br> Valencia Richardson* <br> Alexandra Copper* <br> Campaign Legal Center <br> 1101 14th St. NW, Ste. 400 <br> Washington, DC 20005 <br> (202) 736-2200 <br> mgaber@campaignlegal.org <br> sleeper@campaignlegal.org <br> vrichardson@campaignlegal.org | Chad W. Dunn (Tex. Bar No. 24036507) <br> Brazil & Dunn <br> 4407 Bee Cave Road <br> Building 1, Ste. 111 <br> Austin, TX 78746 <br> (512) 717-9822 <br> chad@brazilanddunn.com <br><br> Neil G. Baron <br> Law Office of Neil G. Baron <br> 1010 E Main Street, Ste. A |

1

acopper@campaignlegal.org

Sonni Waknin\*
Bernadette Reyes\*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
sonni@uclavrp.org

\*admitted pro hac vice

*Counsel for Petteway Plaintiffs*

League City, TX 77573
(281) 534-2748
neil@ngbaronlaw.com