**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| DICKINSON  BAY  AREA  BRANCH NAACP, et al., | § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:22-cv-117- JVB |
| GALVESTON COUNTY, TEXAS, et al., | § § § | |
| *Defendants*. | § | |
| | § | |
| TERRY PETTEWAY, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:22-cv-57-JVB [Lead Consolidated Case] |
| GALVESTON COUNTY, TEXAS, et al. | § § | |
| *Defendants*. | § § | |
| | § | |
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:22-cv-93-JVB |
| GALVESTON COUNTY, TEXAS, et al. | § § | |
| *Defendants*. | § § | |

**INDEX OF EXHIBITS**

**TO NAACP AND PETTEWAY PLAINTIFFS' JOINT MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS**

Exhibit 1    Excerpts of January 17, 2023, Deposition of County Judge Mark Henry

Exhibit 2    Excerpts of January 13, 2023, Expert Report of William S. Cooper

Exhibit 3    Excerpts of November 12, 2021, Commissioners Court Special Session Transcript

Exhibit 4    PDF of Plaintiffs' Excel Annotation of Defendants' Privilege Log

Exhibit 5    January 20, 2021, Engagement Letter

Exhibit 6    Tables of Select Privilege Assertions by Category

Exhibit 7    Excerpts of January 5, 2023, Deposition of Commissioner Darrell Apffel

Exhibit 8    December 17, 2021, Invoice of Thomas Bryan

Exhibit 9    Excerpts of January 6, 2023, Deposition of Commissioner Joseph Giusti

Exhibit 10   Excerpts of Defendants' First Supplemental and Amended Response to the United States' First Set of Interrogatories

Exhibit 11   List of Documents identified by "Doc ID" in Defendants' privilege log that Plaintiffs contend are not protected Work Product

Exhibit 12   List of Documents identified by "Doc ID" in Defendants' privilege log that Plaintiffs contend contain Boilerplate/Conclusory Assertions of Privilege

Exhibit 13   List of Documents identified by "Doc ID" in Defendants' privilege log that Plaintiffs contend reflect legal advice was not the primary purpose of the communication

Exhibit 14   List of Documents identified by "Doc ID" in Defendants' privilege log that Plaintiffs contend constitute underlying facts

Exhibit 15   NAACP Plaintiffs' and Petteway Plaintiffs' Requests for Production of Documents

Exhibit 16   List of Documents identified by "Doc ID" in Defendants' privilege log for which Plaintiffs have moved to Compel Production