# EXHIBIT 4

*PDF of Plaintiffs' Excel Annotation of*

*Defendants' Privilege Log*

*Note: Plaintiffs will provide a native Excel version to the parties
and the Court via email concomitantly with the Motion filing*

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Email | 6/2/2011 9:58 AM | 6/2/2011 9:58 AM | Galveston County Resolution | GCResolutionAdopCriteriaRedistricting..doc | jnixon@bmpllp.com | Henry, Mark <Mark.Henry@co.galveston.tx.us> | | | Galveston County Resolution.msg | | Attorney-Client | Communica ion from Judge Henry to redistricting counsel requesting legal review of draft redistricting criteria. | | |
| 2 | Word | 6/2/2011 9:58 AM | 6/2/2011 8:51 AM | | | | | | | GCResolutionAdopCriteriaRedistricting.doc | Information Technology | Attorney-Client | Draft redistric ing criteria sent from Judge Henry to redistricting counsel for legal review. | A/C - Underlying Facts | Document is draft redistricting criteria, a matter of policy, and created during the normal course of legislation. |
| 3 | Email | 10/3/2011 11:58 AM | 10/3/2011 11:58 AM | Information for Preclearance in Voting Procedures | Redistricting Notice- Judge's Office.pdf;REDISTRICTING GUIDELINES.pdf;Redistricting Public Notices.pdf | Nixon, Joe <jnixon@bmpllp.com> | Grady, Patricia <Patricia.Grady@co.galveston.tx.us> | Henry, Mark <Mark.Henry@co.galveston.tx.us>;Grady, Patricia <Patricia.Grady@co.galveston.tx.us> | | Information for Preclearnce in Voting Procedures.msg | | Attorney-Client | Communica ion from Galveston County Legal Liaison to redistricting counsel responding to redistricting counsel's questions and advice re: DOJ preclearance. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; A/C - Legal Advice Not Primary Purpose | Documents prepared in contemplation of preclearance submission are not privileged. |
| 4 | Pdf | 10/3/2011 11:58 AM | 8/10/2011 2:30 PM | | | | | | | REDISTRICTING GUIDELINES.pdf | Information Technology | Attorney-Client | Attachment from Galveston County Legal Liaison to redistricting counsel sent in response to redistricting counsel's questions re: preclearance issues. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory | Redistricting procedures are underlying facts not covered by attorney-client privilege. |
| 5 | Pdf | 10/3/2011 11:58 AM | 10/3/2011 11:08 AM | | | | | | | Redistricting Notice- Judge's Office.pdf | | Attorney-Client | Attachment from Galveston County Legal Liaison to redistricting counsel sent in response to redistricting counsel's questions and advice re: DOJ preclearance. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory | Redistricting procedures are underlying facts not covered by attorney-client privilege. |
| 6 | Pdf | 10/3/2011 11:58 AM | 10/3/2011 11:05 AM | | | | | | | Redistricting Public Notices.pdf | | Attorney-Client | Attachment from Galveston County Legal Liaison to redistricting counsel sent in response to redistricting counsel's questions and advice re: DOJ preclearance. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory | Redistricting procedures are underlying facts not covered by attorney-client privilege. |
| 7 | Email | 10/7/2011 3:22 PM | 10/7/2011 3:22 PM | RE: Needed information! | | Grady, Patricia <Patricia.Grady@co.galveston.tx.us> | Chapman, Brandy <Brandy.Chapman@co.galveston.tx.us> | | | RE Needed information!.msg | | Attorney-Client;Work-Product | Communica ion from Galveston County Deputy Clerk to Galveston County Legal Liaison compiling documents requested by redistricting counsel for DOJ preclearance submission. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. |
| 8 | Pdf | 10/7/2011 3:22 PM | 10/7/2011 2:55 PM | | | | | | | 08232011.pdf | chapma_b | Attorney-Client; Work-Product | Attachment containing informa ion for redistricting counsel's review and advice re: DOJ preclearance submission. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. |
| 9 | Pdf | 10/7/2011 3:22 PM | 10/7/2011 2:54 PM | | | | | | | 08152011.pdf | chapma_b | Attorney-Client; Work-Product | Attachment containing informa ion for redistricting counsel's review and advice re: DOJ preclearance submission. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. |
| 10 | Pdf | 10/7/2011 3:22 PM | 10/7/2011 2:55 PM | | | | | | | 08222011.pdf | chapma_b | Attorney-Client; Work-Product | Attachment containing informa ion for redistricting counsel's review and advice re: DOJ preclearance submission. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. |
| 11 | Pdf | 10/7/2011 3:22 PM | 10/7/2011 2:54 PM | | | | | | | 08172011.pdf | chapma_b | Attorney-Client; Work-Product | Attachment containing informa ion for redistricting counsel's review and advice re: DOJ preclearance submission. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. |
| 12 | Pdf | 10/7/2011 3:22 PM | 10/7/2011 2:54 PM | | | | | | | 08162011.pdf | chapma_b | Attorney-Client; Work-Product | Attachment containing informa ion for redistricting counsel's review and advice re: DOJ preclearance submission. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. |
| 13 | Email | 10/14/2011 2:14 PM | 10/14/2011 2:14 PM | RE: minutes for August 30th | | Grady, Patricia <Patricia.Grady@co.galveston.tx.us> | Chapman, Brandy <Brandy.Chapman@co.galveston.tx.us> | | | RE minutes for August 30 h.msg | | Attorney-Client; Work-Product | Email from Galveston County Deputy Clerk to Galveston County Legal Liaison compiling documents requested by redistricting counsel for DOJ preclearance submission. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. Meeting minutes are not privileged. |
| 14 | Pdf | 10/14/2011 2:14 PM | 10/14/2011 2:09 PM | | | | | | | 083011.pdf | | Attorney-Client; Work-Product | Attachment containing informa ion for redistricting counsel's review and advice re: DOJ preclearance submission. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. Meeting minutes are not privileged. |
| 15 | Email | 10/14/2011 2:24 PM | 10/14/2011 2:24 PM | RE: minutes for August 30th | | Grady, Patricia <Patricia.Grady@co.galveston.tx.us> | Chapman, Brandy <Brandy.Chapman@co.galveston.tx.us> | | | RE minutes for August 30 h.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County Deputy Clerk to Galveston County Legal Liaison compiling documents requested by redistricting counsel for DOJ preclearance submission. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. Meeting minutes are not privileged. |
| 16 | Pdf | 10/14/2011 2:24 PM | 10/13/2011 5:42 PM | | | | | | | Scan001.pdf | | Attorney-Client; Work-Product | Attachment containing informa ion for redistricting counsel's review and advice re: DOJ preclearance submission. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. Meeting minutes are not privileged. |
| 17 | Email | 12/21/2011 12:22 PM | 12/21/2011 12:22 PM | Information for DOJ | Lette001 pdf | Holmes, Stephen <Stephen.Holmes@co.galveston.tx.us> | Reingold, Myrna <Myrna.Reingold@co.galveston.tx.us> | Nixon, Joe <jnixon@bmpllp.com> | | Information for DOJ.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County attorney to Commissioner Holmes, copying redistricting counsel, requesting informa ion in response to request from the Department of Justice during preclearance process. | A/C - Underlying Facts; WP - Legislative Exception | Documents created for preclearance submission are not privileged, and are created pursuant to normal legislative process and are not work product. |
| 18 | Pdf | 12/21/2011 12:22 PM | 12/21/2011 6:19 AM | | | | | | | Lette001.pdf | | Attorney-Client; Work-Product | Attachment from Galveston County attorney to Commissioner Holmes, copying redistricting counsel; letter from Department of Justice requesting information regarding the 2011 redistricting plan for the Commissioners Court. | A/C - Underlying Facts; WP - Legislative Exception | DOJ preclearance letter is not privileged; pre-clearance process was, at the time, part of normal legislative business; information disclosed relating to redistricting process are underlying facts. |

| 1/20 Doc ID | Docum ent Type | Family Date | Date (DISCO Date) | Subject | Pleg Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Email | 12/21/2011 2:01 PM | 12/21/2011 2:01 PM | Fwd: Information for DOJ | | commissionerholmes@verizon.net | Holmes, Stephen <Stephen.Holmes@co.galveston.tx.us> | | | Fwd Information for DOJ.msg | | Attorney-Client; Work-Product | Commissioner Holmes forwarding to his personal email account, communication from Galveston County attorney to Commissioner Holmes, copying redistricting counsel, requesting informa ion in response to request from the Department of Justice during preclearance process. | A/C - Underlying Facts; WP - Legislative Exception | DOJ preclearance letter is not privileged; pre-clearance process was, at the time, part of normal legislative business; information disclosed relating to redistricting process are underlying facts. |
| 20 | Email | 12/21/2011 3:44 PM | 12/21/2011 3:44 PM | FW: Information for DOJ | Lette001 pdf | Grady, Patricia <Patricia.Grady@co.galveston.tx.us> | Reingold, Myrna <Myrna.Reingold@co.galveston.tx.us> | | | FW Information for DOJ.msg | | Attorney-Client; Work-Product | Ms. Reingold forwarding to Galveston County Legal Liaison, her communication to Commissioner Holmes, copying redistricting counsel, requesting informa ion in response to request from the Department of Justice during preclearance process. | A/C - Underlying Facts; WP - Legislative Exception | DOJ preclearance letter is not privileged; pre-clearance process was, at the time, part of normal legislative business; information disclosed relating to redistricting process are underlying facts. |
| 21 | Pdf | 12/21/2011 3:44 PM | 12/21/2011 6:19 AM | | | | | | | Lette001. pdf | | Attorney-Client; Work-Product | Attachment from Galveston County attorney to Galveston County Legal Liaison letter from Department of Justice requesting information regarding the 2011 redistricting plan for the Commissioners Court. | A/C - Underlying Facts; WP - Legislative Exception | DOJ preclearance letter is not privileged; pre-clearance process was, at the time, part of normal legislative business; information disclosed relating to redistricting process are underlying facts. |
| 22 | Email | 8/22/2012 12:25 PM | 8/22/2012 12:25 PM | FW: Voting Precincts (Splits) | House of Representatives Splits.xls;2012 vo ing, commissioner precincts (splits).xlsx;PCT-BY-COMM-04.xls;2012 Voting Precincts, Draft.xlsx | jnixon@bmpllp.com | Fitzgerald, Mike <Mike.Fitzgerald@co.galveston.tx.us> | Henry, Mark <Mark.Henry@co.galveston.tx.us> | | FW Voting Precincts (Splits).msg | | Attorney-Client | Communica ion from Galveston County GIS Engineer to redistricting counsel for legal review re: commissioner court precinct splits, vo ing precinct splits, and draft scenario to resolve the splits. | A/C - Legal Advice Not Primary Purpose | Attachments suggest primary purpose was not legal advice, but policy advice. |
| 23 | Excel | 8/22/2012 12:25 PM | 8/22/2012 11:31 AM | | | | | | | 2012 voting, commissioner precincts (splits).xlsx | sigler_n | Attorney-Client | Attachment included in communication from Galveston County GIS Engineer to redistricting counsel for legal review re: commissioner court precinct splits. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Attachments suggest primary purpose was not legal advice or anticipation of litigation; underlying mapping data/information are underlying facts |
| 24 | Excel | 8/22/2012 12:25 PM | 8/22/2012 11:37 AM | | | | | | | 2012 Voting Precincts, Draft.xlsx | sigler_n | Attorney-Client | Attachment included in communication from Galveston County GIS Engineer to redistricting counsel for legal review re: voting precinct splits. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Attachments suggest primary purpose was not legal advice or anticipation of litigation; underlying mapping data/information are underlying facts |
| 25 | Excel | 8/22/2012 12:25 PM | 8/22/2012 11:34 AM | | | | | | | House of Representatives Splits.xls | Information Technology | Attorney-Client | Attachment included in communication from Galveston County GIS Engineer to redistricting counsel for legal review re: split voter precincts in House of Representatives Proposal. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Attachments suggest primary purpose was not legal advice or anticipation of litigation; underlying mapping data/information are underlying facts |
| 26 | Excel | 8/22/2012 12:25 PM | 9/27/2001 2:24 PM | | | | | | | PCT-BY-COMM-04.xls | HOLCOM_P | Attorney-Client | Attachment included in communication from Galveston County GIS Engineer to redistricting counsel for legal review re: proposed resolution of splits. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Attachments suggest primary purpose was not legal advice or anticipation of litigation; underlying mapping data/information are underlying facts |
| 27 | Email | 12/19/2013 3:28 PM | 12/19/2013 3:28 PM | Petteway | Notice of Expiration Of Consent Decree.pdf; Consent Decree.pdf | Nixon, Joe <jnixon@bmpllp.com>;Trey Trainor <ttrainor@bmpllp.com> | Willey, Barry <Barry.Willey@co.galveston.tx.us> | Boemer, Bob <Bob.Boemer@co.galveston.tx.us> | | Petteway.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County Attorney, copying another Galveston County Attorney to redistricting counsel re: the 2007 consent decree in U.S. v. Galveston County and providing redistricting counsel with explanation of allega ions made in that case. | | |
| 28 | Pdf | 12/19/2013 3:28 PM | 12/19/2013 3:22 PM | | | | | | | Consent Decree.pdf | | Attorney-Client; Work-Product | Attachment to communication from Galveston County Attorney to redistricting counsel re: the filed consent decree. | A/C - Underlying Facts; WP - Legislative Exception | Consent decree itself is not privileged nor is it work product. |
| 29 | Pdf | 12/19/2013 3:28 PM | 12/19/2013 3:22 PM | | | | | | | Notice of Expiration Of Consent Decree.pdf | | Attorney-Client; Work-Product | Attachment to communication from Galveston County Attorney to redistricting counsel containing the filed notice of expiration of consent decree. | A/C - Underlying Facts; WP - Legislative Exception | Consent decree itself is not privileged nor is it work product. |
| 30 | Email | 12/19/2013 5:58 PM | 12/19/2013 5:58 PM | Re: Petteway | | Willey, Barry <Barry.Willey@co.galveston.tx.us> | Nixon, Joe <jnixon@bmpllp.com> | | | Re Petteway.msg | | Attorney-Client; Work-Product | Communica ion from redistricting counsel to Galveston County attorney with follow-up questions re: consent decree litigation. | | |
| 31 | Email | 12/20/2013 8:29 AM | 12/20/2013 8:29 AM | RE: Petteway | | Nixon, Joe <jnixon@bmpllp.com> | Willey, Barry <Barry.Willey@co.galveston.tx.us> | Boemer, Bob <Bob.Boemer@co.galveston .tx.us> | | RE Petteway.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County Attorney, copying another Galveston County Attorney, to redistricting counsel answering redistricting counsel's follow-up questions. | | |
| 32 | Email | 12/27/2016 1:38 PM | 12/27/2016 1:38 PM | FW: EEOC | 460-2017-00745.York.F5.pdf | Willey, Barry <Barry.Willey@co.galveston.tx.us>;A guillon, Francis<Francis.Aguillon@co.galveston.tx.us> | Boemer, Bob <Bob.Boemer@co.galveston.tx.us> | | | FW EEOC.msg | | Attorney-Client; PII; Work- Product | Communica ion from Galveston County Attorney to another Galveston County Attorney and Galveston County Legal Assistant re: fact-finding communications with Galveston County employee re: pending EEOC compliant. | | |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | Pdf | 12/27/2016 1:38 PM | 12/27/2016 9:42 AM | | | | | | | 460-2017-00745.York.F5.pdf | | Attorney-Client; PII; Work- Product | Attachment (copy of EEOC Complaint) in communication from Galveston County Attorney to another Galveston County Attorney and Galveston County Legal Assistant re: fact-finding communications with Galveston County employee re: pending EEOC complaint. | A/C - Underlying Facts | EEOC filing is not privileged. |
| 34 | Email | 1/3/2017 11:20 AM | 1/3/2017 11:20 AM | RE: Notice of Charge of Discrimination | | Branch, Katherine <Katherine.Branch @co.galveston.tx.u s>;Boemer,Bob<B ob.Boemer@co.gal veston.tx.us> | Willey, Barry </O=EXCHANGEL A BS/OU=EXCHANG E ADMINISTRATIVE GROUP (FYDIBOHF23SPD L T)/CN=RECIPIENT S/CN=D4697108C2 EF4375902F3919F 53E707A-WILLEY, BAR> | | | RE Notice of Charge of Discrimination msg | | Attorney-Client; Work-Product | Communica ion from Galveston County Attorney to another Galveston County Attorney and Galveston County Legal Assistant and Galveston County HR employee re: response to EEOC notice of complaint. | | |
| 35 | Email | 1/3/2017 11:33 AM | 1/3/2017 11:33 AM | RE: Notice of Charge of Discrimination | | Willey, Barry <Barry.Willey@co. galveston.tx.us>;B oemer, Bob<Bob.Boemer @co.galveston.tx.u s> | | | | RE Notice of Charge of Discrimination msg | | Attorney-Client; Work-Product | Communica ion from Galveston County Attorney to another Galveston County Attorney and Galveston County Legal Assistant re: response to EEOC notice of complaint. | | |
| 36 | Email | 1/3/2017 11:33 AM | 1/3/2017 11:33 AM | RE: Notice of Charge of Discrimination | | Willey, Barry <Barry.Willey@co. galveston.tx.us>;B oemer, Bob<Bob.Boemer @co.galveston.tx.u s> | Branch, Katherine <Katherine.Branch @co.galveston.tx.u s> | | | RE Notice of Charge of Discrimination msg | | Attorney-Client; Work-Product | Communica ion from Galveston County Attorney to another Galveston County Attorney and Galveston County HR employee re: response to EEOC notice of complaint. | | |
| 37 | Email | 1/3/2017 11:33 AM | 1/3/2017 11:33 AM | RE: Notice of Charge of Discrimination | | Willey, Barry <Barry.Willey@co. galveston.tx.us>;B oemer, Bob<Bob.Boemer @co.galveston.tx.u s> | Branch, Katherine </O=EXCHANGEL A BS/OU=EXCHANG E ADMINISTRATIVE GROUP (FYDIBOHF23SPD L T)/CN=RECIPIENT S/CN=23C0D966F0 5249A8979076C8A A61575A-BRANCH, KAT> | | | RE Notice of Charge of Discrimination msg | | Attorney-Client; Work-Product | Communica ion from Galveston County attorney to ano her Galveston County Attorney regarding the county's response to an EEOC notice of complaint. | | |
| 38 | Email | 1/3/2017 11:40 AM | 1/3/2017 11:40 AM | FW: Notice of Charge of Discriminati on (Tiffany Burgess) | eeoc_color_seal 3678539961830 98699eeoc_color _seal;460-2017-00873.Burgess.F 5.pdf;NoticeOfCh arge-Burgess.pdf | Moore, Dan <Dan.Moore@co.g alveston.tx.us> | Willey, Barry </O=EXCHANGEL A BS/OU=EXCHANG E ADMINISTRATIVE GROUP (FYDIBOHF23SPD L T)/CN=RECIPI ENT S/CN=D4697108C2 EF4375902F3919F 53E707A-WILLEY, BAR> | Bozeman, Kelly<Kelly.Bozem an@co.galveston.t x.us> | | FW Notice of Charge of Discrimination (Tiffany Burgess) msg | | Attorney-Client; PII; Work- Product | Communica ion from Galveston County Attorney to another Galveston County Attorney and Galveston County Legal Assistant re: response to EEOC notice of complaint. | | |
| 39 | Image | 1/3/2017 11:40 AM | 1/3/2017 11:40 AM | | | | | | | eeoc_col or_seal36 78539961 83098699 eeoc_col or_seal | | Attorney-Client; PII; Work-Product | EEOC emblem attached to privileged email. | | |
| 40 | Pdf | 1/3/2017 11:40 AM | 1/3/2017 11:38 AM | | | | | | | 460-2017-00873.Burgess. F5.pdf | | Attorney-Client; PII; Work- Product | Attachment contained in communication from Galveston County to Galveston County employee re: seeking information about pending EEOC Complaint. Attachment is the EEOC Complaint. | | |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Pleg Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | Pdf | 1/3/2017 11:40 AM | 1/3/2017 11:38 AM | | | | | | | NoticeOf Charge-Burgess. Pdf | sshay | Attorney-Client; PII; Work- Product | Attachment contained in communication from Galveston County Attorney to Galveston County employee re: seeking information about pending EEOC Complaint. Attachment is the EEOC Notice of Charge of Discrimination. | A/C - Underlying Facts | EEOC filing isn't privileged. |
| 42 | Email | 1/3/2017 2:12 PM | 1/3/2017 2:12 PM | RE: Notice of Charge of Discrimination (Tiffany Burgess) | | Willey, Barry <Barry.Willey@co.galveston.tx.us> | Bozeman, Kelly <Kelly.Bozeman@co.galveston.tx.us> | | | RE Notice of Charge of Discrimination (Tiffany Burgess) msg | | Attorney-Client; Work-Product | Communication from Galveston County employee to Galveston County attorney re: information for providing a response to EEOC Complaint. | | |
| 43 | Email | 1/3/2017 4:04 PM | 1/3/2017 4:04 PM | RE: Notice of Charge of Discrimination (Tiffany Burgess) | | Willey, Barry <Barry.Willey@co.galveston.tx.us> | Bozeman, Kelly <Kelly.Bozeman@co.galveston.tx.us> | | | RE Notice of Charge of Discrimination (Tiffany Burgess) msg | | Attorney-Client; Work-Product | Communication from Galveston County employee to Galveston County Attorney re: meeting to discuss ongoing EEOC Complaint. | A/C - Legal Advice Not Primary Purpose; WP - Misc. | communication to schedule is a logistical / scheduling related document; Employee communication is not attorney work product |
| 44 | Email | 2/8/2018 7:00 PM | 2/8/2018 7:00 PM | Position Statement.coverletter | Position Statement Exhibits.pdf; Position Statement.0 20918.docx; Position Statement.coverletter.docx | Rose, Derreck <Derreck.Rose@co.galveston.tx.us> | West, Beverly <Beverly.West@galvestoncountytx.gov> | Branch,Katherine <Katherine.Branch @galvestoncountytx.gov> | | PositionStatement.coverletter.msg | | Attorney-Client; Work-Product | Communication from Galveston County Attorney to Galveston County Constable with a copy to Galveston County HR employee re: draft responses to EEOC Complaint and asking client to review. | | |
| 45 | Pdf | 2/8/2018 7:00 PM | 2/8/2018 6:51 PM | | | | | | | Position Statement Exhibits.pdf | | Attorney-Client; Work-Product | Attachment to communication from Galveston County Attorney to Galveston County Constable with a copy to Galveston County HR employee re: draft responses to EEOC Complaint and asking client to review. Attachment is exhibits for the draft response to EEOC Complaint for client to review. | | |
| 46 | Word | 2/8/2018 7:00 PM | 2/8/2018 6:53 PM | | | | | | | Position Statement 020918.docx | Information Technology | Attorney-Client; Work-Product | Attachment to communication from Galveston County Attorney to Galveston County Constable with a copy to Galveston County HR employee re: draft responses to EEOC Complaint and asking client to review. Attachment is draft response to EEOC Complaint for client review. | | |
| 47 | Word | 2/8/2018 7:00 PM | 2/8/2018 6:53 PM | | | | | | | PositionStatement.coverletter.docx | Information Technology | Attorney-Client; Work-Product | Attachment to communication from Galveston County Attorney to Galveston County Constable with a copy to Galveston County HR employee re: draft responses to EEOC Complaint and asking client to review. Attachment is draft cover letter to response to EEOC Complaint for client review. | | |
| 48 | Email | 2/9/2018 11:02 AM | 2/9/2018 11:02 AM | Williams Position Statement | Position Statement 02091 8.docx; 02091 8 Position Statement Exhibits.pdf; Position Statement.coverletter.docx | Rose, Derreck <Derreck.Rose@co.galveston.tx.us>; Branch, Katherine <Katherine.Branch @galvestoncountytx.gov> | West, Beverly <Beverly.West@galvestoncountytx.gov> | | | Williams Position Statement.msg | | Attorney-Client; Work-Product | Communication from Galveston County Attorney to Galveston County HR employee re: draft responses to EEOC Complaint and asking client to review. | | |
| 49 | Word | 2/9/2018 11:02 AM | 2/8/2018 6:53 PM | | | | | | | Position Statement.coverletter.docx | Information Technology | Attorney-Client; Work-Product | Attachment to communication from Galveston County Attorney to Galveston County Constable with a copy to Galveston County HR employee re: draft responses to EEOC Complaint and asking client to review. Attachment is draft cover letter to response to EEOC Complaint for client review. | | |
| 50 | Pdf | 2/9/2018 11:02 AM | 2/8/2018 6:51 PM | | | | | | | Position Statement Exhibits.pdf | | Attorney-Client; Work-Product | Attachment to communication from Galveston County Attorney to Galveston County Constable with a copy to Galveston County HR employee re: draft responses to EEOC Complaint and asking client to review. Attachment is exhibits for the draft response to EEOC Complaint for client to review. | | |
| 51 | Word | 2/9/2018 11:02 AM | 2/8/2018 6:53 PM | | | | | | | Position Statement 020918.docx | Information Technology | Attorney-Client; Work-Product | Attachment to communication from Galveston County Attorney to Galveston County Constable with a copy to Galveston County HR employee re: draft responses to EEOC Complaint and asking client to review. Attachment is draft response to EEOC Complaint for client to review. | | |
| 52 | Email | 1/25/2021 2:57 PM | 1/25/2021 2:57 PM | Commissioners and redistricting | | Henry, Mark <Mark.Henry@co.galveston.tx.us> | Paul Ready <paul@ready.law> | | | Commissioners and redistricting.msg | | Attorney-Client; Work-Product | Communication from Galveston County General Counsel to Judge Henry responding to legal inquiry about Commissioners serving under new precinct lines. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | Whether Commissioners serve under new precinct lines is factual not legal in nature, part of legislative process. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Priv Log Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | Email | 5/20/2021 2:06 PM | 5/20/2021 2:06 PM | RE: Asked and Answered! | | Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.us> | Johnson, Cheryl E <Cheryl.E.Johnson@co.galveston.tx.us> | | RE Asked and Answered!.msg | | Attorney-Client; Work-Product | Communica ion from Judge Henry's Chief of Staff to Galveston County General Counsel, with a copy to Galveston County Tax Assessor re: requesting update on redistricting counsel's progress. | A/C - Third Parties; A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception. | Tax Assessor is third party, communication is not privileged. Description suggests primary purpose is not legal advice. |
| 54 | Email | 5/20/2021 2:21 PM | 5/20/2021 2:21 PM | RE: Asked and Answered! | | Drummond, Tyler <Tyler.Drummond @co galveston.tx.us> | Paul Ready <paul@ready.law> | Johnson, Cheryl E <Cheryl.E.Johnson@co.galveston.tx.us> | | Re Asked and Answered!.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to Judge Henry's Chief of Staff revealing redistricting counsel's legal strategy concerning redistricting and how that legal strategy impacts the timing of redistricting. | A/C - Third Parties; A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception. | Tax Assessor is third party, communication is not privileged. Description suggests primary purpose is not legal advice. |
| 55 | Email | 5/20/2021 2:29 PM | 5/20/2021 2:29 PM | RE: Asked and Answered! | | Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.us> | Johnson, Cheryl E <Cheryl.E.Johnson@co.galveston.tx.us> | | RE Asked and Answered!.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel re: follow up question concerning redistricting counsel's legal strategy concerning redistricting. | A/C - Third Parties; A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception. | Tax Assessor is third party, communication is not privileged. Description suggests primary purpose is not legal advice. |
| 56 | Email | 5/20/2021 3:25 PM | 5/20/2021 3:25 PM | FW: Asked and Answered! | | CPA Shawn A. Johnson <sjohnson@burford perry.com> | Johnson, Cheryl E </O=EXCHANGEL A BS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPD L T)/CN=RECIPIENT S/CN=0122EFF2BE 614A50B727186FE F73AC62-JOHNSON, CH> | | | FW Asked and Answered!.msg | | Attorney-Client; Work-Product | Correspondence from Galveston County Tax Assessor to attorney seeking a second legal opinion re: redistricting counsel's legal strategy and legal opinions. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | Likely implicates timing of redistricting, which is quintessentially legislative function / determination and not in anticipation of litigation. |
| 57 | Email | 5/20/2021 3:56 PM | 5/20/2021 3:56 PM | Re: Asked and Answered! | | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.us> | Paul Ready <paul@ready.law> | Johnson, Cheryl E <Cheryl.E.Johnson@co.galveston.tx.us> | | Re Asked and Answered!.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to Judge Henry's Chief of Staff responding to Mr. Drummond's question re: redistricting counsel's legal strategy. | A/C- Third Parties; A/C Primary Purpose; WP - Legislative Exception. | Tax Assessor is third party, communication is not privileged. Description suggests primary purpose is not legal advice. |
| 58 | Email | 9/18/2021 6:55 PM | 9/18/2021 6:55 PM | Redistricting | | Paul Ready <paul@ready.law> | Drummond, Tyler A BS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPD L T)/CN=RECIPIENT S/CN=2C5F9C72E 0 5E4D6E8437FD599 C0458BEDRUMMO ND, T> | | | Redistricting .msg | | Attorney-Client; Work-Product | Communica ion from Judge Henry's Chief of Staff to Galveston County General Counsel re: concerns about redistricting legal strategy in relation to census data, and legal questions about redistricting's interplay with county public hearing requirements. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | Description suggests primary purpose is not legal advice, since analyzing census data and setting public hearings is part of the legislative and policy process. Description and fact that the communication is from County Judge Chief of Staff Tyler Drummond suggests no attorney work product implicated. |
| 59 | Email | 10/15/2021 1:24 PM | 10/15/2021 1:24 PM | Re: Galveston | | Jason Torchinsky <jtorchinsky@holtz m anvogel.com>;Phil Gordon <pgordon@holtzm a nvogel.com> | tom@bryangeodem o.com | | | Re Galveston.msg | | Attorney-Client; Work-Product | Communica ion from map drawer to redistricting counsel re: preparation of first draft map for legal review and posing questions re: redistricting constitutional requirements and traditional redistric ing criteria. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. There is implied waiver because Defendants have disclosed purported redistricting criteria that were applied in their interrogatory responses. |
| 60 | Email | 10/15/2021 1:28 PM | 10/15/2021 1:28 PM | Re: Galveston | | tom@bryangeode mo.com | Phil Gordon <pgordon@Holtzma nVogel.com> | Jason Torchinsky <jtorchinsky@Holt z manVogel.com> | | Re: Galveston.msg | | Attorney-Client; Work-Product | Communica ion from redistricting counsel to map-drawer responding to questions re: cons itutional requirements for redistricting and tradi ional redistricting criteria. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 61 | Email | 10/17/2021 5:05 PM | 10/17/2021 5:05 PM | Re: Galveston | Galveston Min Change Plan.pdf;Galvest on_Analysis 10_17_21.xl sx;Galveston Original Plan.pdf;Galvest on Optimal D Plan.pdf | Jason Torchinsky <jtorchinsky@holtz m anvogel.com>;Phil Gordon <pgordon@Holtzm a nVogel.com>;Dale Oldham <dloesa@aol.com> | tom@bryangeodem o.com | | | 0008310.eml;R e Galveston.msg | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with first drafts of redistricting plan sent to redistricting counsel for legal review. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception; Thomas Bryan; A/C - Boilerplate/Conclusory | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 62 | Excel | 10/17/2021 5:05 PM | 10/17/2021 5:02 PM | | | | | | | Galveston_Anal ysis 10_17_21 xlsx | thomas bryan | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with first drafts of redistricting plan sent to redistricting counsel for legal review: attachment, excel spreadsheet with analysis and data of first draft of redistricting plan to assist in providing legal advice. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception; Thomas Bryan; A/C - Boilerplate/Conclusory | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | Pdf | 10/17/2021 5:05 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Optimal D Plan.pdf | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with first drafts of redistricting plan sent to redistricting counsel for legal review: attachment, PDF image of draft plan to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception; Thomas Bryan; A/C - Boilerplate/Conclusory | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 64 | Pdf | 10/17/2021 5:05 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Original Plan.pdf | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with first drafts of redistricting plan sent to redistricting counsel for legal review: attachment, PDF image of Benchmark Plan to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception; Thomas Bryan; A/C - Boilerplate/Conclusory | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Benchmark Plan is a public document. |
| 65 | Pdf | 10/17/2021 5:05 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Min Change Plan.pdf | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with first drafts of redistricting plan sent to redistricting counsel for legal review: attachment, PDF image of draft plan to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception; Thomas Bryan; A/C - Boilerplate/Conclusory | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 66 | Email | 10/19/2021 8:50 AM | 10/19/2021 8:50 AM | Galveston Deliverables | Galveston Optimal Geo Plan 10_19.pdf; G Alveston Optimal D Plan 10_19.pdf; Galveston_Analy sis 10_17_21.xlsx | Dale Oldham <dioes@aol.com> | tom@bryangeodem o.com | | | 0008337.eml;G alveston Deliverables.ms g | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with attached PDF's of draft plans and analysis to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 67 | Pdf | 10/19/2021 8:50 AM | 12/31/9999 6:00 PM | | | | | | | Galveston Optimal Geo Plan 10_19.pdf | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with attached PDF's of draft plans and analysis to assist in the provision of legal analysis and opinion; attached PDF of draft plan to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 68 | Excel | 10/19/2021 8:50 AM | 10/19/2021 8:49 AM | | | | | | | Galveston_Anal ysis 10_17_21.xlsx | thomas bryan | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with attached data and analysis to assist in the provision of legal analysis and opinion; attachment is analysis and data submitted to redistricting counsel to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 69 | Pdf | 10/19/2021 8:50 AM | 12/31/9999 6:00 PM | | | | | | | Galveston Optimal D Plan 10_19.pdf | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with attached PDF's of draft plans and analysis to assist in the provision of legal analysis and opinion; attached PDF of draft plan to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 70 | Email | 10/19/2021 9:18 AM | 10/19/2021 9:18 AM | Optimal D Map | Galveston Optimal D Plan 10_19.pdf | Dale Oldham <dioesq@aol.com> | tom@bryangeodem o.com | | | Optimal D Map.msg; 0008338.com | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with attached PDF of draft plan to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 71 | Pdf | 10/19/2021 9:18 AM | 12/31/9999 6:00 PM | | | | | | | Galveston Optimal D Plan 10_19.pdf | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with attached PDF of draft plan to assist in the provision of legal analysis and opinion; attached PDF of draft plan to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 72 | Email | 10/19/2021 1:52 PM | 10/19/2021 1:52 PM | Updated table | Galveston_Analy sis 10_17_21.xlsx | Dale Oldham <dioesq@aol.com> | tom@bryangeodem o.com | | | 0008350.eml;U pdated table.msg | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with attached data and analysis to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 73 | Excel | 10/19/2021 1:52 PM | 10/19/2021 1:51 PM | | | | | | | Galveston_Anal ysis 10_17_21.xlsx | thomas bryan | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with attached data and analysis to assist in the provision of legal analysis and opinion; attached Excel spreadsheet with data and analysis to assist in the provision of legal analysis | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 74 | Pdf | 10/19/2021 3:04 PM | 10/19/2021 3:04 PM | Optimal Geo Map | Galveston Optimal Geo Plan 10_19.pdf | Dale Oldham <dioesq@aol.com> | tom@bryangeodem o.com | | | 0008353.eml;O ptimal Geo Map.msg | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with attached PDF of map to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 75 | Pdf | 10/19/2021 3:04 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Optimal Geo Plan 10_19.pdf | | Attorney-Client; Work-Product | Communica ion from map-drawer to redistricting counsel with attached PDF of map to assist in the provision of legal analysis and opinion; attached PDF of draft map to assist in the provision of legal analysis and opinion. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 76 | Email | 10/22/2021 8:45 AM | 10/22/2021 8:45 AM | Please use this 10-22 file | Galveston_Analy sis 10_22_21.xlsx | Dale Oldham <dioesq@aol.com> | tom@bryangeodem o.com | | | Please use this 10-22 file.msg; 0008403.eml | | Attorney-Client; Work-Product | Communica ion between map-drawer and redistricting counsel re: Zoom meeting on October 22, 2021 to discuss updated redistricting data and analysis to assist in forming legal opinion and providing analysis. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. Meeting info is not privileged. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | Excel | 10/22/2021 8:45 AM | 10/22/2021 8:44 AM | | | | | | | Galveston Analysis 10_22_21.xslx | thomas bryan | Attorney-Client; Work-Product | Communica ion between map-drawer and redistricting counsel re: Zoom meeting on October 22, 2021 to discuss updated redistricting data and analysis to assist in forming legal opinion and providing analysis; attachment: updated redistricting data and analysis from map-drawer to counsel to assist in he provision of legal analysis and provision of legal opinion. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Logistical and Scheduling Documents; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Meeting information is not privileged. Drafting maps is quintessentially legislative. |
| 78 | Email | 10/22/2021 4:46 PM | 10/22/2021 4:46 PM | Fwd: Current Voter Count by Precinct | Galveston County voters by Precinct August 2021.xlsx | tom@bryangeodemo.com | dloesq@aol.com; <dloesq@aol.com> | | | 0014956.eml;Fwd Current Voter Count by Precinct.msg | | Attorney-Client; Work-Product | Communica ion from redistricting counsel to map-drawer re: legal analysis of voting precincts in relation to legal requirements for voting precinct size. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 79 | Excel | 10/22/2021 4:46 PM | 8/24/2021 1:03 PM | | | | | | | Galveston County Voters by Precinct August 2021.xlsx | Bleyle, Angela | Attorney-Client; Work-Product | Communica ion from redistricting counsel to map-drawer re: legal analysis of voting precincts in relation to legal requirements for voting precinct size; attachment: "Registered Voters by Commissioners Precinct" and identifying number of voters by vo ing precinct. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying mapping data are not privileged. Drafting maps is quintessentially legislative. |
| 80 | Email | 10/22/2021 4:54 PM | 10/22/2021 4:54 PM | Fw: Fwd: Current Voter Count by Precinct | 4288FFAB-0A7D-4FE7-B544-ED5F463F9235.png | Phil Gordon <pgordon@hvjt.law > | Thomas Bryan<tom@byrnageodemo.com> | | | Fw Fwd Current Voter Count by Precinct.msg | | Attorney-Client; Work-Product | Communica ion from map drawer to redistricting counsel, forwarding Mr. Oldham's legal analysis of voting precincts in relation to voting precinct legal requirements. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 81 | Image | 10/22/2021 4:54 PM | 12/31/9999 6:00 PM | | | | | | | 4288FFAB-0A7D-4FE7-ED5F463F9235.png | | Attorney-Client; Work-Product | Attached icon to privileged email. | | |
| 82 | Email | 10/25/2021 4:20 PM | 10/25/2021 4:20 PM | Galveston County maps | | Dale Oldham <dloesq@aol.com> | Paul Ready <paul@ready.law> | Veronica Van Horn <veronica.vanhorn @co.galveston.tx.us> | | 0008447.eml | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel re: redistricting counsel re: progress of work on drawing proposed Commissioners Court precinct maps. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Holtzman retained by Holtzman for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 83 | Email | 10/26/2021 12:41 PM | 10/26/2021 12:41 PM | Re: Current Voter Count by Precinct | | tom@bryangeodemo.com;Dale Oldham <dloesq@aol.com> | Paul Ready <paul@ready.law> | Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Phil Gordon<pgordon | | 0008460.eml;Re Current Voter Count by Precinct.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County counsel concerning legal requirements for what is needed for adoptable formats. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 84 | Email | 10/26/2021 12:45 PM | 10/26/2021 12:45 PM | Fw: Current Voter Count by Precinct | | Phil Gordon <pgordon@hvjt.law > | Thomas Bryan <tom@bryangeodemo.com> | | | Fw Current Voter Count by Precinct.msg | | Attorney-Client; Work-Product | Communica ion from map drawer to redistricting counsel re: Galveston County Counsel's communication concerning legal requirements for adoptable formats. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 85 | Email | 10/26/2021 4:55 PM | 10/26/2021 4:55 PM | Re: Galveston Work Products | | tom@bryangeodemo.com | Phil Gordon <pgordon@Holtzma nVogel.com> | Jason Torchinsky <jtorchinsky@holtzmanVogel.com>; Dale Oldham<dloesq@aol.com> | | Re Galveston Work Products.msg;0 008471.eml | | Attorney-Client; Work-Product | Communica ion from map-drawer and copying redistricting counsel requesting information in specific format to assist in conducting legal analysis and forming legal opinions. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 86 | Email | 10/26/2021 5:56 PM | 10/26/2021 5:56 PM | Re: Galveston Work Products | Galveston - Map 1 Precinct Inventory - 10_26_21.docx | tom@bryangeodemo.com | Phil Gordon <pgordon@Holtzma nVogel.com> | Jason Torchinsky <jtorchinsky@holtzmanVogel.com>; Dale Oldham<dloesq@aol.com> | | Re Galveston Work Products.msg | | Attorney-Client; Work-Product | Communica ion from redistricting counsel to map-drawer, copying other redistricting counsel re: revisions to draft Map 1 precinct inventory to assist in providing legal advice and forming opinions. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. |
| 87 | Word | 10/26/2021 5:56 PM | 10/26/2021 5:55 PM | | | | | | | Galveston - Map 1 Precinct Inventory - 10_26_21.docx | thomas bryan | Attorney-Client; Work-Product | Attachment in communication from redistricting counsel to map-drawer, copying other redistricting counsel re: revisions to draft Map 1 precinct inventory. Attachment is a precinct inventory with edits necessary to assist in providing legal advice and forming opinions. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 88 | Email | 10/26/2021 5:56 PM | 10/26/2021 5:56 PM | Re: Galveston Work Products | image001.jpg;Galveston - Map 1 Precinct Inventory - 10_26_21.docx | tom@bryangeodemo.com | Phil Gordon <pgordon@Holtzma nVogel.com> | Jason Torchinsky <jtorchinsky@holtzmanVogel.com>; Dale Oldham<dloesq@aol.com> | | 0008473.eml | | Attorney-Client; Work-Product | Communica ion from redistricting counsel to map-drawer, copying other redistricting counsel re: revisions to draft Map 1 precinct inventory to assist in providing legal advice and forming opinions. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 89 | Image | 10/26/2021 5:56 PM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | HVBTJ Icon attached to privileged email. | | |
| 90 | Word | 10/26/2021 5:56 PM | 10/26/2021 5:55 PM | | | | | | | Galveston - Map 1 Precinct Inventory - 10_26_21.docx | thomas bryan | Attorney-Client; Work-Product | Attachment in communication from redistricting counsel to map-drawer, copying other redistricting counsel re: revisions to draft Map 1 precinct inventory. Attachment is a precinct inventory with edits necessary to assist in providing legal advice and forming opinions. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 91 | Word | 10/26/2021 6:38 PM | 10/26/2021 6:38 PM | | | | | | | Galveston - Map 1 Precinct Inventory - 10_26_21 TB.docx | thomas bryan | Attorney-Client; Work-Product | Draft precinct inventory with redistricting counsel edits; revisions made to assist in the formulation and provision of legal advice. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |

| 1/20 Doc ID | Docum ent Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BC C | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | Email | 10/26/2021 6:40 PM | 10/26/2021 6:40 PM | Map1 Revised | Galveston - Map 1 Precinct Inventory - 10_26_21 TB.docx | Phil Gordon <pgordon@hvjt.law > | tom@bryangeodem o.com | | | Map 1 Revised.msg | | Attorney-Client; Work-Product | Communica ion from map drawer to redistricting counsel re: revisions to draft Map 1 precinct inventory that redistricting counsel requested to assist in the formulation and provision of legal advice. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 93 | Word | 10/26/2021 6:40 PM | 10/26/2021 6:38 PM | | | | | | | Galveston - Map 1 Precinct Inventory - 10_26_21 TB.docx | thomas bryan | Attorney-Client; Work-Product | Attachment in communication from map drawer to redistricting counsel re: revisions to draft Map 1 precinct inventory that redistricting counsel requested to assist in the formulation and provision of legal advice. Attachment is a precinct inventory with edits requested to assist in providing legal advice and forming opinions." | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 94 | Email | 10/26/2021 7:20 PM | 10/26/2021 7:20 PM | Re: Map1 Revised | Galveston - Map 2 Precinct Inventory - 10_26_21 TB.docx | Phil Gordon <pgordon@Holtzma anVogel.com> | tom@bryangeodem o.com | | | Re Map 1 Revised.msg | | Attorney-Client; Work-Product | Communica ion from map drawer to redistricting counsel re: revisions to draft Map 2 precinct inventory that redistricting counsel requested to assist in the formulation and provision of legal advice. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 95 | Word | 10/26/2021 7:20 PM | 10/26/2021 7:19 PM | | | | | | | Galveston - Map 2 Precinct Inventory - 10_26_21 TB.docx | thomas bryan | Attorney-Client; Work-Product | Attachment in communication from map drawer to redistricting counsel re: revisions to draft Map 2 precinct inventory that redistricting counsel requested to assist in the formulation and provision of legal advice. Attachment is a precinct inventory with edits requested to assist in providing legal advice and forming opinions." | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 96 | Email | 10/26/2021 7:29 PM | 10/26/2021 7:29 PM | Re: Map1 Revised | Galveston - Map 1 Precinct Inventory Final - 10_26_21.docx | Phil Gordon <pgordon@Holtzm anVogel.com> | tom@bryangeodem o.com | | | Re Map 1 Revised.msg | | Attorney-Client; Work-Product | Communica ion from map drawer to redistricting counsel re: revisions to draft Map 1 precinct inventory that redistricting counsel requested to assist in the formulation and provision of legal advice. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 97 | Word | 10/26/2021 7:29 PM | 10/26/2021 7:29 PM | | | | | | | Galveston - Map 1 Precinct Inventory Final - 10_26_21 docx | thomas bryan | Attorney-Client; Work-Product | Attachment in communication from map drawer to redistricting counsel re: revisions to draft Map 1 precinct inventory that redistricting counsel requested to assist in the formulation and provision of legal advice. Attachment is a precinct inventory with edits requested to assist in providing legal advice and forming opinions" | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 98 | Email | 10/26/2021 7:37 PM | 10/26/2021 7:37 PM | Galveston Precinct Inventory | image001.jpg; Galveston - Map 2 Precinct Inventory Final - 10_26_21.docx; Galveston - Map 1 Precinct Inventory Final - 10_26_21.docx | Dale Oldham <dloesq@aol.com> | Phil Gordon <pgordon@Holtzma nVogel.com> | Jason Torchinsky <jtorchi nsky@HoltzmanV ogel.com> | | 0008474.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon, redistricting counsel, to Mr. Oldham, redistricting counsel, forwarding precinct inventories for Map 1 and Map 2 for discussion to formulate legal advice; attachment with precinct inventory for Map 2. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 99 | Word | 10/26/2021 7:37 PM | 10/26/2021 7:26 PM | | | | | | | Galveston - Map 2 Precinct Inventory Final - 10_26_21 docx | thomas bryan | Attorney-Client; Work-Product | Attachment in communication from Mr. Gordon, redistricting counsel, to Mr. Oldham, redistricting counsel, forwarding precinct inventories for Map 1 and Map 2 for discussion to formulate legal advice. Attachment is precinct inventory for Map 2." | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 100 | Word | 10/26/2021 7:37 PM | 10/26/2021 7:35 PM | | | | | | | Galveston - Map 1 Precinct Inventory Final - 10_26_21 docx | thomas bryan | Attorney-Client; Work-Product | Attachment in communication from Mr. Gordon, redistricting counsel, to Mr. Oldham, redistricting counsel, forwarding precinct inventories for Map 1 and Map 2 for discussion to formulate legal advice. Attachment is precinct inventory for Map 2." | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 101 | Image | 10/26/2021 7:37 PM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | HVBTJ Icon attached to privileged communica ion. | | |
| 102 | Email | 10/26/2021 7:48 PM | 10/26/2021 7:48 PM | Re: Galveston Precinct Inventory | .jpg | pgordon@Holtzma nVogel.com | <dloesq@aol.com> | | | 0014958.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon, redistricting counsel, to Mr. Gordon, redistricting counsel, providing legal analysis regarding formatting for adoptability, and asking question about data to provide accurate and complete legal advice to client. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 103 | Image | 10/26/2021 7:48 PM | 12/31/9999 6:00 PM | | | | | | | .jpg | | Attorney-Client; Work-Product | HVBTJ Icon attached to privileged communica ion. | | |
| 104 | Email | 10/26/2021 7:55 PM | 10/26/2021 7:55 PM | Re: Galveston Precinct Inventory | image001.jpg ;image002.jpg | dloesq@aol.com | Phil Gordon <pgordon@Holtzma nVogel.com> | Jason Torchinsky <jtorchi nsky@HoltzmanV ogel.com> | | 0008475.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon, redistricting counsel, to Mr. Oldham, copying Mr. Torchinsky, redistricting counsel, re: strategy for turning redistricting data into a legally adoptable format for the Commissioners Court. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP- Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 105 | Image | 10/26/2021 7:55 PM | 12/31/9999 6:00 PM | | | | | | | image002.jpg | | Attorney-Client; Work-Product | HVBTJ Icon attached to privileged communica ion. | | |
| 106 | Image | 10/26/2021 7:55 PM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | HVBTJ Icon attached to privileged communica ion. | | |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | Email | 10/26/2021 8:00 PM | 10/26/2021 8:00 PM | Fwd: Galveston Precinct Inventory | Galveston - Map 1 Precinct Inventory Final - 10_26_21.docx; j pg;Galveston - Map 2 Precinct Inventory Final - 10_26_21.docx | paul@ready.law | <dloesq@aol.com> | | | 0014959.eml | | Attorney-Client; Work-Product | Communica ion from redistricting counsel to Galveston County General Counsel concerning whether the attached documents are legally sufficient as an adoptable order for the Commissioners Court. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. Descrption strongly suggests policy purpose. |
| 108 | Image | 10/26/2021 8:00 PM | 12/31/9999 6:00 PM | | | | | | | .jpg | thomas bryan | Attorney-Client; Work-Product | HVBTJ Icon attached to a privileged communica ion. | | |
| 109 | Word | 10/26/2021 8:00 PM | 10/26/2021 7:26 PM | | | | | | | Galveston - Map 2 Precinct Inventory Final - 10_26_21.docx | thomas bryan | Attorney-Client; Work-Product | Communica ion in communication from redistricting counsel to Galveston County General Counsel concerning whether the attached documents are legal sufficient for adoptable order for the Commissioners Court. Attachment is a Map 2 precinct inventory. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 110 | Word | 10/26/2021 8:00 PM | 10/26/2021 7:35 PM | | | | | | | Galveston - Map 1 Precinct Inventory Final - 10_26_21.docx | thomas bryan | Attorney-Client; Work-Product | Communica ion in communication from redistricting counsel to Galveston County General Counsel concerning whether the attached documents are legal sufficient for adoptable order for the Commissioners Court. Attachment is a Map 1 precinct inventory. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 111 | Email | 10/26/2021 9:57 PM | 10/26/2021 9:57 PM | Fwd: Galveston Precinct Inventory | Galveston - Map 1 Precinct Inventory Final - 10_26_21.docx; Galveston - Map 2 Precinct Inventory Final - 10_26_21.docx | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.us> | Paul Ready <paul@ready.law> | | | Fwd Galveston Precinct Inventory.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County Counsel to Mr. Drummond re: what Mr. Ready will send to demonstrate what is legally sufficient for a legally adoptable order. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP- Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 112 | Word | 10/26/2021 9:57 PM | 10/26/2021 7:35 PM | | | | | | | Galveston - Map 1 Precinct Inventory Final - 10_26_21.docx | thomas bryan | Attorney-Client; Work-Product | Attachment in communication from Galveston County General Counsel to Mr. Drummond re: what Mr. Ready will send to demonstrate what is legally sufficient for a legally adoptable order. Attachment is a Map 1 precinct inventory. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 113 | Word | 10/26/2021 9:57 PM | 10/26/2021 7:26 PM | | | | | | | Galveston - Map 2 Precinct Inventory Final - 10_26_21.docx | thomas bryan | Attorney-Client; Work-Product | Attachment in communication from Galveston County General Counsel to Mr. Drummond re: what Mr. Ready will send to demonstrate what is legally sufficient for a legally adoptable order. Attachment is a Map 2 precinct inventory. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 114 | Word | 10/27/2021 7:03 AM | 10/27/2021 7:03 AM | | | | | | | Galveston - Map 1 Precinct Inventory Final - 10_26_21.docx | thomas bryan | Attorney-Client; Work-Product | Attachment between redistricting counsel containing information on voting precincts by Commissioners Court precincts in proposed Map 1 | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception; Thomas Bryan. | Thomas Bryan retained by Holtzman for legislative work, not litigation. Underlying drafts are not privileged. Drafting maps is quintessentially legislative. Description strongly suggests policy purpose. |
| 115 | Email | 10/27/2021 12:27 PM | 10/27/2021 12:27 PM | Re: Galveston Precinct Inventory | Order approving Redistricting Plan.pdf; Order Establishing Boundaries of Election Precinct Lines in GC effective 01012014.pdf | Dale Oldham <dloesq@aol.com> | Paul Ready <paul@ready.law> | <jtorchinsky@holtz manvogel.com;pg ordon@holtzmanv ogel.com;Drummo nd, Tyler <Tyler.Drummond @co.galveston.tx. us> | | Re Galveston Precinct Inventory.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to redistricting counsel, Mr. Oldham re: precinct inventories for adoptable order and what is legally required for an adoptable order. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 116 | Pdf | 10/27/2021 12:27 PM | 3/22/2013 9:28 AM | | | | | | | Order approving Redistricting Plan.pdf | | Attorney-Client; Work-Product | Attachment in communication from Galveston County General Counsel to redistricting counsel, Mr. Oldham re: precinct inventories for adoptable order and what is legally required for an adoptable order from 2012 redistricting. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. Description strongly suggests the document is public or already known to the public, and an underlying fact. |
| 117 | Pdf | 10/27/2021 12:27 PM | 9/30/2013 12:05 PM | | | | | | | Order Establishing Boundaries of Election Precinct Lines in GC effective 01012014.pdf | | Attorney-Client; Work-Product | Attachment in communication from Galveston County General Counsel to redistricting counsel, Mr. Oldham re: precinct inventories for adoptable order and what is legally required for an adoptable order from 2013 redistricting. Attachment is an exemplar adoptable order from 2013 redistricting. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. Description strongly suggests the document is public or already known to the public, and an underlying fact. |
| 118 | Email | 10/27/2021 12:27 PM | 10/27/2021 12:27 PM | Re: Galveston Precinct Inventory | .htm;Order approving Redistricting Planpdf;Order Establishing Boundaries of Election Precinct Lines in GC effective 01012014.pdf | Dale Oldham <dloesq@aol.com> | Paul Ready <paul@ready.law> | <jtorchinsky@holt zmanvogel.com>; <pgordon@holtzm anvogel.com>;Dru mmond, Tyler <Tyler.Drummond @co.galveston.tx. us> | | 0008487.eml | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to redistricting counsel, Mr. Oldham re: precinct inventories for adoptable order and what is legally required for an adoptable order. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. |

| 1/20 Doc ID | Docum ent Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 119 | Pdf | 10/27/2021 12:27 PM | 9/30/2013 12:05 PM | | | | | | | Order Establishing Boundaries of Election Precinct Lines in GC effective | | Attorney-Client; Work-Product | Attachment in communication from Galveston County General Counsel to redistricting counsel, Mr. Oldham re: precinct inventories and what is legally required for an adoptable order. Attachment is an exemplar of a legally adoptable order from 2013 redistricting. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. Description strongly suggests the document is public or already known to the public, and an underlying fact. |
| 120 | Pdf | 10/27/2021 12:27 PM | 3/22/2013 9:28 AM | | | | | | | Order approving Redistricting Plan.pdf | | Attorney-Client; Work-Product | Attachment in communication from Galveston County General Counsel to redistricting counsel, Mr. Oldham re: precinct inventories and what is legally required for an adoptable order. Attachment is an exemplar of a legally adoptable order from 2012 redistricting. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. Description strongly suggests the document is public or already known to the public, and an underlying fact. |
| 121 | Html | 10/27/2021 12:27 PM | 12/31/9999 6:00 PM | | | | | | | .htm | | Attorney-Client; Work-Product | Communica ion from redistricting counsel to Galveston County General Counsel concerning whether the attached documents are legal sufficient for adoptable order for the Commissioners Court. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. |
| 122 | Html | 10/27/2021 12:27 PM | 12/31/9999 6:00 PM | | | | | | | .htm | | Attorney-Client; Work-Product | Blank page attached to privileged communica ion. | | |
| 123 | Email | 10/28/2021 11:59 AM | 10/28/2021 11:59 AM | Re: Galveston Precinct Inventory | image004.png;im age005.png;ima ge006.png | Dale Oldham <dloesq@aol.com> ;jtorchinsky@holtz manvogel.com;pgo rdon@holtzmanvog el.com | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s> | Paul Ready <paul@ready.law> | | 0008503.eml | | Attorney-Client; Work-Product | Communica ion from Judge Henry's Chief of Staff to all redistricting counsel, and copying Galveston County General Counsel, asking about timing on final adoptable redistricting plans. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. Determining required timing is ordinary legislative function. Primary purpose was not legal, but rather technical regarding timing |
| 124 | Image | 10/28/2021 11:59 AM | 12/31/9999 6:00 PM | | | | | | | image004.png | | Attorney-Client; Work-Product | Galveston County Icon attached to privileged communication. | | |
| 125 | Image | 10/28/2021 11:59 AM | 12/31/9999 6:00 PM | | | | | | | image006.png | | Attorney-Client; Work-Product | Twitter icon attached to privileged communica ion. | | |
| 126 | Image | 10/28/2021 11:59 AM | 12/31/9999 6:00 PM | | | | | | | image005.png | | Attorney-Client; Work-Product | Facebook icon attached to privileged communica ion. | | |
| 127 | Email | 10/28/2021 11:59 AM | 10/28/2021 11:59 AM | RE: Galveston Precinct Inventory | | Dale Oldham <dloesq@aol.com> ;jtorchinsky@holtz manvogel.com;pgo rdon@holtzmanvog el.com | Drummond, Tyler </O=EXCHANGEL ABS/OU=EXCHAN GE ADMINISTRATIVE GROUP (FYDIBOHF23SPD LT)/CN=RECIPIEN TS/CN=2C5F9C72 E05E4D9E843 7FD 599C045B6EDRUM MOND,T> | Paul Ready <paul@ready.law> | | RE Galveston Precinct Inventory.msg | | Attorney-Client; Work-Product | Communica ion from Judge Henry's Chief of Staff to all redistricting counsel, and copying Galveston County General Counsel, asking about timing on final adoptable redistricting plans. | A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | Holtzman retained for legislative work, not litigation. Determining required timing is ordinary legislative function. Primary purpose was not legal, but rather technical regarding timing. |
| 128 | Email | 10/28/2021 12:30 PM | 10/28/2021 12:30 PM | modified inventory | tx.Galv.Map 2 Precinct Inventory Final - 10_26_21.docx;t x.gal.preclist10.2 7.21.docx | pgordon@holtzma nvogel.com;tom@ bryangeodemo.co m | dloesq@aol.com; <dloesq@aol.com> | | | 0014960.eml;m odified inventory.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Oldham, redistricting counsel, to Mr. Gordon, redistricting counsel, and Mr. Bryan, map-drawer, with attachments where Mr. Oldham , as redistricting counsel, provides his edits regarding compliance with traditional redistric ing criteria. | WP - Legislative Exception; Thomas Bryan; A/C - Legal Advice Not Primary Purpose | Holtzman retained for legislative work, not litigation. Determining redistricting criteria is ordinary legislative function. Redistricting criteria is a policy issue, including policy goals of map. |
| 129 | Word | 10/28/2021 12:30 PM | 10/28/2021 12:16 PM | | tx.Galv.Map 2 Precinct Inventory Final - 10_26_21.docx | | | | | tx.Galv.Map 2 Precinct Inventory Final - 10_26_21.docx | thomas bryan | Attorney-Client; Work-Product | Communica ion from Mr. Oldham, redistricting counsel, to Mr. Gordon, redistricting counsel, and Mr. Bryan, map-drawer, with attachments where Mr. Oldham , as redistricting counsel, provides his edits regarding compliance with traditional redistric ing criteria; attachment, Map 2 precinct inventory containing Mr. Oldham's edits. | WP - Legislative Exception; Thomas Bryan; A/C - Legal Advice Not Primary Purpose | Holtzman retained for legislative work, not litigation. Determining redistricting criteria is ordinary legislative function. Redistricting criteria is a policy issue, including policy goals of map. |
| 130 | Word | 10/28/2021 12:30 PM | 10/27/2021 11:21 PM | | tx.gal.preclist10 .27.21.docx | | | | | tx.gal.preclist10 .27.21.docx | thomas bryan | Attorney-Client; Work-Product | Communica ion from Mr. Oldham, redistricting counsel, to Mr. Gordon, redistricting counsel, and Mr. Bryan, map-drawer, with attachments where Mr. Oldham , as redistricting counsel, provides his edits regarding compliance with traditional redistric ing criteria; attachment, Map 1 precinct inventory containing Mr. Oldham's edits. | WP - Legislative Exception; Thomas Bryan; A/C - Legal Advice Not Primary Purpose | Holtzman retained for legislative work, not litigation. Drafting maps is quintessentially legislative. Determining redistricting criteria is ordinary legislative function. Redistricting criteria is a policy issue, including policy goals of map. |
| 131 | Email | 10/28/2021 12:35 PM | 10/28/2021 12:35 PM | FW: Galveston Precinct Inventory | image001.jpg;Or der Establishing Boundaries of Election Precinct Lines in GC effective 01012014.docx;i mage002.jpg;Or der approving Redistricting Plan.docx | Dale Oldham <dloesq@aol.com> | Phil Gordon <pgordon@Holtzma nVogel.com> | | | 0008505.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon, redistricting counsel, to Mr. Oldham, redistricting counsel re: exemplar legally sufficient adoptable orders from the 2012 and 2013 redistricting. | WP - Legislative Exception; A/C - Legal Advice Not Primary Purpose | Holtzman retained for legislative work, not litigation. Determining form of order is ordinary legislative function. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132 | Image | 10/28/2021 12:35 PM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | HVBTJ icon attached to privileged communica ion. | | |
| 133 | Word | 10/28/2021 12:35 PM | 10/28/2021 12:31 PM | | | | | | | Order Establishing Boundaries of Election Precinct Lines in GC effective 01012014.docx | Sharon Norwood | Attorney-Client; Work-Product | Attachment in communication from Mr. Gordon, redistricting counsel, to Mr. Oldham, redistricting counsel re: exemplar legally sufficient adoptable orders from the 2012 and 2013 redistricting. Attachment is a legally adoptable order from the 2013 redistricting. | WP - Legislative Exception; A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts | Holtzman retained for legislative work, not litigation. Determining form of order is ordinary legislative function. Description strongly suggests the document is public or already known to the public, and thus an underlying fact. |
| 134 | Word | 10/28/2021 12:35 PM | 10/28/2021 12:32 PM | | | | | | | Order approving Redistricting Plan.docx | Sharon Norwood | Attorney-Client; Work-Product | Attachment in communication from Mr. Gordon, redistricting counsel, to Mr. Oldham, redistricting counsel re: exemplar legally sufficient adoptable orders from the 2012 and 2013 redistricting. Attachment is a legally adoptable order from the 2012 redistricting. | WP - Legislative Exception; A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts | Holtzman retained for legislative work, not litigation. Determining form of order is ordinary legislative function. Description strongly suggests the document is public or already known to the public, and thus an underlying fact. |
| 135 | Image | 10/28/2021 12:35 PM | 12/31/9999 6:00 PM | | | | | | | image002.jpg | | Attorney-Client; Work-Product | HVBTJ icon attached to privileged communica ion. | | |
| 136 | Email | 10/28/2021 12:39 PM | 10/28/2021 12:39 PM | Re: Galveston Pricinct Inventory | .jpg | pgordon@Holtzman Vogel.com | <dloesq@aol.com> | | | 0014961.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Oldham, redistricting counsel, to Mr. Gordon, redistricting counsel responding to Mr. Gordon's exemplar legally sufficient adoptable orders from the 2012 and 2013 redistricting. | WP - Legislative Exception; A/C - Legal Advice Not Primary Purpose | Holtzman retained for legislative work, not litigation. Determining form of order is ordinary legislative function. |
| 137 | Image | 10/28/2021 12:39 PM | 12/31/9999 6:00 PM | | .jpg | | | | | | | Attorney-Client; Work-Product | HVBTJ icon attached to privileged communica ion. | WP - Legislative Exception | attachment |
| 138 | Image | 10/28/2021 12:39 PM | 12/31/9999 6:00 PM | | .jpg | | | | | | | Attorney-Client; Work-Product | HVBTJ icon attached to privileged communica ion. | WP - Legislative Exception | attachment |
| 139 | Word | 10/28/2021 2:00 PM | 10/28/2021 2:00 PM | | | | | | | Map1 tx.gal.preclist10.27.21.docx | thomas bryan | Attorney-Client; Work-Product | Document containing legal edits from Mr. Bryan, redistricting counsel, to ensure compliance with traditional redistric ing criteria. | WP - Legislative Exception; Thomas Bryan; A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory | Holtzman retained for legislative work, not litigation. Determining redistricting criteria is ordinary legislative function. Redistricting criteria is a policy issue, including policy goals of map. Describing "legal edits" is conclusory and vague |
| 140 | Email | 10/28/2021 3:59 PM | 10/28/2021 3:59 PM | Re: modified inventory | Galveston Map 1 Precincts 10_28.pdf; Galveston Map 2 10_28.pdf; Galveston Map 2 Precincts 10_28.pdf; Galveston Map 1 10_28.pdf; Galveston_Analysis 10_28_21.xlsx | pgordon@holtzmanvogel.com; dloesq@aol.com | tom@bryangeodemo.com | | | Re modified invetory.msg;0008509.eml | | Attorney-Client; Work-Product | Communica ion from map-drawer to Mr. Gordon and Mr. Oldham, redistric ing counsel, describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions. | WP - Legislative Exception; Thomas Bryan; A/C - Boilerplate/Conclusory; A/C - Legal Advice Not Primary Purpose | Holtzman retained for legislative work, not litigation. Determining form of order is ordinary legislative function. Stated purpose of providing "legal opinions" without specification is conclusory. |
| 141 | Pdf | 10/28/2021 3:59 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 1 10_28.pdf | | Attorney-Client; Work-Product | Attachment in communication from map-drawer to Mr. Gordon and Mr. Oldham, redistricting counsel, describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions. Attachment is a PDF of Map 1. | WP - Legislative Exception; Thomas Bryan; A/C - Boilerplate/Conclusory; A/C - Legal Advice Not Primary Purpose | Map-drawing is ordinary legislative function. Modifications made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice. Stated purpose of providing "legal opinions" without specification is conclusory. Shapefiles of "10_28" Map Proposals were produced to Plaintiffs, and thus there is an implied waiver of privilege over PDF versions of the maps being withheld. |
| 142 | Pdf | 10/28/2021 3:59 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 1 Precincts 10_28.pdf | | Attorney-Client; Work-Product | Attachment in communication from map-drawer to Mr. Gordon and Mr. Oldham, redistric ing counsel, describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions. Attachment is PDF of Map 1 with voting precincts identified. | WP - Legislative Exception; Thomas Bryan; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; A/C - Legal Advice Not Primary Purpose | Map-drawing is ordinary legislative function. Modifications made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice. Stated purpose of providing "legal opinions" without specification is conclusory. Shapefiles of "10_28" Map Proposals were produced to Plaintiffs, which indicates an implied waiver of other versions of these maps. |
| 143 | Pdf | 10/28/2021 3:59 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 2 10_28.pdf | | Attorney-Client; Work-Product | Attachment in communication from map-drawer to Mr. Gordon and Mr. Oldham, redistricting counsel, describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions. Attachment is PDF of Map 2. | WP - Legislative Exception; Thomas Bryan; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; A/C - Legal Advice Not Primary Purpose | Map-drawing is ordinary legislative function. Modifications made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice. Stated purpose of providing "legal opinions" without specification is conclusory. Shapefiles of "10_28" Map Proposals were produced to Plaintiffs, which indicates an implied waiver of other versions of these maps. |
| 144 | Pdf | 10/28/2021 3:59 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 2 Precincts 10_28.pdf | | Attorney-Client; Work-Product | Attachment in communication from map-drawer to Mr. Gordon and Mr. Oldham, redistric ing counsel, describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions. Attachment is a PDF of Map 2 with voting precincts identified. | WP - Legislative Exception; Thomas Bryan; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; A/C - Legal Advice Not Primary Purpose | Map-drawing is ordinary legislative function. Modifications made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice. Stated purpose of providing "legal opinions" without specification is conclusory. Shapefiles of "10_28" Map Proposals were produced to Plaintiffs, which indicates an implied waiver of other versions of these maps. |

| 1/20 Doc ID | Docum ent Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BC C | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 145 | Excel | 10/28/2021 3:59 PM | 10/28/2021 3:55 PM | | | | | | | Galveston_Anal ysis 10_17_21 xlsx | thomas bryan | Attorney-Client; Work-Product | Attachment in communication from map-drawer to Mr. Gordon and Mr. Oldham, redistric ing counsel, describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions. Attachment is an Excel spreadsheet containing data and analysis for Mr. Oldham and Mr. Gordon to formulate their legal opinions. | WP - Legislative Exception; Thomas Bryan; A/C - Underlying Facts; A/C - Boilerplate/Conclusory; A/C - Legal Advice Not Primary Purpose | Map-drawing is ordinary legislative function. Modifications made, and data and analysis of maps generated, during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice. Stated purpose of providing "legal opinions" without specification is conclusory. |
| 146 | Word | 10/28/2021 4:04 PM | 10/28/2021 4:04 PM | | | | | | | Map2 tx.gal.preclist10 .27.21.docx | thomas bryan | Attorney-Client; Work-Product | Document containing precinct inventory with legal edits from Mr. Oldham, redistricting counsel, to Mr. Gordon concerning compliance with traditional redistricting criteria. | WP - Legislative Exception; A/C - Legal Advice Not Primary Purpose; Thomas Bryan | Map-drawing and compliance with traditional redistricting criteria is ordinary legislative and policy-making function |
| 147 | Email | 11/1/2021 2:05 PM | 11/1/2021 2:05 PM | Fwd: Galveston County Redistricting | Letter to Galveston County.pdf; htm | Dale Oldham <dloesq@aol.com> | Paul Ready <paul@ready.law> | <jtorchinsky@holt zmanvogel.com>; <pgordon@holtzm anvogel.com> | | 0008562.eml | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel, to Mr. Oldham, redistricting counsel, Mr. Gordon, redistricting counsel, and Mr. Torchinsky, redistricting counsel, re: letter from League of Women Voters of Texas, seeking redistricting counsel's legal opinion of the letter. | WP - Legislative Exception | Document involves discussion of policy regarding legislative process, not created in anticipation of litigation |
| 148 | Pdf | 11/1/2021 2:05 PM | 12/31/9999 6:00 PM | | | | | | | Letter to Galveston County.pdf | | Attorney-Client | Attachment in Communica ion from Galveston County General Counsel, to Mr. Oldham, redistricting counsel, Mr. Gordon, redistricting counsel, and Mr. Torchinsky, redistricting counsel, re: letter from League of Women Voters of Texas, seeking redistricting counsel's legal opinion of the letter; attachment, letter from League of Women Voters of Texas. | | |
| 149 | Html | 11/1/2021 2:05 PM | 12/31/9999 6:00 PM | | | | | | | .htm | | Attorney-Client | Blank page attached to privileged communica ion. | | |
| 150 | Email | 11/1/2021 2:18 PM | 11/1/2021 2:18 PM | Fwd: Galveston County Redistricting | Letter to Galveston County.pdf | Dale Oldham <dloesq@aol.com>; Phil Gordon <pgordon@Holtzm anVogel.com> | Jason Torchinsky <jtorchinsky@Holtz manVogel.com> | | | 0008563.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Torchinsky to Mr. Oldham and Mr. Gordon, all redistricting counsel, expressing his legal opinion of the potential implications of the letter from League of Women Voters of Texas. | WP - Legislative Exception | Document involves discussion of policy regarding legislative process, not created in anticipation of litigation |
| 151 | Pdf | 11/1/2021 2:18 PM | 12/31/9999 6:00 PM | | | | | | | Letter to Galveston County.pdf | | Attorney-Client; Work-Product | Communica ion from Mr. Torchinsky to Mr. Oldham and Mr. Gordon, all redistricting counsel, expressing his legal opinion of the potential implications of the letter from League of Women Voters of Texas. Attachment is a letter from League of Women Voters of Texas. | WP - Legislative Exception | Document involves discussion of policy regarding legislative process, not created in anticipation of litigation |
| 152 | Email | 11/2/2021 3:30 PM | 11/2/2021 3:30 PM | RE: MASS EMAIL ADVISORY (County Judges- 326) Advisory 2021-14 - Impact of Redistricting on Certain Election Deadlines and Procedures | image001.png | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s>; Dale Oldham <dloesq@aol.com> | Siglern Nathan <Natan.Sigler@co. galveston.tx.us> | | | 0008582.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Sigler, GIS Engineer for Galveston County to Mr. Oldham, redistricting counsel, and Mr. Drummond, Chief of Staff to County Judge Henry re: status of revisions to Map 2's voting precincts. | WP - Legislative Exception; A/C - Legal Advice Not Primary Purpose; A/C - Logistical and Scheduling Documents; A/C - Underlying Facts | Document regarding status of revisions concerns a legislative process, not created in anticipation of litigation. Nothing to indicate the primary purpose of this was to ask for specific legal advice, rather appears to be logistical. The status of revisions during the map-drawing process are underlying facts. |
| 153 | Image | 11/2/2021 3:30 PM | 12/31/9999 6:00 PM | | | | | | | image001.png | | Attorney-Client; Work-Product | VoteTexas.Gov icon attached to privileged communication. | WP - Legislative Exception; A/C - Legal Advice Not Primary Purpose; A/C - Logistical and Scheduling Documents; A/C - Underlying Facts | attachment |
| 154 | Email | 11/2/2021 4:24 PM | 11/2/2021 4:24 PM | revised list | Legal Descriptions (Votin Precincts).xlsx | dloesq@aol.com` | Sigler, Nathan </O=EXCHANGEL ABS/OU=EXCHAN GE ADMINISTRATIVE GROUP (FYDIBOHF23SPD LT)/CN=RECIPIEN | | | revised list.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Sigler, GIS Engineer for Galveston County to Mr. Oldham, redistricting counsel, re: revised legal descriptions for Map 1 and Map 2 voting precincts. Submitted to Mr. Oldham for review and to assist in the provision of legal advice. | WP - Legislative Exception; A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose | Document regarding descriptions of map proposals are part of legislative process, not created in anticipation of litigation. Map-drawing is ordinary legislative function. Modifications made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice. Stated purpose of providing "legal advice" without specification is conclusory. |

| 1/20 Doc ID | Docum ent Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | Excel | 11/2/2021 4:24 PM | 11/2/2021 4:23 PM | | | | | | | Legal Descriptions (Vo in Precincts).xlsx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Oldham, GIS Engineer for Galveston County to Mr. Oldham, redistricting counsel, re: revised legal descriptions for Map 1 and Map 2 voting precincts. Submitted to Mr. Oldham for review and to assist in the provision of legal advice; attachment with Map 1 and Map 2 revised legal descriptions for voting precincts. | WP - Legislative Exception; A/C - Boilerplate; A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose | Document regarding descriptions of map proposals are part of legislative process, not created in anticipation of litigation. Map-drawing is ordinary legislative function. Modifications made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice. Stated purpose of creating "legal advice" without specification is conclusory. |
| 156 | Email | 11/3/2021 5:44 PM | 11/3/2021 5:44 PM | pct 4 | SnipImage.jpg | dloesq@aol.com' | Sigler, Nathan </O=EXCHANGEL ABS/OU=EXCHAN GE ADMINISTRATIVE GROUP (FYDIBOHF23SPD LT)/CN=RECIPIEN TS/CN=E97B2BF3 B13B48EDBB01CC 0F9F39E47D-SIGLER,NAT> | | | pct 4.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Sigler, GIS Engineer for Galveston County, to Mr. Oldham, redistricting counsel, bringing to Mr. Oldham's attention an issue for his legal analysis and opinion. | WP - Legislative Exception; A/C - Boilerplate; A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose | Document regarding descriptions of map proposals are part of legislative process, not created in anticipation of litigation. Map-drawing is ordinary legislative function. Modifications made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice. Purported purpose of raising "issue" for "legal analysis" is conclusory without further specification. Timing indicates communication part of legislative process, no indication it was in anticipation of litigation. |
| 157 | Image | 11/3/2021 5:44 PM | 8/23/2022 3:17 AM | | | | | | | SnipImage.jpg | | Attorney-Client; Work-Product | Communica ion from Mr. Sigler, GIS Engineer for Galveston County, to Mr. Oldham, redistricting counsel, bringing to Mr. Oldham's attention an issue for his legal analysis and opinion; attachment Commissioner Precinct 4 boundaries. | WP - Legislative Exception; A/C - Boilerplate; A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose | Document regarding descriptions of map proposals are part of legislative process, not created in anticipation of litigation. Map-drawing is ordinary legislative function. Modifications made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice. Purported purpose of raising "issue" for "legal analysis" is conclusory without further specification. Timing indicates communication part of legislative process, no indication it was in anticipation of litigation. |
| 158 | Email | 11/5/2021 10:29 AM | 11/5/2021 10:29 AM | Map 2 descriptions | Map 2 (VTD 193) Description.docx; Map 2 (VTD 263 B) Description.docx; Map 2 (VTD 278) Description.docx; | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s> | Sigler, Nathan <nathan.Sigler@co. galveston.tx.us> | Paul Ready <paul@ready.law> | | Map 2 description.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 159 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:23 AM | | | | | | | Map 2 (VTD 193) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drumond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order. Attachment is voting precinct boundary description for Voting Precinct 193. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 160 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:15 AM | | | | | | | Map 2 (VTD 490) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drumond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 490. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 161 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:21 AM | | | | | | | Map 2 (VTD 263-A) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drumond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 263-A. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 162 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:20 AM | | | | | | | Map 2 (VTD 278) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drumond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order. Attachment is a voting precinct boundary description for Voting Precinct 278. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 163 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:22 AM | | | | | | | Map 2 (VTD 263) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drumond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order. Attachment is a voting precinct boundary description for Voting Precinct 263. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 164 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:20 AM | | | | | | | Map 2 (VTD 263 B) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drumond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order. Attachment is a voting precinct boundary description for Voting Precinct 263-B. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 165 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:15 AM | | | | | | | Map 2 (VTD 258) Description docs | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drumond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order. Attachment is a voting precinct boundary description for Voting Precinct 258. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 166 | Word | 11/5/2021 10:29 AM | 11/5/2021 10:10 AM | | | | | | | Voting Precinct Number Changes (Map 2).docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct number changes for Map 2. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 167 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:19 AM | | | | | | | Map 2 (VTD 336) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 336. | WP - Legislative Exception; A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 168 | Word | 11/5/2021 10:29 AM | 11/5/2021 10:28 AM | | | | | | | Map 2 (VTD 169) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order. Attachment is a voting precinct boundary description for Voting Precinct 169. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 169 | Email | 11/5/2021 10:29 AM | 11/5/2021 10:29 AM | Map 2 descriptions | Map 2 (VTD 490) Description.docx; Map 2 (VTD 263) Description.docx; Map 2 (VTD 278) Description.docx; Map 2 (VTD 263 B) Description.docx; | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s> | Sigler, Nathan </O=EXCHANGE LABS/OU=EXCHAN GE ADMINISTRATIVE GROUP (FYDIBOHF23SPD LT)/CN=RECIPIEN TS/CN=E97B2BF3 | Paul@ready.law' | | Map 2 descriptions.msg | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 170 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:20 AM | | | | | | | Map 2 (VTD 263 B) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment is a voting precinct boundary description for Voting Precinct 263-B. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 171 | Word | 11/5/2021 10:29 AM | 11/5/2021 10:10 AM | | | | | | | Voting Precinct Number Changes (Map 2).docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct number changes for Map 2. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 172 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:21 AM | | | | | | | Map 2 (VTD 263. A) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 263-A. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:15 AM | | | | | | | Map 2 (VTD 258) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 258. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 174 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:23 AM | | | | | | | Map 2 (VTD 193) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 193. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 175 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:22 AM | | | | | | | Map 2 (VTD 263) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 263. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 176 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:19 AM | | | | | | | Map 2 (VTD 336) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 336. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 177 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:15 AM | | | | | | | Map 2 (VTD 490) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 490. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 178 | Word | 11/5/2021 10:29 AM | 11/5/2021 9:20 AM | | | | | | | Map 2 (VTD 278) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 278. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 179 | Word | 11/5/2021 10:29 AM | 11/5/2021 10:28 AM | | | | | | | Map 2 (VTD 169) Description docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond, with a copy to Mr. Ready, Galveston County General Counsel, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment voting precinct boundary description for Voting Precinct 169. | WP - Legislative Exception; A/C - Underlying Facts | Description and analysis of voting precinct changes constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants, as they appear to be created by Galveston County GIS specialist Nathan Sigler. |
| 180 | Email | 11/5/2021 10:39 AM | 11/5/2021 10:39 AM | Re: Map 2 descriptions | Order Establishing Boundaries of Election Precinct Lines in GC effective 01012014.pdf | Sigler, Nathan <Nathan.Sigler@c o.galveston.tx.us> | Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx. us> | | Re Map 2 descriptions.ms g | | Attorney-Client; Work-Product | Communica ion from Mr. Ready, Galveston County General Counsel, to Mr. Sigler, with a copy to Mr. Drummond, providing legal opinion regarding the legal adequacy of Mr. Sigler's metes and bounds descriptions, and providing an exemplar metes and bounds description from the 2013 redistricting. | WP - Legislative Exception; A/C Underlying Facts | Preparing metes and bounds description of map is ordinary legislative function; prior metes and bounds description used in 2013 is underlying fact. |
| 181 | Pdf | 11/5/2021 10:39 AM | 9/30/2013 12:05 AM | | | | | | | Order Establishing Boundaries of Election Precinct Lines in GC effective 01012014.pdf | | Attorney-Client; Work-Product | Communica ion from Mr. Ready, Galveston County General Counsel, to Mr. Sigler, with a copy to Mr. Drummond, providing legal opinion regarding the legal adequacy of Mr. Sigler's metes and bounds descriptions, and providing an exemplar metes and bounds description from the 2013 redistricting; attachment: metes and bounds descriptions from the 2013 redistricting. | A/C - Underlying Facts; WP - Legislative Exception | Metes and bounds description from 2013 redistricting - underlying known to client rather than itself legal advice and not produced for litigation but instead as part of 2013 redistricting. Description strongly suggests the document is public or already known to the public, and thus an underlying fact. |
| 182 | Email | 11/5/2021 11:06 AM | 11/5/2021 11:06 AM | RE: Map 2 descriptions | | Paul Ready <paul@ready.law> | Sigler, Nathan <Nathan.Sigler@co. galveston.tx.us> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx. us> | | RE Map 2 descriptions.ms g | | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Galveston County General Counsel, with a copy to Mr. Drummond, re: metes and bounds descriptions in light of Mr. Ready's legal advice. | WP - Legislative Exception | Preparing metes and bounds description of map is ordinary legislative function. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 183 | Email | 11/5/2021 6:08 PM | 11/5/2021 6:08 PM | map 2 | M&B map 2 258 A.docx;M&B map 2 263.docx;M&B map 336.docx;M&B 490 A.docx;M&B 490.docx;M&B map 2 263 A.docx;Map 2... | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s>; Paul Ready <paul@ready.law> | Sigler, Nathan <Nathan.Sigler@co. galveston.tx.us> | Martinez, Dianna <Dianna.Martinez @co.galveston.tx. us>;VanHorn, Veronica <Veronica.VanHor n@co.galveston.tx .us> | | map 2.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions showing precinct changes and splits for Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 184 | Word | 11/5/2021 6:08 PM | 11/5/2021 3:12 PM | | | | | | | M&B map 2 258 A.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, and voting precinct splits by Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 258-A. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 185 | Word | 11/5/2021 6:08 PM | 11/5/2021 3:14 PM | | | | | | | M&B 336 A.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, and voting precinct splits by Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 336-A. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 186 | Word | 11/5/2021 6:08 PM | 11/5/2021 3:15 PM | | | | | | | M&B 490.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, and voting precinct splits by Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 490. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 187 | Word | 11/5/2021 6:08 PM | 11/5/2021 5:54 PM | | | | | | | Map 2 Commissioner Precinct By Current Voting Precincts & Splits.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, and voting precinct splits by Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment, Map 2 Commissioners Precinct By Current Voting Precincts and Splits. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 188 | Word | 11/5/2021 6:08 PM | 11/5/2021 3:14 PM | | | | | | | M&B map 2 258.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, and voting precinct splits by Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 258. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 189 | Word | 11/5/2021 6:08 PM | 11/5/2021 3:13 PM | | | | | | | M&B map 2 263.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, and voting precinct splits by Map 2, submitted for Mr. Ready's legal opinion as to the legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 263. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190 | Word | 11/5/2021 6:08 PM | 11/5/2021 3:13 PM | | | | | | | M&B map 2 263 A.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, and voting precinct splits by Map 2, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 263-A. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 191 | Word | 11/5/2021 6:08 PM | 11/5/2021 2:55 PM | | | | | | | M&B map 336.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, and voting precinct splits by Map 2, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 336. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 192 | Word | 11/5/2021 6:08 PM | 11/5/2021 3:14 PM | | | | | | | M&B map 490 A.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 2, and voting precinct splits by Map 2, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 490-A. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 193 | Email | 11/5/2021 6:09 PM | 11/5/2021 6:09 PM | | M&B map 1 192A.docx; Map 1 Commissioner Precinct By Current Voting Precincts and Splits.docx; M&B map 1 144.docx; M&B map 1 144A.docx; M&B map 1 | Paul Ready <paul@ready.law>; Drummond, Tyler <Tyler.Drummond@co.galveston.tx.us> | Sigler, Nathan <Nathan.Sigler@co.galveston.tx.us> | Martinez, Dianna <Dianna.Martinez @co.galveston.tx. us>; VanHorn, Veronica <Veronica.VanHor n@co.galveston.tx .us> | | Map 1 .msg | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 1, and voting precinct splits by Map 1, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 194 | Word | 11/5/2021 6:09 PM | 11/5/2021 4:27 PM | | | | | | | M&B map 1 192.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 1, and voting precinct splits by Map 1, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 192. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 195 | Word | 11/5/2021 6:09 PM | 11/5/2021 5:49 PM | | | | | | | Map 1 Commissioner Precinct By Current Voting Precincts and Splits.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 1, and voting precinct splits by Map 1, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order; attachment, document displaying Commissioner Precincts by Current Voting Precincts and Splits. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 196 | Word | 11/5/2021 6:09 PM | 11/5/2021 4:52 PM | | | | | | | M&B map 1 263 A.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 1, and voting precinct splits by Map 1, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 263-A. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | Word | 11/5/2021 6:09 PM | 11/5/2021 4:25 PM | | | | | | | M&B map 1 144 A.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 1, and voting precinct splits by Map 1, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 144-A. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 198 | Word | 11/5/2021 6:09 PM | 11/5/2021 4:43 PM | | | | | | | M&B map 1 263.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 1, and voting precinct splits by Map 1, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 263. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 199 | Word | 11/5/2021 6:09 PM | 11/5/2021 4:29 PM | | | | | | | M&B map 1 192 A.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 1, and voting precinct splits by Map 1, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 192-A. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 200 | Word | 11/5/2021 6:09 PM | 11/5/2021 4:26 PM | | | | | | | M&B map 1 144.docx | Sigler, Nathan | Attorney-Client; Work-Product | Communica ion from Mr. Sigler to Mr. Drummond and Galveston County General Counsel, wi h a copy to Dianna Martinez, senior policy and constituent advisor to County Judge Mark Henry, and Veronica Van Horn, legal services manager for Galveston County, submitting attachments showing voting precinct changes, and metes and bounds descriptions for Map 1, and voting precinct splits by Map 1, submitted for Mr. Ready's legal opinion as to he legal sufficiency for adoptable order; attachment, metes and bounds description for voting precinct 144. | A/C - Underlying Facts; WP - Legislative Exception | Description and analysis of voting precinct changes and splits constitute part of the legislative process, not created in anticipation of litigation, and further constitute underlying facts known to Defendants. |
| 201 | Email | 11/7/2021 7:56 PM | 11/7/2021 7:56 PM | Galveston County Texas Commissioner Redistricting Orders | Galveston Map 2 10_28.pdf; Galveston Map 2 Precincts 10_28.pdf;Notice of Publication - Map 2 - attach to sort Order Establishing Boundaries when complete.docx; Galveston Map 1 10_28.pdf;Order Establishing New Commissioner Precinct Boundaries.docx; Galveston Map 1 Precincts 10_28.pdf;Order Establishing Election Precinct | Dale Oldham <dloesq@aol.com>; Jorchinsky@holtzm anvogel.com; pgordon@holtzma nvogel.com | Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx. us>;Martinez, Dianna <Dianna.Martinez @co.galveston.tx. us>; Van Horn, Veronica <Veronica.VanHor n@co.galveston.tx .us>;Erin Jensen <erin@ready.law> | | Galveston County Texas Commissioner Redistricting Orders.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel advising redistricting counsel, Mr. Oldham, Mr. Torchinsky, and Mr. Gordon re: what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. |
| 202 | Word | 11/7/2021 7:56 PM | 11/6/2021 4:46 PM | | | | | | | Order Establishing New Commissioner Precinct Boundaries.doc x | Erin Jensen | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203 | Pdf | 11/7/2021 7:56 PM | 11/7/2021 7:56 PM | | | | | | | Galveston Map 1 10_28.pdf | | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote on Map 2 with a PDF of Map 1 containing the Commissioners Court precinct lines. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Document title indicates this is an image of a proposed map, not a "proposed order" as indicated by Defendants. Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. Defendants have represented the purported criteria applied in adopting the final map, and thus there is implied waiver over discussions regarding what should be considered in enacting the maps. |
| 204 | Word | 11/7/2021 7:56 PM | 11/7/2021 6:45 PM | | | | | | | Order Establishing Election Precinct Boundaries - Map 1.docx | Erin Jensen | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote on new voting precinct lines. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. |
| 205 | Word | 11/7/2021 7:56 PM | 11/7/2021 6:52 PM | | | | | | | Notice of Publication - Map 2 - attach to Order Establishing Boundaries when complete.docx | Erin Jensen | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote new voting precinct lines. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Document title indicates this is an image of a proposed map, not a "proposed order" as indicated by Defendants. Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. Defendants have represented the purported criteria applied in adopting the final map, and thus there is implied waiver over discussions regarding what should be considered in enacting the maps. |
| 206 | Pdf | 11/7/2021 7:56 PM | 11/7/2021 3:42 PM | | | | | | | Legal Descriptions Map 2.pdf | | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote on the metes and bounds descriptions of new voting precincts for Map 2. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. Attached description of precincts or proposed order is underlying fact known to client |
| 207 | Word | 11/7/2021 7:56 PM | 11/7/2021 3:26 PM | | | | | | | Notice of Publication - Map 1 - attach to Order Establishing Boundaries when complete.docx | Erin Jensen | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote on new voting precinct lines. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Document title indicates this is an image of a proposed map, not a "proposed order" as indicated by Defendants. Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. Defendants have represented the purported criteria applied in adopting the final map, and thus there is implied waiver over discussions regarding what should be considered in enacting the maps. |
| 208 | Pdf | 11/7/2021 7:56 PM | 11/7/2021 7:56 PM | | | | | | | Galveston Map 2 Precincts 10_28.pdf | | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote on Map 2 with the voting precinct lines within the Commissioners Court precinct lines. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Document title indicates this is an image of a proposed map, not a "proposed order" as indicated by Defendants. Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. Attached map or proposed order is underlying fact known to client. Defendants have represented the purported criteria applied in adopting the final map, and thus there is implied waiver over discussions regarding what should be considered in enacting the maps. |
| 209 | Pdf | 11/7/2021 7:56 PM | 11/7/2021 3:34 PM | | | | | | | Legal Descriptions Map 1.pdf | | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote on the metes and bounds descriptions of new voting precincts for Map 1. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. Attached description of precincts is underlying fact known to client. Defendants have represented the purported criteria applied in adopting the final map, and thus there is implied waiver over discussions regarding what should be considered in enacting the maps. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 210 | Pdf | 11/7/2021 7:56 PM | 11/7/2021 7:56 PM | | | | | | | Galveston Map 2 10_28.pdf | | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote on Map 2 with a PDF of Map 2 containing the Commissioners Court precinct lines. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Document title indicates this is an image of a proposed map, not a "proposed order" as indicated by Defendants. Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. Attached map or proposed order is underlying fact known to client. Defendants have represented the purported criteria applied in adopting the final map, and thus there is implied waiver over discussions regarding what should be considered in enacting the maps. |
| 211 | Pdf | 11/7/2021 7:56 PM | 11/7/2021 7:56 PM | | | | | | | Galveston Map 1 Precincts 10_28.pdf | | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote on Map 1 with the voting precinct lines within the Commissioners Court precinct lines." | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Document title indicts this is an image of a draft map, not "proposed order" as Defendants suggest. Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. Attached map is underlying fact known to Defendants. |
| 212 | Word | 11/7/2021 7:56 PM | 11/7/2021 6:44 PM | | | | | | | Order Establishing Election Precinct Boundaries - Map 2.docx | Erin Jensen | Attorney-Client; Work-Product | Attachment in email from Galveston County General Counsel to redistricting counsel containing proposed order adopting new Commissioners Court precinct maps providing an example of what is legally required for the Commissioners Court to consider and vote on the voting precinct boundaries for Map 2. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session and preparing for map adoption are orginary legislative functions; "what is legally required for the Commissioners Court to consider and vote on Map 1 and Map 2" fails to establish that this is legal rather than policy advice in light of Entry 213. |
| 213 | Email | 11/7/2021 8:00 PM | 11/7/2021 8:00 PM | Fwd: Galveston County Texas Commissioner Redistricting Orders | Galveston Map 1 Precincts 10_28.pdf;Order Establishing New Commissioner Precinct Boundaries.docx;Legal Descriptions Map 2.pdf;Legal Descriptions Map 1.pdf;Galveston Map 2 Precincts 10_28.pdf;Order Establishing Election Precinct Boundaries - Map 1.docx;Galveston Map 2 10_28.pdf;Galveston Map 1 10_28.pdf;Notice of | Dale Oldham <dloesq@aol.com> | Jason Torchinsky <jtorchinsky@Holtz manVogel.com> | Phil Gordon <pgordon@Holtz manVogel.com> | | 0008641.eml | | Attorney-Client; Work-Product | Communica ion between redistricting counsel discussing communication from Galveston County General re: upcoming special session and needed legal advise prior to, and following, special session and generally how to best achieve client's expectations. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session is orginary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. |
| 214 | Pdf | 11/7/2021 8:00 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 2 10_28.pdf | | Attorney-Client; Work-Product | Attachment in email between redistric ing counsel containing image of proposed Map 2. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. Attached map is underlying fact known to client and versions of the 10_28 map have already been produced to Plaintiffs, and thus implied waiver requires disclosure of these other versions. |
| 215 | Word | 11/7/2021 8:00 PM | 11/7/2021 3:26 PM | | Notice of Publication - Map 1 - attach to Order Establishing Boundaries when complete.docx | | | | | | Erin Jensen | Attorney-Client; Work-Product | Attachment in email between redistric ing counsel containing proposed notice of new voter precincts by Commissioners Court precinct. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. |
| 216 | Word | 11/7/2021 8:00 PM | 11/7/2021 6:52 PM | | Notice of Publication - Map 2 - attach to Order Establishing Boundaries when complete.docx | | | | | | Erin Jensen | Attorney-Client; Work-Product | Attachment in email between redistricting counsel containing proposed notice of new voting precincts by Commissioners Court precincts. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | Pdf | 11/7/2021 8:00 PM | 11/7/2021 3:34 PM | | | | | | | Legal Descriptions Map 1.pdf | | Attorney-Client; Work-Product | Attachment in email between redistric ing counsel containing metes and bounds description of voting precinct 103. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. Attached map is underlying fact known to client |
| 218 | Pdf | 11/7/2021 8:00 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 1 10_28.pdf | | Attorney-Client; Work-Product | Attachment in email between redistric ing counsel containing image of proposed Map 1. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. Attached map is underlying fact known to client and versions of the 10_28 map have already been produced to Plaintiffs, and thus implied waiver compels production of other versions. |
| 219 | Word | 11/7/2021 8:00 PM | 11/7/2021 6:44 PM | | | | | | | Order Establishing Election Precinct Boundaries - Map 2.docx | Erin Jensen | Attorney-Client; Work-Product | Attachment in email between redistric ing counsel containing proposed order adopting new Commissioners Court precincts. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. |
| 220 | Pdf | 11/7/2021 8:00 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 2 Precincts 10_28.pdf | | Attorney-Client; Work-Product | Attachment in email between redistric ing counsel containing image of proposed Map 2 with voting precincts overlaid. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. Attached map is underlying fact known to client and versions of the 10_28 map have already been produced to Plaintiffs, and thus implied waiver compels production of other versions. |
| 221 | Word | 11/7/2021 8:00 PM | 11/7/2021 6:45 PM | | | | | | | Order Establishing Election Precinct Boundaries - Map 1.docx | Erin Jensen | Attorney-Client; Work-Product | Attachment in email between redistric ing counsel containing proposed order adopting new Commissioners Court precincts. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. |
| 222 | Pdf | 11/7/2021 8:00 PM | 11/7/2021 3:42 PM | | | | | | | Legal Descriptions Map 2.pdf | | Attorney-Client; Work-Product | Attachment in email between redistric ing counsel containing metes and bounds description of voting precinct 103. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. Attached map is underlying fact known to client and versions of the 10_28 map have already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 223 | Pdf | 11/7/2021 8:00 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 1 Precincts 10_28.pdf | | Attorney-Client; Work-Product | Attachment in email between redistric ing counsel containing an image of proposed Map 1 with voting precincts overlaid. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. Attached map is underlying fact known to client and versions of the 10_28 map have already been produced to Plaintiffs, and implied waiver |
| 224 | Word | 11/7/2021 8:00 PM | 11/6/2021 4:46 PM | | | | | | | Order Establishing New Commissioner Precinct Boundaries.doc x | Erin Jensen | Attorney-Client; Work-Product | Attachment in email between redistric ing counsel containing proposed order adopting new Commissioners Court precincts. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session is ordinary legislative function; reference to "how to best achieve client's expectations" is policy-oriented rather than legal, and description of "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice. |
| 225 | Email | 11/8/2021 10:19 AM | 11/8/2021 10:19 AM | | Fwd: modified inventory | Galveston Map 1 10_28.pdf;Galve ston Map 2 Precincts 10_28.pdf;Galve ston Map 1 Precincts 10_28.pdf;Galve ston _Analysis 10_28_21.xlsx;G alveston Map 2 10_28.pdf | pgordon@holtzma nvogel.com | <dloesq@aol.com> | | | 0014970.eml | | Attorney-Client; Work-Product | Mr. Oldham forwarding to Mr. Gordon, communication from Mr. Byran to Mr. Gordon and Mr. Oldham describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Modifications made, and data and analysis of maps generated, during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of providing "legal opinions" without specification is conclusory; Map drawing and editing is ordinary legislative function. Versions of the 10_28 map have already been produced to Plaintiffs, and implied waiver requires production of other versions. |

| 1/20 Doc ID | Docum ent Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BC C | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 226 | Excel | 11/8/2021 10:19 AM | 10/28/2021 3:55 PM | | | | | | | Galveston_Anal ysis 10_28_21 xlsx | thomas bryan | Attorney-Client; Work-Product | Mr. Oldham forwarding to Mr. Gordon, communication from Mr. Byran to Mr. Gordon and Mr. Oldham describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions; attachment, Excel spreadsheet containing data and analysis for Mr. Oldham and Mr. Gordon to formulate their legal opinions. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Modifications made, and data and analysis of maps generated, during the mapping process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of providing "legal opinions" without specification is conclusory; Map drawing and editing is ordinary legislative function. Versions of the 10_28 map have already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 227 | Pdf | 11/8/2021 10:19 AM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 1 10_28.pdf | | Attorney-Client; Work-Product | Mr. Oldham forwarding to Mr. Gordon, communication from Mr. Byran to Mr. Gordon and Mr. Oldham describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions; attachment, PDF of Map 1. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Modifications made, and data and analysis of maps generated, during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of providing "legal opinions" without specification is conclusory; Map drawing and editing is ordinary legislative function. Versions of the 10_28 map have already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 228 | Pdf | 11/8/2021 10:19 AM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 2 Precincts 10_28.pdf | | Attorney-Client; Work-Product | Mr. Oldham forwarding to Mr. Gordon, communication from Mr. Byran to Mr. Gordon and Mr. Oldham describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions; attachment, PDF of Map 2 with voting precinct identified. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Modifications made, and data and analysis of maps generated, during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of providing "legal opinions" without specification is conclusory; Map drawing and editing is ordinary legislative function. Versions of the 10_28 map have already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 229 | Pdf | 11/8/2021 10:19 AM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 2 10_28.pdf | | Attorney-Client; Work-Product | Mr. Oldham forwarding to Mr. Gordon, communication from Mr. Byran to Mr. Gordon and Mr. Oldham describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions; attachment, PDF of Map 2. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Modifications made, and data and analysis of maps generated, during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of providing "legal opinions" without specification is conclusory; Map drawing and editing is ordinary legislative function. Versions of the 10_28 map have already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 230 | Pdf | 11/8/2021 10:19 AM | 12/31/9999 6:00 PM | | | | | | | Galveston Map 1 Precincts 10_28.pdf | | Attorney-Client; Work-Product | Mr. Oldham forwarding to Mr. Gordon, communication from Mr. Byran to Mr. Gordon and Mr. Oldham describing modifications to precincts so that Mr. Oldham and Mr. Gordon could formulate and provide legal opinions; attachment, PDF of Map 1 with voting precincts identified. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Modifications made, and data and analysis of maps generated, during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of providing "legal opinions" without specification is conclusory; Map drawing and editing is ordinary legislative function. Versions of the 10_28 map have already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 231 | Email | 11/8/2021 10:41 AM | 11/8/2021 10:41 AM | Re: Galveston County Texas Commission er Redistricting Orders | 11.pdf | Dale Oldham <dloesq@aol.com> ;[torchinsky@holtz manvogel.com;pgo rdon@holtzmanvog el.com | Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx. us>;Martinez, Dianna <Dianna. Martinez @co.galveston.tx. us>;Van Horn, Veronica <Veronica.VanHor n@co.galveston.tx .us>;Erin Jensen <erin@ready.law> | | Re Galveston County Texas Commissioner Redistricting Orders.msg | | Attorney-Client; Work-Product | Communica ion between Galveston County General Counsel and redistricting counsel discussing the scope of redistricting representation. | A/C - Underlying Facts | Communications regarding scope of representation not privileged. |
| 232 | Pdf | 11/8/2021 10:41 AM | 4/5/2021 12:14 PM | | | | | | | 11.pdf | | Attorney-Client; Work-Product | Attachment to email between Galveston County General Counsel and redistricting counsel discussing scope of engagement, which contains a copy of the engagement letter wi h redistricting counsel. | A/C - Underlying Facts | Engagement letter not privileged. |
| 233 | Email | 11/8/2021 10:41 AM | 11/8/2021 10:41 AM | Re: Galveston County Texas Commission er Redistricting Orders | 11.pdf; htm | Dale Oldham <dloesq@aol.com> ;[torchinsky@holtz manvogel.com>;<p gordon@holtzmanv ogel.com> | Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx. us>;Martinez, Dianna <Dianna. Martinez @co.galveston.tx. us>;Van Horn, Veronica <veronica.vanhorn @co.galveston.tx. us>;Erin Jensen <erin@ready.law> | | 0008649.eml | | Attorney-Client; Work-Product | Communica ion between Galveston County General Counsel and redistricting counsel discussing the scope of redistricting representation pursuant to the engagement letter with Galveston County. | A/C - Underlying Facts | Communications regarding scope of representation not privileged. |
| 234 | Pdf | 11/8/2021 10:41 AM | 4/5/2021 12:14 PM | | | | | | | 11.pdf | | Attorney-Client; Work-Product | Attachment to email between Galveston County General Counsel and redistricting counsel discussing scope of engagement, which contains a copy of the engagement letter wi h redistricting counsel. | A/C - Underlying Facts | Engagement letter not privileged. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 235 | Html | 11/8/2021 10:41 AM | 12/31/9999 6:00 PM | | | | | | | .htm | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel advising redistricting counsel, Mr. Oldham, Mr. Torchinsky, and Mr. Gordon re: upcoming special session and needed legal advise prior to, and following, special session. | A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | Holding special session and preparing for map adoption are orginary legislative functions; "needed legal advise prior to, and following, special session" is conclusory and fails to establish that this is legal rather than policy advice in light of Entry 213. |
| 236 | Email | 11/8/2021 2:35 PM | 11/8/2021 2:35 PM | Galveston | Galveston_Map2 10_28_21.s bn;Galveston_Map1 10_28_21.s bn;Galveston_Map1 10_28_21.s hp.xml;Galveston_Map2 10_28_21.s hp.xml;Galveston_Map2 10_28_21.dbf;Galveston_Map1 10_28_21.sbx;Galveston_Map1 10_28_21.shp;Galveston_Map1 10_28_21.dbf;Galveston_Map2 10_28_21.shx;Galveston_Map1 10_28_21.shx;Galveston_Map2 10_28_21.s | Jason Torchinsky <jtorchinsky@hvjt.law> | tom@bryangeodem o.com | | | Galveston.msg | | Attorney-Client; Work-Product | Communica ion between Mr. Bryan and redistricting counsel passing along several documents related to Map 1 and 2 proposals for the purpose of obtaining redistricting counsel's legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function |
| 237 | Cad | 11/8/2021 2:35 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 shp | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 238 | Text | 11/8/2021 2:35 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 239 | Cad | 11/8/2021 2:35 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 240 | Cad | 11/13/2021 2:35 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 sbx | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 241 | Cad | 11/11/2021 2:35 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 sbx | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 242 | Cad | 11/12/2021 2:35 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 shx | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 243 | Database | 11/8/2021 2:35 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 244 | Cad | 11/8/2021 2:35 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shx | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 245 | Cad | 11/10/2021 2:35 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 246 | Text | 11/8/2021 2:35 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 247 | Database | 11/8/2021 2:35 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 248 | Cad | 11/9/2021 2:35 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shp | | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and analyses made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 249 | Email | 11/8/2021 2:51 PM | 11/8/2021 2:51 PM | Galveston Block Assignments | Galveston M1M2 Assignments.xlsx | Jason Torchinsky <jtorchinsky@hvjt.law> | tom@bryangeodem o.com | | | Galveston Block Assignments.msg | | Attorney-Client; Work-Product | Communica ion between Mr. Bryan and redistricting counsel passing along document related to Map 1 and 2 proposals for the purpose of obtaining redistricting counsel's legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and block assignments made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function. |
| 250 | Excel | 11/8/2021 2:51 PM | 11/8/2021 2:50 PM | | | | | | | Galveston M1M2 Assignments.xlsx | thomas bryan | Attorney-Client; Work-Product | Attachment to email from Mr. Bryan to redistricting counsel containing informa ion related to Map 1 and 2 proposals for the purpose of obtaining legal advice and analysis. | A/C - Underlying Facts; A/C - Boilerplate/Conclusory; Thomas Bryan; WP - Legislative Exception | Draft maps and block assignments made during the map-drawing process are underlying facts of the legislative process that do not constitute bona fide legal advice; Stated purpose of obtaining "legal advice and analysis" without specification is conclusory; Map-drawing is ordinary legislative function. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 251 | Email | 11/8/2021 3:09 PM | 11/8/2021 3:09 PM | Re: Galveston | Order Establishing Commissioner Precinct (District) Boundaries - Galveston Map 2 - 11_8_21.docx;im age001.jpg;Galv eston Commissioner Precincts (Districts) - Map 1 - 8_11_21.pdf ;Galveston Commissioner Precincts (Districts) - Map 2 - 8_11_21.pdf ;Order Establishing Commissioner Precinct (District) Boundaries - | Jason Torchinsky <jtorchinsky@Holtz manVogel.com> | Phil Gordon <pgordon@Holtzma nVogel.com> | Dale Oldham <dloesq@aol.com > | | 0008653.eml | | Attorney-Client; Work-Product | Communica ion between Mr. Gordon and other redistricting counsel passing along several documents related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; WP - Legislative Exception | Stated purpose of providing "legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative function. Attachments that include draft maps or analysis related to draft maps are |
| 252 | Pdf | 11/8/2021 3:09 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Commissioner Precincts (Districts) - Map 1 - 8_11_21.pdf | | Attorney-Client; Work-Product | Attachment to email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of providing "legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative function. Attachments that include draft maps or analysis are underlying facts. |
| 253 | Image | 11/8/2021 3:09 PM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | HVBTJ logo attached to email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | | |
| 254 | Word | 11/8/2021 3:09 PM | 11/8/2021 3:08 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries - Galveston Map 2 - 11_8_21.docx | Jason Torchinsky | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of providing "legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative function. Attachments that include draft maps or analysis are underlying facts. |
| 255 | Word | 11/8/2021 3:09 PM | 11/8/2021 3:07 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries - Galveston Map 1 - 11_8_21.docx | Jason Torchinsky | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of providing "legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative function. Attachments that include draft maps or analysis are underlying facts. |
| 256 | Pdf | 11/8/2021 3:09 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Commissioner Precincts (Districts) - Map 2 - 8_11_21.pdf | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of providing "legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative function. Attachments that include draft maps are underlying facts. |
| 257 | Email | 11/8/2021 3:10 PM | 11/8/2021 3:10 PM | Re: Galveston | image001.jpg | Phil Gordon <pgordon@Holtzm anVogel.com> | Jason Torchinsky <jtorchinsky@Holtz manVogel.com> | Dale Oldham <dloesq@aol.com > | | 0008654.eml | | Attorney-Client; Work-Product | Communica ion between Mr. Torchinsky and other redistricting counsel discussing and approving several documents related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of providing "legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts. |
| 258 | Image | 11/8/2021 3:10 PM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | Attachment to email between Mr. Torchinsky and other redistricting counsel containing law firm's logo. | | |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 259 | Email | 11/8/2021 3:59 PM | 11/8/2021 3:59 PM | Re: Galveston | Galveston_ Map1 10_28_21.dbf;Galveston Commissioner Precincts (Districts) - Map 1 - 8_11_21.pdf ;image002.jpg;G alveston _Map2 10_28_21.shp;G alvesto n_Map1 10_28_21.shp;G alveston_Map2 10_28_21.shx;G alvesto n_Map2 10_28_21.shp.x ml;image001.jpg; Galveston Commissioner Precincts (Districts) - Map 2 - 8_11_21.pdf ;Galveston_ Map1 10 28 21.s | Jason Torchinsky <jtorchinsky@Holtz manVogel.com> | Phil Gordon <pgordon@Holtzma nVogel.com> | Dale Oldham <dloesq@aol.com > | | 0008655.eml | | Attorney-Client; Work-Product | Communica ion between Mr. Gordon and other redistricting counsel passing along several documents related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts. |
| 260 | Text | 11/8/2021 3:59 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts. |
| 261 | Database | 11/8/2021 3:59 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 262 | Cad | 11/10/2021 3:59 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21.shp | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 263 | Pdf | 11/8/2021 3:59 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Commissioner Precincts (Districts) - Map 2 - 8_11_21. pdf | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts. |
| 264 | Database | 11/8/2021 3:59 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 265 | Text | 11/8/2021 3:59 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 266 | Image | 11/8/2021 3:59 PM | 12/31/9999 6:00 PM | | | | | | | image002.jpg | | Attorney-Client; Work-Product | HVBTJ logo attached to email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | | |
| 267 | Cad | 11/8/2021 3:59 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shx | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 268 | Cad | 11/8/2021 3:59 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shx | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 269 | Word | 11/8/2021 3:59 PM | 11/8/2021 3:07 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries - Galveston Map 1 - 11_8_21.docx | Jason Torchinsky | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts. |
| 270 | Image | 11/8/2021 3:59 PM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | HVBTJ logo attached to email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | | |
| 271 | Cad | 11/8/2021 3:59 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 272 | Word | 11/8/2021 3:59 PM | 11/8/2021 3:08 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries - Galveston Map 2 - 11_8_21.docx | Jason Torchinsky | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts. |
| 273 | Cad | 11/8/2021 3:59 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 sbx | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 274 | Cad | 11/8/2021 3:59 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 275 | Cad | 11/8/2021 3:59 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shp | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 276 | Pdf | 11/8/2021 3:59 PM | 12/31/9999 6:00 PM | | | | | | | Galveston Commissioner Precincts (Districts) - Map 1 - 8_11_21.pdf | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts. |
| 277 | Cad | 11/9/2021 3:59 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 sbx | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing information related to Map 1 and 2 proposals for the purpose of furnishing legal advice and analysis. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Stated purpose of "furnishing legal advice and analysis" without specification is conclusory; Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 278 | Email | 11/8/2021 4:37 PM | 11/8/2021 4:37 PM | Re: Galveston County Texas Commissioner Redistricting Orders | Galveston_Map2 10_28_21.sbx;Galveston_Map1 10_28_21.shx;Galveston_Map1 10_28_21.dbf;Galveston_Map2 10_28_21.shx;Galveston_Map2 10_28_21.dbf;Galveston_Map1 10_28_21.shp.xml;Galveston_Map2 10_28_21.shp.xml;Galveston_Map1 10_28_21.sbx;Galveston_Map2 10_28_21.sbn;Order Establishing Commissioner Precinct (District) | Paul Ready <paul@ready.law>; Drummond, Tyler <Tyler.Drummond@co.galveston.tx.us>; Martinez, Dianna <Dianna Martinez@co.galveston.tx.us>; Van Horn, Veronica <Veronica.VanHorn@co.galveston.tx.us>;Erin Jensen <erin@ready.law> | Phil Gordon <pgordon@HoltzmanVogel.com> | Dale Oldham <dloesq@aol.com>;Jason Torchinsky <jtorchinsky@HoltzmanVogel.com> | | Re Galveston County Texas Commissioner Redistricting Orders.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon to Galveston County General Counsel, redistricting counsel, and other Galveston County employees containing legal advice, instructions for adoption of redistricting order, and supporting documents relating to Map 1 and 2 proposals. | WP - Legislative Exception; A/C - Boilerplate/Conclusory; A/C - Legal Advice Not Primary Purpose | Assertion the communication contains "legal advice" without further specification is conclusory when the "instructions for adoption" and map-drawing are part of ordinary legislative process. |
| 279 | Cad | 11/8/2021 4:37 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 sbx | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception; A/C - Waiver | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Assuming they are asserting both Attorney-Client and Work-Product: Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires disclosure of other versions. |
| 280 | Text | 11/8/2021 4:37 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 shp.xml | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires disclosure of other versions. |
| 281 | Text | 11/8/2021 4:37 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 shp.xml | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires disclosure of other versions. |
| 282 | Database | 11/8/2021 4:37 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 dbf | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires disclosure of other versions. |
| 283 | Pdf | 11/8/2021 4:37 PM | 11/8/2021 4:37 PM | | | | | | | Galveston Commissioner Precincts (Districts) - Map 1 - 8_11_21.pdf | | Attorney-Client; Work-Product | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception; A/C - Legal Advice Not Primary Purpose | Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts, and thus indicates implied waiver. That it may "contain legal advice" does not indicate this was primary purpose. |
| 284 | Word | 11/8/2021 4:37 PM | 11/8/2021 3:07 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries - Galveston Map 1 - 11_8_21.docx | Jason Torchinsky | Attorney-Client; Work-Product | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals; draft order sent to Galveston County General Counsel for legal review. | WP - Legislative Exception; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose | Redaction more appropriate; Assertion the communication contains "legal advice" without further specification is conclusory; Map-drawing is part of ordinary legislative process, as is the drafting of orders, which are underlying facts part of the legislative record |
| 285 | Pdf | 11/8/2021 4:37 PM | 11/8/2021 4:37 PM | | | | | | | Galveston Commissioner Precincts (Districts) - Map 2 - 8_11_21.pdf | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception. | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts. |
| 286 | Cad | 11/8/2021 4:37 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 shx | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires production of other versions. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Pllog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 287 | Cad | 11/8/2021 4:37 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shp | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires production of other versions. |
| 288 | Database | 11/8/2021 4:37 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 dbf | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires production of other versions. |
| 289 | Cad | 11/8/2021 4:37 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shp | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires production of other versions. |
| 290 | Cad | 11/8/2021 4:37 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 sbn | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires production of other versions. |
| 291 | Word | 11/8/2021 4:37 PM | 11/8/2021 3:08 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries - Galveston Map 2 - 11_8_21.docx | Jason Torchinsky | Attorney-Client; Work-Product | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals; attachment, draft order sent to Galveston County General Counsel for legal review. | WP - Legislative Exception; A/C - Boilerplate/Conclusory; A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose | Redaction more appropriate; Assertion the communication contains "legal advice" without further specification is conclusory; Map-drawing is part of ordinary legislative process, as is the drafting of orders, which are underlying facts part of the legislative record, and thus it may "contain legal advice" does not indicate this was primary purpose. |
| 292 | Cad | 11/8/2021 4:37 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 sbn | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires production of other versions. |
| 293 | Cad | 11/8/2021 4:37 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 sbx | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires production of other versions. |
| 294 | Cad | 11/8/2021 4:37 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shx | | | Attachment in communication from Mr. Gordon to Galveston County General Counsel and other Galveston County employees containing legal advice and supporting documents relating to Map 1 and 2 proposals. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Defendants do not assert any privilege over these documents added to the 1/20 privilege log. Map-drawing process and orders adopting maps are part of ordinary legislative process; draft maps and related analysis are underlying facts; Shapefile has already been produced to Plaintiffs, and thus implied waiver requires production of other versions. |
| 295 | Email | 11/8/2021 6:08 PM | 11/8/2021 6:08 PM | Re: Galveston County Texas Commissioner Redistricting Orders | | Phil Gordon <pgordon@Holtzm anVogel.com>;Mar tinez, Dianna <Dianna.Martinez @co.galveston.tx.u s> | Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx. us>;Van Horn, Veronica <Veronica.VanHor n@co.galveston.tx .us>;Erin Jensen <erin@ready.law>; Dale Oldham <dloesq@aol.com >;Jason Torchinsky <jtorchinsky@Holt zmanVogel.com>; Van Horn, Veronica <veronica.vanhorn @co.galv | | Re Galveston County Texas Commissioner Redistricting Orders.msg.00 08658.eml | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to redistricting counsel and Galveston County employees coordinating Map 1 and 2 proposals for the 11/12/21 hearing pursuant to legal advice. | A/C - Logistical and Scheduling Documents; A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues; conducting redistricting hearings is part of ordinary legislative process. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 296 | Email | 11/8/2021 8:50 PM | 11/8/2021 8:50 PM | Re: Galveston County Texas Commissioner Redistricting Orders | | Paul Ready <paul@ready.law>; Phil Gordon <pgordon@Holtzm anVogel.com>;Mar tinez, Dianna <Dianna.Martinez @co.galveston.tx.u s> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s> | Van Horn, Veronica <Veronica.VanHor n@co.galveston.tx .us>;Erin Jensen <erin@ready.law>; Dale Oldham <dloesq@aol.com >;Jason Torchinsky <jtorchinsky@Holt zmanVogel.com> | | Re Galveston County Texas Commissioner Redistricting Orders.msg;00 08659.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Drummond to Galveston County General Counsel, redistricting counsel and Galveston County employees coordinating Map 1 and 2 proposals for the 11/12/21 hearing pursuant to legal advice. | A/C - Logistical and Scheduling Documents; A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues; conducting redistricting hearings is part of ordinary legislative process. |
| 297 | Email | 11/8/2021 8:50 PM | 11/8/2021 8:50 PM | Re: Galveston County Texas Commissioner Redistricting Orders | | Paul Ready <paul@ready.law>; Phil Gordon <pgordon@Holtzm anVogel.com>;Mar tinez, Dianna <Dianna.Martinez @co.galveston.tx.u s> | Drummond, Tyler </o=ExchangeLabs/ ou=Exchange Administrative Group (FYDIBOHF23SPD L T)/cn=Recipients/cn =2c5f9c72e05e4d9 e 8437fd599c045b6e- Drummond, T> | Van Horn, Veronica <Veronica.VanHor n@co.galveston.tx .us>;Erin Jensen <erin@ready.law>; Dale Oldham <dloesq@aol.com >;Jason Torchinsky <jtorchinsky@Holt zmanVogel.com> | | Re Galveston County Texas Commissioner Redistricting Orders.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Drummond to Galveston County General Counsel, redistricting counsel and Galveston County employees coordinating Map 1 and 2 proposals for the 11/12/21 hearing pursuant to legal advice. | A/C - Logistical and Scheduling Documents; A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues; conducting redistricting hearings is part of ordinary legislative process. |
| 298 | Email | 11/8/2021 9:26 PM | 11/8/2021 9:26 PM | Re: Galveston County Texas Commissioner Redistricting Orders | | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s> | Paul Ready <paul@ready.law> | Phil Gordon <pgordon@holtzm anvogel.com>; Martinez, Dianna <Dianna.Martinez @co.galveston.tx. us>; Van Horn, Veronica <Veronica.VanHor n@co.galveston.tx .us>; Erin Jensen <erin@ready.law>; Dale Oldham <dloesq@aol.com >; Jason Torchinsky <jtorchinsky@holt zmanvogel> | | Re Galveston County Texas Commissioner Redistricting Orders.msg;00 08660.eml | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to Mr. Drummond, redistricting counsel, and other Galveston County employees coordinating Map 1 and 2 proposals for the 11/12/21 hearing pursuant to legal advice. | A/C - Logistical and Scheduling Documents; A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues; conducting redistricting hearings is part of ordinary legislative process. |
| 299 | Email | 11/9/2021 12:01 AM | 11/9/2021 12:01 AM | Re: Galveston County Texas Commissioner Redistricting Orders | | Paul Ready <paul@ready.law> | Phil Gordon <pgordon@Holtzma nVogel.com> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx. us>; Martinez, Dianna <Dianna.Martinez @co.galveston.tx. us>; Van Horn, Veronica <Veronica.VanHor n@co.galveston.tx .us>; Erin Jensen <erin@ready.law>; Dale Oldham <dloesq@aol.com >; Jason Torchinsky <jtorchinsky@Holt z | | 0008661.eml;R e Galveston County Texas Commissioner Redistricting Orders.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon to Galveston County General Counsel with Mr. Drummond, other redistricting counsel and Galveston County employees copied, coordinating Map 1 and 2 proposals for the 11/12/21 hearing pursuant to legal advice. | A/C - Logistical and Scheduling Documents; A/C - Legal Advice Not Primary Purpose; A/C - Boilerplate/Conclusory; WP - Legislative Exception | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues; conducting redistricting hearings is part of ordinary legislative process. |
| 300 | Email | 11/9/2021 10:46 AM | 11/9/2021 10:46 AM | RE: Special Meeting DRAFT | TD DRAFT 11-12- 21.pdf;Order Establishing Commissioner Precinct (District) Boundaries - Galvest...docx | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s> | Martinez, Dianna <Dianna.Martinez@ co.galveston.tx.us> | | | RE Special Mee ing DRAFT .msg | | Attorney-Client | Communica ion from Ms. Martinez to Mr. Drummond coordinating Map 1 and 2 proposals for the 11/12/21 hearing pursuant to legal advice provided by redistricting counsel. Draft documents prepared by redistricting counsel containing legal advice are attached as exhibits. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 301 | Word | 11/9/2021 10:46 AM | 11/8/2021 3:08 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries - Galvest....docx | Jason Torchinsky | Attorney-Client | Attachment to communication from Ms. Martinez to Mr. Drummond coordinating Map 1 and 2 proposals for 11/12/21 hearing pursuant to legal advice provided by redistricting counsel. Attachment was prepared by redistricting counsel containing legal advice. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues. |
| 302 | Word | 11/9/2021 10:46 AM | 11/8/2021 3:07 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries - Galvest....docx | Jason Torchinsky | Attorney-Client | Attachment to communication from Ms. Martinez to Mr. Drummond coordinating Map 1 and 2 proposals for 11/12/21 hearing pursuant to legal advice provided by redistricting counsel. Attachment was prepared by redistricting counsel containing legal advice. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues. |
| 303 | Pdf | 11/9/2021 10:46 AM | 11/9/2021 10:40 AM | | | | | | | TD DRAFT 11-12-21.pdf | LOANER | Attorney-Client | Attachment to communication from Ms. Martinez to Mr. Drummond coordinating Map 1 and 2 proposals for 11/12/21 hearing pursuant to legal advice provided by redistricting counsel. Attachment is a draft meeting agenda. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues. |
| 304 | Email | 11/9/2021 10:46 AM | 11/9/2021 10:46 AM | RE: Special Meeting DRAFT | Order Establishing Commissioner Precinct (District) Boundaries - Galvest....docx;T D DRAFT 11-12-21.pdf | Drummond, Tyler <Tyler.Drummond@co.galveston.tx.u s> | Martinez, Dianna </O=EXCHANGEL ABS/O U=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPD LT)/CN =RECIPIENTS/CN= D182 22B5FD744C689C5 BF77 59AA6838B-MARTINEZ, D> | | | RE Special Meeting DRAFT.msg | | Attorney-Client | Communica ion from Ms. Garza-Martinez to Mr. Drummond coordinating Map 1 and 2 proposals for the 11/12/21 hearing pursuant to legal advice provided by redistricting counsel. Draft documents prepared by redistricting counsel containing legal advice are attached as exhibits. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues. Attachment filename sounds like a draft special meeting notice, which is routine work for County staff. |
| 305 | Word | 11/9/2021 10:46 AM | 11/8/2021 3:07 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries - Galvest....docx | Jason Torchinsky | Attorney-Client | Attachment to communication from Ms. Garza-Martinez to Mr. Drummond coordinating Map 1 and 2 proposals for 11/12/21 hearing pursuant to legal advice provided by redistricting counsel. Attachment was prepared by redistricting counsel containing legal advice. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues. |
| 306 | Word | 11/9/2021 10:46 AM | 11/8/2021 3:08 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries - Galvest....docx | Jason Torchinsky | Attorney-Client | Attachment to communication from Ms. Garza-Martinez to Mr. Drummond coordinating Map 1 and 2 proposals for 11/12/21 hearing pursuant to legal advice provided by redistricting counsel. Attachment was prepared by redistricting counsel containing legal advice. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues. |
| 307 | Pdf | 11/9/2021 10:46 AM | 11/9/2021 10:40 AM | | | | | | | TD DRAFT 11-12-21.pdf | LOANER | Attorney-Client | Attachment to communication from Ms. Garza-Martinez to Mr. Drummond coordinating Map 1 and 2 proposals for 11/12/21 hearing pursuant to legal advice provided by redistricting counsel. Attachment is draft meeting agenda. | A/C - Legal Advice Not Primary Purpose; A/C - Underlying Facts | "Coordinating Map 1 and 2 proposals for 11/12/21 hearing" concerns logistics, and the fact that they acted "pursuant to legal advice" does not make their following that advice privileged; vague invocation of "legal advice" too conclusory to carry their burden in light of these other issues. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 308 | Email | 11/9/2021 1:13 PM | 11/9/2021 1:13 PM | FW: Galveston County Texas Commissioner Redistricting Orders | Galveston_Map1 10_28_21.dbf; Galveston_Map2 10_28_21.dbf; Galveston_Map1 10_28_21.sbx; Galveston_Map1 10_28_21.shp; Galveston_Map2 10_28_21.sbx; Galveston Commissioner Precincts (Districts) - Map 2 -8_11_21.pdf; Galveston Commissioner Precincts (Districts) - Map 1 - 8_11_21.pdf; Galveston_Map1 10_28_21.shx; Galveston_Map2 | Liechty, Linda <Linda.Liechty@co.galveston.tx.us>; Martinez, Dianna <Dianna.Martinez@co.galveston.tx.us> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.us> | | | FW Galveston County Texas Commissioner Redistricting Orders.msg | | Attorney-Client; Work Product | Email from Mr. Drummond to Ms. Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | WP - Legislative Exception; A/C - Boilerplate/Conclusory | Map-drawing and related orders are part of ordinary legislative process; assertion communication contains "legal guidance" is conclusory without further specification. |
| 309 | Cad | 11/9/2021 1:13 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 110_28_21.shx | | Attorney-Client; Work Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 310 | Cad | 11/9/2021 1:13 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shx | | Attorney-Client; Work Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 311 | Cad | 11/9/2021 1:13 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shp | | Attorney-Client; Work Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 312 | Cad | 11/9/2021 1:13 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 sbx | | Attorney-Client; Work Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 313 | Pdf | 11/9/2021 1:13 PM | 11/9/2021 1:13 PM | | | | | | | Galveston Commissioner Precincts (Districts) - Map 1 - 8_11_21.pdf | | Attorney-Client; Work Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. |
| 314 | Cad | 11/9/2021 1:13 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 sbx | | Attorney-Client; Work Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 315 | Cad | 11/9/2021 1:13 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 sbn | | Attorney-Client; Work Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 316 | Word | 11/9/2021 1:13 PM | 11/8/2021 3:08 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries – Galveston Map 2 - 11_8_21.docx | Jason Torchinsky | Attorney-Client; Work-Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing; draft order sent to Galveston County General Counsel for legal review. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. |
| 317 | Cad | 11/9/2021 1:13 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 318 | Pdf | 11/9/2021 1:13 PM | 11/9/2021 1:13 PM | | | | | | | Galveston Commissioner Precincts (Districts) - Map 2 - 8_11_21.pdf | | Attorney-Client; Work-Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. |
| 319 | Text | 11/9/2021 1:13 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 320 | Cad | 11/9/2021 1:13 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shp | | Attorney-Client; Work-Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 321 | Word | 11/9/2021 1:13 PM | 11/8/2021 3:07 PM | | | | | | | Order Establishing Commissioner Precinct (District) Boundaries – Galveston Map 1 - 11_8_21.docx | Jason Torchinsky | Attorney-Client; Work-Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing; draft order sent to Galveston County General Counsel for legal review. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. |
| 322 | Database | 11/9/2021 1:13 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 323 | Database | 11/9/2021 1:13 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 324 | Text | 11/9/2021 1:13 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment to email from Mr. Drummond to Ms. Garza-Martinez and Ms. Liechty passing along legal guidance from redistricting counsel and documents related to Map 1 and 2 proposals for 11/12/2021 hearing. | A/C - Boilerplate/Conclusory; A/C - Underlying Facts; WP - Legislative Exception | Map-drawing and related orders are part of ordinary legislative process; Draft maps, related analysis, and draft order is part of the ordinary legislative record and constitutes an underlying fact; Description communication contains "legal guidance . . . Related to" the proposals is boilerplate without further specification. Shapefile has already been produced to Plaintiffs, and implied waiver requires production of other versions. |
| 325 | Email | 11/10/2021 11:05 AM | 11/10/2021 11:05 AM | Galveston Update | image001.jpg | Jason Torchinsky <jtorchinsky@Holtzman Vogel.com>; Dale Oldham <dloesq@aol.com> | Phil Gordon <pgordon@Holtzman Vogel.com> | Jonathan Lienhard <jlienhard@Holtzman Vogel.com> | | 0008691.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon re other redistricting counsel discussing legal strategy, updates, and questions from Galveston County General Counsel and Mr. Drummond re: 11/12/2021 hearing. | A/C Boilerplate/Conclusory; A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | No indication in description that the "updates and questions from Galveston County General Counsel and Mr. Drummond re: 11/12/2021 hearing" primarily involve legal rather than policy advice; holding hearings and redistricting are ordinary legislative functions |
| 326 | Image | 11/10/2021 11:05 AM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | Attachment with Mr. Gordon to other redistricting counsel containing team firm logo | | |

| 1/20 Doc ID | Docum ent Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BC C | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 327 | Email | 11/10/2021 11:09 AM | 11/10/2021 11:09 AM | Re: Galveston Update | image001.jpg | Phil Gordon <pgordon@Holtzm anVogel> | Jill Holtzman Vogel <jh@HoltzmanVoge l.com> | Jason Torchinsky <jtorchinsky@Holt zmanVogel.com>; Dale Oldham <dloesq@aol.com >; Jonathan Lienhard <jlienhard@Holtz manVogel.com> | | 0008693.eml | | Attorney-Client; Work-Product | Communica ion between redistricting counsel discussing legal strategy, updates, and questions from Mr. Ready and Mr. Drummond re: 11/12/2021 hearing. | A/C Boilerplate/Conclusory; A/C - Legal Advice Not Primary Purpose; WP - Legislative Exception | No indication in description that the "updates and questions from Galveston County General Counsel and Mr. Drummond re: 11/12/2021 hearing" primarily involve legal rather than policy advice; holding hearings and redistricting are ordinary legislative functions |
| 328 | Image | 11/10/2021 11:09 AM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | Attachment in email from Mr. Gordon to other redistricting counsel containing law firm logo. | | |
| 329 | Email | 11/27/2021 7:08 PM | 11/27/2021 7:08 PM | Fwd: Galveston County redistricting | | Jason Torchinsky <jtorchinsky@holtz manvogel.com>; Phil Gordon <pgordon@holtzm anvogel.com>; Dale Oldham <dloesq@aol.com> | Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx. us>; Henry, Mark <Mark.Henry@co. galveston.tx.us>; VanHorn, Veronica <Veronica.VanHor n@co.galveston.tx .us> | | Fwd Galveston County redistricting.ms g | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to redistricting counsel seeking legal guidance on demands received by the Department of Justice concerning the new Commissioners Court precinct map. | | |
| 330 | Word | 11/27/2021 7:08 PM | 11/24/2021 11:42 AM | | | | | | | Format guidance.docx | rsb | Attorney-Client; Work-Product | Attachment in communication from Galveston County General Counsel to redistricting counsel seeking legal guidance on demands received by the Department of Justice concerning the new Commissioners Court precinct map. | | |
| 331 | Email | 11/28/2021 8:22 PM | 11/28/2021 8:22 PM | Fwd: Galveston County redistricting | Format guidance.docx | Mark Henry <mark@talonairser vices.com> | Mark.Henry@co.gal veston.tx.us | | | Fwd Galveston County redistricting.ms g | | Attorney-Client; Work-Product | County Judge Mark Henry forwarding to himself a communication from Galveston County General Counsel to redistricting counsel seeking legal guidance on demands received by the Department of Justice concerning the new Commissioners Court precinct map. | | |
| 332 | Word | 11/28/2021 8:22 PM | 11/24/2021 11:42 AM | | | | | | | Format guidance.docx | rsb | Attorney-Client; Work-Product | Attachment in communication from Galveston County General Counsel to redistricting counsel seeking legal guidance on demands received by the Department of Justice concerning the new Commissioners Court precinct map. | | |
| 333 | Email | 11/29/2021 6:59 AM | 11/29/2021 6:59 AM | FW: Galveston County redistricting | | Jason Torchinsky <jtorchinsky@Holtz manVogel.com>; Dale Oldham <dloesq@aol.com> | Phil Gordon <pgordon@Holtzma nVogel.com> | Jonathan Lienhard <jlienhard@Holtz manVogel.com> | | 0008955.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon to Mr. Torchinsky and Mr. Oldham, all redistricting counsel, with his legal analysis of the Department of Justice's demands concerning the new Commissioners Court precinct map. | | |
| 334 | Image | 11/29/2021 6:59 AM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | HVJT law firm logo attached to privileged communication. | | |
| 335 | Word | 11/29/2021 6:59 AM | 11/24/2021 11:42 AM | | | | | | | Format guidance.docx | rsb | Attorney-Client; Work-Product | Attachment in communication from Galveston County General Counsel to redistricting counsel containing information on demands received by the Department of Justice concerning the new Commissioners Court precinct map. | A/C - Underlying Facts; WP - Misc. | "Information on demands received by the Department of Justice concerning the new Commissioners Court precinct map" constitute underlying facts, and the complaints would not have been created by counsel in anticipation of litigation. |
| 336 | Email | 11/29/2021 7:15 AM | 11/29/2021 7:15 AM | Re: Galveston County redistricting | | Phil Gordon <pgordon@Holtz anVogel.com>;Dal e Oldham <dloesq@aol.com> | Jason Torchinsky <jtorchinsky@Holtz manVogel.com> | Jonathan Lienhard <jlienhard @HoltzmanVogel. com> | | 0008959.eml | | Attorney-Client; Work-Product | Communica ion from Mr. Torchinsky to Mr. Gordon and Mr. Oldham, all redistricting counsel, re: legal analysis of the Department of Justice's demands concerning the new Commissioners Court precinct map. | | |
| 337 | Image | 11/29/2021 7:15 AM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | HVJT law firm logo attached to privileged communication. | | |

| 1/20 Doc ID | Docum ent Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BC C | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 338 | Email | 11/29/2021 12:52 PM | 11/29/2021 12:52 PM | Re: Galveston County redistricting | | Paul Ready <paul@ready.law> | Phil Gordon <pgordon@Holtzma nVogel.com> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx. us>;Henry, Mark <Mark.Henry@co. g alveston.tx.us>;Va n Horn, Veronica <Veronica.VanHor n@co.galveston.tx .us>;Jason Torchinsk y <jtorchinsky@Holt zmanVogel.com>; Dale Oldham<dloesq@ aol.com>> | | Re Galveston County redistricting.ms g | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon to Galveston County General Counsel, with a copy to Mr. Drummond, County Judge Henry, Ms. Van Horn, Mr. Torchinsky and Mr. Oldham, providing Mr. Gordon's legal advice for how to respond to the Department of Justice's demands concerning the new Commissioners Court precinct map. | | |
| 339 | Email | 11/30/2021 7:05 PM | 11/30/2021 7:05 PM | Fwd: Re: Galveston County redistricting numbers | | Paul Ready <paul@ready.law> | Clark, Ken </O=EXCHANGEL A BS/OU=EXCHANG E ADMINISTRATIVE GROUP (FYDIBOHF23SPD L T)/CN=RECIPIENT S/CN=540F7E2AC4 074A4FA1478F399 AFE6B84-CLARK, KEN>;<Ken.Clark@ co.galveston.tx.us> | | | Fwd Re Galveston County redistricting numbers.msg | | Attorney-Client; Work-Product | Commissioner Clark's communication wi h Mr. Ready, Galveston County General Counsel, requesting legal assistance in responding to question | A/C - Boilerplate/Conclusory; WP - Legislative Exception | "Requesting legal assistance in responding to question" is too conclusory to support privilege in the context of redistricting; answering questions about redistricting is ordinary part of legislative process and not solely in preparation for litigation |
| 340 | Email | 11/30/2021 7:25 PM | 11/30/2021 7:25 PM | Re: Galveston County redistricting numbers | | Clark, Ken <Ken.Clark@co.gal veston.tx.us> | Paul Ready <paul@ready.law> | | | Re Galveston County redistricting numbers.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Ready, Galveston County General Counsel, to Commissioner Clark responding to Commissioner Clark's question by providing legal strategy and analysis. | A/C - Boilerplate/Conclusory; WP - Legislative Exception; A/C - Legal Advice Not Primary Purpose | Referring to the strategy and analysis at issue as "legal" without more is conclusory; answering questions about redistricting is ordinary part of legislative process and not solely in preparation for litigation |
| 341 | Email | 12/7/2021 1:17 PM | 12/7/2021 1:17 PM | Fwd: Records Preservatio n Notice | | Drummond, Tyler <Tyler.Drummond @ co.galveston.tx.us> ; Paul Ready <paul@ready.law> | Mark.Henry@co.gal veston.tx.us | | | Fwd Records Preservation Notice msg | | Attorney-Client; Work-Product | Email from County Judge Henry to Mr. Drummond, chief of staff, and Galveston County General Counsel re: preserva ion notice from Texas Civil Rights Project, seeking opinion regarding legal obligations imposed by letter. | | |
| 342 | Pdf | 12/7/2021 1:17 PM | 12/7/2021 12:32 PM | | | | | | | Preservation Letter Galveston County Redistricting 12-7.pdf | Chris | Attorney-Client; Work-Product | Attachment to email from County Judge Henry to Mr. Drummond, chief of staff, and Galveston County General Counsel re: preservation letter from Texas Civil Rights Project, seeking opinion regarding legal obligations imposed by letter; attachment: preservation letter from Texas Civil Rights Project." | | |
| 343 | Email | 12/7/2021 1:17 PM | 12/7/2021 1:17 PM | Fwd: Records Preservatio n Notice | | Drummond, Tyler <Tyler.Drummond @ co.galveston.tx.us> ; Paul Ready <paul@ready.law> | Henry, Mark </O=EXCHANGEL A BS/OU=EXCHANG E ADMINISTRATIVE GROUP (FYDIBOHF23SPD L T)/CN=RECIPIENT S/CN=B0B75B0806 39426bA16AC189B EAD91EA-HENRY, MARK> | | | Fwd Records Preservation Notice msg | | Attorney-Client; Work-Product | Email from County Judge Henry to Mr. Drummond, chief of staff, and Galveston County General Counsel re: preserva ion notice from Texas Civil Rights Project, seeking opinion regarding legal obligations imposed by letter. | | |
| 344 | Pdf | 12/7/2021 1:17 PM | 12/7/2021 12:32 PM | | | | | | | Preservation Letter Galveston County Redistricting 12-21.pdf | Chris | Attorney-Client; Work-Product | Attachment to email from County Judge Henry to Mr. Drummond, chief of staff, and Galveston County General Counsel re: preservation notice from Texas Civil Rights Project, seeking opinion regarding legal obligations imposed by letter; attachment: preservation letter from Texas Civil Rights Project. | | |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Pllog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 345 | Email | 12/7/2021 1:27 PM | 12/7/2021 1:27 PM | FW: Records Preservation Notice | | Phil Gordon <pgordon@Holtzm anVogel.com> | Drummond, Tyler <I/O=EXCHANGEL ABS/OU=EXCHAN GE ADMINISTRATIVE GROUP (FYDIBOHF23SPD LT)/CN=RECIPIEN TS/CN=2C5F9C72 E05E4D9E8437FD 599C045B6E-DRUMMOND, T> | | | FW Records Preservation Notice msg | | Attorney-Client; Work-Product | Email from Mr. Drummond, chief of staff to County Judge Henry to Mr. Gordon, redistricting counsel, forwarding Texas Civil Rights Project's preservation letter, seeking legal advice regarding legal obligations imposed by letter. | | |
| 346 | Pdf | 12/7/2021 1:27 PM | 12/7/2021 12:32 PM | | | | | | | Preservation Letter Galveston County Redistricting 12-7-21.pdf | Chris | Attorney-Client; Work-Product | Attachment to email from Mr. Drummond, chief of staff to County Judge Henry to Mr. Gordon, redistricting counsel, forwarding Texas Civil Rights Project's preservation letter, seeking legal advice regarding legal obligations imposed by letter; attachment, preservation letter from Texas Civil Rights Project. | | |
| 347 | Email | 12/7/2021 1:29 PM | 12/7/2021 1:29 PM | FW: Records Preservation Notice | image003.png;im age001.jpg;Pres ervation Letter Galveston County Redistricting 12-7-21.pdf;image004 .png;image002.p ng | Jason Torchinsky <jtorchinsky@Holtz manVogel.com> | Phil Gordon <pgordon@Holtzma nVogel.com> | Dale Oldham <dloesq@aol.com > | | 0009127.eml | | Attorney-Client; Work-Product | Communication between redistricting counsel re: document preservation notice from Texas Civil Rights Project to formulate response concerning legal obligations. | | |
| 348 | Image | 12/7/2021 1:29 PM | 12/31/9999 6:00 PM | | | | | | | image002.png | | Attorney-Client; Work-Product | Galveston County icon attached to privileged communication. | | |
| 349 | Pdf | 12/7/2021 1:29 PM | 12/7/2021 12:32 PM | | | | | | | Preservation Letter Galveston County Redistricting 12-7-21.pdf | Chris | Attorney-Client; Work-Product | Attachment to communication between redistricting counsel re: document preservation notice from Texas Civil Rights Project to formulate response concerning legal obligations; attachment, letter from Texas Civil Rights Project. | | |
| 350 | Image | 12/7/2021 1:29 PM | 12/31/9999 6:00 PM | | | | | | | image004.png | | Attorney-Client; Work-Product | Twitter icon attached to privileged communication. | | |
| 351 | Image | 12/7/2021 1:29 PM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | HVBTJ icon attached to privileged communication. | | |
| 352 | Image | 12/7/2021 1:29 PM | 12/31/9999 6:00 PM | | | | | | | image003.png | | Attorney-Client; Work-Product | Facebook icon attached to privileged communication. | | |
| 353 | Email | 12/7/2021 1:58 PM | 12/7/2021 1:58 PM | Fwd: Records Preservation Notice | Preservation Letter Galveston County Redistricting 12-7-21.pdf | Jason Torchinsky <jtorchinsky@holtz manvogel.com>;pg ordon@holtzmanvo gel.com;Dale Oldham <dloesq@aol.com >; Van Horn, Veronica <Veronica.VanHor n @co.galveston.tx.u s>;Drummond | Paul Ready <paul@ready.law> | | | Fwd Records Preservation Notice msg | | Attorney-Client; Work-Product | Correspondence from Galveston County General Counsel to redistricting counsel, Ms. Van Horn, legal services manager for Galveston County, and Mr. Drummond, Chief of Staff to County Judge Henry, asking for legal advice concerning legal obligations imposed by preservation letter from Texas Civil Rights Project. | | |
| 354 | Pdf | 12/7/2021 1:58 PM | 12/7/2021 12:32 PM | | | | | | | Preservation Letter Galveston County Redistricting 12-7-21.pdf | Chris | Attorney-Client; Work-Product | Attachment to correspondence from Galveston County General Counsel, to redistricting counsel, Ms. Van Horn, legal services manager for Galveston County, and Mr. Drummond, Chief of Staff to County Judge Henry, asking for legal advice concerning legal obligations imposed by preservation letter from Texas Civil Rights Project; attachment: preservation letter from Texas Civil Rights Project. | | |
| 355 | Email | 12/7/2021 2:03 PM | 12/7/2021 2:03 PM | FW: Records Preservation Notice | image001.jpg;Pr eservation Letter Galveston County Redistricting 12-7-21.pdf | Jason Torchinsky <jtorchinsky@Holtz manVogel.com> | Phil Gordon <pgordon@Holtzma nVogel.com> | Dale Oldham <dloesq@aol.com >;Jonathan Lienhard <jlienhard@Holtz manVogel.com> | | 0009130.eml | | Attorney-Client; Work-Product | Communication from Mr. Gordon, redistricting counsel, to other redistricting counsel, offering his legal opinion and legal strategy in response to preservation letter from Texas Civil Rights Project. | | |
| 356 | Image | 12/7/2021 2:03 PM | 12/31/9999 6:00 PM | | | | | | | image001.jpg | | Attorney-Client; Work-Product | HVBTJ icon attached to privileged communication. | | |
| 357 | Pdf | 12/7/2021 2:03 PM | 12/7/2021 12:32 PM | | | | | | | Preservation Letter Galveston County Redistricting 12-7-21.pdf | Chris | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon, redistricting counsel, to other redistricting counsel, offering his legal opinion and legal strategy in response to preservation letter from Texas Civil Rights Project; attachment: Texas Civil Rights Project preservation letter. | | |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 358 | Email | 12/7/2021 2:04 PM | 12/7/2021 2:04 PM | Re: Records Preservation Notice | image001[35].jpg | Phil Gordon <pgordon@Holtzmanvogel.com> | Jason Torchinsky <jtorchinsky@HoltzmanVogel.com> | Dale Oldham <dloesq@aol.com>;Jonathan Lienhard <jlienhard@Holtzmanvogel.com> | | 0009131.eml | | Attorney-Client; Work-Product | Communication from Mr. Torchinsky, redistricting counsel, to other redistricting counsel, responding to Mr. Gordon's legal opinion and legal strategy in response to preservation letter from Texas Civil Rights Project. | | |
| 359 | Image | 12/7/2021 2:04 PM | 12/31/9999 6:00 PM | | | | | | | image001[35].jpg | | Attorney-Client; Work-Product | HVBTJ icon attached to privileged communication. | | |
| 360 | Email | 12/7/2021 2:45 PM | 12/7/2021 2:45 PM | Re: Records Preservation Notice | image001[35].jpg | Jason Torchinsky <jtorchinsky@HoltzmanVogel.com> | Phil Gordon <pgordon@HoltzmanVogel.com> | Dale Oldham <dloesq@aol.com>;Jonathan Lienhard <jlienhard@Holtzmanvogel.com> | | 0009133.eml | | Attorney-Client; Work-Product | Communication from Mr. Gordon, redistricting counsel, to other redistricting counsel, offering his legal opinion and legal strategy regarding possible legal obligations under preservation letter from Texas Civil Rights Project. | | |
| 361 | Image | 12/7/2021 2:45 PM | 12/31/9999 6:00 PM | | | | | | | image001[35].jpg | | Attorney-Client; Work-Product | HVBTJ icon attached to privileged communication. | | |
| 362 | Email | 12/7/2021 2:50 PM | 12/7/2021 2:50 PM | Re: Records Preservation Notice | | Phil Gordon <pgordon@HoltzmanVogel.com> | Jason Torchinsky <jtorchinsky@HoltzmanVogel.com> | Dale Oldham <dloesq@aol.com>;Jonathan Lienhard <jlienhard@Holtzmanvogel.com> | | 0009134.eml | | Attorney-Client; Work-Product | Communication from Mr. Torchinsky, redistricting counsel, to other redistricting counsel, responding to Mr. Gordon's legal opinion and legal strategy re: possible legal obligations under preservation letter from Texas Civil Rights Project. | | |
| 363 | Email | 12/7/2021 2:58 PM | 12/7/2021 2:58 PM | Re: Records Preservation Notice | | Jason Torchinsky <jtorchinsky@HoltzmanVogel.com> | Phil Gordon <pgordon@HoltzmanVogel.com> | Dale Oldham <dloesq@aol.com>;Jonathan Lienhard <jlienhard@Holtzmanvogel.com> | | 0009135.eml | | Attorney-Client; Work-Product | Communication from Mr. Gordon, redistricting counsel, to other redistricting counsel, coordinating communicating to client its possible legal obligations under preservation letter from Texas Civil Rights Project. | | |
| 364 | Email | 12/7/2021 3:00 PM | 12/7/2021 3:00 PM | Re: Records Preservation Notice | | Phil Gordon <pgordon@HoltzmanVogel.com> | Jason Torchinsky <jtorchinsky@HoltzmanVogel.com> | Dale Oldham <dloesq@aol.com>;Jonathan Lienhard <jlienhard@Holtzmanvogel.com> | | 0009136.eml | | Attorney-Client; Work-Product | Communication from Mr. Torchinsky, redistricting counsel, to other redistricting counsel, coordinating communicating to client its possible legal obligations under preservation letter from Texas Civil Rights Project. | | |
| 365 | Email | 12/7/2021 3:03 PM | 12/7/2021 3:03 PM | Re: Records Preservation Notice | | Jason Torchinsky <jtorchinsky@HoltzmanVogel.com> | Phil Gordon <pgordon@HoltzmanVogel.com> | Dale Oldham <dloesq@aol.com>;Jonathan Lienhard <jlienhard@Holtzmanvogel.com> | | 0009137.eml | | Attorney-Client; Work-Product | Communication from Mr. Gordon, redistricting counsel, offering his legal opinion and legal strategy regarding possible legal obligations under preservation letter from Texas Civil Rights Project | | |
| 366 | Email | 12/7/2021 4:22 PM | 12/7/2021 4:22 PM | Re: Records Preservation Notice | | Paul Ready <paul@ready.law>; Phil Gordon <pgordon@HoltzmanVogel.com>;Dale Oldham <dloesq@aol.com>; Van Horn, Veronica <Veronica.VanHorn@co.galveston.tx.us >;Drummond, Tyler <Tyler.Drummond@co.galveston.tx.us>; Veronica Van Horn <Veronica.VanHorn@co.galveston.tx.us >;Tyler Drummond <Tyler.Drummond@co.galveston.tx.us> | Jason Torchinsky <jtorchinsky@HoltzmanVogel.com> | | | 0009140.eml;Re Records Preservation Notice.msg | | Attorney-Client; Work-Product | Communication from Mr. Torchinsky, redistricting counsel to Galveston County General Counsel, Ms. Van Horn, manager of legal services for Galveston County, and Mr. Drummond, chief of staff to County Judge Henry providing legal advice concerning legal obligations imposed by preservation letter from Texas Civil Rights Project. | | |
| 367 | Email | 12/7/2021 4:31 PM | 12/7/2021 4:31 PM | RE: Records Preservation Notice | image004.png;image005.png;image 006.png | Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>;Paul Ready <paul@ready.law>; Phil Gordon <pgordon@HoltzmanVogel.com>;Dale Oldham <dloesq@aol.com>; Van Horn, Veronica | Drummond, Tyler <Tyler.Drummond@co.galveston.tx.us> | | | 0009141.eml | | Attorney-Client; Work-Product | Communication from Mr. Drummond to Mr. Torchinsky responding to Mr. Torchinsky's legal advice concerning the legal obligations imposed by the preservation letter from Texas Civil Rights Project. | | |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 368 | Image | 12/7/2021 4:31 PM | 12/31/9999 6:00 PM | | | | | | | image004.png | | Attorney-Client; Work-Product | Icon of Galveston County attached to privileged communication. | | |
| 369 | Image | 12/7/2021 4:31 PM | 12/31/9999 6:00 PM | | | | | | | image005.png | | Attorney-Client; Work-Product | Facebook icon attached to privileged communication. | | |
| 370 | Image | 12/7/2021 4:31 PM | 12/31/9999 6:00 PM | | | | | | | image006.png | | Attorney-Client; Work-Product | Twitter icon attached to privileged communica ion. | | |
| 371 | Email | 12/7/2021 4:31 PM | 12/7/2021 4:31 PM | RE: Records Preservatio n Notice | | Jason Torchinsky <jtorchinsky@Holtz manVogel.com>;P aul Ready <paul@ready.law>; Phil Gordon <pgordon@Holtzm anVogel.com>;Dal e Oldham <dloesq@aol.com>; Van Horn, Veronica .VanHor n @co.galveston.tx.u s> | Drummond, Tyler </O=EXCHANGEL A BS/OU=EXCHANG E ADMINISTRATIVE GROUP (FYDIBOHF23SPD L T)/CN=RECIPIENT S/CN=2C5F9C72E 0 5E4D9E8437FD599 C045B6EDRUMMO ND, T> | | | RE Records Preservation Notice.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Drummond to Mr. Torchinsky responding to Mr. Torchinsky's legal advice concerning the legal obligations imposed by the preservation letter from Texas Civil Rights Project. | | |
| 372 | Email | 12/9/2021 11:57 AM | 12/7/2021 11:57 AM | Fwd: Records Preservatio n Notice | htm;Preservation Letter Galveston County Redistricting 12-7-21.pdf | Jason Torchinsky <jtorchinsky@Holtz manvogel.com>;Ph il Gordon <pgordon@holtzm anvogel.com>;Dale Oldham <dloesq@aol.com> | Paul Ready <paul@ready.law> | Van Horn, Veronica .veronica .vanhorn @co.galveston.tx. u s> | | 0009190.eml | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to redistricting counsel re: communicating the legal obligations of preservation notice. | | |
| 373 | Html | 12/9/2021 11:57 AM | 12/31/9999 6:00 PM | | | | | | | .htm | | Attorney-Client; Work-Product | Blank page attached to privileged communica ion. | | |
| 374 | Pdf | 12/9/2021 11:57 AM | 12/7/2021 12:32 PM | | | | | | | Preservation Letter Galveston County Redistricting 12-7-21.pdf | Chris | Attorney-Client; Work-Product | Attachment to communication from Galveston County General Counsel to redistricting counsel re: communicating the legal obligations of preservation notice; attachment: preservation letter from Texas Civil Rights Project. | | |
| 375 | Email | 12/9/2021 12:44 PM | 12/7/2021 12:44 PM | Fwd: Records Preservatio n Notice | Preservation Letter Galveston County Redistricting 12-7-21.pdf | Henry, Mark <Mark.Henry@co.g a lveston.tx.us>;Apff el, Darrell <Darrell.Apffel@co .galveston.tx.us>;G iusti, Joseph <Joseph.Giusti@c o. galveston.tx.us>;H olmes, Stephen <Stephen.Holmes @ co.galveston.tx.us> ; Clark, Ken <Ken.Clark@co.gal | Paul Ready <paul@ready.law> | Van Horn, Veronica <Veronica.VanHor n@co.galveston.tx .us>;Liechty, Linda <Linda.Liechty@c o .galveston.tx.us>; Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s>;Sigler, Nathan <Nathan.Sigler@c o.galveston.tx.us> ; Webb, Jed | | Fwd Records Preservation msg | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to members of the Commissioners Court, redistricting counsel, and other Galveston County officials and employees re: legal obligation to preserve documents due to preservation notice. | | |
| 376 | Pdf | 12/9/2021 12:44 PM | 12/7/2021 12:32 PM | | | | | | | Preservation Letter Galveston County Redistricting 12-7-21.pdf | Chris | Attorney-Client; Work-Product | Attachment to communication from Galveston County General Counsel to members of the Commissioners Court, redistricting counsel, and other Galveston County officials and employees re: legal obligation to preserve documents due to preservation notice; attachment: preservation letter from the Texas Civil Rights Project. | | |
| 377 | Email | 12/9/2021 12:44 PM | 12/9/2021 12:44 PM | Fwd: Records Preservatio n Notice | .htm;Preservatio n Letter Galveston County Redistricting 12-7-21.pdf | Henry, Mark <Mark.Henry@co.g a lveston.tx.us>;Apff el, Darrell <Darrell.Apffel@co .g alveston.tx.us>;Giu sti, Joseph <Joseph.Giusti@c o.galveston.tx.us>; Holmes, Stephen <Stephen.Holmes @ co.galveston.tx.us> ; Ken Clark <ken.clark@co.gal veston.tx.us> | Paul Ready <paul@ready.law> | Van Horn, Veronica .veronica .vanhorn @co.galveston.tx. u s>;Linda Liechty <Linda.Li echty@co.galvest on.tx.us>;Tyler Drummond <Tyler.Drummond @co.galveston.tx.u s>;Sigler, Nathan <Nathan.Sigler@c o.galveston.tx.us> ; Jed Webb <Jed.Webb@Cal | | 0009191.eml | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to members of the Commissioners Court, redistricting counsel, and other Galveston County officials and employees re: legal obligation to preserve documents due to preservation notice. | | |

| 1/20 Doc ID | Docum ent Type | Family Date | Date (DISCO Date) | Subject | Pleadg Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 378 | Html | 12/9/2021 12:44 PM | 12/31/9999 6:00 PM | | | | | | | .htm | | Attorney-Client; Work-Product | Blank page attached to privileged communica ion. | | |
| 379 | Pdf | 12/9/2021 12:44 PM | 12/7/2021 12:32 PM | | | | | | | Preservation Letter Galveston County Redistricting 12-7- 21.pdf | Chris | Attorney-Client; Work-Product | Attachment to communication from Galveston County General Counsel to members of the Commissioners Court, redistricting counsel, and other Galveston County officials and employees re: legal obligation to preserve documents due to preservation notice; attachment: preservation letter from the Texas Civil Rights Project. | | |
| 380 | Email | 12/9/2021 2:56 PM | 12/9/2021 2:56 PM | Preservatio n Letter Galveston County Redistricting 12-7- 21[44].pdf | Preservation Letter Galveston County Redistricting 12- 7- 21[44].pdf | tom@bryangeode m o.com | Jason Torchinsky <jtorchinsky@Holtz manVogel.com> | Phil Gordon <pgordon @HoltzmanVogel. com> | | Preservation Letter Galveston County Redistricting 12- 7- 21[44].msg | | Attorney-Client; Work-Product | Communica ion from Mr. Torchinsky, redistricting counsel, to Mr. Bryan, communicating legal obligations imposed upon Mr. Bryan by preservation letter from Texas Civil Rights Project. | | |
| 381 | Pdf | 12/9/2021 2:56 PM | 12/7/2021 12:32 PM | | | | | | | Preservation Letter Galveston County Redistricting 12- 7- 21[44].pdf | Chris | Attorney-Client; Work-Product | Attachment to communication from Mr. Torchinsky, redistricting counsel, to Mr. Bryan, map-drawer and technical expert, communicating legal obligations imposed on Mr. Bryan by preservation letter from Texas Civil Rights Project; attachment: preservation letter from Texas Civil Rights Project. | | |
| 382 | Email | 12/9/2021 5:25 PM | 12/9/2021 5:25 PM | Re: Preservatio n Letter Galveston County Redistricting 12-7- 21[44].pdf | | Jason Torchinsky <jtorchinsky@Holtz manVogel.com> | tom@bryangeodem o.com | Phil Gordon <pgordon @Holtzmanvogel. com> | | Re Preservation Letter Galveston County Redistricting 12- 7- 21[44].pdf msg | | Attorney-Client; Work-Product | Communica ion from Mr. Bryan to Mr. Torchinsky, re: legal obligations imposed on him by preservation letter. | | |
| 383 | Email | 12/10/2021 12:42 PM | 12/10/2021 12:42 PM | Proposed DOJ Response | Galveston_ Map2 10_28_21.shp.x m;Galveston_M ap1 10_28_21.shx;C ommissioner_Pr ecincts_(Historic al).dbf;Commissi oner_Precincts_( Historical).shp. xml;Commission er_Precincts_(Hi storical).prj; Commissioner_P recincts_(Historic al).shx; Galveston_ Map2 10_28_21.s bx;Galveston_M ap2 10_28_21.dbf; Galveston_Map1 10_28_21.d | Drummond, Tyler <Tyler.Drummond @ co.galveston.tx.us> | Phil Gordon <pgordon@Holtzma nVogel.com> | Jason Torchinsky <jtorchinsky@Holt zmanVogel.com> | | Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 2. | | |
| 384 | Cad | 12/10/2021 12:42 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_ Precincts_(Hist orical).sbn | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 16 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 385 | Cad | 12/10/2021 12:42 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_ Precincts_(Hist orical).sbx | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 10 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 386 | Cad | 12/10/2021 12:42 PM | 10/28/2021 10:32 AM | | | | | | | Galveston _Map1 10_28_21 shx | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 17 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 387 | Cad | 12/10/2021 12:42 PM | 10/28/2021 10:32 AM | | | | | | | Galveston _Map1 10_28_21 sbx | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 15 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 388 | Text | 12/10/2021 12:42 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_ Precincts_(Hist orical).shp.xml | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 7 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 389 | Text | 12/10/2021 12:42 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 5 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 390 | Cad | 12/10/2021 12:42 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 sbx | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 8 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 391 | Cad | 12/10/2021 12:42 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 shp | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 18 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 392 | Cad | 12/10/2021 12:42 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 14 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 393 | Cad | 12/10/2021 12:42 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 shx | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 13 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 394 | Database | 12/10/2021 12:42 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).dbf | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 2 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 395 | Cad | 12/10/2021 12:42 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).shp | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 20 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 396 | Database | 12/10/2021 12:42 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 6 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 397 | Cad | 12/10/2021 12:42 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).shx | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 19 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 398 | Text | 12/10/2021 12:42 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).prj | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 19 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 399 | Cad | 12/10/2021 12:42 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 shp | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 11 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 400 | Cad | 12/10/2021 12:42 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 12 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 401 | Text | 12/10/2021 12:42 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 3 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |
| 402 | Database | 12/10/2021 12:42 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment to communication from Mr. Gordon and Mr. Torchinsky, redistricting counsel, to Mr. Drummond providing legal advice and a proposed response to DOJ requests for informa ion about Maps 1 and 4 | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. Document has already been produced to Plaintiffs. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Privilege Tags | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 403 | Email | 12/10/2021 2:01 PM | 12/10/2021 2:01 PM | Fwd: Proposed DOJ Response | Galveston_Map1 10_28_21.shp;Galveston_Map2 10_28_21.sbx;Commissioner_Precincts_(Historical).shx;Galveston_Map2 10_28_21.shx;Galveston_Map2 10_28_21.dbf;Galveston_Map2 10_28_21.sbn;Galveston_Map1 10_28_21.sbn;Galveston_Map1 10_28_21.shx;Galveston_Map2 10_28_21.shp.xml;Commissioner_Precincts_(Historical).sbn;Galveston_Map1 | Henry, Mark <Mark.Henry@co.galveston.tx.us>;Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.us> | | | Fwd Proposed DOJ Response.msg | | | Attorney-Client; Work-Product | Communica ion from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | | |
| 404 | Database | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).dbf | | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 405 | Text | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).shp.xml | | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 406 | Text | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 shp.xml | | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 407 | Text | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).prj | | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 408 | Cad | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).sbn | | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 409 | Cad | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 shp | | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 410 | Cad | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).shx | | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 411 | Cad | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).shp | | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 412 | Cad | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 shx | | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 413 | Database | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 414 | Cad | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 415 | Database | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 416 | Text | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 417 | Cad | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_Precincts_(Historical).sbx | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 418 | Cad | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 shx | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 419 | Cad | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 shp | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 420 | Cad | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map2 10_28_21 sbx | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 421 | Cad | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 sbx | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 422 | Cad | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map1 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 423 | Email | 12/10/2021 2:01 PM | 12/10/2021 2:01 PM | | Galveston_Map2 10_28_21.sbx;Galveston_Map1 10_28_21.sbx;Galveston_Map1 10_28_21.dbf;Galveston_Map1 10_28_21.shx;Galveston_Map2 10_28_21.shx;Commissioner_Precincts_(Historical).prj;Galveston_Map1 10_28_21.shp;Commissioner_Precincts_(Historical).sbn;Galveston_Map2 10_28_21.shp.xml;Commissioner_Precincts_(Historical).shx;Galveston_Map1 | Henry, Mark <Mark.Henry@co.galveston.tx.us>;Paul Ready <paul@ready.law> | Drummond, Tyler </o=ExchangeLabs/ou=Exchange Administrative Group(FYDIBOHF23SPDLT)/cn=Recipients/cn=2c5f9c72e05e4d9e8437fd599c045b6ie-Drummond, T> | | | Fwd Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | | |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 424 | Cad | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 sbx | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 425 | Database | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 426 | Cad | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_ Precincts_(Hist orical).shp | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 427 | Cad | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_ Precincts_(Hist orical).sbn | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 428 | Cad | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_ Precincts_(Hist orical).shx | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 429 | Cad | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 430 | Database | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_ Precincts_(Hist orical).dbf | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 431 | Cad | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 sbx | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 432 | Text | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 433 | Text | 12/10/2021 2:01 PM | 12/10/2021 9:27 PM | | | | | | | Commissioner_ Precincts_(Hist orical).prj | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 434 | Cad | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shp | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 435 | Cad | 12/10/2021 2:01 PM | 12/10/2021 9:27 AM | | | | | | | Commissioner_ Precincts_(Hist orical).sbx | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 436 | Cad | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 sbn | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 437 | Cad | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shx | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 438 | Database | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston _Map1 10_28_21 dbf | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 439 | Cad | 12/10/2021 2:01 PM | 10/28/2021 10:32 AM | | | | | | | Galveston_Map 1 10_28_21 shp | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 440 | Text | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shp.xml | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 441 | Cad | 12/10/2021 2:01 PM | 10/28/2021 11:32 AM | | | | | | | Galveston_Map 2 10_28_21 shx | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 442 | Text | 12/10/2021 2:01 PM | 12/10/2021 9:27 PM | | | | | | | Commissioner_ Precincts_(Hist orical).shp.xml | | Attorney-Client; Work-Product | Attachment in communication from Mr. Drummond to County Judge Mark Henry and Galveston County General Counsel, forwarding redistricting counsel's legal advice and proposed response to DOJ requests for information about Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | If attachments are underlying legislative records or analysis of legislative enactments, then they are not privileged because they constitute underlying facts. |
| 443 | Email | 12/10/2021 2:17 PM | 12/10/2021 2:17 PM | Re: Proposed DOJ Response | | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.us> | Paul Ready <paul@ready.law> | Henry, Mark <Mark.Henry@co. galveston.tx.us>;Phil Gordon <pgordon@holtzmanvogel.com>;Jason Torchinsky <jtorchinsky@holtzmanvogel | | Re: Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to County Judge Mark Henry, Mr. Drummond, and redistricting counsel discussing legal guidance and proposed response to DOJ demands re: Maps 1 and 2 | | |
| 444 | Email | 12/10/2021 2:18 PM | 12/10/2021 2:18 PM | Re: Proposed DOJ Response | | Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.us> | Henry, Mark <Mark.Henry@co. galveston.tx.us>;Phil Gordon <pgordon@holtzmanvogel.com>;Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Davidson, Zach <Zach.davidson@co.galvest | | Re: Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Drummond to County Judge Mark Henry, Galveston County General Counsel and redistricting counsel discussing legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | | |
| 445 | Email | 12/10/2021 2:18 PM | 12/10/2021 2:18 PM | Re: Proposed DOJ Response | | Paul Ready <paul@ready.law> | Drummond, Tyler </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2c5f9c72e05e4d9e8437fd599c045b6e-Drummond, T> | Henry, Mark <Mark.Henry@co. galveston.tx.us>;Phil Gordon <pgordon@holtzmanvogel.com>;Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Davidson, Zach <Zach.davidson@co.galvest | | Re: Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Drummond to County Judge Mark Henry, Galveston County General Counsel and redistricting counsel discussing legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | | |
| 446 | Email | 12/10/2021 2:20 PM | 12/10/2021 2:20 PM | Re: Proposed DOJ Response | | Paul Ready <paul@ready.law>; Drummond, Tyler <Tyler.Drummond @co.galveston.tx.us> | Phil Gordon <pgordon@Holtzma nVogel.com> | Henry, Mark <Mark.Henry@co. galveston.tx.us>;Jason Torchinsky <jtorchinsky@HoltzmanVogel.com> | | Re: Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon, redistricting counsel, wi h County Judge Mark Henry, Galveston County General Counsel, and Mr. Drummond discussing legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | | |
| 447 | Email | 12/10/2021 2:20 PM | 12/10/2021 2:20 PM | Re: Proposed DOJ Response | | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.us>;Paul Ready <paul@ready.law> | Phil Gordon <pgordon@Holtzma nVogel.com> | Henry, Mark <Mark.Henry@co. galveston.tx.us>;Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Davidson, Zach <Zach.davidson@co.galveston.tx.us> | | Re: Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon, redistricting counsel, wi h County Judge Mark Henry, Galveston County General Counsel, and Mr. Drummond discussing legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | | |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 448 | Email | 12/10/2021 2:43 PM | 12/10/2021 2:43 PM | Re: Proposed DOJ Response | 11-9-2021.pdf;Screen shot of Comment Submittal Page.PNG;comments.pdf;11-3-2021.pdf | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s>;Paul Ready <paul@ready.law> | Davidson, Zach <Zach.davidson@c o.galveston.tx.us> | Henry, Mark <Mark.Henry@co. galveston.tx.us>;P hil Gordon <pgordon@holtzm anvogel.com>;Jas on Torchinsky <jtorchinsky@holt zmanvogel.com> | | Re: Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Davidson, Galveston County Communications Director, to County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and redistricting counsel providing additional informa ion in response to legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | Redaction more appropriate. Concerns "additional information" provided by defendant, which were likely underlying facts not legal advice, constitutes policy, not legal, advice, provided during the course of a legislative task. The fact that they acted "in response to legal guidance" does not make following that guidance privileged. |
| 449 | Image | 12/10/2021 2:43 PM | 12/10/2021 2:43 PM | | | | | | | Screenshot of Comment Submittal Page.PNG | | Attorney-Client; Work-Product | Attachment to communication from Mr. Davidson, Galveston County Communications Director, to County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and redistricting counsel providing additional informa ion in response to legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | Redaction more appropriate. Concerns "additional information" provided by defendant, which were likely underlying facts not legal advice, constitutes policy, not legal, advice, provided during the course of a legislative task. The fact that they acted "in response to legal guidance" does not make following that guidance privileged. |
| 450 | Pdf | 12/10/2021 2:43 PM | 12/10/2021 2:24 PM | | | | | | | 11-3-2021.pdf | | Attorney-Client; Work-Product | Attachment to communication from Mr. Davidson, Galveston County Communications Director, to County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and redistricting counsel providing additional informa ion in response to legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | Redaction more appropriate. Concerns "additional information" provided by defendant, which were likely underlying facts not legal advice, constitutes policy, not legal, advice, provided during the course of a legislative task. The fact that they acted "in response to legal guidance" does not make following that guidance privileged. |
| 451 | Pdf | 12/10/2021 2:43 PM | 12/10/2021 2:26 PM | | | | | | | 11-9-2021.pdf | | Attorney-Client; Work-Product | Attachment to communication from Mr. Davidson, Galveston County Communications Director, to County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and redistricting counsel providing additional informa ion in response to legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | Redaction more appropriate. Concerns "additional information" provided by defendant, which were likely underlying facts not legal advice, constitutes policy, not legal, advice, provided during the course of a legislative task. The fact that they acted "in response to legal guidance" does not make following that guidance privileged. |
| 452 | Email | 12/10/2021 2:43 PM | 11/12/2021 2:28 PM | *NEW SUBMISSION* Public Comment | | Redistricting | Galveston County | | | comments.pdf | | Attorney-Client; Work-Product | Attachment to communication from Mr. Davidson, Galveston County Communications Director, to County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and redistricting counsel providing additional informa ion in response to legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | Redaction more appropriate. Concerns "additional information" provided by defendant, which were likely underlying facts not legal advice, constitutes policy, not legal, advice, provided during the course of a legislative task. The fact that they acted "in response to legal guidance" does not make following that guidance privileged. |
| 453 | Email | 12/10/2021 2:43 PM | 12/10/2021 2:43 PM | RE: Proposed DOJ Response | Screenshot of Comment Submittal Page.PNG;11-9-2021.pdf;11-3-2021.pdf;comments.pdf | Drummond, Tyler <Tyler.Drummond @co.galveston.tx.u s>;Paul Ready <paul@ready.law> | Davidson, Zach </O=EXCHANGEL ABS/OU=EXCHAN GEADMINISTRATI VEGROUP (FYDIBOHF23SPD LT)/CN=RECIPIEN TS/CN=F8C40B000 DB84CEDB3DECE 867F09EEA7-DAVIDSON, Z> | Henry, Mark <Mark.Henry@co. galveston.tx.us>;P hil Gordon <pgordon@holtzm anvogel.com>;Jas on Torchinsky <jtorchinsky@holt zmanvogel.com> | | RE Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Davidson, Galveston County Communications Director, to County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and redistricting counsel providing additional informa ion in response to legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | Redaction more appropriate. Concerns "additional information" provided by defendant, which were likely underlying facts not legal advice, constitutes policy, not legal, advice, provided during the course of a legislative task. The fact that they acted "in response to legal guidance" does not make following that guidance privileged. |
| 454 | Pdf | 12/10/2021 2:43 PM | 12/10/2021 2:24 PM | | | | | | | 11-3-2021.pdf | | Attorney-Client; Work-Product | Attachment to communication from Mr. Davidson, Galveston County Communications Director, to County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and redistricting counsel providing additional informa ion in response to legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | Redaction more appropriate. Concerns "additional information" provided by defendant, which were likely underlying facts not legal advice, constitutes policy, not legal, advice, provided during the course of a legislative task. The fact that they acted "in response to legal guidance" does not make following that guidance privileged. |
| 455 | Email | 12/10/2021 2:43 PM | 11/12/2021 2:28 PM | *NEW SUBMISSION* Public Comment | | Redistricting | Galveston County | | | comments.pdf | | Attorney-Client; Work-Product | Attachment to communication from Mr. Davidson, Galveston County Communications Director, to County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and redistricting counsel providing additional informa ion in response to legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | Redaction more appropriate. Concerns "additional information" provided by defendant, which were likely underlying facts not legal advice, constitutes policy, not legal, advice, provided during the course of a legislative task. The fact that they acted "in response to legal guidance" does not make following that guidance privileged. |
| 456 | Image | 12/10/2021 2:43 PM | 12/10/2021 2:43 PM | | | | | | | Screenshot of Comment Submittal Page.PNG | | Attorney-Client; Work-Product | Attachment to communication from Mr. Davidson, Galveston County Communications Director, to County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and redistricting counsel providing additional informa ion in response to legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | Redaction more appropriate. Concerns "additional information" provided by defendant, which were likely underlying facts not legal advice, constitutes policy, not legal, advice, provided during the course of a legislative task. The fact that they acted "in response to legal guidance" does not make following that guidance privileged. |
| 457 | Pdf | 12/10/2021 2:43 PM | 12/10/2021 2:26 PM | | | | | | | 11-9-2021.pdf | | Attorney-Client; Work-Product | Attachment to communication from Mr. Davidson, Galveston County Communications Director, to County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and redistricting counsel providing additional informa ion in response to legal guidance and proposed response to DOJ demands re: Maps 1 and 2. | A/C - Underlying Facts; A/C - Legal Advice Not Primary Purpose; WP - Legislative | Redaction more appropriate. Concerns "additional information" provided by defendant, which were likely underlying facts not legal advice, constitutes policy, not legal, advice, provided during the course of a legislative task. The fact that they acted "in response to legal guidance" does not make following that guidance privileged. |

| 1/20 Doc ID | Document Type | Family Date | Date (DISCO Date) | Subject | Plog Attachment Names | To | From | CC | BCC | Filename | Author | Privilege Tags | [Defendants'] Privilege Note | Plaintiffs' Privilege Objection Tags | Plaintiffs' Privilege Objection Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 458 | Email | 12/10/2021 2:47 PM | 12/10/2021 2:47 PM | Re: Proposed DOJ Response | | Davidson, Zach <Zach.davidson@co.galveston.tx.us> | Paul Ready <paul@ready.law> | Drummond, Tyler <Tyler.Drummond@co.galveston.tx.us>;Henry, Mark <Mark.Henry@co.galveston.tx.us>;Phil Gordon <pgordon@holtzmanvogel.com>;Jason Torchinsky <jtorchinsky@holtzmanvogel | | Re Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communica ion from Galveston County General Counsel to County Judge Mark Henry, Mr. Drummond, and redistricting counsel discussing legal advice and strategy and additional information provided by Mr. Davidson for inclusion in proposed response to DOJ demands. | | |
| 459 | Email | 12/10/2021 2:50 PM | 12/10/2021 2:50 PM | Re: Proposed DOJ Response | | Paul Ready <paul@ready.law>; Davidson, Zach <Zach.davidson@co.galveston.tx.us> | Phil Gordon <pgordon@holtzmanvogel.com> | Drummond, Tyler <Tyler.Drummond@co.galveston.tx.us>;Henry, Mark <Mark.Henry@co.galveston.tx.us>;Phil Gordon <pgordon@holtzmanvogel.com>;Jason Torchinsky <jtorchinsky@holtzmanvogel.com> | | Re Proposed DOJ Response.msg | | Attorney-Client; Work-Product | Communica ion from Mr. Gordon, redistricting counsel, wi h County Judge Mark Henry, Galveston County General Counsel, Mr. Drummond, and other redistricting counsel confirming final guidance and response to DOJ demands re: Maps 1 and 2 | | |
| 460 | Email | 5/10/2022 11:07 AM | 5/10/2022 11:07 AM | Order - Appointment of Commissioner | Appointment of Commissioner.docx | Paul Ready' <paul@ready.law> | Liechty, Linda </O=EXCHANGELABS/OU=EXCHANGEADMINISTRATIVEGROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B96C1DB7FD324A26AEC676ED21FB837BLIECHTY,LI> | | | Order - Appointment of Commissioner.msg | | Attorney-Client; Work-Product | Communica ion from Ms. Linda Liechty to Galveston County General Counsel, seeking legal advice and edits to proposed appointment of Dr. Robin Armstrong to the Commissioners Court. | | |
| 461 | Word | 5/10/2022 11:07 AM | 5/10/2022 11:01 AM | | | | | | | Appointment of Commissioner.docx | Drummond, Tyler | Attorney-Client; Work-Product | Attachment to communication from Ms. Linda Liechty to Galveston County General Counsel, seeking legal advice and edits to proposed appointment order of Dr. Robin Armstrong to the Commissioners Court. | | |
| 462 | Email | 5/10/2022 11:34 AM | 5/10/2022 11:34 AM | Re: Order - Appointment of Commissioner | Appointment of Commissioner-1-1.docx | Liechty, Linda <Linda.Liechty@co.galveston.tx.us> | Paul Ready <paul@ready.law> | | | Re Order - Appointment of Commissioner.msg | | Attorney-Client; Work-Product | Response from Galveston County Counsel re: communication from Ms. Linda Liechty to Galveston County General Counsel, seeking legal advice and edits to proposed appointment order of Dr. Robin Armstrong to the Commissioners Court. | | |
| 463 | Word | 5/10/2022 11:34 AM | 5/10/2022 11:01 AM | | | | | | | Appointment of Commissioner-1-1.docx | Drummond, Tyler | Attorney-Client; Work-Product | Attachment to response from Galveston County General Counsel re: communication from Ms. Linda Liechty to Galveston County General Counsel, seeking legal advice and edits to proposed appointment order of Dr. Robin Armstrong to the Commissioners Court. | | |
| 464 | Email | 5/10/2022 11:40 AM | 5/10/2022 11:40 AM | RE: Order - Appointment of Commissioner | | Paul Ready' <paul@ready.law> | Liechty, Linda </O=EXCHANGELABS/OU=EXCHANGEADMINISTRATIVEGROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B96C1DB7FD324A26AEC676ED21FB837BLIECHTY,LI> | | | RE Order - Appointment of Commissioner.msg | | Attorney-Client; Work-Product | Reply communication from Ms. Linda Liechty to Galveston County General Counsel re: response from Galveston County General Counsel re: communication from Ms. Liechty to Galveston County General Counsel, seeking legal advice and edits to proposed appointment order of Dr. Robin Armstrong to the Commissioners Court. | | |