# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | Civil Action No. 3:22-cv-57-JVB [Lead Consolidated Case] |
| GALVESTON COUNTY, TEXAS, et al. | § § | |
| *Defendants.* | § § § | |
| DICKINSON BAY AREA BRANCH NAACP, et al., | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Civil Action No. 3:22-cv-117- JVB |
| GALVESTON COUNTY, TEXAS, et al., | § § § | |
| *Defendants*. | § § § | |
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 3:22-cv-93-JVB |
| GALVESTON COUNTY, TEXAS, et al. | § § § | |
| *Defendants*. | § § | |

**PARTIES' JOINT MOTION FOR TRIAL SETTING**

The Parties, including all consolidated Plaintiffs and Defendants, respectfully request that this Court set a date for trial in this matter. Specifically, the Parties anticipate a two-week trial and therefore propose the weeks of July 10-14 and July 17-21, 2023, as possible trial dates.

Pursuant to the Court's July 18, 2022 Amended Docket-Control Order, Dkt. 66, the Parties' next docket call is not scheduled until June 9, 2023, at which point "the case will be set for trial on a date certain within the next 60 days," *id.* at 2. The Parties jointly request a date certain for trial, given the complexity of the issues, the number of cases to be tried in a consolidated setting, and the number of counsel and expert witnesses appearing from out-of-state.

Therefore, the Parties request that this Court set a trial date at its earliest convenience.

Respectfully submitted this 3rd day of March, 2023.

| | |
|---|---|
| */s/ Valencia Richardson* | */s/ Dallin B. Holt* |
| Mark P. Gaber* | Dallin B. Holt |
| Simone Leeper* | Attorney in Charge |
| Valencia Richardson* | Texas Bar No. 24099466 |
| Alexandra Copper* | S.D. of Texas Bar No. 3536519 |
| Campaign Legal Center | Jason B. Torchinsky* |
| 1101 14th St. NW, Ste. 400 | Shawn T. Sheehy* |
| Washington, DC 20005 | dholt@holtzmanvogel.com |
| (202) 736-2200 | jtorchinsky@holtzmanvogel.com |
| mgaber@campaignlegal.org | ssheehy@holtzmanvogel.com |
| sleeper@campaignlegal.org | HOLTZMAN VOGEL |
| vrichardson@campaignlegal.org | JOSEFIAK TORCHINSKY |
| acopper@campaignlegal.org | 15405 John Marshall Hwy |

Sonni Waknin*
Bernadette Reyes*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
sonni@uclavrp.org

Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Cave Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

Neil G. Baron
Law Office of Neil G. Baron
1010 E Main Street, Ste. A
League City, TX 77573
(281) 534-2748
neil@ngbaronlaw.com

**COUNSEL FOR
PETTEWAY PLAINTIFFS**
*admitted *pro hac vice*

Haymarket, VA 2019
P: (540) 341-8808
F: (540) 341-8809

* *Admitted pro hac vice*

***COUNSEL FOR DEFENDANTS***


/s/   Sarah Xiyi Chen
**TEXAS CIVIL RIGHTS PROJECT**
Attorney-in-Charge
Hani Mirza
Texas Bar No. 24083512
Joaquin Gonzalez*
Texas Bar No. 24109935
Sarah Xiyi Chen*
California Bar No. 325327
1405 Montopolis Drive
Austin, TX 78741

512-474-5073 (Telephone)
512-474-0726 (Facsimile)
hani@texascivilrightsproject.org
joaquin@texascivilrightsproject.org
schen@texascivilrightsproject.org

**SOUTHERN COALITION FOR SOCIAL JUSTICE**
Hilary Harris Klein*
North Carolina Bar No. 53711
Adrianne M. Spoto*
DC Bar No. 1736462
1415 W. Hwy 54, Suite 101
Durham, NC 27707
919-323-3380 (Telephone)
919-323-3942 (Facsimile)
hilaryhklein@scsj.org
adrianne@scsj.org

**WILLKIE FARR & GALLAGHER LLP**
Richard Mancino*
New York Bar No. 1852797
Michelle Anne Polizzano*
New York Bar No. 5650668
Andrew J. Silberstein*
New York Bar No. 5877998
Molly Linda Zhu*
New York Bar No. 5909353
Kathryn Carr Garrett*
New York Bar No. 5923909
787 Seventh Avenue
New York, New York 10019
212-728-8000 (Telephone)
212-728-8111 (Facsimile)
rmancino@willkie.com
mpolizzano@willkie.com
asilberstein@willkie.com
mzhu@willkie.com
kgarrett@willkie.com

JoAnna Suriani*
DC Bar No. 1645212

Diana C. Vall-llobera*
DC Bar No. 1672102
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000 (Telephone)
(202) 303-2000 (Facsimile)
jsuriani@willkie.com
dvall-llobera@willkie.com

**SPENCER & ASSOCIATES, PLLC**
Nickolas Spencer
Texas Bar No. 24102529
9100 Southwest Freeway, Suite 122
Houston, TX 77074
713-863-1409 (Telephone)
nas@naslegal.com

***COUNSEL FOR NAACP PLAINTIFFS***
*admitted *pro hac vice*

| | |
|---|---|
| ALAMDAR S. HAMDANI | KRISTEN CLARKE |
| United States Attorney | Assistant Attorney General |
| Southern District of Texas | ELISE C. BODDIE |
| | Principal Deputy Assistant Attorney General |
| | Civil Rights Division |
| | |
| DANIEL D. HU | */s/ Catherine Meza* |
| Civil Chief | T. CHRISTIAN HERREN, JR. |
| United States Attorney's Office | ROBERT S. BERMAN* |
| Southern District of Texas | CATHERINE MEZA* |
| Texas Bar No. 10131415 | Attorney-In-Charge |
| SDTX ID: 7959 | BRUCE I. GEAR* |
| 1000 Louisiana Ste. 2300 | THARUNI A. JAYARAMAN* |
| Houston, TX 77002 | ZACHARY J. NEWKIRK* |
| 713-567-9000 (telephone) | K'SHAANI SMITH** |
| 713-718-3303 (fax) | MICHAEL E. STEWART** |
| daniel.hu@usdoj.gov | Attorneys, Voting Section |

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
202-307-2767 (telephone)
202-307-3961 (fax)
catherine.meza@usdoj.gov

*Admitted Pro Hac Vice*
*\*\* Pro Hac Vice Admission Pending*

***COUNSEL FOR THE UNITED STATES***