# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, MICHAEL MONTEZ, SONNY JAMES and PENNY POPE,<br><br>*Plaintiffs*,<br><br>v.<br><br>GALVESTON, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge,<br><br>*Defendants*. | Civil Action No. 3:22-cv-57 |
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GALVESTON, TEXAS, GALVESTON COUNTY COMMISSIONERS COURT, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge,<br><br>*Defendants*. | Civil Action No. 3:22-cv-93 |
| Dickinson Bay Area Branch NAACP, GALVESTON BRANCH NAACP, MAINLAND BRANCH NAACP, GALVESTON LULAC COUNCIL 151, EDNA COURVILLE, JOE A. COMPIAN, and LEON PHILLIPS, | Civil Action No. 3:22-cv-117 |

|  |  |
|---|---|
| *Plaintiffs*, | § |
|  | § |
| v. | § |
|  | § |
| GALVESTON, TEXAS, | § |
| HONORABLE MARK HENRY, in | § |
| his official capacity as Galveston | § |
| County Judge, and DWIGHT D. | § |
| SULLIVAN, in his official capacity as | § |
| Galveston County Clerk | § |
|  | § |
| *Defendants.* | § |
|  | § |

### [PROPOSED] ORDER SETTING TRIAL

Upon consideration of the Parties' Joint Motion for Trial Setting and finding it just and appropriate to be granted, the Court GRANTS the Joint Motion for Trial Setting.

Accordingly, the Court **ORDERS** that the Parties appear for trial on: _____.

    **SIGNED** this _____ day of _____, 2023.

    _____
    *JEFFREY VINCENT BROWN*
    *UNITED STATES DISTRICT JUDGE*

1