United States District Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, MICHAEL MONTEZ, SONNY JAMES and PENNY POPE, <br><br> *Plaintiffs*, <br><br> v. <br><br> GALVESTON, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-57 |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GALVESTON, TEXAS, GALVESTON COUNTY COMMISSIONERS COURT, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-93 |
| Dickinson Bay Area Branch NAACP, GALVESTON BRANCH NAACP, MAINLAND BRANCH NAACP, GALVESTON LULAC COUNCIL 151, EDNA COURVILLE, JOE A. COMPIAN, and LEON PHILLIPS, | § § § § § § § | Civil Action No. 3:22-cv-117 |

|  |  |
|---|---|
| *Plaintiffs*, | § § |
| v. | § § |
| GALVESTON, TEXAS, HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, and DWIGHT D. SULLIVAN, in his official capacity as Galveston County Clerk | § § § § § § § § |
| *Defendants*. | § § |

## ORDER SETTING TRIAL

Upon consideration of the Parties' Joint Motion for Trial Setting and finding it just and appropriate to be granted, the Court GRANTS the Joint Motion for Trial Setting.

Accordingly, the Court **ORDERS** that the Parties appear for trial on: August 7, 2023.

Signed on Galveston Island this 8th day of March, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE