UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Honorable Terry Petteway, et al.

v.                                                                Case Number: 3:22–cv–00057

Galveston County, Texas, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646–828–7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 4/12/2023

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Discovery Hearing

RE: Notice (Other) – #126
Notice (Other) – #127

Date:   April 10, 2023                                                Nathan Ochsner, Clerk