IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TERRY PETTEWAY, et al., § | |
| *Plaintiffs*, § | |
| § | |
| v. § | Civil Action No. 3:22-cv-57 |
| § | |
| GALVESTON COUNTY, TEXAS, et al., § | (consolidated with 3:22-cv-93 and 3:22-cv-117) |
| *Defendants*. § | |
| § | |

## ORDER

The Court has considered the Consent Motion of Defendants Galveston County, Texas, the Galveston County Commissioners Court, County Judge Mark Henry, and County Clerk Dwight Sullivan ("Defendants") to extend the time to file their answers to April 21, 2023. The Motion is hereby GRANTED.

Signed on Galveston Island this 14th day of April, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE