# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, MICHAEL MONTEZ, SONNY JAMES and PENNY POPE, | § § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:22-cv-57 [Lead Consolidated Case] |
| v. | § § | |
| GALVESTON, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, | § § § § § | |
| *Defendants*. | § § | |
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 3:22-cv-93 |
| GALVESTON, TEXAS, GALVESTON COUNTY COMMISSIONERS COURT, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, | § § § § § § § | |
| *Defendants*. | § § | |
| Dickinson Bay Area Branch NAACP, GALVESTON BRANCH NAACP, MAINLAND BRANCH NAACP, GALVESTON LULAC COUNCIL 151, EDNA COURVILLE, JOE A. COMPIAN, and LEON PHILLIPS, | § § § § § § § | Civil Action No. 3:22-cv-117 |

|                                                          |   |
|----------------------------------------------------------|---|
| *Plaintiffs*,                                            | § |
|                                                          | § |
| v.                                                       | § |
|                                                          | § |
| GALVESTON, TEXAS, HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, and DWIGHT D. SULLIVAN, in his official capacity as Galveston County Clerk | § |
|                                                          | § |
| *Defendants*.                                            | § |

## **ORDER**

Before the court is the parties' motion for leave to take certain depositions out of time. Dkt. 133. It appearing, upon argument of counsel and for good cause shown, that the motion should be granted, it is hereby ordered that the motion is granted. The parties may conduct the depositions of Dalton Oldham, Thomas Bryan, and John Alford after the close of discovery.

Signed on Galveston Island this 17th day of April, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE