# GREER, HERZ & ADAMS, L.L.P.

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

ATTORNEYS AT LAW

**ANGIE OLALDE**



2525 South Shore Blvd., Suite 203
League City, Texas  77573
409.797.3262
866.422.4406 fax
aolalde@greerherz.com
www.greerherz.com

April 19, 2023

Honorable Andrew Edison
United States District Court
for the Southern District of Texas
601 Rosenberg Ave., Room 613
Galveston, Texas 77550

      RE:    No. 3:22-cv-0057; *Terry Petteway, et al v. Galveston County, et al.*

Dear Judge Edison:

      The parties have agreed to postpone Commissioner Holmes' deposition that was scheduled for tomorrow until after we receive a ruling on his withholding documents. We do not have a date certain for his deposition at this time.

      Following are answers to the Court's questions in its Order (Dkt. 138). There are some important facts related to this matter.  First, no individual commissioners were sued or served in this case, officially or individually.  The "Commissioners Court" was served in the Department of Justice's case, along with the "County" and Judge Mark Henry, in his official capacity, but no commissioners have been named, officially or individually, in any of the consolidated actions.  Undersigned counsel represents the Defendants.  When opposing counsel subpoenaed the individual commissioners early in the case, they excluded Commissioner Holmes from those subpoena requests.  Nevertheless, Defendants' counsel undertook to gather all County materials in possession of the County, as well as making requests to County officials for personally held materials, and produced all responsive materials.  Counsel received no response from Commissioner Holmes to collect documents not under County control and had no contact with him until March of 2023 regarding the need for his deposition and any responsive documents.  When efforts to obtain documents and set a deposition without process failed, Defendants issued the subpoena at issue here.  Commissioner Holmes was also offered his own lawyer, which he has engaged at the County's expense.  Defendants' Counsel need to obtain relevant documents from Commissioner Holmes and to depose him. There is no other way to obtain this information at this point than by asking for the Court's assistance.

April 19, 2023                                                                                                              Page 2

      Re:    No. 3:22-cv-0057; *Terry Petteway, et al v. Galveston County, et al.*

---

1. **All other commissioners** have searched for and produced any responsive documents to Plaintiffs' requests in response to Plaintiffs' First Requests for Production, which asked Defendants to search and produce documents from any Defendant or Commissioner.
   a. Early in the written discovery process, the parties' counsel met and conferred regarding search terms and custodians, and methods for production (including a rolling production of documents). Plaintiffs' counsel sent broad requests for production, and then subpoenaed all commissioners in their official capacities and the County Judge—**but not Commissioner Holmes**.
   b. Defense counsel agreed to request that **all** commissioners and the County Judge search their personal accounts/devices for responsive information in lieu of proceeding with subpoenas; Defense counsel made this request of all identified Commissioners and Defense deponents in this case. Additionally, during deposition preparation, counsel for defendants once again confirmed with deponents that they had conducted these searches and produced any relevant information. Defense counsel was not advised by Commissioner Holmes that any documents were being withheld until receiving objections to the subpoena on April 13, 2023.

2. Commissioner Holmes accepted service of the subpoena on March 24th. Defense counsel requested that all County officials/employees preserve relevant documents on December 9, 2021. Defense counsel asked all Commissioners to search their personal devices/email for responsive information on October 11, 2022 and October 22, 2022. Defense counsel reached out to Commissioner Holmes about scheduling his deposition on March 14th and 17th (both times asking whether he would like separate counsel for the deposition), and on the 22nd and 24th before he agreed to accept service.

3. Commissioner Holmes' attorney Randy Howry agreed to accept service of an updated subpoena (changing the date to April 20th) on Wednesday, April 5th (after he had spoken with *Plaintiffs'* counsel about the subpoena late in the week beforehand).

4. Defense counsel has not represented Commissioner Holmes in his individual capacity. Defense counsel represents the County (and the Commissioners act for the County). Litigation counsel has had only limited communications with Commissioner Holmes to coordinate his deposition beginning in March 2023 (counsel asked for documents responsive to Plaintiffs' requests for production in

471350.1.

October 2022, with no response from Commissioner Holmes). Counsel will provide those emails to the Court separately pursuant to the Court's Order.

5. Because there has been no individual representation, there is no need for a conflict waiver in that capacity. Commissioner Holmes is not a named defendant in this case. In his official capacity as a Commissioner of the County, Commissioner Holmes shares the same obligations as the County and other Commissioners do, so there is no conflict of interest requiring a waiver. He is also precluded by oath and law from being interested (directly or indirectly) in a claim against the County. Tex. Loc. Gov't Code § 81.002(a). Additionally, Commissioner Holmes has chosen not to have substantive communications with Defense counsel in this case. Instead, Defendants now understand he has been in communication with counsel for the Plaintiffs in this case since at least December 2021. *See* Exhibit 1 (USA Amended Privilege log, emphasis added).

To provide a defense at trial, Defendants need a deposition of Commissioner Holmes, and any relevant documents in his possession. There is no other way to obtain this information at this point than by asking for the Court's assistance.

Sincerely,

*/s/ Angie Olalde*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served to all counsel of record via the Court's electronic filing service on April 19, 2023.

*/s/ Angie Olalde*

471350.1.

# Exhibit 1

*Petteway v. Galveston County, Texas,* No. 3:22-cv-57 (S.D.Tex.)
*Dickinson Bay Area NAACP v. Galveston County, Texas,* No. 3:22-cv-93 (S.D.Tex.)
*United States v. Galveston County, Texas*, No. 3:22-cv-117 (S.D.Tex.)

**Updated Privilege Log for United States' Response to Defendants' First Set of Requests for Production**
**March 15, 2023**

Key:  AWP = Attorney Work Product Privilege
TPM = Rule 26(b)(3)(A) Trial Preparation Materials

| BEGDOC | ENDDOC | Privilege Asserted | Document Description | From/Author | To/Recipient | Date |
|---|---|---|---|---|---|---|
| US0002492 | US0002495 | AWP/TPM | Attorney notes and mental impressions of interview with Mark Salinas conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/19/2022 |
| US0002496 | US0002497 | AWP/TPM | Attorney notes and mental impressions of interview with Paul Bland conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/21/2022 |
| US0002498 | US0002511 | AWP/TPM | Attorney notes and mental impressions of interview with Stephen Holmes conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Meza, Newkirk, Jayaraman, Wake. | File | 12/28/2021 |
| US0002512 | US0002515 | AWP/TPM | Attorney notes and mental impressions of interview with Nakisha Paul conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Jayaraman. | File | 4/21/2022 |
| US0002516 | US0002518 | AWP/TPM | Attorney notes and mental impressions of interview with Henry Gomez conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Jayaraman. | File | 4/21/2022 |
| US0002519 | US0002522 | AWP/TPM | Attorney notes and mental impressions of interview with Joe Compian conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 3/16/2022 |
| US0002523 | US0002523 | AWP/TPM | Attorney notes and mental impressions of interview with Lillie A. Aleman conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 2/23/2022 |
| US0002524 | US0002525 | AWP/TPM | Attorney notes and mental impressions of interview with Cornelia Banks conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 3/1/2022 |
| US0002526 | US0002527 | AWP/TPM | Attorney notes and mental impressions of interview with Paul Bland conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 2/23/2022 |
| US0002528 | US0002530 | AWP/TPM | Attorney notes and mental impressions of interview with Tommie D. Boudreaux conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 2/22/2022 |
| US0002531 | US0002531 | AWP/TPM | Attorney notes and mental impressions of interview with Anna Charles conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/10/2021 |

| BEGDOC | ENDDOC | Privilege Asserted | Document Description | From/Author | To/Recipient | Date |
|---|---|---|---|---|---|---|
| US0002532 | US0002532 | AWP/TPM | Attorney notes and mental impressions of interview with Andre Perkins conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 4/13/2022 |
| US0002533 | US0002533 | AWP/TPM | Attorney notes and mental impressions of interview with Monica Cooper conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/23/2021 |
| US0002534 | US0002535 | AWP/TPM | Attorney notes and mental impressions of interview with Edna Courville conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Newkirk. | File | 12/10/2021 |
| US0002536 | US0002543 | AWP/TPM | Attorney notes and mental impressions of interview with Patrick Doyle conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) | File | 12/17/2021 |
| US0002544 | US0002544 | AWP/TPM | Attorney notes and mental impressions of interview with Dr. Annette Jenkins conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 3/23/2022 |
| US0002545 | US0002545 | AWP/TPM | Attorney notes and mental impressions of interview with Edward Munoz conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 2/18/2022 |
| US0002546 | US0002546 | AWP/TPM | Attorney notes and mental impressions of interview with Brenda Flanagan conducted in preparation for litigation. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 3/16/2022 |
| US0002547 | US0002548 | AWP/TPM | Attorney notes and mental impressions of interview with Tierr'ishia Gibson conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/9/2021 |
| US0002549 | US0002550 | AWP/TPM | Attorney notes and mental impressions of interview with Tierr'ishia Gibson conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 2/18/2022 |
| US0002551 | US0002551 | AWP/TPM | Attorney notes and mental impressions of interview with Geraldine Glover Dorsey conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/23/2021 |
| US0002552 | US0002554 | AWP/TPM | Attorney notes and mental impressions of interview with Heidi Gordon conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 12/21/2021 |
| US0002555 | US0002557 | AWP/TPM | Attorney notes and mental impressions of interview with Heidi Gordon conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear/Wake. | File | 1/20/2022 |
| US0002558 | US0002558 | AWP/TPM | Attorney notes and mental impressions of interview with Bernice Hall conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear/Wake. | File | 12/29/2021 |
| US0002559 | US0002560 | AWP/TPM | Attorney notes and mental impressions of interview with Roxy H. Williamson conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 12/9/2021 |
| US0002561 | US0002561 | AWP/TPM | Attorney notes and mental impressions of interview with Ted Hanley conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 3/16/2022 |

| BEGDOC | ENDDOC | Privilege Asserted | Document Description | From/Author | To/Recipient | Date |
|---|---|---|---|---|---|---|
| US0002562 | US0002562 | AWP/TPM | Attorney notes and mental impressions of interview with James Henderson conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/27/2021 |
| US0002563 | US0002563 | AWP/TPM | Attorney notes and mental impressions of interview with Keith Henry conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 3/23/2022 |
| US0002564 | US0002565 | AWP/TPM | Attorney notes and mental impressions of interview with Felix Herrera conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 2/23/2022 |
| US0002566 | US0002566 | AWP/TPM | ==Attorney notes and mental impressions of interview with Stephen Holmes conducted for litigation purposes.== | ==Voting Section Attorney(s)/Analyst(s) Gear, Wake.== | ==File== | ==12/22/2021== |
| US0002581 | US0002587 | AWP/TPM | Attorney notes and mental impressions of interview with Teresa Hudson conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 3/1/2022 |
| US0002588 | US0002590 | AWP/TPM | Attorney notes and mental impressions of interview with Sam Collins III conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 9/28/2022 |
| US0002591 | US0002592 | AWP/TPM | Attorney notes and mental impressions of interview with Corlie Jackson conducted in preparation for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 12/22/2021 |
| US0002593 | US0002595 | AWP/TPM | Attorney notes and mental impressions of interview with Keith Henry conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Newkirk. | File | 9/26/2022 |
| US0002597 | US0002598 | AWP/TPM | Attorney notes and mental impressions of interview with Winifred Langham conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 12/9/2021 |
| US0002599 | US0002599 | AWP/TPM | Attorney notes and mental impressions of interview with Wanda Lartigue conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/27/2021 |
| US0002600 | US0002603 | AWP/TPM | Attorney notes and mental impressions of interview with Fidencio Leija conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 8/30/2022 |
| US0002604 | US0002605 | AWP/TPM | Attorney notes and mental impressions of interview with Lucretia Lofton conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 12/9/2021 |
| US0002606 | US0002607 | AWP/TPM | Attorney notes and mental impressions of interview with Lucretia Lofton conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 1/19/2022 |
| US0002608 | US0002611 | AWP/TPM | Attorney notes and mental impressions of interview with Lucille McGaskey conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear. | File | 9/29/2022 |
| US0002612 | US0002613 | AWP/TPM | Attorney notes and mental impressions of interview with Mary Patrick conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear. | File | 2/17/2022 |

| BEGDOC | ENDDOC | Privilege Asserted | Document Description | From/Author | To/Recipient | Date |
|---|---|---|---|---|---|---|
| US0002614 | US0002615 | AWP/TPM | Attorney notes and mental impressions of interview with Dedrick Johnson conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear. | File | 2/26/2022 |
| US0002616 | US0002617 | AWP/TPM | Attorney notes and mental impressions of interview with Evelyn McDaniel conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Wake. | File | 12/13/2021 |
| US0002618 | US0002619 | AWP/TPM | Attorney notes and mental impressions of interview with Lilian Macgrew conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear. | File | 3/23/2022 |
| US0002620 | US0002621 | AWP/TPM | Attorney notes and mental impressions of interview with Cornelia Banks conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear. | File | 3/3/2022 |
| US0002622 | US0002622 | AWP/TPM | Attorney notes and mental impressions of interview with Kim Yancy conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Wake. | File | 1/20/2022 |
| US0002623 | US0002623 | AWP/TPM | Attorney notes and mental impressions of interview with Leonora Mendez conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Wake. | File | 12/23/2021 |
| US0002624 | US0002624 | AWP/TPM | Attorney notes and mental impressions of interview with Kim Milstead conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear. | File | 2/17/2022 |
| US0002625 | US0002625 | AWP/TPM | Attorney notes and mental impressions of interview with Karen Murphy conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/27/2021 |
| US0002626 | US0002627 | AWP/TPM | Attorney notes and mental impressions of interview with Judith Oppenheim conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/27/2021 |
| US0002628 | US0002631 | AWP/TPM | Attorney notes and mental impressions of interview with Felix Herrera conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear. | File | 4/20/2022 |
| US0002632 | US0002641 | AWP/TPM | Attorney notes and mental impressions of interview with Joe Compian, Magdalena Alvarado, and Mary Longoria conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear, Newkirk. | File | 4/22/2022 |
| US0002642 | US0002642 | AWP/TPM | Attorney notes and mental impressions of interview with Tom Watkins conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear. | File | 12/10/2021 |
| US0002643 | US0002644 | AWP/TPM | Attorney notes and mental impressions of interview with Mikal Williams conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear. | File | 3/11/2022 |
| US0002645 | US0002646 | AWP/TPM | Attorney notes and mental impressions of interview with Ann Willis conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear. | File | 3/22/2022 |
| US0002647 | US0002649 | AWP/TPM | Attorney notes and mental impressions of interview with Bryan-Keyth Wilson conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Wake. | File | 4/22/2022 |

| BEGDOC | ENDDOC | Privilege Asserted | Document Description | From/Author | To/Recipient | Date |
|---|---|---|---|---|---|---|
| US0002650 | US0002651 | AWP/TPM | Attorney notes and mental impressions of interview with Kim Yancy conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 9/30/2022 |
| US0002652 | US0002652 | AWP/TPM | Attorney notes and mental impressions of interview with Veronica V. Horn conducted for litigation purposes. | Voting Section Attorney(s)/Analyst Gear, Newkirk, Wake. | File | 11/24/2021 |
| US0002653 | US0002657 | AWP/TPM | Attorney notes and mental impressions of interview with Keith Henry conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/20/2022 |
| US0002658 | US0002661 | AWP/TPM | Attorney notes and mental impressions of interview with Kim Yancy conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/19/2022 |
| US0002662 | US0002663 | AWP/TPM | Attorney notes and mental impressions of interview with Dora Porter conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Newkirk. | File | 1/10/2022 |
| US0002664 | US0002664 | AWP/TPM | Attorney notes and mental impressions of interview with Elizabeth Protas conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/23/2021 |
| US0002665 | US0002666 | AWP/TPM | Attorney notes and mental impressions of interview with Robert Quintero conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 2/24/2022 |
| US0002668 | US0002673 | AWP/TPM | Attorney notes and mental impressions of interview with Lucille McGaskey conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/21/2022 |
| US0002674 | US0002674 | AWP/TPM | Attorney notes and mental impressions of interview with Mandalyn Salazar conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 12/22/2021 |
| US0002675 | US0002676 | AWP/TPM | Attorney notes and mental impressions of interview with Mark Salinas conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 12/21/2021 |
| US0002677 | US0002678 | AWP/TPM | Attorney notes and mental impressions of interview with Betsy Sanchez conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/9/2021 |
| US0002679 | US0002679 | AWP/TPM | Attorney notes and mental impressions of interview with Jerry Lee conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 3/23/2022 |
| US0002680 | US0002681 | AWP/TPM | Attorney notes and mental impressions of interview with Ethel Shelton conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Newkirk. | File | 12/9/2021 |
| US0002682 | US0002682 | AWP/TPM | Attorney notes and mental impressions of interview with Barbara Taylor conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/10/2021 |
| US0002683 | US0002684 | AWP/TPM | Attorney notes and mental impressions of interview with Kerry Tillmon conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear. | File | 11/22/2021 |

| BEGDOC | ENDDOC | Privilege Asserted | Document Description | From/Author | To/Recipient | Date |
|---|---|---|---|---|---|---|
| US0002685 | US0002687 | AWP/TPM | Attorney notes and mental impressions of interview with Sharon B. Lewis conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 9/27/2022 |
| US0002688 | US0002690 | AWP/TPM | Attorney notes and mental impressions of interview with Kerry W. Tillmon and Tarris Woods conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/18/2022 |
| US0002691 | US0002695 | AWP/TPM | Attorney notes and mental impressions of interview with Roxy H. Williamson conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/19/2022 |
| US0002696 | US0002700 | AWP/TPM | Attorney notes and mental impressions of interview with Sharon Lewis and Anthony Griffin conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/19/2022 |
| US0002701 | US0002705 | AWP/TPM | Attorney notes and mental impressions of interview with Tierr'ishia Gibson conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/20/2022 |
| US0002717 | US0002720 | AWP/TPM | Attorney notes and mental impressions of interview with Dedrick Johnson conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/20/2022 |
| US0002721 | US0002730 | AWP/TPM | Attorney notes and mental impressions of interview with Mary Patrick, Ruth Declouet, Annette Scott, Nan Wilson, and Leon Phillips conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/18/2022 |
| US0002731 | US0002732 | AWP/TPM | Attorney notes and mental impressions of interview with Heidi Gordon and John Young conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Gear, Newkirk. | File | 4/22/2022 |
| US0002754 | US0002756 | AWP/TPM | Attorney notes and mental impressions of interview with Mary Patrick conducted for litigation purposes. | Voting Section Attorney(s)/Analyst(s) Wake. | File | 12/20/2021 |