# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, MICHAEL MONTEZ, SONNY JAMES and PENNY POPE, <br><br> *Plaintiffs*, <br><br> v. <br><br> GALVESTON COUNTY, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-57 |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GALVESTON COUNTY, TEXAS, GALVESTON COUNTY COMMISSIONERS COURT, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-93 |
| DICKINSON BAY AREA BRANCH NAACP, GALVESTON BRANCH NAACP, MAINLAND BRANCH NAACP, GALVESTON LULAC COUNCIL 151, EDNA COURVILLE, JOE A. COMPIAN, and LEON PHILLIPS, | § § § § § § § § | Civil Action No. 3:22-cv-117 |

9

|  |  |
|---|---|
| *Plaintiffs*, | § § § |
| v. | § § |
| GALVESTON COUNTY, TEXAS, HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, and DWIGHT D. SULLIVAN, in his official capacity as Galveston County Clerk | § § § § § § § |
| *Defendants.* | § § |

## [PROPOSED] ORDER ON DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Before the Court is Defendants' Opposed Motion for an Extension of Time to File Dispositive Motions. Having reviewed the Defendants' submission, and considered the arguments presented, this Court hereby orders that the Docket Control Order (Doc. 66) be amended as follows:

The Parties may submit dispositive motions up to and including one week after the last deposition is taken or June 2, 2023, whichever date is earlier.

SO ORDERED on April \_\_\_\_, 2023

_____
Jeffrey V. Brown
United States District Judge