United States District Court
Southern District of Texas
**ENTERED**
April 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TERRY PETTEWAY, *et al.*, § § § Plaintiffs, § § VS. § § GALVESTON COUNTY, TEXAS, *et al.*, § § § Defendants. § | NO. 3:22-cv-57 |

# **ORDER**

The court has considered the defendants' opposed motion for an extension of time. Dkt. 146. Although the court is inclined to extend the dispositive-motions deadline, it wants to first hear from the plaintiffs before determining an appropriate new deadline.

Accordingly, the court orders the plaintiffs to respond to the defendants' motion, Dkt. 146, by Thursday, April 27, at 5 p.m. central time.

Signed on Galveston Island this 25th day of April, 2023.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE