*Dickinson Bay Area Branch NAACP, et al., v. Galveston County,* No. 3:22-cv-17-JVB, No. 3:22-cv-57-JVP (Lead Consol. Case) (S.D. Tex. 2022)

**NAACP PLAINTIFFS' PRIVILEGE LOG**

**April 18, 2023**

EXHIBIT 1

| Entry No. | Relativity ID | Doc Type | Master Date | Sender | Recipient | Copied | Blind-Copied | Attachment Count | Privilege | Privilege Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KD0222WF00000639 | msg | 4/16/2021 | [Redacted – First Amendment Privileged Membership Identity] | [Redacted – First Amendment Privileged Membership List] | | | 1 | Non-privileged family member | Non-responsive parent email to responsive document, Relativity ID KD0222WF00000640 |
| 2 | KD0222WF00000640 | doc | 4/16/2021 | | | | | | First Amend. | LULAC Council 151 Meeting Agenda for April 20, 2021 reflects internal, deliberative communications within membership on a number of areas, including Redistricting. |
| 3 | KD0222WF00000196 | msg | 5/7/2021 | [Redacted – First Amendment Privileged Membership Identity] | [Redacted – First Amendment Privileged Membership Identity] | | | 0 | First Amend. | Internal NAACP Communication from SE Field Office to NAACP Leaders regarding training and strategy, including redistricting training. |
| 4 | KD0222WF00000169 | msg | 5/21/2021 | [Redacted – First Amendment Privileged Membership Identity] | [Redacted – First Amendment Privileged Membership Identity] | | | 0 | First Amend. | Internal NAACP Communication from SE Field Office to NAACP Leaders regarding training and strategy, including redistricting training. |
| 5 | KD0222WF00000224 | msg | 7/9/2021 | [Redacted – First Amendment Privileged Membership Identity] | [Redacted – First Amendment Privileged Membership Identity] | | | 0 | First Amend. | Internal NAACP Communication from NAACP Legal to NAACP Leaders regarding Redistricting, Race, and Representation training on July 12, 2021. |
| 6 | KD0222WF00000219 | msg | 7/30/2021 | [Redacted – First Amendment Privileged Membership Identity] | [Redacted – First Amendment Privileged Membership Identity] | | | 0 | First Amend. | Internal NAACP Communication from NAACP Training to NAACP Leaders regarding training and strategy, including redistricting training the week of August 2nd. |
| 7 | KD0222WF00003764 | msg | 10/26/2021 | Roxy Hall Williamson | Galveston NAACP; Mary Patrick | | | 1 | First Amend. | Responsive portion of email is internal NAACP deliberative and strategic communication regarding redistricting with CROWD fellow contracted by NAACP to engage in community advocacy and education, Roxy D. Hall Williamson, and conveying confidential, internal, strategic advice regarding next steps in advocacy related to county redistricting to Galveston NAACP Branch President. |
| 8 | KD0222WF00003765 | docx | 10/26/2021 | | | | | | First Amend. | Nonresponsive attachment to privileged document KD0222WF00003764 |
| 9 | KD0222WF00003766 | msg | 10/26/2021 | Roxy Hall Williamson | Galveston NAACP; Mary Patrick | | | 1 | First Amend. | NAACP deliberative and strategic communication regarding redistricting attaching draft advocacy letter with CROWD fellow hired by NAACP to engage in community advocacy and education, Roxy D. Hall Williamson. Also mentions legal advice regarding advocacy letter. |
| 10 | KD0222WF00003767 | pdf | 10/26/2021 | | | | | | First Amend. | Attachment to NAACP deliberative and strategic communication regarding redistricting and draft advocacy letter with CROWD fellow hired by NAACP to engage in community advocacy and education, Roxy D. Hall Williamson. |
| 11 | KD0222WF00003683 | msg | 10/27/2021 | Galveston NAACP | Mary Patrick | | | 1 | First Amend. | Responsive portion of email is internal NAACP deliberative and strategic communication regarding redistricting with CROWD fellow hired by NAACP to engage in community advocacy and education, Roxy D. Hall Williamson, and conveying confidential, internal, strategic advice regarding next steps in advocacy related to county redistricting to Galveston NAACP Branch President. |
| 12 | KD0222WF00003684 | docx | 10/27/2021 | | | | | | First Amend. | Nonresponsive attachment to privileged document KD0222WF00003683 |

*Dickinson Bay Area Branch NAACP, et al., v. Galveston County,* No. 3:22-cv-17-JVB, No. 3:22-cv-57-JVP (Lead Consol. Case) (S.D. Tex. 2022)

**NAACP PLAINTIFFS' PRIVILEGE LOG**

**April 18, 2023**

| Entry No. | Relativity ID | Doc Type | Master Date | Sender | Recipient | Copied | Blind-Copied | Attachment Count | Privilege | Privilege Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | KD0222WF00003685 | msg | 10/27/2021 | Galveston NAACP | Mary Patrick | | | 1 | Attorney-Client / First Amend. | NAACP deliberative and strategic communication regarding redistricting and draft advocacy letter with CROWD fellow hired by NAACP to engage in community advocacy and education, Roxy D. Hall Williamson. Also mentions request for legal advice regarding advocacy letter. |
| 14 | KD0222WF00003686 | pdf | 10/27/2021 | | | | | | First Amend. | Draft Letter, attachment to NAACP deliberative and strategic communication regarding redistricting and draft advocacy letter with CROWD fellow hired by NAACP to engage in community advocacy and education, Roxy D. Hall Williamson. |
| 15 | KD0222WF00003992 | msg | 3/9/2021 | TX NAACP President Gary Bledsoe | Texas NAACP State Conference | [Redacted – First Amendment Privileged Membership Identity] | | 0 | First Amend. | Responsive portion of email is internal NAACP Communication from TX NAACP Leadership to Branch NAACP Leaders regarding redistricting training workshop |
| 16 | KD0222WF00005354 | msg | 3/9/2021 | Dickinson Bay-Area NAACP President Lucretia Lofton | TX NAACP President Gary Bledsoe | | | 0 | First Amend. | Responsive portion of email is internal NAACP Communication from TX NAACP Leadership to Branch NAACP Leaders regarding redistricting training workshop |
| 17 | KD0222WF00003915 | msg | 7/28/2021 | Texas NAACP State Conference | [Redacted – First Amendment Privileged Membership Identity] | Texas NAACP | | 0 | First Amend. | Responsive portion of email is internal NAACP Communication from TX NAACP Leadership to Branch NAACP Leaders regarding redistricting training and assistance from CROWD fellow hired by NAACP to engage in community advocacy and education, Roxy D. Hall Williamson. |
| 18 | KD0222WF00003886 | msg | 10/11/2021 | Dickinson-Bay Area NAACP President Lucretia Lofton | [Redacted – First Amendment Privileged Member Identity] | | | 0 | First Amend. | Request for Redistricting Support from Dickinson-Bay Area NAACP President |
| 19 | KD0222WF00004204 | msg | 10/11/2021 | Roxy Hall Williamson | Dickinson Bay-Area NAACP President Lucretia Lofton | | | 1 | First Amend. | NAACP deliberative and strategic communication between Dickinson Bay-Area Branch President and CROWD fellow hired by NAACP to engage in community advocacy and education, Roxy D. Hall Williamson. |
| 20 | KD0222WF00004205 | pdf | 9/1/2021 | | | | | 0 | Non-privileged, non-responsive attachment to Privileged Communication | Attachment |
| 21 | KD0222WF00004206 | msg | 10/11/2021 | Roxy Hall Williamson | Dickinson Bay-Area NAACP President Lucretia Lofton | | | 0 | First Amend. | NAACP deliberative and strategic communication between Dickinson Bay-Area Branch President and CROWD fellow hired by NAACP to engage in community advocacy and education, Roxy D. Hall Williamson. |
| 22 | KD0222WF00004100 | msg | 10/31/2021 | Galveston NAACP | Dickinson Bay-Area NAACP President Lucretia Lofton; [Redacted – First Amendment Privileged Membership Identity] | Galveston NAACP President Mary Patrick | | 0 | First Amend. | NAACP internal leadership communication between Mainland and Dickinson Bay-Area Unit leadership re redistricting |
| 23 | KD0222WF00004095 | msg | 11/1/2021 | Galveston NAACP President Mary Patrick | Dickinson Bay-Area NAACP President Lucretia Lofton; | | | 0 | First Amend. | NAACP internal leadership communication between Mainland and Dickinson Bay-Area Unit leadership re redistricting |

*Dickinson Bay Area Branch NAACP, et al., v. Galveston County,* No. 3:22-cv-17-JVB, No. 3:22-cv-57-JVP (Lead Consol. Case) (S.D. Tex. 2022)

**NAACP PLAINTIFFS' PRIVILEGE LOG**

**April 18, 2023**

| Entry No. | Relativity ID | Doc Type | Master Date | Sender | Recipient | Copied | Blind-Copied | Attachment Count | Privilege | Privilege Notes |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | [Redacted – First Amendment Privileged Membership Identity] |  |  |  |  |  |
| 24 | KD0222WF00004088 | msg | 11/2/2021 | Galveston NAACP President Mary Patrick | Mainland NAACP President Barbara Rice Anders; Dickinson Bay-Area NAACP President Lucretia Lofton |  |  | 2 | First Amend. | NAACP internal leadership communication re redistricting advocacy between presidents of Mainland, Dickinson Bay-Area, and Galveston NAACP branches |
| 25 | KD0222WF00004089 | pdf | 11/2/2021 |  |  |  |  |  | First Amend. | Draft Letter, attachment to NAACP deliberative and strategic communication regarding redistricting and draft advocacy letter with CROWD fellow hired by NAACP to engage in community advocacy and education, Roxy D. Hall Williamson. |
| 26 | KD0222WF00004089 | Bin | 11/2/2021 |  |  |  |  |  | Non-responsive, non-privileged attachment to privileged email | Blank attachment |
| 27 | KD0222WF00005335 | msg | 11/8/2021 | Dickinson Bay-Area NAACP President Lucretia Lofton | Mainland NAACP President Barbara Rice Anders |  |  | 0 | First Amend. | NAACP internal leadership communication between Mainland and Dickinson Bay-Area Unit leadership re redistricting |