United States District Court
Southern District of Texas
**ENTERED**
April 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § § | NO. 3:22-CV-57 |
| GALVESTON COUNTY, TEXAS, *et al.*, | | |
| Defendants. | | |

## **ORDER**

The court has considered the defendants' opposed motion for an extension of time. Dkt. 146. The court grants the motion, though not to the full extent the defendants have requested. An amended docket-control order, setting forth the relief granted by the court, will issue separately.

Signed on Galveston Island this 28th day of April, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE