United States District Court
Southern District of Texas
**ENTERED**
April 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TERRY PETTEWAY, *et al.*, § § Plaintiffs, § § VS. § § GALVESTON COUNTY, TEXAS, § *et al.*, § § Defendants. | NO. 3:22-CV-57 |

## AMENDED DOCKET-CONTROL ORDER

This case will be controlled by the following schedule:

### DEADLINES

1. **Passed**  **DEADLINE TO AMEND THE PLEADINGS.** Parties may amend pleadings by this date without leave of court, but only in compliance with Rule 6 of the Galveston Division Rules of Practice. If the plaintiff(s) file(s) an amended complaint by this date, the defendant(s) may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend a pleading must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B).

2. **Passed**  **DEADLINE TO ADD NEW PARTIES.** Unless a case has been removed from state court, new parties may be added by this date without leave of court. After the expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. **Note:** If a case has been removed from state court, a motion for leave must be filed seeking permission to add new parties.

3. **Passed**  Identification of **plaintiffs' experts** and production of experts' reports in the form required by Fed. R. Civ. P.

26(a)(2)(B).

4. **Passed**  Identification of **defendants' experts** and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. **Passed**  **COMPLETION OF DISCOVERY.** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

6. **5/12/2023**  **DISPOSITIVE MOTIONS.** Responses must be filed by June 2, 2023. Replies must be filed by June 16, 2023.

7. **6/16/2023**  **ALL OTHER PRETRIAL MOTIONS.**

8. **6/23/2023**  **EXCHANGE PRETRIAL MATERIALS.** Parties should exchange and begin to confer on motions *in limine*, exhibit lists, and deposition designations.

9. **7/25/2023**  **PRETRIAL CONFERENCE is set at 10:00 a.m.** All *Pretrial Filings* (exhibit lists, witness lists, etc.) required under Rule 11 of the Galveston Division Rules of Practice must be filed at least **seven** days before this date.

10. **8/07/2023**  **TRIAL.**

Signed on Galveston Island this 28th day of April, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE