**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-00057 |
| | § | |
| GALVESTON COUNTY, *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before me in this consolidated litigation are an array of privilege disputes. I appreciate the parties' patience as I have reviewed the hundreds of documents provided to me in camera. Before I issue my omnibus ruling, I have one question for Commissioner Holmes regarding his claims of legislative privilege (*see* Dkt. 156): Has any plaintiff or any plaintiff's counsel seen *or been made aware of the contents of* Items 1, 2, or 11? Commissioner Holmes should file a letter answering this question no later than 5pm tomorrow, May 9, 2023.

Second, regarding the NAACP Plaintiffs' assertions of First Amendment privilege (*see* Dkt. 148), I will give the NAACP Plaintiffs until 5pm tomorrow, May 9, 2023 to file whatever declarations they think necessary in support of their First Amendment privilege assertions.

SIGNED this 8th day of May 2023.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE