

Randy Howry
*Board Certified – Personal Injury Trial Law*
*Board Certified – Civil Trial Law*
*Texas Board of Legal Specialization*

Office: (512) 474-7300
Direct Dial: (512) 439-4101
E-MAIL: rhowry@howrybreen.com

May 9, 2023

The Honorable Judge Andrew M. Edison
United States District Court
601 Rosenberg, Seventh Floor
Galveston, TX 77550

Re:   Re: *Petteway et. al, v. Galveston County*, (Consolidated) No. 3:22-cv-00057 | Commissioner Holmes response

Dear Judge Edison,

    As directed by the Court on May 8, 2023 (Doc. 165), Commissioner Holmes hereby files this response letter.

    To Commissioner Holmes' knowledge, he did not provide copies of Items 1 (Holmes 001-004), 2 (Holmes 005-034), or 11 (Holmes 181-191) to the Petteway Plaintiffs or the NAACP Plaintiffs or their counsel, nor did he make these parties or their counsel aware of their contents.

    Likewise, Commissioner Holmes did not provide copies, but it is possible that he reviewed his notes and made the DOJ, through its counsel, aware of some of the contents of Items 1 (Holmes 001-004), 2 (Holmes 005-034), or 11 (Holmes 181-191).

Very truly yours,

*(signature)*

Randy R. Howry