```r
#Tidygeocoder makes getting data from geocoding services easy.
#A unified high-level interface is provided for a selection of supported
geocoding services and results are returned in tibble (dataframe) format.
#Refer to the documentation on your selected geocoding service for information on
how your data will be utilized and stored.
#https://github.com/jessecambon/tidygeocoder/

#### Package Installation ####
#From CRAN
install.packages('tidygeocoder')
install.packages('dplyr')

#From GitHub
devtools::install_github("jessecambon/tidygeocoder")

library(dplyr, warn.conflicts = FALSE)
library(tidygeocoder)

#### Geocoding with Tidygeocoder ####
geolocations <- data %>%
  geocode(
    address,
    method = 'name_of_geocoder',
    full_results = TRUE,
    api_options = list(census_return_type = 'geographies')
    )
```

1                                                                **Def_Add_Ex2**

```
# wru: Who Are You? Bayesian Prediction of Racial Category Using Surname and
Geolocation [![Build Status](https://travis-ci.org/kosukeimai/wru.svg?
branch=master)](https://travis-ci.org/kosukeimai/wru) [![CRAN_Status_Badge]
(https://www.r-pkg.org/badges/version-last-release/wru)](https://cran.r-
project.org/package=wru) ![CRAN downloads](http://cranlogs.r-
pkg.org/badges/grand-total/wru)
#This R package implements the methods proposed in Imai, K. and Khanna, K.
(2016). "[Improving Ecological Inference by Predicting Individual Ethnicity from
Voter Registration Record.](http://imai.princeton.edu/research/race.html)"
Political Analysis, Vol. 24, No. 2 (Spring), pp. 263-272. doi:
10.1093/pan/mpw001.

#### Package Installation ####
#From CRAN
install.packages('wru')

#From GitHub
remotes::install_github("kosukeimai/wru")

library(wru)

#### Predicting Race with wru ####
#In order to predict race/ethnicity based on surnames AND geolocation, a user
needs to provide a valid U.S. Census API key in the input parameter 'census.key'
in order for the function to download the relevant data.
predict_race(
  voter.file = data,
  surname.only = TRUE,
  census.geo = "block",
  census.key = "census_api_key",
  year = 2020)
```

1