United States District Court
Southern District of Texas
**ENTERED**
May 19, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| TERRY PETTEWAY, *et al.*, § § Plaintiffs. § § v. § GALVESTON COUNTY, *et. al.*, § § Defendants. § | CIVIL ACTION NO. 3:22-cv-00057 |

## ORDER

Petteway Plaintiffs' experts Dr. Matt Barreto and Mr. Michael Rios are ordered to meet with Defendants' experts Drs. John Alford and Randy Stevenson via Zoom at the earliest possible time so that Dr. Barreto and Mr. Rios can show Drs. Alford and Stevenson the specific commands that Dr. Barreto and Mr. Rios used to conduct the analysis that underlies their rebuttal expert report. No attorneys should be present. Drs. Alford and Stevenson must ask all questions they have to understand how to replicate Dr. Barreto and Mr. Rios's analysis. The Zoom sessions should be recorded and made available to all counsel in the case.

Defendants expressly reserve the right to file a motion to strike Dr. Barreto and Mr. Rios's rebuttal expert report at a later date.

SIGNED this 19th day of May 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE