United States District Court
Southern District of Texas
**ENTERED**
May 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | No. 3:22-CV-57 |
| GALVESTON COUNTY, TEXAS, *et al.*, | § § § § | |
| Defendant. | § | |

# **ORDER**

Before the court is the NAACP plaintiffs' unopposed motion to extend page limits for their summary judgment response. Dkt. 181. The court grants the motion and orders the NAACP plaintiffs to file a response to the defendants' motion for summary judgment, Dkt. 176, of no more than 35 pages.

Signed on Galveston Island this 31st day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE