AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| DICKINSON BAY AREA BRANCH NAACP, et al., <br> *Plaintiff* <br> v. <br> GALVESTON COUNTY, TEXAS, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 3:22-cv-117-JVB <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dickinson Bay Area Branch NAACP, et al.

Date:  06/07/2023

/s/ Christina M. Beeler
*Attorney's signature*

Christina M. Beeler - TX#24096124, SDTX#3695627
*Printed name and bar number*

Texas Civil Rights Project
2100 Travis St., #360
Houston, TX 77002
*Address*

christinab@texascivilrightsproject.org
*E-mail address*

(512) 914-1249
*Telephone number*

(832) 554-9981
*FAX number*