# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| DICKINSON BAY AREA BRANCH NAACP, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | Civil Action No. 3:22-cv-117- JVB |
| GALVESTON COUNTY, TEXAS, et al., | § § § | |
| *Defendants*. | § § | |
| | | |
| TERRY PETTEWAY, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:22-cv-57-JVB [Lead Consolidated Case] |
| GALVESTON COUNTY, TEXAS, et al., | § § | |
| *Defendants*. | § § | |
| | | |
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:22-cv-93-JVB |
| GALVESTON COUNTY, TEXAS, et al., | § § | |
| *Defendants*. | § § | |

## JOINT MOTION TO CLARIFY TIME ALLOTED FOR TRIAL

NOW COME the consolidated Plaintiffs and Defendants, jointly, to respectfully request for clarification of the Second Amended Docket-Control Order ("the DCO"), Doc. 155.

In April 2022, the Court issued a DCO setting trial to begin August 7, 2023, without specifying the length of trial. The parties respectfully request clarification as to trial time that will be allotted. Consolidated Plaintiffs and Defendants previously requested 40 hours for each side to present their evidence and still currently estimate that 40 hours per side is necessary and sufficient to present their cases (Doc. 61 ¶ 20).[1]

If granted, the request for clarification as to trial time would further judicial economy by allowing the parties to plan an orderly presentation of evidence at trial. This request would also allow the parties to more accurately prepare for trial, both in substance and in terms of logistics. This is especially helpful given the number of attorneys appearing in this matter from out of state, and thus requiring accommodation, as well as for coordinating schedules for local and out of town witnesses, to promote efficient use of the courts time.

The parties would be happy to provide any additional information that may be of assistance in the Court's consideration of this Motion.

Respectfully submitted this 16th day of June, 2023.

---

[1] However, the Parties understand that the Court may order the time it deems appropriate, and merely seek clarification of the time this Court will allot for trial in this matter as necessary to accommodate the August 7, 2023 start date set by the Court.

**TEXAS CIVIL RIGHTS PROJECT**
Hani Mirza
Texas Bar No. 24083512
Joaquin Gonzalez*
Texas Bar No. 24109935
Sarah Xiyi Chen*
Attorney-in-Charge
California Bar No. 325327
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
hani@texascivilrightsproject.org
joaquin@texascivilrightsproject.org
schen@texascivilrightsproject.org

**SPENCER & ASSOCIATES, PLLC**
Nickolas Spencer
Texas Bar No. 24102529
9100 Southwest Freeway, Suite 122
Houston, TX 77074
713-863-1409 (Telephone)
nas@naslegal.com

/s/  *Hilary Harris Klein*
**SOUTHERN COALITION FOR SOCIAL JUSTICE**
Hilary Harris Klein*
North Carolina Bar No. 53711
Adrianne M. Spoto*
DC Bar No. 1736462
1415 W. Hwy 54, Suite 101
Durham, NC 27707
919-323-3380 (Telephone)
919-323-3942 (Facsimile)
hilaryhklein@scsj.org
adrianne@scsj.org

**WILLKIE FARR & GALLAGHER LLP**
Richard Mancino*
New York Bar No. 1852797
Michelle Anne Polizzano*
New York Bar No. 5650668
Andrew J. Silberstein*
New York Bar No. 5877998
Molly Linda Zhu*
New York Bar No. 5909353
Kathryn Carr Garrett*
New York Bar No. 5923909
787 Seventh Avenue
New York, New York 10019
212-728-8000 (Telephone)
212-728-8111 (Facsimile)
rmancino@willkie.com
mpolizzano@willkie.com
asilberstein@willkie.com
mzhu@willkie.com
kgarrett@willkie.com

Diana C. Vall-llobera*
DC Bar No. 1672102
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000 (Telephone)

(202) 303-2000 (Facsimile)
dvall-llobera@willkie.com

*COUNSEL FOR NAACP PLAINTIFFS*
*admitted *pro hac vice*

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

DANIEL D. HU
Civil Chief
United States Attorney's Office
Southern District of Texas
Texas Bar No. 10131415
SDTX ID: 7959
1000 Louisiana Ste. 2300
Houston, TX 77002
713-567-9000 (telephone)
713-718-3303 (fax)
daniel.hu@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General

 */s/ Catherine Meza*
T. CHRISTIAN HERREN, JR.
ROBERT S. BERMAN*
CATHERINE MEZA*
Attorney-In-Charge
BRUCE I. GEAR*
K'SHAANI SMITH*
THARUNI A. JAYARAMAN*
ZACHARY J. NEWKIRK*
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
202-307-2767 (telephone)
202-307-3961 (fax)
catherine.meza@usdoj.gov

***COUNSEL FOR THE UNITED STATES***
*Admitted *pro hac vice*

 */s/ Valencia Richardson*
Valencia Richardson*
Mark P. Gaber*
Simone Leeper*
Alexandra Copper*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200

Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Cave Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

vrichardson@campaignlegal.org
mgaber@campaignlegal.org
sleeper@campaignlegal.org
acopper@campaignlegal.org

Sonni Waknin*
Bernadette Reyes*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
sonni@uclavrp.org

*admitted pro hac vice

Counsel for Petteway Plaintiffs

Neil G. Baron
Law Office of Neil G. Baron
1010 E Main Street, Ste. A
League City, TX 77573
(281) 534-2748
neil@ngbaronlaw.com

Respectfully Submitted,

HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC

Dallin B. Holt
Texas Bar No. 24099466
S.D. of Texas Bar No. 3536519
Jason B. Torchinsky*
Shawn T. Sheehy*
dholt@holtzmanvogel.com
jtorchinsky@holtzmanvogel.com
ssheehy@holtzmanvogel.com
15405 John Marshall Hwy
Haymarket, VA 2019
P: (540) 341-8808
F: (540) 341-8809

*admitted pro hac vice

PUBLIC INTEREST LEGAL
FOUNDATION

Joseph M. Nixon
Federal Bar No. 1319
Tex. Bar No. 15244800
J. Christian Adams*
South Carolina Bar No. 7136
Virginia Bar No. 42543
Maureen Riordan*
New York Bar No. 2058840
107 S. West St., Ste. 700
Alexandria, VA 22314
jnixon@publicinterestlegal.org
jadams@publicinterestlegal.org
mriordan@publicinterestlegal.org
713-550-7535 (phone)
888-815-5641 (facsimile)

*pending pro hac vice application

GREER, HERZ & ADAMS, L.L.P.

By: /s/ *Joseph Russo*
     Joseph Russo (Lead Counsel)
     Fed. ID No. 22559
     State Bar No. 24002879
     jrusso@greerherz.com
     Jordan Raschke
     Fed. ID No.3712672
     State Bar No. 24108764
     jraschke@greerherz.com
     1 Moody Plaza, 18th Floor
     Galveston, TX 77550-7947
     (409) 797-3200 (Telephone)
     (866) 422-4406 (Facsimile)

     Angie Olalde
     Fed. ID No. 690133
     State Bar No. 24049015
     2525 S. Shore Blvd. Ste. 203
     League City, Texas 77573
     aolalde@greerherz.com
     (409) 797-3262 (Telephone)
     (866) 422-4406 (Facsimile)
     *Counsel for Defendants*

5

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2023, the foregoing document, its appendix, and its exhibits were filed electronically (via CM/ECF), and that all counsel of record were served by CM/ECF.

/s/ *Hilary Harris Klein*