United States District Court
Southern District of Texas
**ENTERED**
July 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:22-CV-57 |
| GALVESTON COUNTY, TEXAS, *et al.*, | § § § § | |
| Defendants. | § | |

# **ORDER**

Before the court is the defendants' motion for summary judgment, Dkt. 176, and objections to evidence the Petteway and NAACP plaintiffs relied on in their response, Dkt. 192 at 9.

Concerning the NAACP plaintiffs' use of hyperlinked materials, the court sustains the defendants' objections. "Merely providing a web address or hyperlink is insufficient to submit documents to the [c]ourt or make them of record." *Cantu v. Austin Police Dep't*, No. 1:21-CV-00084-LY-SH, 2021 WL 5599648, at *4 (W.D. Tex. Nov. 30, 2021), *report and recommendation adopted*, No. 1:21-CV-84-LY, 2022 WL 501719 (W.D. Tex. Jan. 24, 2022). Because the NAACP plaintiffs did not properly submit this evidence into the summary-judgment record, the court will not consider it at this time.

The court overrules the defendants' remaining objection to the Petteway plaintiffs' use of Dr. Matt A. Barreto's rebuttal report. The court will separately consider the defendants' motion to strike, Dkt. 193, once the Petteway plaintiffs respond, as allowed under Gal. Div. R. Prac. 5.g.

After considering all the evidence and arguments, the court denies the defendants' motion for summary judgment.

Signed on Galveston Island this 11th day of July, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE