UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | 3:22-CV-57 |
| GALVESTON COUNTY, TEXAS, *et al.*, | | |
| Defendants. | | |

# **ORDER**

Before the court are the defendants' motions to exclude Dr. Matthew Barreto, Dkt. 193, and Dr. LaFleur Stephens-Dougan, Dkt. 194. After considering all the evidence and arguments, the court denies both motion.

Signed on Galveston Island this 18th day of July, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE