UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, et al.<br> Plaintiffs,<br><br>                    v.<br>GALVESTON COUNTY, TEXAS, et al.<br> Defendants. | § § § § § § § § | Civil Action No. 3:22-CV-00057<br>(consolidated) |
| UNITED STATES OF AMERICA,<br> Plaintiffs,<br><br>                    v.<br>GALVESTON COUNTY, TEXAS, et al.<br> Defendants. | § § § § § § § § | Civil Action No. 3:22-CV-00093 |
| DICKINSON BAY AREA BRANCH<br>NAACP, et al.<br> Plaintiffs,<br><br>                    v.<br>GALVESTON COUNTY, TEXAS, et al.<br> Defendants. | § § § § § § § § | Civil Action No. 3:22-CV-00117 |

## DEFENDANTS' TRIAL WITNESS LIST

Defendants Galveston County, Texas, Hon. Mark Henry in his official capacity as Galveston County Judge, and Dwight D. Sullivan in his official capacity as Galveston County Clerk ("Defendants"), submit the following witness list for trial.

Defendants will call the following witnesses:

| No. | Witness | Live/Depo |
|---|---|---|
| 1. | Hon. Mark Henry*[1] | Live |
| 2. | Comm. Joe Giusti* | Live |
| 3. | Comm. Darrell Apffel* | Live |
| 4. | Comm. Stephen Holmes* | Live |
| 5. | Dr. Robin Armstrong** | Live |
| 6. | Dale Oldham** | Live |
| 7. | Tom Bryan** | Live |
| 8. | Dwight Sullivan** | Live |
| 9. | Tyler Drummond** | Live |
| 10. | Leon Phillips** | Live |
| 11. | Dr. John Alford | Live |
| 12. | Dr. Mark Owens | Live |

Defendants may call the following witnesses:

| No. | Witness | Live/Depo |
|---|---|---|
| 13. | Lucretia Lofton* | Live |
| 14. | Joe Compian* | Live |
| 15. | Penny Pope* | Live |
| 16. | Edna Courville* | Live |
| 17. | Terry Petteway* | Live |
| 18. | Wendy Fragoso** | Live |
| 19. | Nathan Sigler** | Live |
| 20. | Cheryl Johnson** | Live |
| 21. | Michael Shannon** | Live |
| 22. | Roxy Williamson** | Live |

---

[1] To show overlap among the parties, Defendants have indicated witnesses that Plaintiffs intend to call with an asterisk (*), and witnesses the Plaintiffs have indicated they may call with two asterisks (**).

3

| No. | Witness | Live/Depo |
|---|---|---|
| 23. | Barbara Anders** | Live |
| 24. | Patricia Toliver** | Live |
| 25. | Diana Martinez** | Live |
| 26. | Ryan Dennard | Live |
| 27. | Linda Liechty | Live |
| 28. | Brandy Chapman | Live |
| 29. | Tierri'shia Gibson | Live |
| 30. | Sarah Chen | Live |
| 31. | Chad Dunn | Live |
| 32. | Heidi Gordon | Live |
| 33. | Randy Stevenson | Live |

Defendants may also call any of the parties, and any of the persons or entities listed on any of

the parties' witness lists or disclosures. Defendants reserve the right to amend this list, and to

call rebuttal or other witnesses as permitted by the rules and orders of the Court.

Respectfully Submitted,

HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC

Dallin B. Holt
Texas Bar No. 24099466
S.D. of Texas Bar No. 3536519
Jason B. Torchinsky*
Shawn T. Sheehy*
dholt@holtzmanvogel.com
jtorchinsky@holtzmanvogel.com
ssheehy@holtzmanvogel.com
15405 John Marshall Hwy
Haymarket, VA 2019
P: (540) 341-8808
F: (540) 341-8809

*admitted pro hac vice

PUBLIC INTEREST LEGAL FOUNDATION

Joseph M. Nixon
Federal Bar No. 1319
Tex. Bar No. 15244800
J. Christian Adams*
South Carolina Bar No. 7136
Virginia Bar No. 42543
Maureen Riordan*
New York Bar No. 2058840
107 S. West St., Ste. 700
Alexandria, VA 22314
jnixon@publicinterestlegal.org
jadams@publicinterestlegal.org
mriordan@publicinterestlegal.org
713-550-7535 (phone)
888-815-5641 (facsimile)

*admitted pro hac vice

GREER, HERZ & ADAMS, L.L.P.

By: /s/ *Joseph Russo*
Joseph Russo (Lead Counsel)
Fed. ID No. 22559
State Bar No. 24002879
jrusso@greerherz.com
Jordan Raschke
Fed. ID No.3712672
State Bar No. 24108764
jraschke@greerherz.com
1 Moody Plaza, 18th Floor
Galveston, TX 77550-7947
(409) 797-3200 (Telephone)
(866) 422-4406 (Facsimile)

Angie Olalde
Fed. ID No. 690133
State Bar No. 24049015
2525 S. Shore Blvd. Ste. 203
League City, Texas 77573
aolalde@greerherz.com
(409) 797-3262 (Telephone)
(866) 422-4406 (Facsimile)

*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served to counsel of record for the parties via electronic service on July 18, 2023.

*/s/ Angie Olalde*