# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, and PENNY POPE, | § § § § | |
| *Plaintiffs*, | § § | |
| | § | Civil Action No. 3:22-cv-57 |
| v. | § § | |
| GALVESTON COUNTY, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, | § § § § § § | |
| *Defendants.* | § § § | |
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 3:22-cv-93 |
| GALVESTON COUNTY, TEXAS, GALVESTON COUNTY COMMISSIONERS COURT, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, | § § § § § § § § | |
| *Defendants.* | § § § | |
| DICKINSON BAY AREA BRANCH NAACP, GALVESTON BRANCH NAACP, MAINLAND BRANCH NAACP, GALVESTON LULAC COUNCIL 151, EDNA COURVILLE, JOE A. COMPIAN, and LEON PHILLIPS, | § § § § § § § § | Civil Action No. 3:22-cv-117 |

|  |  |
|---|---|
| *Plaintiffs*, | § |
|  | § |
| v. | § |
|  | § |
| GALVESTON COUNTY, TEXAS, | § |
| HONORABLE MARK HENRY, in | § |
| his official capacity as Galveston | § |
| County Judge, and DWIGHT D. | § |
| SULLIVAN, in his official capacity as | § |
| Galveston County Clerk | § |
|  | § |
| *Defendants.* | § |

# [PROPOSED] PLAINTIFFS' PRETRIAL ORDER

Pursuant to the Court's Order, Plaintiffs, Terry Petteway, the Honorable Derreck Rose, and Penny Pope (the "Petteway Plaintiffs"); Plaintiff United States of America; and Plaintiffs Dickinson Bay Area Branch NAACP, Galveston Branch NAACP, Mainland Branch NAACP, Galveston LULAC Council 151, Edna Courville, Joe A. Compian, and Leon Phillips (the "NAACP Plaintiffs") file the following Pretrial Order.

1. **Appearance of Counsel**

    **Petteway Plaintiffs**
    Chad W. Dunn
    Brazil & Dunn
    1900 Pearl Street
    Austin, TX 78705
    (512) 717-9822
    chad@brazilanddunn.com

    Bernadette Reyes*
    Sonni Waknin*
    UCLA Voting Rights Project
    3250 Public Affairs Building
    Los Angeles, CA 90095
    Telephone: 310-400-6019
    bernadette@uclavrp.org

sonni@uclavrp.org

Mark P. Gaber*
Simone Leeper*
Valencia Richardson*
Alexandra Copper*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegal.org
sleeper@campaignlegal.org
vrichardson@campaignlegal.org
acopper@campaignlegal.org

Neil G. Baron
Law Office of Neil G. Baron
1010 E Main Street, Ste. A
League City, TX 77573
(281) 534-2748
neil@ngbaronlaw.com

**NAACP Plaintiffs**
Hani Mirza
Joaquin Gonzalez*
Sarah Xiyi Chen*
Attorney-in-Charge
Christina Beeler
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
hani@texascivilrightsproject.org
joaquin@texascivilrightsproject.org
schen@texascivilrightsproject.org
christinab@texascivilrightsproject.org

Hilary Harris Klein*
Adrianne M. Spoto*
Southern Coalition for Social Justice
1415 W. Hwy 54, Suite 101
Durham, NC 27707
919-323-3380 (Telephone)

hilaryhklein@scsj.org
adrianne@scsj.org

Nickolas Spencer
Spencer & Associates
9100 Southwest Freeway, Suite 122
Houston, TX 77074
713-863-1409 (Telephone)
nas@naslegal.com

Richard Mancino*
Michelle Anne Polizzano*
Andrew J. Silberstein*
Molly Linda Zhu*
Kathryn Carr Garrett*
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
212-728-8000 (Telephone)
rmancino@willkie.com
mpolizzano@willkie.com
asilberstein@willkie.com
mzhu@willkie.com
kgarrett@willkie.com

Diana C. Vall-llobera*
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000 (Telephone)
dvall-llobera@willkie.com

**United States**
T. Christian Herren, Jr.
Robert S. Berman*
Catherine Meza*
Bruce I. Gear*
K'Shaani Smith*
Tharuni A. Jayaraman*
Zachary J. Newkirk*
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice

950 Pennsylvania Avenue NW
Washington, DC 20530
202-307-2767 (telephone)
robert.berman@usdoj.gov
catherine.meza@usdoj.gov
bruce.gear@usdoj.gov
k'shaani.smith@usdoj.gov
tharuni.jayaraman@usdoj.gov
zachary.newkirk@usdoj.gov

*admitted pro hac vice

2. <u>Statement of the Case</u>

Terry Petteway, Penny Pope, Derreck Rose, Dickinson Bay Area Branch NAACP, Mainland Branch NAACP, Galveston Branch NAACP, Galveston LULAC Council 151, Edna Courville, Joe A. Compian, and Leon Phillips allege the new County Commissioners precincts adopted by the Galveston County Commissioners Court in November 2021 as racially gerrymandered, adopted with discriminatory purpose, and unlawfully diluting the votes of Galveston's Black and Latino voters.

The United States alleges that the Galveston County Commissioners Court plan enacted on November 12, 2021, violates Section 2 of the Voting Rights Act, 52 U.S.C. § 10301, because it has the result of denying Black and Hispanic voters an equal opportunity to participate in the political process and to elect representatives of their choice by diluting their voting strength, and it was adopted, at least in part, with the intent to discriminate.

3. <u>Pending Motions</u>

None.

4. <u>Exhibit Lists</u>

Attached to this Pretrial Order are the following Exhibit Lists:

       Plaintiffs' Exhibit List
       Defendants' Exhibit List with Plaintiffs' Objections
       Joint Exhibit List

5. <u>Witnesses</u>

   Attached to this Pretrial Order are the following Witness Lists:

   Plaintiffs' Witness List
   Plaintiffs' Objections to Defendants' Witness List

   In the event there are any other witnesses to be called at the trial, their names, addresses and the subject matter of their testimony will be provided to opposing counsel as soon as they are known. This restriction shall not apply to rebuttal or impeaching witnesses, the necessity of whose testimony cannot reasonably be anticipated before the time of trial.

6. <u>Stipulation of Facts</u>

   Attached to this Pretrial Order is the Joint Stipulation of Facts.

7. <u>Trial</u>

   This matter is a bench trial.

   Plaintiffs anticipate that their case in chief to will take approximately 40 hours to present.

8. <u>Additional Required Attachments</u>

   None.

   **SIGNED** this _____ day of July, 2023.

   _____
   *JEFFREY VINCENT BROWN*
   *UNITED STATES DISTRICT JUDGE*

Respectfully submitted this 18th day of July, 2023,

*/s/ Chad W. Dunn*
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

Bernadette Reyes*
Sonni Waknin*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
bernadette@uclavrp.org
sonni@uclavrp.org

Mark P. Gaber*
Simone Leeper*
Valencia Richardson*
Alexandra Copper*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegal.org
sleeper@campaignlegal.org
vrichardson@campaignlegal.org
acopper@campaignlegal.org

Neil G. Baron
Law Office of Neil G. Baron
1010 E Main Street, Ste. A
League City, TX 77573
(281) 534-2748
neil@ngbaronlaw.com

**Counsel for Petteway Plaintiffs**

*/s/ Sarah Xiyi Chen*
Sarah Xiyi Chen*
Attorney-in-Charge
Hani Mirza
Joaquin Gonzalez*
Christina Beeler
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
hani@texascivilrightsproject.org
joaquin@texascivilrightsproject.org
schen@texascivilrightsproject.org
christinab@texascivilrightsproject.org

Hilary Harris Klein*
Adrianne M. Spoto*
Southern Coalition for Social Justice
1415 W. Hwy 54, Suite 101
Durham, NC 27707
919-323-3380 (Telephone)
hilaryhklein@scsj.org
adrianne@scsj.org

Nickolas Spencer
Spencer & Associates
9100 Southwest Freeway, Suite 122
Houston, TX 77074
713-863-1409 (Telephone)
nas@naslegal.com

Richard Mancino*
Michelle Anne Polizzano*
Andrew J. Silberstein*
Molly Linda Zhu*
Kathryn Carr Garrett*
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
212-728-8000 (Telephone)
rmancino@willkie.com

mpolizzano@willkie.com
asilberstein@willkie.com
mzhu@willkie.com
kgarrett@willkie.com

Diana C. Vall-llobera*
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000 (Telephone)
dvall-llobera@willkie.com

**Counsel for NAACP Plaintiffs**

| | |
|---|---|
| ALAMDAR S. HAMDANI | KRISTEN CLARKE |
| United States Attorney | Assistant Attorney General |
| Southern District of Texas | Civil Rights Division |
| | |
| DANIEL D. HU | /s/ Catherine Meza |
| Civil Chief | T. CHRISTIAN HERREN, JR. |
| United States Attorney's Office | ROBERT S. BERMAN* |
| Southern District of Texas | CATHERINE MEZA* |
| Texas Bar No. 10131415 | Attorney-In-Charge |
| SDTX ID: 7959 | BRUCE I. GEAR* |
| 1000 Louisiana Ste. 2300 | K'SHAANI SMITH* |
| Houston, TX 77002 | THARUNI A. JAYARAMAN* |
| 713-567-9000 (telephone) | ZACHARY J. NEWKIRK* |
| 713-718-3303 (fax) | Attorneys, Voting Section |
| daniel.hu@usdoj.gov | Civil Rights Division |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue NW |
| | Washington, DC 20530 |
| | 202-307-2767 (telephone) |
| | 202-307-3961 (fax) |
| | catherine.meza@usdoj.gov |

***COUNSEL FOR THE UNITED STATES***
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2023, the foregoing document, its appendix, and its exhibits were filed electronically (via CM/ECF), and that all counsel of record were served by CM/ECF.

/s/   <u>Sarah Xiyi Chen</u>