UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GALVESTON, TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Civil Action No. 3:22-cv-57 |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GALVESTON, TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Civil Action No. 3:22-cv-93 |
| Dickinson Bay Area Branch NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GALVESTON, TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Civil Action No. 3:22-cv-117 |

## CONSOLIDATED PLAINTIFFS' TRIAL WITNESS LIST

**Will Call**

1. Darrell Apffel
2. Matt Barreto, PhD
3. Traci Burch, PhD
4. William Cooper

1

5. Edna Courville
6. Dickinson Bay Area Branch NAACP Representative (Lucretia Lofton)
7. Anthony Fairfax
8. Joe Giusti
9. Mark Henry
10. Stephen Holmes
11. Max Krochmal, PhD
12. LULAC Council 151 Representative (Joe Compian)
13. Kassra Oskooii, PhD
14. Terry Petteway
15. Penny Pope
16. Rene Rocha, PhD
17. Derreck Rose
18. Tye Rush
19. LaFleur Stephens-Dougan, PhD
20. Jessica Trounstine, PhD

**May Call**

21. Matt Angle
22. Dr. Robin Armstrong
23. Thomas Bryan
24. Patrick Doyle
25. Tyler Drummond
26. Wendi Fragoso
27. Galveston Branch NAACP Representative (Pat Toliver)
28. Roxy Hall Williamson
29. Joe Jaworski
30. Cheryl Johnson
31. Sharon Lewis
32. LULAC Council 151 Representative (Robert Quintero)
33. Mainland Branch NAACP Representative (Barbara Anders)
34. Dianna Martinez
35. Lucille McGaskey
36. Mike Montez
37. Dale Oldham
38. Leon Phillips
39. Reverend William Lloyd Randall
40. Michael Rios
41. Mark Salinas
42. Michael Shannon
43. Nathan Sigler

44. Dwight Sullivan

Plaintiffs reserve the right to call witnesses identified by other parties to this case, to use deposition testimony and exhibits to those depositions for witnesses who are unavailable, and to use any deposition testimony or to call witnesses needed for rebuttal or impeachment.