UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GALVESTON, TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Civil Action No. 3:22-cv-57 |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> GALVESTON, TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Civil Action No. 3:22-cv-93 |
| Dickinson Bay Area Branch NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GALVESTON, TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Civil Action No. 3:22-cv-117 |

### CONSOLIDATED PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL WITNESS LIST

Plaintiffs object to the inclusion of the following witnesses to Defendants' trial witness list:

1. Sarah Chen
2. Chad Dunn

1