UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:22-CV-57 |
| GALVESTON COUNTY, TEXAS, *et al.*, | § § § § | |
| Defendants. | § | |

# **ORDER**

During the pretrial conference yesterday, the court early-admitted exhibits JX 1–45. After further consideration, the court will also early-admit the other exhibits to which neither party has objected.

Accordingly, the court admits the following exhibits:

- <u>Plaintiffs' Exhibits</u>: PX 10–11, 14, 18–20, 25, 27, 30–33, 35, 38–39, 41, 45, 50, 52, 54–57, 63–64, 72, 87, 90, 95, 101, 104–105, 114, 116–117, 121, 123–125, 130, 132, 138, 143, 149, 156, 159–161, 165, 167, 173, 177, 180–181, 183–189, 191, 193–197, 199–205, 207–209, 211–219, 222–227, 229–234, 236, 238–239, 241–242, 244–245, 247–248, 250, 252–253, 256, 258–260, 262, 264–268, 270, 274–277, 281–282, 284, 287–293, 295–299, 303–304, 306–307, 309, 312, 317, 322, 324, 331, 333–334, 336, 338–339, 407, 426, 497, 520–523, 526–527, 529–530, 541, 544–562, 570, 574, 576–577, 579, 581–595.

- <u>Defendants' Exhibits</u>: DX 4–5, 8–11, 17, 23, 25, 27, 29, 32, 34–38, 41, 43, 46, 50–51, 53–54, 56, 62–63, 69, 74, 79–80, 84–89, 92–100, 105, 109–110, 112–113, 115, 120–121, 127–128,

135–139, 141, 146–151, 153–155, 159, 163, 166, 168–169, 175–176, 187–189, 194–195, 199–204, 208–209, 213, 232–241, 246, 248–258, 265, 271, 282, 284–285, 287–288.

The court will address the parties' objections to the remaining exhibits before trial commences on August 7. *See* Dkts. 204-2, 207.

Signed on Galveston Island this 26th day of July, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE