United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:22-CV-57 |
| GALVESTON COUNTY, TEXAS, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

The court has considered the plaintiffs' unopposed motion for extension of time. Dkt. 259. It grants the motion. The deadline to move for attorneys' fees and expenses and to file a bill of costs is reset to 30 days after the remedial proceeding is complete or any appeal has been resolved, whichever is later.

Signed on Galveston Island this 20th day of October, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE