| From: | Holmes, Stephen |
|---|---|
| Sent: | Thursday, March 10, 2011 1:36 PM CST |
| To: | Henry, Mark |
| Subject: | Re: Redistricting |

Thanks Judge.

-----Original Message-----
From: Henry, Mark
To: Holmes, Stephen
Sent: Thu Mar 10 13:35:02 2011
Subject: RE: Redistricting

No sir, don't know if we're loading in-house, but I'll find out.


Mark


From: Holmes, Stephen
Sent: Thursday, March 10, 2011 12:38 PM
To: Henry, Mark
Subject: RE: Redistricting


Thanks for the quick response Judge.  Are we loading the data in house? If so, who is loading, engineering?


Stephen


From: Henry, Mark
Sent: Thursday, March 10, 2011 11:00 AM
To: Holmes, Stephen
Subject: RE: Redistricting


Commissioner Holmes:


We've placed the initial Redistricting Workshop on the schedule for the 22nd.


My thoughts, of course subject the desire of the court:



Joint Exhibit
JX 1
3:22-cv-57-JVB

DEFS00032377

Outside council will be required for compliance and certification, but I don't think they are worth the $ 100,000 they charged to draw lines.  I'd like for us to take a look at lines first.

I don't think we have the data in GIS yet, but don't expect it to be very long until we do (within the month).

Hopefully the Workshop on the 22nd will get us started and I'll try to have deadlines established by then as well.

Feel free to provide me input, you've done this before.

Thanks,

Mark

From: Holmes, Stephen
Sent: Wednesday, March 09, 2011 2:19 PM
To: Henry, Mark
Cc: Doyle, Patrick; Clark, Ken; O'Brien, Kevin
Subject: Redistricting

Judge Henry:

As you know, the 2010 census data for Galveston County was released last month.  With this release, comes the data that the commissioners court will use in the redistricting process for Galveston County.

As Texas is a State covered by the Voting Rights Act of 1965, any plan submitted by the court must be cleared by the United States Attorney General's Office.   This is a process that should be public and open to assure clearance. If we want to insure that any changes are in place for the next election cycle, our plan must be approved this fall.  Without approval, we are prohibited from implementing election cannot proceed  I am concerned that as a court we have not begun public discussion to lay out the necessary steps of this delicate process.

Are we going to hire outside counsel?  I think we should, as this will be one element that will show the AG's office that the process was fair, open and that each member of the court was given an opportunity to develop and submit a

DEFS00032378

redistricting plan.  I also think this is the first step in the redistricting process that the court should take and I know that we have budgeted funds for this purpose.  When will we develop the criteria to be used in the process?  Who will have input in developing the criteria? Has our census data been loaded into a GIS system and analyzed? If not when? If so, when will the data be shared?

Those are but a few of the questions that need to be discussed or answered in an open forum.


If there is already an agenda item or workshop scheduled on redistricting? If so, please let me know the date of such.  If not, I would like to workshop the item at the earliest available date.


Thanks.


Stephen

DEFS00032379

| | |
|---|---|
| **From:** | Holmes, Stephen |
| **Sent:** | Sunday, August 7, 2011 2:52 PM CDT |
| **To:** | tj.aulds@galvnews.com |
| **Subject:** | Re: Proposal 3 |

As I stated in my email to you with the map, though the court chose not to adopt a set of criteria to guide us through this process, I think it is important to start with the last legally enforceable map, our current commissioner map as the basis. Our current map is the last to be cleared by the justice department. I want a map that will withstand justice department review. Obviously changes have to be made to get population from largest to smallest within a deviation of no more than 10%. Knowing that our current commissioner map has received justice department approval, using that as our basis will help the county pass justice department review. When looking at proposed maps, I think it is important to view them alongside our current map.

I am not sure what the criteria or basis was for the configuration of the other maps.

-----Original Message-----
From: TJ Aulds <tj.aulds@galvnews.com>
To: Holmes, Stephen
Sent: Sun Aug 07 14:12:01 2011
Subject: Re: Proposal 3

How does this map in your opinion better than prop 1 and 2?

Just as comm Clark has been accused of driving the redistricting for political purposes to gain extra GOP seat while targeting Pat  it is almost certain some folks will accuse you of trying to protect a Democrat ally. So to get that question out of the way what would your response be to that?

T.J. Aulds
Mainland Editor
The Daily News
409-683-5334
Sent from my iPhone

On Aug 7, 2011, at 1:57 PM, "Holmes, Stephen" <Stephen.Holmes@co.galveston.tx.us> wrote:

    Attached is Comm Proposal Three.  Though the court chose not to adopt a set of criteria for guidance in altering commissioner precincts,  I used the last legally enforceable redistricting plan, our current commissioners map, as a basis for the plan.  I also took into account any constitutional or federal law as it relates to redistricting. I moved whole voting precincts for the changes,  with the exception of one voting precinct in Texas City. I also took into account existing relationships between commissioner precincts and a history of representing certain areas (ie. Bolivar Penninsula and Precinct 1/Patrick Doyle).

    As you know some commissioner precincts needed to add population, while others needed to reduce population.  So you won't have to try and decipher the map, the changes are listed below.

    Precinct Three: Adds voting precincts 216 and 217 on the Island, and voting precinctct 232 in LaMarque. Removes part of voting precinct 347 that is north of Palmer Highway in Texas City. Retains part of voting precinct 347 that is south of Palmer Highway.

    Precinct One: Adds  voting precincts 222,223 and 224 on the Island. Also adds part of voting precxinct 347 that is north of Palmer Highway in Texas City.



Joint Exhibit
**JX 2**
3:22-cv-57-JVB

DEFS00010051

Precinct Two: Adds voting precincts 455,471,487 and 488 in League City.  Removes voting precincts 216, 217, 222, 223, and 224 in Galveston and voting precinct 232 in LaMarque.

Heard you were on vacation.  Enjoy and be safe.

Stephen


<Proposal 3.pdf>

# ★ GALVESTON COUNTY ★
# THE DAILY NEWS

75 cents | **Monday, August 29, 2011** | Texas' Oldest Newspaper: Since 1842 | Vol. 169, No. 141 | galvnews.com

## INSIDE TODAY

**Our County**



■ The city quietly installed about a dozen signs in the past month warning swimmers of dangerous currents at the Texas City Dike/B1.

**Sports**



■ Houston Texans coach Gary Kubiak is optimistic Arian Foster will be ready for the season opener/A9.

**Opinion**

■ The controversy over redistricting in Galveston County is really about two controversies/A4.

**Reel Report**



■ Wade fishermen along the beach front enjoyed protected water that was in excellent shape/A12.

### Index

| | |
|---|---|
| Bulletin Board | B2 |
| Comics | A8 |
| Crossword | A8 |
| Lotto | A2 |
| Movies | A11 |
| Obituaries | B11 |
| Opinion | A4 |
| Sports | A9 |
| TV Listings | A8 |

### Inside

| | |
|---|---|
| Dickinson | B3 |
| Friendswood | B3 |
| Galveston | B4 |
| Hitchcock | B3 |
| Kemah | B1 |
| La Marque | B2 |
| League City | B3 |
| Santa Fe | B2 |
| Texas City | B1 |

**Weather**



Today's forecast:
Sunny and hot with little chance of rain
High: 100
Low: 81
Details: A12



## Redistricting: How will commissioners vote?

**GOVERNMENT:** None of the proposed maps is expected to get 3-2 vote in Tuesday's meeting

*Editor's note: This is the first part of a two-part series on county commissioners' views on the redistricting process because the court votes Tuesday. Today, the Republican majority on the court expresses its views, while the Democrats will be featured in Tuesday's edition.*

By T.J. AULDS
The Daily News

Predictions abound as to how the votes will go Tuesday when county commissioners take up the issue of redistricting. But don't be surprised if none of the maps proposed by either the county's consultants or county commissioners gets a 3-2 vote.

The redistricting process has been more nuanced than critics and proponents of the proposed maps have ex-

See REDISTRICTING/A3

---

## HISTORY

# Railcars for sale



The 1929 Pullman railcar Anacapa, known for its famous passengers — Dwight Eisenhower, Adlai Stevenson, Harry Truman and Winston Churchill — is one of six railcars for sale at the Galveston Railroad Museum. The museum plans to use the proceeds to replace the cars that were heavily damaged by storm surge from Hurricane Ike in 2008.
Photos by JENNIFER REYNOLDS/The Daily News

## Presidents among the passengers of Ike-hit cars

By CHRIS PASCHENKO
The Daily News

GALVESTON — Famous for its presidential passengers, a historic railcar flooded by Hurricane Ike is among those for sale at the Galveston Railroad Museum.

The Anacapa, built by Pullman in 1929, was once a private business car of John Palmer Gavit, former editor of the Washington Evening Post.

Dwight Eisenhower, Adlai Stevenson, Harry Truman and Winston Churchill were among its distinguished passengers, museum Director Morris Gould said.

The asking price?

"Fifty thousands dollars," Gould said. "And then you've got to move

See RAILCARS/A7





Galveston Railroad Museum Director Morris Gould talks about the restoration of a U.S. Postal Service car, which was the backdrop for two Old West movies and could be used in an upcoming film. The museum plans to keep and restore this car.

---

## City awaits decision

**GOVERNMENT:** Justice Dept. to rule on allowing 4-2-1 redistricting plan

By AMANDA CASANOVA
The Daily News

GALVESTON — The justice department has until about October to decide whether to lift a previous objection and allow the city to draw a 4-2-1 redistricting plan.

The city has asked the justice department to reconsider a plan with four council members from single-member districts, two at-large members and a mayor elected at-large.

In 1998, voters approved a 4-2-1 plan, but the justice department, which has to approve redistricting plans, did not OK the map.

The 4-2-1 plan was later resubmitted with data from the 2000 Census and denied a second time. The third request to the justice department included 2010 Census data, which shows a slip in population and change in island demographics since Hurricane Ike.

If the justice department denies the 4-2-1 plan again, the council will redraw districts in a 6-1 plan. If 4-2-1 plan is approved, the council can redraw the lines as a 4-2-1 plan.

The city has six single-member districts with a mayor elected at-large.

The council also has discussed setting up a cumulative voting system on the island, where voters can cast as many votes as there are seats in any combination, including all for a single candidate.

Bob Bob Heath, an attorney with an Austin-based law firm that is working with the city on the maps, said only a handful of governmental entities use the system.

"You either have to amend your (city) charter or be sued and have it imposed by a court order," he said.

In the next few weeks, the city will ask for public comment on the proposed 6-1 and 4-2-1 maps. Some community organizations already have voiced concern with the proposed plans. In June, representatives from Gulf Coast Interfaith, Northside Taskforce,

See DECISION/A7

---

## 'American Idol' judges seen taking in Galveston weekend

**GALVESTON:** Show made isle stop to get away from crowds

By T.J. AULDS
The Daily News

Jenny from the block was incognito while Steven Tyler didn't have to "Dream On" about having a good meal at The Steakhouse during the weekend.

The judges from Fox TV's hit series "American Idol," reportedly were on the island Saturday as part of the show's Houston auditions. Facebook and Twitter were alive with reports of Jennifer Lopez and Tyler sightings at the San Luis Resort and the Galveston Island Convention Center.

While officials from the Landry's-owned San Luis Resort could not be reached for confirmation, eyewitnesses hired plenty of photo evidence of brushes with the rich and famous, including as the stars of the show mingled with guests and residents.

One photo obtained by The Daily News shows Tyler outside

the entrance to The Steakhouse at the San Luis hotel, posing for photos with fans after he had dinner. Another snapshot shows an image of a woman that the online poster claims to be Lopez at the convention center, but the photo was not clear enough to confirm the image was indeed J-Lo.

But several sources told The Daily News that the soon-to-be

See IDOL/A6

---



**NEWSPAPER** *ARCHIVE*

Galveston Daily News, August 29, 2011, Pg. 1, Galveston, Texas, US
https://newspaperarchive.com/galveston-daily-news-aug-29-2011-p-1/



Joint Exhibit
**JX 3**
3.22-cv-57-JV6

DEFS00031697

GALVESTON COUNTY, TEXAS                    MONDAY, AUGUST 29, 2011 ★ THE DAILY NEWS ★ A3

## VOLUNTEERS

### Reading Buddy seeks volunteers

Starting in September, the Communities in Schools and Parent-Teacher Organization of L.A. Morgan School of Science and Engineering, is seeking volunteers to come in and "Sit and Listen" to a child read.

If you would like to volunteer, contact Susan Fanuiel, susan_fanuiel@gisd.org or 409-761-6700.

### Meals on Wheels needs servers

Galveston Island Meals on Wheels Inc., which serves the island's elderly and homebound with a hot meal five days a week, is in need of volunteers.

In most cases, a volunteer is often the only personal contact the recipient might have all day. If you would like to help for one hour a day, call 409-744-2668 or 409-599-1267.

### Hospice Compassus seeks volunteers

Hospice Compassus is seeking volunteers 18 and older for its Galveston County locations. Contact Robin Prejean, 281-316-7777 or robin.prejean@hospicecom.com.

### Volunteers needed to help museum

The Butler Longhorn Museum is in need of volunteers from 9 a.m. to 4 p.m. Tuesdays through Saturdays at 1220 Coryell St. in League City.

Volunteers are needed to help with special events, tours and day-to-day activities.

Email butlerlonghorn museuminfo@yahoo.com or call 281-332-1393.

### Volunteers needed for tornado victims

Volunteers still are needed to help the tornado victims in St. Louis and Alabama.

Walgreens has the fleece throws available for 2 for $5. Hobby Lobby also has fleece. Donations also are being accepted at any Texas First Bank location.

Any school or church group can arrange a demonstration by calling Bertie Simmons, 281-728-5952.

### Resource and Crisis Center

Volunteers are needed to assist in cleaning and stocking the stores and to process donations for The Resource and Crisis Center of Galveston County.

The locations are 1424 23rd St., in Galveston, 409-762-1520; 150 Gulf Freeway, in League City, 281-554-9463; and 3565 Palmer Highway, No. 16, in Texas City, 409-942-4300.

## IDOL

Continued from Page A1

former Mrs. Marc Anthony was indeed on the island Saturday. Houston based entertainment blog Culture Map also reported that "American Idol" used a Galveston location for some of the auditions to get away from the large crowds that lined up at Reliant Park in Houston on Friday.

No word if show host Ryan Seacrest made it to the island as well or if the show's veteran judge Randy Jackson was around to call anyone "Dog."

The Daily News can confirm that another celeb was on the island during the weekend, although his visit was no secret. Star of "The Jerk," "Father of the Bride," Grammy Award winning comedian, banjo artist and a native of Waco, Steve Martin performed with his musical group Steep Canyon Rangers on Saturday at The Grand 1894 Opera House.

There was even at least one online photo of his visit as well.

Mainland Editor T.J. Aulds can be reached at 409-683-5334 or tjaulds@galvnews.com

## REDISTRICTING

Continued from Page A1

pressed in public hearings For County Judge Mark Henry, that was comments from Bolivar Peninsula residents who insist that the four unincorporated communities on the peninsula have more in common with residents on Galveston Island, and that any map should keep the island and Bolivar in the same precinct.

"I discounted anything that was partisan," Henry said of the five public hearings held. "We had folks coming up saying they were for map 1 or 2,but gave no reason."

Others contended map 1 or 2 were unfair but for reasons that Henry said he didn't consider to meet the standards of the law for redistricting. That included comments from members of the Texas City-La Marque Chamber of Commerce and representatives from Texas City's industry base who urged Henry that any precinct maps should give a better chance for someone from Texas City to be elected to the court.

The county's legal consultants told the judge the changes could be made without having to draw up a new map and go through another public comment period since the changes he plans to propose are from the public comments, Henry said.

### Clark spent 10 years on process

Precinct 4 Commissioner Ken Clark, who has been the most involved in the process, said if he had drawn a map for consideration, it would have all of Galveston — including the West End — and the Bolivar Peninsula within one precinct that might have included Tiki Island and maybe parts of Hitchcock. That concept is similar to a map Clark drew up 10 years ago and suggested to the commissioners court during the last redistricting process.

"With the state and federal laws, that somewhat binds us on what we can and can't do," Clark said.

But it appears that Clark, who said he would support versions of the two maps drawn up by the county's consultants, did indeed draw up maps suggesting the new political boundaries. Those maps have not been made public.

Within hundreds of records obtained by The Daily News through an open records request, a June 16 email to County Judge Mark Henry's office from Joe Nixon, who works for the firm hired as the county's consultant, indicates Clark provided guide maps for the consultants to follow.

"Commissioner Clark has sent us several maps to review," Nixon wrote. "We are in the process of doing a review of each of those maps. It's our intent to sit down with each commissioner in the next two weeks to hear from each of them how they would like the maps to look and to have choices then to begin narrowing down."

Clark wasn't shy in acknowledging his active role in meeting with the consultants and the county's redistricting process in general.

"I probably started working on this redistricting as soon as the last one ended," Clark said.

That's because the commissioner felt that the last process 10 years ago packed his precinct in an unfair manner, especially politically.

The commissioner said most of his work with the consultants was done verbally and few items were in writing. But the maps Nixon referenced were not included in the documents Clark's office turned over to The Daily News, despite the newspaper's request for all correspondence related to redistricting.

### O'Brien offers mixed messages

Where Precinct 2 Commissioner Kevin O'Brien stands depends on whether you read his column published in Thursday's edition of The Daily News or his comments to the newspaper after he had submitted the column.

In his column, O'Brien said he would support either maps 1 or 2 and discounted a map drawn up by Precinct 3 Commissioner Stephen Holmes, stating it "would repeat the injustice of 2001 by packing fast growing North County area into the largest precincts."

But on the day before his guest column was published, O'Brien said he was keeping an open mind and would review the issue further while on a county-related trip to Austin last week.

He insisted he had not made up his mind nor discounted any of the proposed maps even saying that he wouldn't make a decision until "the fat lady sings."

"I've got to go back to the one person, one vote (concept)," O'Brien said in his interview. "We are not going to make everyone happy, but I am trying to do the right thing."

That right thing, the commissioner said was to keep an open mind to all he heard and reviewed.

O'Brien said he was also keeping an open mind on the justices of the peace and constable maps, even though he proposed a map that would reduce the number of precincts to four. He said he drew that map because he had heard from voters who questioned why the court wasn't considering four precincts.

Henry said he supports the five-precinct map, while Clark didn't express support for any particular justice of the peace map.

Mainland Editor T.J. Aulds can be reached at 409-683-5334 or tjaulds@galvnews.com



# Get your FREE
## Spinal Screening Examination!

no obligation
nothing to pay

YOU MAY HAVE ONE OF THESE 16 DANGER SIGNALS OF PINCHED NERVES!

**Dr. Donna Sanders** Chiropractor    **Dr. Geneva Ricano** Chiropractor

1. Low Back Pain   5. Dizziness   9. Numb Hands   13. Numb Fingers
2. Headaches   6. Sore Elbows   10. Bursitis   14. Hip Pain
3. Shoulder Pain   7. Neck Pain   11. Pain Down Legs   15. Thigh Muscles
4. Arthritis   8. Indigestion   12. Muscle Spasms   16. Aching Feet

**FIND OUT NOW** whether careful, professional chiropractic care can relieve your aches and pain. This examination will include a spinal alignment check, an examination for restricted or excess motion in the spine, an examination for swelling and muscle spasms around the joints of the spine and a private consultation with the doctor to discuss the results. This entire spinal screening examination is FREE. If you want more care and treatment, we do all the paperwork!

**FREE LIMITED TIME OFFER.**

## CALL for your FREE appointment before NEXT SATURDAY!

# BAY COLONY CHIROPRACTIC
## 350 FM 517 • Dickinson
(Turn west on FM 517 - Big Blue building 2 blocks past the Dickinson Railroad Museum)

# 281.337.3337
www.baycolonychiros.com

**CALL NOW! Bring This Coupon With You.**
*Due to Federal Regulations, this offer does not apply to Medicare/Medicaid of Federal Insurance programs, & PI. 2007
Mon 7-12PM & 2-6PM, Tues 7-12PM & 2-6PM, Wed. Closed, Thurs. 7-12PM & 2-6PM, Fri. 7-12PM & 2-6PM
**FREE**

# GIANT POTATO 2 DAY SALE



# BBQ POTATO 2 FOR $12
includes Peach Cobbler

Meal consists of 2 Giant Baked Potatoes stuffed with your choice of smoked turkey, sausage link or brisket & served with homemade BBQ sauce & all the trimmings.
**Meal includes 2 peach cobblers.**
Coupon good Mon. & Tues., Aug. 29th & 30th Only. Must present coupon. Add $1.00 for carry out.

OPEN DAILY 11 A.M. - 10 P.M.
2223 Palmer Hwy, Texas City
**409/948-6501**
www.grandprizebarbeque.com


Grand Prize Barbeque

# Does your insurance agent...

If Henry Freudenburg, CLU, were your agent, you could answer all of these questions with a **YES!**

• Know who you are?
• Take your call or return your call?
• Have a knowledgeable in-house staff assigned to cater to your insurance needs?
• Represent admitted homeowner's insurance companies?
• Give you his or her cell phone number?
• Provide condo or renter's coverage?
• Offer premium financing for all of your coverages (except food)?

*Keep company with the company you trust -
Serving our clients' insurance needs for over 47 years.*

## Henry Freudenburg Insurance Agency, Inc.
Henry Freudenburg, CLU, Agent
6202 Stewart Road • Galveston • (409) 744-7111


Trusted Choice®



# SUBSCRIBE TODAY
## 1-888-561-3611
www.galvnews.com

BEIRNE, MAYNARD & PARSONS, L.L.P.

401 W. 15TH STREET

SUITE 845

AUSTIN, TEXAS 78717

(512) 623-6700

FAX (512) 623-6701

JAMES E. "TREY" TRAINOR, III



OCT 2 4 2011

GALVESTON COUNTY JUDGE

DIRECT DIAL (512) 623-6734

EMAIL: TTRAINOR@BMPLLP.COM

October 19, 2011

Chief, Voting Section
Civil Rights Division
Room 7254-NWB
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

Re:     Submission under Section 5, Voting Rights Act of 2011 redistricting of Justice of
the peace/constable precincts for Galveston County, Texas and request for
expedited consideration

Dear Voting Section:

On behalf of Galveston County, Texas (hereinafter, "County"), I hereby submit the
following changes affecting voting for consideration pursuant to 42 U.S.C. §1973(c).

Galveston County seeks preclearance of its August 30, 2011 Order adopting changes to
the boundaries of two of its justice of the peace/constable precincts.

The changes to the justice of the peace/constable precincts were a result of population
changes identified in the 2010 Census and the County Commissioners Court evaluation of
convenience of the citizens in accessing the services of the courts.

Galveston County respectfully requests expedited consideration of this submission
pursuant to 28 C.F.R. §51.34 for preclearance by November 12, 2011, the first date on which
candidates may apply for a place on a Republican or Democrat primary ballot. December 12,
2011 will conclude the period within which candidates may file an application for a place on the
primary ballot.

In compliance with 28 C.F.R. Part 51, I am supplying the following information, or
references to the relevant attachment where the information is located, on behalf of the County:



Joint Exhibit
**JX 4**
3:22-cv-57-JVB

DEFS00032018
DEFS00032018

Voting Section, Civil Rights Division, Dept. of Justice
October 19, 2011
Page 2

**Section 51.27**

    **(a)**    **A copy of any ordinance, enactment, order or regulation embodying a change affecting voting.**

A copy of the Galveston County Commissioners Court Order adopting the boundary changes for its justice of the peace/constable precincts is attached to this submission as Exhibit "A."

    **(b)**    **A copy of any ordinance, enactment, order, or regulation embodying the vote practice that is proposed to be repealed, amended, or otherwise changed.**

A copy of the Galveston County Commissioners Court Order adopting the existing justice of the peace/constable precincts is attached to this submission as Exhibit "B."

    **(c)**    **If the change affecting voting is not readily apparent on the face of the documents provided under paragraph (a) and (b) of this section or is not embodied in a document, a clear statement of the change explaining the difference between the submitted change and the prior law or practice, or explanatory materials adequate to disclose to the Attorney General the difference between the prior and proposed situation with respect to voting.**

The change alters the boundaries of all of the justice of the peace/constable precincts in Galveston County and reduces the number of precincts from eight (8) to five (5). The difference in population and demographics between the newly adopted and current precincts is shown in the following charts.

A map showing the new precincts is attached as Exhibit "C," and a map of the prior precincts is attached as Exhibit "D." Additionally, both maps are submitted in .dbf format on the enclosed disk.

1442066v.7 IMANAGE 105773

**DEFS00032019**

DEFS00032018

Voting Section, Civil Rights Division, Dept. of Justice
October 19, 2011
Page 3

## Existing Districts Total Population

| District | Persons | Deviation | Hispanic % of Total Population | Non-Hispanic Anglo % of Total Population | Non-Hispanic Black % of Total Population | Non-Hispanic Asian % of Total Population | Non-Hispanic Other % of Total Population |
|---|---|---|---|---|---|---|---|
| 1 | 36,018 | -1.09% | 30.22 | 52.71 | 11.16 | 3.92 | 0.08 |
| 2 | 12,708 | -65.10% | 32.37 | 26.63 | 38.46 | 0.61 | 0.12 |
| 3 | 23,163 | -36.39% | 20.19 | 28.96 | 48.69 | 0.45 | 0.10 |
| 4 | 30,305 | -16.78% | 14.63 | 80.17 | 3.21 | 0.50 | 0.09 |
| 5 | 37,350 | 2.57% | 29.22 | 45.49 | 22.39 | 1.11 | 0.13 |
| 7 | 60,107 | 65.07% | 23.12 | 66.35 | 5.35 | 3.24 | 0.20 |
| 8 | 89,241 | 145.07% | 17.93 | 67.74 | 7.26 | 4.92 | 0.18 |
| 9 | 2,417 | -93.36% | 14.60 | 81.18 | 0.66 | 0.74 | 0.08 |
| Totals | 291,309 | | | | | | |

## 2011 Adopted Districts Total Population

| District | Persons | Deviation | Hispanic % of Total Population | Non-Hispanic Anglo % of Total Population | Non-Hispanic Black % of Total Population | Non-Hispanic Asian % of Total Population | Non-Hispanic Other % of Total Population |
|---|---|---|---|---|---|---|---|
| 1 | 88,852 | 52.50% | 17.94 | 67.70 | 7.27 | 4.93 | 0.18 |
| 2 | 83,092 | 42.62% | 24.96 | 62.62 | 7.96 | 2.56 | 0.18 |
| 3 | 84,740 | 45.45% | 27.64 | 39.08 | 29.26 | 2.12 | 0.10 |
| 4 | 32,208 | -44.72% | 14.93 | 78.82 | 4.18 | 0.57 | 0.08 |
| 5 | 2,417 | -95.85% | 14.60 | 81.18 | 0.66 | 0.74 | 0.08 |
| Totals | 291,309 | | | | | | |

1442066v.7 IMANAGE 105773

DEFS00032020

DEFS00032018

Voting Section, Civil Rights Division, Dept. of Justice
October 19, 2011
Page 4

### Existing Districts Voting Age Population

| District | Total VAP | Hispanic % of Total VAP | Non-Hispanic Anglo % of Total VAP | Non-Hispanic Black % of Total VAP | Non-Hispanic Asian % of Total VAP | Non-Hispanic Other % of Total VAP |
|---|---|---|---|---|---|---|
| 1 | 29,371 | 26.50 | 57.23 | 10.46 | 4.06 | 0.09 |
| 2 | 10,008 | 29.40 | 30.67 | 37.56 | 0.71 | 0.14 |
| 3 | 17,292 | 17.31 | 32.58 | 48.37 | 0.50 | 0.08 |
| 4 | 23,167 | 12.70 | 82.81 | 2.70 | 0.52 | 0.10 |
| 5 | 27,410 | 25.90 | 50.26 | 21.24 | 1.24 | 0.11 |
| 7 | 44,140 | 19.49 | 70.42 | 5.14 | 3.28 | 0.18 |
| 8 | 63,708 | 15.81 | 70.55 | 7.06 | 4.96 | 0.15 |
| 9 | 2,046 | 10.51 | 85.78 | 0.68 | 0.73 | 0.05 |
| **Totals** | **217,142** | | | | | |

### 2011 Adopted Districts Voting Age Population

| District | Total VAP | Hispanic % of Total VAP | Non-Hispanic Anglo % of Total VAP | Non-Hispanic Black % of Total VAP | Non-Hispanic Asian % of Total VAP | Non-Hispanic Other % of Total VAP |
|---|---|---|---|---|---|---|
| 1 | 63,408 | 15.81 | 70.52 | 7.08 | 4.97 | 0.15 |
| 2 | 61,170 | 21.35 | 66.80 | 7.67 | 2.61 | 0.16 |
| 3 | 65,934 | 24.49 | 43.84 | 27.79 | 2.30 | 0.10 |
| 4 | 24,584 | 13.02 | 81.45 | 3.69 | 0.60 | 0.09 |
| 5 | 2,046 | 10.51 | 85.78 | 0.68 | 0.73 | 0.05 |
| **Totals** | **217,142** | | | | | |

(d)  **The name, title, address and telephone number of the person making the submission.**

The person making the submission is Mr. James E. "Trey" Trainor, III at the law firm of Beirne, Maynard & Parsons, L.L.P., 401 W. 15th Street, Suite 845, Austin, Texas 78701, phone (512) 623-6700 and fax (512) 623-6701

(e)  **The name of the submitting authority and the name of the jurisdiction responsible for the change, if different.**

The name of the submitting authority is Galveston County, Texas

1442066v.7 IMANAGE 105773

DEFS00032021

DEFS00032018

Voting Section, Civil Rights Division, Dept. of Justice
October 19, 2011
Page 5

    **(f)**     **If the submission is not from a State or county, the name of the county and State in which the submitting authority is located.**

Not applicable

    **(g)**     **Identification of the person or body responsible for making the change and the mode of decision (e.g., act of State legislature, ordinance of city council, administrative decision by registrar).**

The changes to the justice of the peace/constable precincts were adopted by the Galveston County Commissioners Court by Order dated August 30, 2011.

    **h)**     **A statement identifying the statutory or other authority under which the jurisdiction undertakes the change and a description of the procedures the jurisdiction was required to follow in deciding to undertake the change.**

The proposed changes to the justice of the peace/constable precincts boundaries are made pursuant to Texas Constitution Article 5, § 18(a). This state constitutional provision authorizes a Texas County of a population of 50,000 or more, according to the most recent federal census, acting through its Commissioners Court, and for the convenience of the people, from time to time, to divide the county into not less than four and not more than eight precincts. Subsection (a) of Article 5, § 18, provides that, in a county with a population of 150,000 or more, according to the federal census, each precinct may contain more than one justice of the peace court.

Further, Texas Local Government Code § 81.021(a) provides that a commissioners court order that orders a change in the boundaries of justice of the peace/constable precincts may specify in its order an effective date of the change that is not later than January 1 following the next general election.

    **(i)**     **The date of adoption of the change affecting voting.**

The changes to commissioner precincts were adopted by the Commissioners Court of Galveston County, Texas by Order dated August 30, 2011.

    **(j)**     **The date on which the change is to take effect.**

The order is effective on the later of January 1, 2012 or when preclearance is obtained.

1442066v.7 IMANAGE 105773

Voting Section, Civil Rights Division, Dept. of Justice
October 19, 2011
Page 6

**(k)** **A statement that the change has not yet been enforced or administered, or an explanation of why such statement cannot be made.**

The change has not yet been enforced or administered.

**(l)** **Where the change will affect less than the entire jurisdiction, an explanation of the scope of the change.**

The change affects the entire jurisdiction of Galveston County, Texas.

**(m)** **A statement of the reasons for the change.**

The proposed changes in the justice of the peace/constable precincts were undertaken by the County after the 2010 Census as part of their periodic analysis of the use and allocation of county resources for the convenience of the people. The change will make access to the justice of the peace courts more convenient for the people.

**(n)** **A statement of the anticipated effect of the change on members of racial or language minority groups.**

The proposed changes in justice of the peace/constable precincts are in compliance with all applicable federal laws and neither has the purpose nor will have the effect of denying or abridging the right to vote on account of race, color, or membership in a language minority. The proposed change does not retrogress racial or language minorities' ability to effectively exercise their electoral franchise.

The reduction in the number of justice of the peace/constable precincts will reduce the attendant costs associated with running the six additional offices (three justices of the peace and three constables, not including administrative support staff). However, the proposed plan should retain roughly the same percentage of majority-minority justices of the peace/constables districts as the current plan.

To obtain the cost savings associated with consolidating justice of the peace/constable precincts, the adopted changes join the current precincts one and two together on Galveston Island and then extending that district onto the mainland with precinct three. Additionally, current precincts five and seven are consolidated together.

Given the unique geography of Galveston County, which has two dramatically isolated geographic components – Galveston Island and Bolivar Peninsula – the proposed plan reshaped the current configuration of districts to more conveniently accommodate the citizens. Bolivar Peninsula, which is only linked to the remainder of Galveston County via a ferry, maintains a justice of the peace/constable district unto itself while the entirety

1442066v.7 IMANAGE 105773

Voting Section, Civil Rights Division, Dept. of Justice
October 19, 2011
Page 7

of Galveston Island has been placed into one district and joined to the mainland. The proposed plan accomplished the joining of Galveston Island to the mainland while still maintaining the ability of the minority community to elect the candidate of their choice.

**(o)    A statement identifying any past or pending litigation concerning the change or related voting practices.**

There is currently no litigation involving the County's newly enacted justice of the peace/constable redistricting plan.

**(p)    A statement that the prior practice has been precleared (with the date) or is not subject to the preclearance requirement and a statement that the procedure for the adoption of the change has been precleared (with the date) or is not subject to the preclearance requirement, or an explanation of why such statement cannot be made.**

The prior redistricting plan was precleared on December 3, 1999. A copy of the prior preclearance letter is attached hereto as Exhibit "E."

## Section 51.28

**(a)    Demographic information**

**(1)    Total and voting age population of the affected area before and after the change, by race and language group.**

See charts above in response to Section 51.27(c).

**(2)    The number of registered voters for the affected area by voting precinct before and after the change, by race and language group.**

Data on registration by race is not collected or reported in Texas, although it is possible to determine the approximate number of persons who are registered voters who have Spanish surnames. This information, reported by the Texas Secretary of State, is attached as Exhibit "F."

**(3)    Any estimates of population, by race and language group, made in connection with the adoption of the change.**

It was not necessary to make any estimates in connection with the adoption of the change.

**(b)    Maps**

1442066v.7 IMANAGE 105773

DEFS00032024

DEFS00032018

Voting Section, Civil Rights Division, Dept. of Justice
October 19, 2011
Page 8

    **(1)**    **The prior and new boundaries of the voting unit or units.**

Maps depicting the newly adopted and the current commissioner precincts are attached hereto as Exhibits "C" and "D," respectively.

    **(2)**    **The prior and new boundaries of voting precincts.**

The change does not affect voting precincts.

    **(3)**    **The location of racial and language minority groups.**

The maps are included on the disk included with this submission.

    **(4)**    **Any natural boundaries or geographical features that influenced the selection of the prior or new units.**

All adjustments to the boundaries of the territories constituting the new justice of the peace/constable precincts are based on 2010 Census Geography as depicted on the latest TIGER files available from the Census Bureau. The precise boundaries of the census blocks used to build the justice of the peace/constable precincts, in many instances, follow highways, county roads, city streets, and other geographic features, all as depicted in the 2010 TIGER files and as further depicted in the attached map of the proposed justice of the peace/constable precincts as Exhibit "C."

    **(5)**    **The location of prior and new polling places.**

The change does not affect polling places.

    **(6)**    **The location of prior and new voter registration sites.**

The change does not affect voter registration.

    **(c)**    **Annexations**

Not applicable.

    **(d)**    **Election Returns**

Election returns for the past ten (10) years are being provided on magnetic media. Additionally, election returns from 2007 to 2010 may also be accessed on the County's website at http://www.galvestonvotes.org/Resources/PastElectionReturns.html.

1442066v.7 IMANAGE 105773

DEFS00032025

DEFS00032018

Voting Section, Civil Rights Division, Dept. of Justice
October 19, 2011
Page 9

### (e)    Language usage

Not applicable.

### (f)    Publicity and participation

From the outset of the redistricting process, the Galveston County Commissioners Court took steps to ensure the full participation of all interested persons and groups. Specifically, the County conducted five (5) public hearings in addition to two regularly scheduled Commissioners Court meetings to take public input on redistricting.

At a Commissioners Court meeting held on August 2, 2011, the County's redistricting consultants presented a preliminary demographic report showing the results of the 2010 Census. At this meeting, the Court was presented with a preliminary redistricting proposal for justice of the peace precincts and accepted public comment.

The Commissioners Court then conducted five (5) public hearings at various locations throughout the County to receive public comment on redistricting of county commissioner and justice of the peace precincts. The following is a list of the dates, times and locations of those meetings:

| Date | Time | Location | Address |
|------|------|----------|---------|
| 08/15/11 | 7:00 p.m. | Calder Road Annex | 174 Calder Road League City, TX 77573 |
| 08/16/11 | 6:00 p.m. | West County Annex | 11730 State Hwy. 6 Santa Fe, TX 77510 |
| 08/17/11 | 6:00 p.m. | Crystal Beach Annex | 946 Noble Carl Road Crystal Beach, TX 77650 |
| 08/22/11 | 7:00 p.m. | Nessler Center | 2010 Fifth Avenue North Texas City, TX 77590 |
| 08/23/11 | 7:00 p.m. | Galveston County Courthouse | 722 Moody Galveston, TX 77550 |

The Commissioner Court met again on August 30, 2011, and received comment from the County's redistricting consultants and was presented with a new proposal. This proposal was adopted by the Commissioner Court by a vote of three to two.

### (1)    Copies of newspaper articles discussing the proposed change.

Copies of newspaper articles discussing the proposed changes are attached as Exhibit "G."

DEFS00032026

DEFS00032018

Voting Section, Civil Rights Division, Dept. of Justice
October 19, 2011
Page 10

    **(2)**     **Copies of public notices that describe the proposed change and invite public comment or participation in hearings and statements regarding where such public notices appeared (e.g., newspaper, radio, or television, posted in public buildings, sent to identified individuals or groups).**

A copy of the notices of the public hearings and agendas of the Commissioners Court meetings at which the redistricting plans were discussed and/or adopted are attached as Exhibit "H."

    **(3)**     **Minutes or accounts of public hearings concerning the proposed change.**

Minutes of the Commissioners Court Meetings at which the proposed redistricting plans were discussed and adopted are attached as Exhibit "I." The meetings were tape recorded, and a transcript will be provided upon request.

    **(4)**     **Statements, speeches, and other public communications concerning the proposed change.**

Statements and public communications are reflected in the newspaper articles and minutes of the Commissioner Court meetings.

    **(5)**     **Copies of comments from the general public.**

Comments from the general public are reflected in the newspaper articles and minutes of the Commissioners Court meetings.

    **(6)**     **Excerpts from legislative journals containing discussion of a submitted enactment, or other material revealing its legislative purpose.**

Not applicable.

    **(g)**     **Availability of the submission**

Attached as Exhibit "J" is a copy of the public notice which will be posted at the Galveston County Courthouse stating the availability of the preclearance submission for public inspection.

A duplicate copy of the submission is available for public inspection during normal business hours at the Galveston County Courthouse, Galveston, Texas.

    **(h)**     **Minority group contacts**

DEFS00032027

DEFS00032018

Voting Section, Civil Rights Division, Dept. of Justice
October 19, 2011
Page 11

The following individuals reside in Galveston County, Texas, and are familiar with the proposed change, and were active in the political process by which the Plan was adopted:

The Honorable Stephen Holmes
Commissioner, Precinct 3
2516 Texas Avenue, Room 121
Texas City, TX 77590
(409) 770-5806

Dr. Dotti Jones
College of the Mainland
1200 Amburn Road
Texas City, TX 77591
(409) 938-1211

Rev. James Daniels
2327 Texas Avenue
Texas City, TX 77590

Henry Gomez
P.O. Box 3785
Galveston, TX 77552

It has been the purpose of this submission to provide available relevant information that will be helpful to the Department without unduly burdening the record. Please let me know if there is any underlying data or other information that the Department would find helpful when reviewing this submission.

Thank you for your assistance and expedited consideration.

Respectfully submitted,

BEIRNE MAYNARD & PARSONS L.L.P.
401 W. 15th Street, Suite 845
Austin, Texas 78701
(512) 623-6700
(512) 623-6701 fax

By: James E. "Trey" Trainor, III
Joseph M. Nixon

ATTORNEYS FOR GALVESTON COUNTY, TEXAS

DEFS00032028
DEFS00032018

# Exhibit
# A

DEFS00032029

DEFS00032018

On this the 30th day of August, 2011 the Commissioners Court of Galveston County, Texas convened in a regularly scheduled meeting with the following members thereof present:

**Mark Henry, County Judge;**
**Patrick Doyle, Commissioner, Precinct No. 1;**
**Kevin O'Brien, Commissioner, Precinct No. 2;**
**Stephen D. Holmes, Commissioner, Precinct No. 3; and**
**Kenneth Clark, Commissioner, Precinct No. 4.**

When the following proceedings, among others were had, to wit:

---

### An Order Establishing the Boundaries of the Justice Precincts In Galveston County

---

**Whereas**, Article 5, Section 18 (a) of the Texas Constitution provides that each county of the State having a population of at least 50,000 persons may be divided from time to time, for the convenience of the people, into not less than four nor more than eight justice precincts; and

**Whereas**, due to the rapid expansion of population, the Commissioners' Court of Galveston County, Texas finds it appropriate to adjust the boundaries of several of the County's justice precincts to better address and serve the needs and convenience of the people; and

**Whereas**, since Galveston County has a population greater than 150,000 according to the 2010 decennial federal census, under Article 5, Section 18(a) of the Texas Constitution, each justice precinct in Galveston County may have more than one justice of the peace; and

**Whereas**, in making changes to the existing justice precinct configurations and to the existing number of justice precincts in the County, consideration was given to the various requirements of Texas law including the Texas Constitution, the Texas Election Code, the Texas Government Code and the Texas Local Government Code and to the requirements set forth in the federal Voting Rights Act of 1965, as amended; and

**Whereas**, where justice precincts have been abolished, or where incumbent justices of the peace or constables, as a result of the reconfiguration of justice precincts, are no longer residents of the justice precinct from which they were elected, incumbent justices of the peace and constables are entitled, under Section 5 Section 18(c) of the Texas Constitution, to serve the remainder of the terms of office to which they have been previously elected. Such remaining terms of office are to be served in the new justice precincts in which the said incumbent justices of the peace will thereafter reside rather than the precincts from which they were elected.

DEFS00032030
DEFS00032018

It is **Therefore Ordered** that, effective on January 1, 2012, Galveston County shall be divided into five (5) justice precincts, the boundaries of which remaining justice precincts shall be redrawn as hereinafter described. Exhibit A attached to this Order is a map that accurately depicts the boundaries and territories of the respective justice precinct boundaries as redrawn pursuant to this Order.

**Be it Further Ordered** that each justice of the peace and constable in office on the effective date of this whose justice precinct has been abolished, or who is no longer a resident of the justice precinct from which elected, shall serve the full term of office to which each was elected or appointed, as the case may be, in the reconfigured precinct in which the said incumbent justice of the peace or constable resides, for the full term to which each was elected or appointed, even though a change in justice precinct boundaries places the said incumbent's residence outside the precinct from which he or she was elected or appointed, and notwithstanding that such service in office temporarily results in additional justices of the peace or constables serving in a justice precinct.

**Upon Motion of Commissioner Kenneth Clark** and **Seconded by Commissioner Kevin O'Brien**, the above **Redistricting Plan** was passed by a vote of 3 to 2 this 30th day of August, 2011.

**County of Galveston**

By: _____

**Mark Henry, County Judge**

Attest:

_____

**Dwight Sullivan**
**County Clerk**

# Exhibit
# B

DEFS00032032
DEFS00032018

On this the 5th day of November, 2001, the Commissioners' Court of Galveston County, Texas, convened in a regularly scheduled meeting with the following members thereof present:

**James D. Yarbrough, County Judge;**
**Eddie Barr, Commissioner, Precinct No. 1;**
**Eddie Janek, Commissioner, Precinct No. 2;**
**Stephen D. Holmes, Commissioner, Precinct No. 3;**
**Kenneth Clark, Commissioner, Precinct No. 4; and**
**Patricia Ritchie, County Clerk**

when the following proceedings, among others, were had, to wit:

---

### An Order Establishing the Boundaries of the Justice Precincts in Galveston County

---

**Whereas**, Article 5, Section 18(a) of the Texas Constitution provides that each county of the State having a population of at least 50,000 persons may be divided from time to time, for the convenience of the people, into not less than four nor more than eight justice precincts; and

**Whereas**, due to the rapid expansion of population, the Commissioners' Court of Galveston County, Texas finds it appropriate to adjust the boundaries of several of the County's justice precincts to better address and serve the needs and convenience of the people; and

**Whereas**, since Galveston County has a population greater than 150,000 according to the 2000 decennial federal census, under Article 5, Section 18(a) of the Texas Constitution, each justice precinct in Galveston County may have more than one justice of the peace; and

**Whereas**, in making changes to the existing justice precinct configurations and to the existing number of justice precincts in the County, consideration was given to the new county commissioners precincts, and to the various requirements of Texas law including the Texas Constitution, the Texas Election Code, the Texas Government Code and the Texas Local Government Code and to the requirements set forth in the federal Voting Rights Act of 1965, as amended; and

**Whereas,** there are currently nine (9) justice precincts in Galveston County pursuant to a court order entered in *Hoskins v. Hannah*, Civil Action No. G-92-12, S. D. Tex (Aug. 19, 1992). Nine (9) precincts are greater than that authorized to be created by a county under Texas law. Recognizing this, the *Hoskins* court order calls for the return by the County to a number of justice precincts permitted by Texas law on or before December 2, 2001. It is therefore necessary for this Commissioners Court to abolish at least one (1) of the nine (9) existing justice precincts; and

**Whereas,** where justice precincts have been abolished, or where incumbent justices of the peace or constables, as a result of the reconfiguration of justice precincts, are no longer residents of the justice precinct from which they were elected, incumbent justices of the peace and constables are entitled, under Article 5 Section 18(c) of theTexas Constitution, to serve the remainder of the terms of office to which they have been previously elected. Such remaining terms of office are to be served in the new justice precincts in which the said incumbent justices of the peace will thereafter reside rather than the precincts from which they were elected;

**It is Therefore Ordered** by the Commissioners' Court of Galveston County, Texas, that, effective on January 1, 2002 existing Justice Precinct 6 shall be abolished, and thereafter Galveston County shall be divided into eight (8) justice precincts, the boundaries of which remaining justice precincts shall be redrawn as hereinafter described. Exhibit A attached to this Order is a map denoted "Galveston County Justice Precincts 8-JP Illustrative Plan 5 Revision 3" that accurately depicts the boundaries and territories of the respective justice precinct boundaries as redrawn pursuant to this Order. Exhibit B attached to this Order is a list of the 2000 Census blocks assigned hereby to each respective justice precinct. Exhibit C to this Order is a written description of the reconfigured boundaries of remaining Justice Precincts 1-5 and 7-9, which shall be renumbered consecutively as Justice Precincts 1-8. Exhibits A, B and C are incorporated by reference into and made a part of this Order.

**Be it Further Ordered** that, effective on January 1, 2003, Voting Precinct 467 shall be moved from Justice of the Peace Precinct 8 into Justice of the Peace Precinct 7 and thereafter Galveston County shall be divided into eight (8) justice precincts, the boundaries of which remaining justice precincts shall be redrawn as hereinafter described. Exhibit D attached to this Order is a map denoted "Galveston County Justice Precincts 8-JP Illustrative Plan 5 Revision 4" that accurately depicts the boundaries and territories of the respective justice precinct boundaries as redrawn pursuant to this Order. Exhibit E attached to this Order is a list of the 2000 Census blocks assigned hereby to each respective justice precinct. Exhibit F to this Order is a written description of the reconfigured boundaries of Justice Precincts 1-5 and 7-9, which shall be renumbered consecutively as Justice Precincts 1-8. Exhibits D, E and F are also incorporated by reference into and made a part of this Order.

**Be it Further Ordered** that, since Galveston County has a population greater than 150,000, there shall be created hereby a second justice of the peace position in reconfigured Justice Precinct 8, so that said justice precinct shall thereafter have two justice of the peace positions, designated "Justice of the Peace, Place 1" and "Justice of the Peace, Place 2," respectively.

**DEFS00032034**

DEFS00032018

**Be it Further Ordered** that the creation of the said additional justice of the peace position in Justice Precinct 8 known as Justice of the Peace, Place 1 is to be effective on January 1, 2003; and

**Be if Further Ordered** that candidates for both justice of the peace positions in said Justice Precinct 8 shall run for office at the next general election, following the effective date of this Order, *i.e.*, in November 2002. Candidates for office of Justice of the Peace, Place 1 shall run at such general election for an unexpired two (2)-year term for such office, with the term thereafter to be of four (4) years' duration; and candidates for office of Justice of the Peace, Place 2 shall run at such general election for a full term of office of four (4) years, consistent with the requirements of applicable Texas law; and

**Be it Further Ordered** that each justice of the peace and constable in office on the effective date of this Order whose justice precinct has been abolished, or who is no longer a resident of the justice precinct from which elected, shall serve the full term of office to which each was elected or appointed, as the case may be, in the reconfigured precinct in which the said incumbent justice of the peace or constable resides, for the full term to which each was elected or appointed, even though a change in justice precinct boundaries places the said incumbent's residence outside the precinct from which he or she was elected or appointed, and notwithstanding that such service in office temporarily results in additional justices of the peace or constables serving in a justice precinct.

**Be it Further Ordered** that this Order supercedes the Order previously passed by this Court on the 8th day of October, 2001.

**Upon Motion of County Commissioner Kenneth Clark** and **Seconded by Commissioner Eddie Barr**, the above **Order** was unanimously passed this 5th day of November, 2001.

**County of Galveston**

By:_____

**James D. Yarbrough, County Judge**

Attest:

_____
**Patricia Ritchie**
**County Clerk**
Depts\commct\redistri\JP and Constable Final Resolution November 5

**DEFS00032035**

DEFS00032018

# Exhibit
# C

DEFS00032036

DEFS00032018



DEFS00032037
DEFS00032018

# Exhibit
# D

DEFS00032038
DEFS00032018



DEFS00032039

DEFS00032018

Exhibit
E

DEFS00032040

DEFS00032018

**007**

- - - - - - - - - -

No Objection Letter from the United States Department of Justice for the Renumbering of Justice of the Peace Precinct 9 as Justice of the Peace Precinct 6 and Early Voting locations for the April 8, 2008 run-off elections, received and filed on motion of Commissioner Holmes, seconded by Commissioner Doyle, and carried.



**U.S. Department of Justice**

Civil Rights Division

**RECEIVED**

CC:MSR:JP:par
DJ 166-012-3
2008-1222
2008-2240

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

MAY 0 2 2008

GALVESTON COUNTY
LEGAL DEPARTMENT

April 28, 2008

Mr Harvey Bazaman
Director, Legal Department
722 Moody, 5th Floor
Galveston, Texas 77550-2317

Dear Mr. Bazaman.

This refers to the renumbering of the Justice of the Peace district, and the early voting location changes for the April 8, 2008, runoff election, for Galveston County, Texas, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C 1973c. We received your submissions on March 5 and 31, 2008.

The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51 41).

Sincerely,

*Maureen Slander*

Christopher Coates
Acting Chief, Voting Section

- - - - - - - -

**DEFS00032041**
DEFS00032018

# Exhibit F

**DEFS00032042**

DEFS00032018

Texas Legislative Council

County Election Analysis by Precinct

Tread - D

2010 General Election 11/2/2010

Galveston County

| Precinct | VR | TO | TO% | SSVR% | Perry | % | White | % | Governor Glass | % | Shafto | % | Barron | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | 313 | 148 | 47.3 | 4.5 | 73 | 49.3 | 72 | 48.6 | 2 | 1.4 | 1 | 0.7 | 0 | 0.0 |
| 0102 | 249 | 37 | 14.9 | 1.6 | 23 | 62.2 | 12 | 32.4 | 2 | 5.4 | 0 | 0.0 | 0 | 0.0 |
| 0103 | 1,131 | 333 | 29.4 | 3.4 | 182 | 54.7 | 136 | 40.8 | 13 | 3.9 | 2 | 0.6 | 0 | 0.0 |
| 0104 | 709 | 207 | 29.2 | 6.6 | 124 | 59.9 | 81 | 39.1 | 2 | 1.0 | 0 | 0.0 | 0 | 0.0 |
| 0105 | 1,972 | 592 | 30.0 | 11.8 | 248 | 41.9 | 336 | 56.8 | 6 | 1.0 | 2 | 0.3 | 0 | 0.0 |
| 0106 | 2,830 | 850 | 30.0 | 18.1 | 288 | 33.9 | 538 | 63.3 | 19 | 2.2 | 5 | 0.6 | 0 | 0.0 |
| 0107 | 1,771 | 549 | 31.0 | 18.2 | 120 | 21.9 | 413 | 75.2 | 8 | 1.5 | 8 | 1.5 | 0 | 0.0 |
| 0108 | 2,337 | 748 | 32.0 | 20.7 | 165 | 22.1 | 566 | 75.7 | 13 | 1.7 | 4 | 0.5 | 0 | 0.0 |
| 0115 | 2,893 | 942 | 32.6 | 27.4 | 234 | 24.8 | 683 | 72.5 | 20 | 2.1 | 5 | 0.5 | 0 | 0.0 |
| 0118 | 2,403 | 870 | 36.2 | 25.4 | 345 | 39.7 | 507 | 58.3 | 13 | 1.5 | 9 | 0.9 | 0 | 0.0 |
| 0146 | 2,695 | 1,054 | 39.1 | 18.8 | 533 | 50.6 | 490 | 46.5 | 22 | 2.1 | 6 | 0.6 | 0 | 0.0 |
| 0148 | 2,034 | 667 | 32.8 | 20.6 | 308 | 46.2 | 340 | 51.0 | 15 | 2.2 | 4 | 0.6 | 0 | 0.0 |
| 0149 | 2,255 | 983 | 43.6 | 17.7 | 541 | 55.0 | 420 | 42.7 | 16 | 1.6 | 6 | 0.6 | 0 | 0.0 |
| 0150 | 2,439 | 971 | 39.8 | 21.5 | 472 | 48.6 | 481 | 49.5 | 15 | 1.5 | 3 | 0.3 | 0 | 0.0 |
| 0151 | 2,936 | 1,067 | 36.3 | 8.8 | 719 | 67.4 | 317 | 29.7 | 25 | 2.3 | 6 | 0.6 | 0 | 0.0 |
| 0159 | 2,385 | 824 | 34.5 | 13.2 | 485 | 58.9 | 308 | 37.4 | 26 | 3.2 | 5 | 0.6 | 0 | 0.0 |
| 0165 | 1,484 | 690 | 46.5 | 7.3 | 473 | 68.6 | 204 | 29.6 | 12 | 1.7 | 1 | 0.1 | 0 | 0.0 |
| 0168 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0172 | 265 | 148 | 55.8 | 5.7 | 102 | 69.4 | 43 | 29.3 | 1 | 0.7 | 1 | 0.7 | 0 | 0.0 |
| 0173 | 175 | 85 | 48.6 | 25.1 | 41 | 48.2 | 41 | 48.2 | 2 | 2.4 | 1 | 1.2 | 0 | 0.0 |
| 0194 | 1,414 | 445 | 31.5 | 16.5 | 265 | 59.6 | 167 | 37.5 | 10 | 2.2 | 3 | 0.7 | 0 | 0.0 |
| 0195 | 68 | 24 | 35.3 | 8.8 | 16 | 69.6 | 7 | 30.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0196 | 981 | 323 | 32.9 | 14.3 | 196 | 61.1 | 117 | 36.4 | 7 | 2.2 | 1 | 0.3 | 0 | 0.0 |
| 0197 | 184 | 78 | 42.4 | 8.2 | 46 | 60.5 | 25 | 32.9 | 5 | 6.6 | 0 | 0.0 | 0 | 0.0 |
| 0199 | 1,543 | 510 | 33.1 | 21.5 | 250 | 49.0 | 246 | 48.2 | 12 | 2.4 | 2 | 0.4 | 0 | 0.0 |
| 0216 | 2,716 | 783 | 28.8 | 34.0 | 253 | 32.3 | 515 | 65.8 | 14 | 1.8 | 1 | 0.1 | 0 | 0.0 |
| 0217 | 1,027 | 385 | 37.5 | 23.7 | 132 | 34.3 | 238 | 61.8 | 12 | 3.1 | 3 | 0.8 | 0 | 0.0 |
| 0219 | 784 | 358 | 45.7 | 13.6 | 160 | 45.2 | 188 | 53.1 | 4 | 1.1 | 2 | 0.6 | 0 | 0.0 |
| 0220 | 5,618 | 2,378 | 42.3 | 13.4 | 1,457 | 61.3 | 862 | 36.2 | 51 | 2.1 | 8 | 0.3 | 0 | 0.0 |
| 0221 | 1,845 | 857 | 46.4 | 5.7 | 508 | 59.3 | 326 | 38.0 | 19 | 2.2 | 4 | 0.5 | 0 | 0.0 |
| 0222 | 1,625 | 367 | 22.6 | 24.1 | 141 | 38.5 | 215 | 58.7 | 8 | 2.2 | 2 | 0.5 | 0 | 0.0 |
| 0223 | 2,249 | 757 | 33.7 | 20.9 | 324 | 42.8 | 419 | 55.4 | 12 | 1.6 | 2 | 0.3 | 0 | 0.0 |
| 0224 | 2,086 | 864 | 41.4 | 11.4 | 406 | 47.0 | 443 | 51.3 | 12 | 1.4 | 3 | 0.3 | 0 | 0.0 |
| 0225* | 2,720 | 1,461 | 53.7 | 10.0 | 997 | 68.2 | 434 | 29.7 | 23 | 1.6 | 7 | 0.5 | 0 | 0.0 |
| 0226* | 2,801 | 1,099 | 39.2 | 14.1 | 554 | 50.4 | 506 | 46.0 | 34 | 3.1 | 3 | 0.3 | 1 | 0.0 |
| 0227 | 3,019 | 1,310 | 43.4 | 10.6 | 870 | 66.4 | 409 | 31.2 | 25 | 1.9 | 4 | 0.3 | 2 | 0.2 |

*Voter registration for consolidated precincts is not reflected on this report.

CNTY provides a county total when precinct-level returns are not available.

10/11/2011 2:27:12 PM

DEFS00032043

DEFS00032018

| Precinct | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U228 | 2,975 | 1,437 | 48.3 | 7.2 | 1,028 | 71.5 | 373 | 26.0 | 33 | 2.3 | 3 | 0.2 | 0 | 0.0 |
| 0201 | 66 | 35 | 53.0 | 7.6 | 25 | 71.4 | 10 | 28.6 | 0 | 0.0 | 0 | 0.3 | 0 | 0.0 |
| 0232 | 2,436 | 1,070 | 43.9 | 13.1 | 503 | 47.0 | 543 | 50.7 | 21 | 2.0 | 3 | 0.3 | 0 | 0.0 |
| 0258 | 2,307 | 944 | 40.9 | 10.4 | 632 | 66.9 | 276 | 29.2 | 30 | 3.2 | 6 | 0.6 | 0 | 0.0 |
| 0263 | 4,408 | 2,185 | 49.6 | 10.4 | 1,582 | 72.4 | 564 | 25.8 | 39 | 1.8 | 0 | 0.0 | 0 | 0.0 |
| 0274 | 808 | 352 | 43.6 | 5.8 | 227 | 64.5 | 115 | 32.7 | 9 | 2.6 | 0 | 0.0 | 1 | 0.0 |
| 0275 | 314 | 180 | 57.3 | 4.5 | 121 | 67.2 | 54 | 30.0 | 5 | 2.8 | 0 | 0.0 | 0 | 0.3 |
| 0276 | 1,771 | 700 | 39.5 | 12.8 | 333 | 47.6 | 355 | 50.7 | 11 | 1.6 | 1 | 0.1 | 0 | 0.0 |
| 0277 | 2,520 | 1,058 | 42.0 | 10.6 | 709 | 67.0 | 321 | 30.3 | 23 | 2.2 | 5 | 0.5 | 0 | 0.0 |
| 0278 | 2,636 | 1,122 | 42.6 | 10.1 | 744 | 66.3 | 333 | 29.7 | 36 | 3.2 | 9 | 0.8 | 0 | 0.0 |
| 0279 | 1,114 | 463 | 41.6 | 9.2 | 319 | 73.8 | 129 | 19.7 | 14 | 3.0 | 0 | 0.0 | 0 | 0.0 |
| 0280 | 102 | 62 | 60.8 | 14.7 | 45 | 69.0 | 12 | 29.0 | 3 | 4.9 | 1 | 1.6 | 0 | 0.0 |
| 0281 | 212 | 100 | 47.2 | 15.1 | 69 | 69.0 | 29 | 29.0 | 2 | 2.0 | 0 | 0.0 | 0 | 0.0 |
| 0286 | 1,448 | 725 | 50.1 | 10.2 | 516 | 71.2 | 193 | 26.6 | 15 | 2.1 | 1 | 0.1 | 0 | 0.0 |
| 0309 | 130 | 31 | 23.8 | 11.6 | 4 | 12.9 | 27 | 87.1 | 0 | 0.0 | 0 | 1.4 | 0 | 0.0 |
| 0310 | 664 | 148 | 22.3 | 15.6 | 21 | 14.2 | 124 | 83.8 | 1 | 0.7 | 2 | 0.8 | 0 | 0.0 |
| 0311 | 809 | 133 | 16.4 | 15.7 | 8 | 6.3 | 119 | 93.0 | 0 | 0.0 | 1 | 0.0 | 0 | 0.0 |
| 0312 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.4 | 0 | 0.0 |
| 0313 | 757 | 243 | 32.1 | 7.5 | 29 | 12.0 | 208 | 86.0 | 4 | 1.7 | 1 | 0.4 | 0 | 0.0 |
| 0314 | 1,831 | 615 | 33.6 | 18.1 | 62 | 10.1 | 550 | 89.4 | 3 | 0.5 | 4 | 1.1 | 0 | 0.0 |
| 0329* | 1,197 | 375 | 31.3 | 18.9 | 115 | 30.9 | 245 | 65.9 | 8 | 2.2 | 3 | 0.5 | 0 | 0.0 |
| 0330 | 1,956 | 630 | 32.2 | 15.7 | 164 | 26.0 | 449 | 71.3 | 14 | 2.2 | 0 | 0.0 | 0 | 0.0 |
| 0331 | 1,935 | 786 | 40.6 | 7.0 | 111 | 14.1 | 671 | 85.4 | 4 | 0.5 | 1 | 0.2 | 0 | 0.0 |
| 0333 | 1,054 | 472 | 44.8 | 13.4 | 143 | 30.3 | 320 | 67.8 | 8 | 1.7 | 3 | 0.6 | 0 | 0.0 |
| 0334* | 1,346 | 480 | 35.7 | 6.8 | 30 | 6.3 | 444 | 92.5 | 3 | 0.6 | 0 | 0.2 | 1 | 0.2 |
| 0340 | 891 | 315 | 35.4 | 13.5 | 72 | 22.9 | 239 | 76.1 | 3 | 1.0 | 1 | 0.2 | 0 | 0.0 |
| 0341 | 2,142 | 665 | 31.0 | 24.4 | 370 | 55.6 | 274 | 41.2 | 19 | 2.9 | 0 | 0.4 | 0 | 0.0 |
| 0345 | 1,476 | 489 | 24.7 | 15.2 | 34 | 9.4 | 322 | 89.4 | 9 | 1.1 | 2 | 0.5 | 0 | 0.0 |
| 0343 | 2,007 | 647 | 24.4 | 31.8 | 147 | 30.1 | 331 | 67.7 | 15 | 1.8 | 3 | 0.2 | 0 | 0.1 |
| 0344 | 1,660 | 490 | 39.0 | 14.0 | 426 | 66.0 | 201 | 31.2 | 8 | 2.3 | 1 | 0.4 | 0 | 0.0 |
| 0335 | 1,301 | 410 | 37.7 | 15.0 | 199 | 40.7 | 281 | 57.5 | 1 | 1.6 | 3 | 0.5 | 0 | 0.0 |
| 0337 | 2,686 | 1,159 | 43.1 | 2.0 | 20 | 1.7 | 1,133 | 97.9 | 0 | 0.1 | 1 | 0.2 | 0 | 0.0 |
| 0338 | 1,044 | 410 | 39.3 | 7.9 | 63 | 15.5 | 342 | 84.2 | 9 | 0.0 | 3 | 0.3 | 1 | 0.1 |
| 0339* | 2,520 | 1,029 | 40.8 | 10.8 | 248 | 24.1 | 765 | 74.5 | 9 | 0.9 | 4 | 0.4 | 0 | 0.0 |
| 0347 | 2,543 | 1,064 | 41.8 | 13.2 | 664 | 62.4 | 379 | 35.6 | 17 | 1.6 | 4 | 0.4 | 1 | 0.2 |
| 0301 | 1,988 | 607 | 30.5 | 19.6 | 164 | 27.0 | 436 | 71.8 | 6 | 1.0 | 0 | 0.0 | 0 | 0.0 |
| 0302 | 829 | 285 | 34.4 | 14.6 | 117 | 41.1 | 164 | 57.5 | 4 | 1.4 | 0 | 0.0 | 0 | 0.0 |
| 0369 | 2 | 1 | 50.0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 | 0 | 0.1 | 0 | 0.0 |
| 0389 | 104 | 23 | 22.1 | 35.6 | 8 | 34.8 | 15 | 65.2 | 0 | 0.0 | 1 | 0.1 | 0 | 0.0 |
| 0398 | 1,998 | 962 | 48.1 | 8.4 | 527 | 54.8 | 415 | 43.1 | 19 | 2.0 | 0 | 0.0 | 1 | 0.1 |
| 0452 | 984 | 319 | 32.4 | 26.6 | 179 | 56.1 | 138 | 43.3 | 2 | 0.1 | 1 | 0.4 | 0 | 0.0 |
| 0453 | 2,167 | 1,204 | 55.6 | 5.4 | 880 | 73.1 | 313 | 26.0 | 9 | 0.6 | 5 | 0.3 | 1 | 0.1 |
| 0454 | 3,231 | 1,321 | 40.9 | 18.3 | 838 | 63.4 | 450 | 34.1 | 28 | 0.7 | 5 | 0.1 | 2 | 0.2 |
| 0455 | 3,541 | 1,541 | 43.5 | 12.9 | 971 | 63.0 | 542 | 35.2 | 22 | 2.1 | 1 | 0.2 | 1 | 0.1 |
| 0456 | 2,209 | 884 | 40.0 | 14.3 | 545 | 61.7 | 311 | 35.2 | 25 | 1.4 | 3 | 0.4 | 1 | 0.2 |
| 0457 | 3,063 | 1,739 | 56.8 | 5.0 | 1,313 | 75.5 | 400 | 23.0 | 23 | 2.8 | 4 | 0.4 | 0 | 0.0 |
| 0460 | 2,073 | 1,034 | 49.9 | 9.6 | 776 | 75.0 | 236 | 22.8 | 17 | 1.3 | 5 | 0.7 | 1 | 0.1 |
| 0461 | 2,435 | 1,320 | 54.2 | 4.1 | 969 | 73.4 | 321 | 24.3 | 25 | 1.6 | 6 | 1.6 | 0 | 0.0 |
| 0462 | 1,526 | 826 | 54.1 | 6.0 | 653 | 79.1 | 158 | 19.1 | 9 | 1.9 | 6 | 0.7 | 0 | 0.0 |
| 0464 | 2,836 | 1,640 | 57.8 | 6.0 | 1,254 | 76.5 | 355 | 21.6 | 27 | 1.1 | 4 | 0.2 | 0 | 0.0 |
| 0466 | 2,780 | 1,397 | 50.3 | 8.7 | 977 | 69.9 | 389 | 27.8 | 28 | 1.6 | 6 | 0.2 | 0 | 0.0 |
| 0466 | 2,748 | 1,234 | 44.9 | 7.3 | 808 | 65.5 | 393 | 31.8 | 25 | 2.0 | 8 | 0.6 | 0 | 0.0 |

*Voter registration for consolidated precincts is not reflected on this report.

CNTY provides a county total when precinct-level returns are not available.

DEFS00032044

DEFS00032018

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0470 | 2,663 | 1,29? | 45.0 | 6.0 | 907 | 69.9 | 359 | 27.7 | 25 | 1.9 | 6 | 0.5 | 0 | 0.0 |
| 0471 | 2,811 | 1,309 | 46.6 | 8.1 | 915 | 69.9 | 364 | 27.8 | 24 | 1.8 | 5 | 0.4 | 1 | 0.1 |
| 0482 | 1,322 | 692 | 52.3 | 13.4 | 437 | 63.2 | 244 | 35.3 | 10 | 1.4 | 1 | 0.1 | 0 | 0.0 |
| 0483 | 75 | 41 | 54.7 | 17.3 | 28 | 68.3 | 11 | 26.8 | 2 | 4.9 | 0 | 0.0 | 2 | 0.2 |
| 0484 | 1,895 | 982 | 51.8 | 9.2 | 719 | 73.2 | 237 | 24.1 | 23 | 2.3 | 1 | 0.1 | 0 | 0.0 |
| 0485 | 2,388 | 1,306 | 54.7 | 6.5 | 999 | 76.5 | 281 | 21.5 | 26 | 2.0 | 0 | 0.0 | 0 | 0.0 |
| 0487 | 2,677 | 1,545 | 57.7 | 5.9 | 1,197 | 77.5 | 334 | 21.6 | 12 | 0.8 | 2 | 0.1 | 0 | 0.0 |
| 0488 | 3,554 | 1,682 | 47.3 | 11.9 | 1,048 | 62.3 | 598 | 35.6 | 36 | 2.1 | 0 | 0.0 | 0 | 0.0 |
| 0490 | 2,406 | 1,019 | 42.4 | 13.8 | 680 | 66.7 | 323 | 31.7 | 15 | 1.5 | 1 | 0.1 | 1 | 0.1 |
| 0491 | 3,272 | 1,520 | 46.5 | 9.5 | 1,052 | 69.2 | 436 | 28.7 | 28 | 1.8 | 3 | 0.2 | 1 | 0.1 |
| 0492 | 2,453 | 1,238 | 50.5 | 7.1 | 841 | 67.9 | 371 | 30.0 | 20 | 1.6 | 5 | 0.4 | 0 | 0.0 |
| 0493 | 2,091 | 928 | 44.4 | 7.0 | 624 | 67.2 | 289 | 31.1 | 12 | 1.3 | 3 | 0.3 | 0 | 0.0 |
| 0401 | 1,798 | 938 | 52.2 | 9.0 | 661 | 70.5 | 258 | 27.5 | 15 | 1.6 | 4 | 0.4 | 0 | 0.0 |
| 0402 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0402 | 2 | 3 | 150.0 | 0.0 | 2 | 66.7 | 1 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0342 | 1,282 | 331 | 25.8 | 34.3 | 117 | 35.3 | 199 | 60.1 | 10 | 3.0 | 5 | 1.5 | 0 | 0.0 |

*Voter registration for consolidated precincts is not reflected on this report.

CNTY provides a county total when precinct-level returns are not available.

DEFS00032045

DEFS00032018

10/11/2011 2:27:12 PM

*Voter registration for consolidated precincts is not reflected on this report.

CNTY provides a county total when precinct-level returns are not available.

**DEFS00032046**

DEFS00032018

# Exhibit
# G

DEFS00032047

DEFS00032018



Daily News Homes
Your new home is looking for you!
Browse home listings for the
Houston/Galveston area.

Home   News   Sports   Opinion   Blogs   Lifestyle   Communities   AP   Services   Classifieds   Homes   Shopping   Help

Search   Advanced | Browse | Help

Register | Sign In | Subscribe | E-Edition



FREE Movie Tickets
when you switch to
EASY PAY

## Redistricting could change political landscape

**By T.J. Aulds**
The Daily News

Published August 1, 2011

The political landscape is about to be redrawn, and Tuesday the proposed maps of the change will be made public. County commissioners are scheduled to review redistricting maps, which are expected to change the shape of the commissioners' and justices of the peace and constable precincts.

A firm hired in the spring by the county has been working on the redistricting process and is scheduled to present to commissioners three maps that will be the guides for reshaping the precincts.

Two of the maps are proposed changes to the county commissioners precincts, while the third is a change to the justices of the peace and constable precincts, County Judge Mark Henry said.

Once they are unveiled, commissioners will take public comments. The plan is to have a series of public hearings and workshops in each precinct to get voter input, Henry said.

While Henry hadn't seen the proposed maps, he said information from the firm hired to redraw the precincts indicated that county commissioner lines will for the most part stay as they are with few adjustments, Henry said. In particular, Precinct 4 — the largest precinct in the county — will lose some population to Precinct 1.

Henry said he asked those creating the maps to start with the existing precinct lines as a baseline and make adjustments from there.

"Those lines were good enough in 2001, so I am hoping they should be OK this time around," Henry said. "I am hoping (the firm) didn't start from scratch."

But, even the slightest adjustment involving Pct. 1 is likely to set off a political battle. Commissioner Patrick Doyle, a Democrat, is the Pct. 1 commissioner.

His seat is one of two seats on the court held by Democrats on the Republican controlled commissioners court.

Any shift of the Republican friendly north county precincts now in Precinct 4 to Doyle's precinct makes it more favorable for a Republican to win that seat in next year's election.

Precinct 3, held by Commissioner Stephen Holmes, is the one minority-majority precinct and is expected to remain Democrat friendly.

It's because of the likely shift that would change the political base of Precinct 1 that Galveston County Democratic Party Chairman Lloyd Criss has pledged to file a lawsuit over redistricting.

It wouldn't be the first time a political party filed a lawsuit over the redrawing of commissioner precincts. Republicans did the same in an unsuccessful legal claim 10 years ago.





INDIANA vs NORTH TEXAS | SATURDAY, 8:00PM CT

**Sponsored Links**

**Rich Dad Poor Dad Dallas**
Stock Success FREE workshop. End your Financial Crisis. Oct. 11th - 14th
www.richdadstocksuccess.com

**57 Year Old Mom Looks 28**
Mom Reveals $4 Wrinkle Therapy Angering Doctors!
We reveal how......
TheHigherLifestyle.com

**Banks Forced to Forgive Credit Card Debt**
See how much of your debt could be settled!
www.LowerMyBills.com

DEFS00032048
DEFS00032018

But what may set up an even bigger fight will be proposed changed to the justices of the peace and constable precincts. Galveston County has nine justices of the peace and eight constables.

The Precinct 8 justice of the peace district is divided in two with one constable.

Henry has pushed for reducing the number of precincts in the county, pointing to the lack of casework in many of the courts.

While not certain what the proposed maps will reveal, Henry said information from the county's firm indicates that the justice of the peace and constable precincts are proposed to be reduced to six or possibly five.

+++

WHAT: County Commissioners meeting

WHEN: 1 p.m. Tuesday

WHERE: Galveston County Courthouse, 722 Moody, in Galveston

Share | Save | Mail | Print | Letter | 3 Comments

Privacy | Reprints | Newspapers in Education | About The Daily News | Contact Us | Advertise



© 2011 The Galveston County Daily News. All rights reserved.

A Galveston Newspapers Inc. Publication.

DEFS00032049

DEFS00032018



★ GALVESTON COUNTY ★
THE DAILY NEWS
Friday, September 23 | Texas' Oldest Newspaper: Since 1842

Daily News Homes
Your new home is looking for you!
Browse home listings for the
Houston/Galveston area.

Home    News    Sports    Opinion    Blogs    Lifestyle    Communities    A&    Services    Classifieds    Homes    Shopping    Help

Search | Advanced | Browse | Help                    Register | Sign In | Subscribe | E-Edition





FREE Movie Tickets
when you switch to
EASY PAY

## Redistricting: How will commissioners vote?

**By T.J. Aulds**
The Daily News

Published August 29, 2011

Predictions abound as to how the votes will go Tuesday when county commissioners take up the issue of redistricting. But don't be surprised if none of the maps proposed by either the county's consultants or county commissioners gets a 3-2 vote.

The redistricting process has been more nuanced than critics and proponents of the proposed maps have expressed in public hearings. For County Judge Mark Henry, that was comments from Bolivar Peninsula residents who insist that the four unincorporated communities on the peninsula have more in common with residents on Galveston Island, and that any map should keep the island and Bolivar in the same precinct.

"I discounted anything that was partisan," Henry said of the five public hearings held. "We had folks coming up saying they were for map 1 or 2,but gave no reason."

Others contended maps 1 or 2 were unfair but for reasons that Henry said he didn't consider to meet the standards of the law for redistricting. That included comments from members of the Texas City-La Marque Chamber of Commerce and representatives from Texas City's industry base who urged Henry that any precinct maps should give a better chance for someone from Texas City to be elected to the court.

The county's legal consultants told the judge the changes could be made without having to draw up a new map and go through another public comment period since the changes he plans to propose are from the public comments, Henry said.

Clark Spent 10 Years On Process

Precinct 4 Commissioner Ken Clark, who has been the most involved in the process, said if he had drawn a map for consideration, it would have all of Galveston — including the West End — and the Bolivar Peninsula within one precinct that might have included Tiki Island and maybe parts of Hitchcock. That concept is similar to a map Clark drew up 10 years ago and suggested to the commissioners court during the last redistricting process.

"With the state and federal laws, that somewhat binds us on what we can and can't do," Clark said.

But it appears that Clark, who said he would support versions of the two maps drawn up by the county's consultants, did indeed draw up maps suggesting the new political boundaries. Those maps have not been made public.

Within hundreds of records obtained by The Daily News through an open records request, a June 16 email to County Judge Mark Henry's office from Joe Nixon, who works for the firm hired as the county's consultant, indicates Clark provided guide maps for the consultants to follow.

"Commissioner Clark has sent us several maps to review," Nixon wrote. "We are

Visit a Fidelity Investor Center near you for
free 1:1 guidance.

Find your local branch



COLLEGE FOOTBALL
ALL SEASON LONG
INDIANA vs NORTH TEXAS | SATURDAY, 6:00P CT
STREAMING LIVE ON WATCH



**Sponsored Links**

**Rich Dad Poor Dad Dallas**
Stock Success FREE workshop. End your Financial Crisis. Oct. 11th - 14th
www.richdadstocksuccess.com

**57 Year Old Mom Looks 28**
Mom Reveals $4 Wrinkle Therapy Angering Doctors!
We reveal how......
TheHigherLifestyle.com

**Banks Forced to Forgive Credit Card Debt**
See how much of your debt could be settled!
www.LowerMyBills.com

DEFS00032050
DEFS00032018

in the process of doing a review of each of those maps. It's our intent to sit down with each commissioner in the next two weeks to hear from each of them how they would like the maps to look and to have choices then to begin narrowing down."

Clark wasn't shy in acknowledging his active role in meeting with the consultants and the county's redistricting process in general.

"I probably started working on this redistricting as soon as the last one ended," Clark said.

That's because the commissioner felt that the last process 10 years ago packed his precinct in an unfair manner, especially politically.

The commissioner said most of his work with the consultants was done verbally and few items were in writing. But the maps Nixon referenced were not included in the documents Clark's office turned over to The Daily News, despite the newspaper's request for all correspondence related to redistricting.

O'Brien Offers Mixed Messages

Where Precinct 2 Commissioner Kevin O'Brien stands depends on whether you read his column published in Thursday's edition of The Daily News or his comments to the newspaper after he had submitted the column.

In his column, O'Brien said he would support either maps 1 or 2 and discounted a map drawn up by Precinct 3 Commissioner Stephen Holmes, stating it "would repeat the injustice of 2001 by packing fast growing North County area into the largest precincts."

But on the day before his guest column was published, O'Brien said he was keeping an open mind and would review the issue further while on a county-related trip to Austin last week.

He insisted he had not made up his mind nor discounted any of the proposed maps even saying that he wouldn't make a decision until "the fat lady sings."

"I've got to go back to the one person, one vote (concept)," O'Brien said in his interview. "We are not going to make everyone happy, but I am trying to do the right thing."

That right thing, the commissioner said was to keep an open mind to all he heard and reviewed.

O'Brien said he was also keeping an open mind on the justices of the peace and constable maps, even though he proposed a map that would reduce the number of precincts to four. He said he drew that map because he had heard from voters who questioned why the court wasn't considering four precincts.

Henry said he supports the five-precinct map, while Clark didn't express support for any particular justice of the peace map.

+++

Editor's note: This is the first part of a two-part series on county commissioners' views on the redistricting process because the court votes Tuesday. Today, the Republican majority on the court expresses its views, while the Democrats will be featured in Tuesday's edition.

+++

WHAT: County Commissioners Court

WHEN: 1 p.m. Tuesday

WHERE: County Courthouse, 722 Moody in Galveston

ON AGENDA: Redistricting vote and county fiscal year budget

### Related Items

• Poll: Which County Commissioner map do you support?
• Poll: Which JP/Constable map do you support?

DEFS00032051

DEFS00032018

Case 3:22-cv-00571 Document 261-1 Filed on 10/20/23 in TXSD Page 42 of 151

Redistricting: How will commissioners vote?                                    Page 3 of 3

- Commissioners approve precinct boundaries
- Two more redistricting map proposals offered
- Redistricting: What do Democrats say on issue?

Share | Save | Mail | Print | Letter | 3 Comments

Privacy | Reprints | Newspapers in Education | About The Daily News | Contact Us | Advertise



INDIANA vs NORTH TEXAS
SATURDAY 6:00PM CT

© 2011 The Galveston County Daily News. All rights reserved.

A Galveston Newspapers Inc. Publication.

DEFS00032052

DEFS00032018



★ GALVESTON COUNTY ★
# THE DAILY NEWS
Friday, September 23 | Texas' Oldest Newspaper: Since 1842

**Daily News Homes**
Your new home is looking for you!
Browse home listings for the
Houston/Galveston area.

Home | News | Sports | Opinion | Blogs | Lifestyle | Communities | AP | Services | Classifieds | ... | Shopping | Help

Search | Advanced | Browse | Help

Register | Sign In | Subscribe | E-Edition



**FREE Movie Tickets**
when you switch to
**EASY PAY**

## Two more redistricting map proposals offered

**By T.J. Aulds**
The Daily News

Published August 30, 2011

On the eve of Galveston County Commissioners' vote on new precinct lines, two new maps were introduced.

The maps, one for county commissioners and the other for justices of the peace and constable precincts, adjusted lines based on a request from the county judge.

There is very little difference between what is now being called Map 1A and the original map the law firm Beirne, Maynard & Parsons drew up for justices of the peace and constable precincts that would reduce the number of justices of the peace from nine to five and constables from eight to five. The main parts of the county still are divided in four with Bolivar Peninsula still getting its own justice of the peace and constable.

The more significant change comes in how the county commissioner boundaries are drawn.

At County Judge Mark Henry's request, the firm revised the lines to ensure that the peninsula would remain in the same commissioner's precinct as Galveston.

Beirne, Maynard & Parsons attorney Trey Trainor, in an email to Henry and county commissioners, said the new 1A commissioners map is a combination of the first two maps his firm drew up for commissioners.

It would shift Galveston's east end and the peninsula out of Precinct 1 — currently held by Patrick Doyle — and shift those communities into Precinct 3, which is represented by Commissioner Stephen Holmes. The new precinct 3 also drifts a bit more north based on a rough map Henry provided to The Daily News on Monday afternoon.

With the late introduction of the maps, Holmes called for a delay in the vote on redistricting, which is scheduled for today.

Holmes reiterated his earlier call for the final vote on the maps to come Sept. 13, two days before a deadline set by the county's consultants to submit the approved maps to the U.S. Department of Justice for review.

"My original suggestion was to have a two week lag after the public hearings just so any adjustments made would have time for input," Holmes said. "We got two new maps and the public did not get a chance to make comment on (them)."

The commissioner has a county commissioner and constable map he proposed that are technically under consideration, although it's expected his maps won't have enough votes to get commissioners court approval.

Don't count on any delay.

"After having been criticized for delays, I'm planning on passing one of the (the commissioner and justice of the peace/constable) maps," Henry said. "The new





**Sponsored Links**

**$9 Car Insurance Trick?**
I discovered the 1 car insurance trick your agent will
NEVER tell you.
www.TruthAboutCarInsurance.com

**Botox Doctors Are Furious**
Mom Reveals Clever $4 Wrinkle Therapy That Makes
BOTOX Doctors Furious
TheHigherLifestyle.com

**Rich Dad Poor Dad Dallas**
Stock Success FREE workshop. End your Financial
Crisis. Oct. 11th - 14th
www.richdadstocksuccess.com

DEFS00032053
DEFS00032018

maps are result of public input. No need (for more input or hearings)."

+++

INFO

Polls say:

The Daily News conducted two online polls asking for readers votes on which of
the redistricting maps they support. The polls were conducted before new maps
were revealed Monday afternoon.

Poll No. 1

Which redistricting map for the county commissioner precincts do you support?

Commissioner Stephen Holmes' map 64.8%

County Consultant Map 2 16%

None of the Above 12%

County Consultant Map 1 7.2%

Poll No. 2

Which redistricting map for the JP/Constable precincts do you support?

Commissioner Stephen Holmes map (Keep 8 precincts) 66.7%

County consultant map (5 precincts) 18.5

Commissioner Kevin O'Brien's map 7.4%

None of the Above 7.4%

**Related Items**

- Original proposed redistricting maps
- Commissioners approve precinct boundaries
- Redistricting: What do Democrats say on issue?
- Galveston awaits redistricting decision
- Redistricting: How will commissioners vote?

---

Share | Save | Mail | Print | Letter | 2 Comments

**Downloads:**

**Newer Galveston County redistricting maps**
Credit: Galveston County Commissioners

Privacy | Returns | Newspapers in Education | About The Daily News | Contact Us | Advertise



INDIANA vs NORTH TEXAS
**SATURDAY 6:00PM CT**

© 2011 The Galveston County Daily News. All rights reserved.

A Galveston Newspapers Inc. Publication.

DEFS00032054

DEFS00032018

# More meetings planned for maps

## GOVERNMENT: Peninsula residents not quite on board

**By T.J. AULDS**
The Daily News

The county has added a fifth public hearing to its list of public meetings on the proposed redistricting of county commissioners, justices of the peace and constables precincts.

The series of meetings start Monday in League City and will now include a session next week in Crystal Beach on the Bolivar Peninsula.

See MAPS/B4

## GALVESTON COUNTY, TEXAS

### MAPS

Continued from Page B1

The meeting will be at 6 p.m. Wednesday in the Justice of the Peace Precinct 6 courtroom at 946 Noble Carl Road in Crystal Beach. The first meeting will be at 7 p.m. Monday at the county's Calder Road Annex, 174 Calder Road, in League City.

A meeting at 6 p.m. Tuesday will be at the West County Annex, 11730 state Highway 6, in Santa Fe. There will be a meeting at 7 p.m. Aug. 22 at the Nessler Center, 2010 Fifth Ave. N., in Texas City, and at 7 p.m. Aug. 23, the hearing will be at the Galveston County Courthouse, 722 Moody, in Galveston.

Under the proposed justices of the peace redistricting plan, the Bolivar Peninsula will retain its own justice of the peace and constable.

Under two plans for the commissioners redistricting, the peninsula remains in Precinct 1; however, another one of the maps suggests moving the Bolivar communities of Port Bolivar, Crystal Beach, Gilchrist and High Island into Precinct 3.

Some residents on the peninsula have complained to county commissioners that a county commissioner who represents League City and other parts of the mainland would not focus enough on the peninsula's needs, which is the largest unincorporated

DEFS00032055

DEFS00032018

# County revises schedule on redistricting hearings

## GOVERNMENT: Public hearing for maps Friday, vote will be Aug. 30

By T.J. AULDS
The Daily News

A day after county commissioners approved a schedule of public hearings and vote on a redistricting plan for the county commissioner, justices of the peace and constable precincts, the schedule changed.

A public hearing scheduled for Friday in Santa Fe was moved to Tuesday, while the date of the final vote on the plan will be Aug. 30 instead of Sept. 6, County Judge Mark Henry said.

A conflict with state open meetings law requirements for post-

See **MAPS/A7**

### At a glance

**Revised county redistricting hearings schedule**

**7 p.m. Monday**
Calder Road Annex, 174 Calder Road in League City

**6 p.m. Tuesday**
West County Annex, 11730 state Highway 6, in Santa Fe

**7 p.m. Aug. 22**
Nessler Center, 2010 Fifth Ave. N., in Texas City

**7 p.m. Aug. 23**
Galveston County Courthouse, 722 Moody, in Galveston

**Final vote on redistricting maps**

**1 p.m. Aug. 30**
Galveston County Courthouse, 722 Moody in Galveston

• **FIND THE MAPS:** Maps are on display at the county courthouse and each of the county annex buildings. Free black and white copies of maps also are available. Color plot maps are available for $5 at the county engineer office, 722 Moody in Galveston. Maps also are available online at galvnews.com.
• **PUBLIC COMMENT:** Residents wanting to sound off on the proposed maps can do so through their county commissioner's office, county judge's office or public comment boxes at the county annex buildings.

## MAPS

Continued from Page A1

ing a public meeting 72 hours in advance forced the change in the meeting scheduled for the West County Building.

Henry said Commissioner Pat Doyle's request for the change in the day of the final vote prompted Henry to move the vote date to Aug. 30. Doyle will be out of the country Sept. 6.

County Commissioner Stephen Holmes, who had pressed for the final vote to be Sept. 13 to give the public more time to comment on the maps, was surprised by the judge's decision to move the meeting up.

"I assumed we would have done that as a stand-alone item on Sept. 8," Holmes said, noting Doyle's email indicated the commissioner would

be back on Sept. 7. "I wasn't under the impression moving it up would be an option. I do agree all the commissioners need to be there and cast their votes, but we could have called a special meeting a couple of days later."

The county commissioners are considering three maps for commissioners precincts and one map that significantly changes the justices of the peace and constables precincts.

Map No. 1 proposes changing Precinct 1, represented by Doyle, to include the eastern portion of League City, including South Shore Harbour as well as Clear Lake Shores and Kemah. In addition to shifting population from the county's most populated precinct to its least, it also turns that precinct into a Republican-favored precinct.

Doyle is a Democrat.

Holmes, who represents Precinct 3, proposed his own map that instead shifts the western portion of Precinct 4, represented by County Commissioner Ken Clark, into Precinct 2, represented by Kevin O'Brien. It also would remove some of Galveston's voting precincts from Precinct 2 and move them into Precinct 3.

Clark and O'Brien are Republicans.

The justices of the peace and constables map proposed reducing the number of precincts from eight to five and eliminating four elected

justices of the peace and three elected constables.

*Mainland Editor T.J. Aulds can be reached at 409-683-5333 or tjaulds@galnews.com.*

DEFS00032056

DEFS00032018

# Public hearings on redistricting set this week

**GOVERNMENT:**
Commissioners
will vote on
maps next week

By T.J. AULDS
The Daily News

There are two more public hearings on the county's redistricting proposals for the county commissioners, justices of the peace and constable precincts before commissioners vote on the final maps next week.

The fourth of five hearings will be tonight at the

## At a glance

**Redistricting meetings**
WHEN: 7 p.m. today
WHERE: Nessler Center
2010 Fifth Ave. N. in
Texas City

WHEN: 7 p.m. Tuesday
WHERE: County courthouse, 722 Moody in
Galveston

Nessler Center in Texas City, while the final session will be Tuesday at the Galveston County Courthouse in Galveston. County commissioners are scheduled to vote on

the final map Aug. 30.

There are three proposed county commissioner precinct maps. Two were proposed by the county's redistricting consultant, while the third was drawn by Precinct 3 County Commissioner Stephen Holmes.

There also are three proposed justices of the peace/constables maps. One was drawn up by the county consultants and calls for the county to drop four justice of the peace and three county constable precincts via merging precincts.

The county has nine

justices of the peace in eight precincts and eight constable precincts.

A map drawn by Holmes keeps precincts as they are while a map submitted by Precinct 2 County Commissioner Kevin O'Brien proposes only four justices of the peace and constable precincts.

The maps will have to be submitted to the U.S. Department of Justice for approval.

The plans must meet the criteria of the federal Voters Right laws.

**Mainland Editor T.J. Aulds can be reached at 409-683-5334 or tjaulds@galvnews.com.**

DEFS00032057

DEFS00032018

# Proposed map cuts four JPs, three constables

**GOVERNMENT:** Redistricting proposals under review; details to be made available to public

By T.J. AULDS
The Daily News

The proposed redistricting map county commissioners will review day suggests the county have only five justice of the peace and constable precincts. If approved, it would eliminate seven elected offices — three constables and four justices of the peace — from county government while merging several precincts.

County commissioners will review the proposed redistricting maps today, including two maps outlining possible changes to the county commissioners precincts.

County Judge Mark Henry showed rough versions of the maps to The Daily News on Monday. Detailed maps are expected

See **REDISTRICTING/A7**

DEFS00032058

DEFS00032018

DEFS00032059

DEFS00032018

# County commissioner offers own redistricting map plan

**GOVERNMENT:**
Holmes says his plan stands better chance with Justice Dept.

By T.J. AULDS

See MAP•A1

## MAP

Continued from Page A1

### At a glance

**WHAT:** Galveston County Commissioners

**WHEN:** 1 p.m. today

**WHERE:** Courthouse, 722 Moody St Galveston

**MAPS ONLINE:** To review the proposed redistricting maps, including the one designed by Precinct 3 Commissioner Stephen Holmes, go to the online version of this story at galvnews.com.

DEFS00032060

DEFS00032018

# Redistricting: What do Democrats say on issue?

GOVERNMENT: New maps added to mix: Dems say Justice Dept. won't approve any of them

*Editor's note: This is the second part of a two-part series on county commissioners' districts on the redistricting process because the court rules today. Today the Dems rate minorities on the court expresses its views while the Board. Burns was featured in Monday's edition.*

By T.J. AULDS
The Daily News

Outside at County Commissioner Ron Clark, the most involved county commissioner during the redistricting process has been Stephen Holmes, the Democrat who represents Precinct 3. Holmes and Clark are the only commissioners on the court

who were part of the last redistricting process.

Records obtained by The Daily News through an open

See **REDISTRICTING/A3**

DEFS00032061

DEFS00032018

# Two more redistricting map proposals make the scene

**GOVERNMENT:** Panel adjusts per request from county judge

By T.J. AULDS
The Daily News

## REDISTRICTING

**Polls say:**

**Poll No. 1**

**Poll No. 2**

## At a glance

## Hot Summer Steak Sale

DEFS00032062

DEFS00032018



DEFS00032063

DEFS00032018

## PLANS

Continued from Page 41

Proponents of the consolidation point to cost savings that would result with fewer judges and staff.

County Judge Mark Henry did a cost analysis that predicts as much as a $1.27 million annual savings.

Others, including conservative activist and blogger Todd Kinsey of League City, said many of the courts have little time dedicated to and process or small claims revenue as other courts.

Precinct 2 Judge Penny Pope, a Democrat, handled 446 cases in 2009, 446 in 2010, and, as of June 30 of this year, has had managed 225 cases.

By comparison, Justice of the Peace Precinct 7 Judge Jim Schweitzer, a Republican, said consolidation would reduce the burden on those who lack transportation.

"Whether you have a JP office here on the Mainland or over in La Marque ... there really is no public transportation," Schweitzer said.

He said people seeking to pay or dispute traffic citations have to have their side heard in every proceedings or small claims matters would have less access to courts.

"You take evictions (tenant from Galveston Island — the people get rides often times from the court) must complctness because many don't have a way," he said.

Henry shot back that may consolidation plan likely would include having the judge have dual offices in communities within the precinct to made accsss easier.

Apfel said, since JP courts handle the bulk of cases for the county's 2001 redistricting effort, Pope declined to comment on the latest redistricting battle, while Precinct 3 Justice of the Peace Sonny Watkins could not be reached for comment.

### Precinct 3

Commissioner Stephen Holmes, who introduced his own bid for justices of the peace and countywide positions that keeps the status quo, said the county needs to look hard at its federal agreement before tinkering with the precinct lines again.

"We don't want to draw lines than the (U.S.) Department of Justice will kick out," he said. "That's why we need to stay with what we have because we know that's what has already met the standards of federal laws."

### After public hearings Monday and Tuesday in League City and Santa Fe, there are five public hearings remaining on the proposed redistricting maps, including one in Crystal Beach and one in Texas City and Galveston.

Mainland Star-1.J. Aafo can be reached at 409-683-5334 or tjaafo@galvnews.com.

### Last of issues

place cases, the consolidation of precincts would put a strain on efforts to keep students in school.

### Rigsby v. Hana

But the biggest hurdle for trimming the precincts might be the federal government.

The county drew up the nine precincts in 1992 after being sued over the districts the county had that plaintiffs claimed diluted their voting strength. The lawsuit, Rigsby v. Hana, resulted in the creation of Precincts 2 and 3 through an agreed order.

Attempts by the commissioners to trim precincts in 2001 met with strong opposition from both political parties, and eventually a federal court judge reaffirmed the same line decision to keep the county's nine justice of the peace precincts in tact.

Eventually, the Rigsby v. Hanna case was made part of the resolution for the county's 2001 redistricting effort.

DEFS00032064

DEFS00032018

# Exhibit H

DEFS00032065

DEFS00032018

THE GALVESTON COUNTY COMMISSIONERS COURT

WILL CONDUCT PUBLIC HEARINGS ON THE

2011 REDISTRICTING PROCESS OF

COUNTY COMMISSIONER AND JUSTICE OF THE PEACE
PRECINCTS

AS FOLLOWS:

| | | |
|---|---|---|
| MONDAY | AUGUST 15, 2011<br>7:00 p.m. | CALDER ROAD ANNEX<br>174 Calder Road<br>League City, Texas 77573 |
| TUESDAY | AUGUST 16, 2011<br>6:00 p.m. | WEST COUNTY ANNEX<br>11730 State Hwy. 6<br>Santa Fe, Texas 77510 |
| MONDAY | AUGUST 22, 2011<br>7:00 p.m. | NESSLER CENTER<br>2010 Fifth Avenue North<br>Texas City, Texas 77590 |
| TUESDAY | AUGUST 23, 2011<br>7:00 p.m. | GALVESTON COUNTY<br>COURTHOUSE<br>722 Moody<br>Galveston, Texas 77550 |

DEFS00032066

DEFS00032018

THE GALVESTON COUNTY COMMISSIONERS COURT

WILL CONDUCT PUBLIC HEARINGS ON THE

2011 REDISTRICTING PROCESS OF

COUNTY COMMISSIONER AND JUSTICE OF THE PEACE
PRECINCTS

AS FOLLOWS:

WEDNESDAY             AUGUST 17, 2011          CRYSTAL BEACH ANNEX
                      6:00 p.m.                JP Court, Precinct 6
                                               946 Noble Carl Road
                                               Crystal Beach, Texas 77650

DEFS00032067

DEFS00032018

GALVESTON COUNTY COMMISSIONERS COURT
GALVESTON COUNTY COURTHOUSE
722 MOODY (FIRST FLOOR) - GALVESTON
AUGUST 2, 2011 – 1:00 P.M.

*CONSENT AGENDA*: ALL ITEMS MARKED WITH A SINGLE ASTERISK (*) ARE PART OF THE CONSENT AGENDA AND REQUIRE NO DELIBERATION BY THE COMMISSIONERS COURT. ANY COMMISSIONERS' COURT MEMBER MAY REMOVE AN ITEM FROM THIS AGENDA TO BE CONSIDERED SEPARATELY. *APPEARANCES*: SHOULD ANYONE WISH TO ADDRESS THE COMMISSIONERS COURT ON A SPECIFIC ITEM, PLEASE ARRIVE PRIOR TO THE MEETING AND SIGN IN WITH THE COUNTY CLERK. COMMENTS ARE LIMITED TO 5 MINUTES.

### REGULARLY SCHEDULED MEETING –AGENDA- 1:00 P.M.

### Pledge of Allegiance and Invocation

*1. Submitted by County Auditor's Office:
   a. Approval of Accounts Payable checks dated 8/2/11.
   b. Orders for supplemental payroll period ending 7/20/11 Bi-weekly #15.
   c. District Clerk's Conversion Review as of March 14, 2011.

*2. Consideration of Resolution *Petitioning the Secretary of State for Galveston County's participation in the Countywide Polling Place Program* in November 2011, pursuant to §43.007 of the Texas Election Code submitted by County Clerk.

*3. Receive and file *Juror Donation Plan – Selection of Participants*, submitted by Justice Administration.

*4. Receive and File *Letter of Engagement from Null-Lairson, P.C.*.

*5. Receive and File *Galveston County Emergency Communication District FY 2010 Annual Audit and Report.*

*6. Receive and File *Galveston County Health District's Compliance Audit for the Jail Health Contract.*

*7. Consideration of *Road and Alley Abandonments - Old Algoa Townsite* submitted by Right of Way.

*8. Consideration of *Trade Agreement on Ginger Street, L'Hommedieu Survey* submitted by Right of Way.

*9. Consideration of *Resolution of Congratulations to the Galveston County 4-H State Beef Quiz Bowl Champions* submitted by Commissioner Ken Clark.

10. Consideration of request for waiver or refund of Tax Penalty and Interest of the following submitted by Assessor and Collector of Taxes:
   a. Account No.: 3204-0000-0607-000 Emerald Galveston Holdings, LLC
   b. Account No.: 3267-0000-0261-000 Harbour Classic Builders, LLC

DEFS00032068
DEFS00032018

c. Account No.: 4939-0000-0225-000 Maravilla Owners Association

11. Discuss and consider approval of a preliminary plan for County Commissioners, Justices of the Peace and the Constables Precinct Boundaries for the purpose of redistricting related to the 2010 Census submitted by County Judge.

12. Consideration of change order no. 1 to the R.W. Lucas Construction, LLC contract for the Galveston County Road Extensions for Various Roads in the Bacliff and San Leon projects submitted by the County Engineer.

13. Consideration of an agreement with Union Pacific Railroad Company to fund modifications to the rail crossing for the Deats Road project submitted by the County Engineer.

14. Consideration of additional services authorization for Jacobs Engineering on the Mid-County Annex submitted by the County Architect.

15. Consideration of authorization for additional services on the design phase of the Senior Center by Jacobs Engineering and the termination of their contract upon completion of that phase submitted by the County Architect.

16. Consideration of permission to finish Senior Center project in house with Contract Services of Architect, Mike Steffey, submitted by the County Architect

17. Consider recommending awarding contracts on the following Bids submitted by the Purchasing Agent.

a. Bid #B111037     **Hughes Road Reconstruction**
b. Bid #B111047     **City of Bayou Vista, Ling Street Rehabilitation**

18. Consideration to cancel and authorize the Purchasing Agent to re-bid the following bid submitted by the Purchasing Agent.
a. Bid #B112024     **Sale of Recyclable Products**

19. Consider recommending awarding a contract on the following RFP submitted by the Purchasing Agent.
a. RFP #B112019     **Lockbox Services for Galveston County**

20. Consideration of Budget Amendments submitted by the Budget Officer.

| Fiscal Year | Amendment # | Description |
|---|---|---|
| 2011 | 11-112-0802-A | **Juvenile Justice** – Budget request for three exemptions to the hiring freeze – Juvenile Justice |

DEFS00032069

DEFS00032018

Officers – Positions #2561180044, #2561190023
and #2561190034.

| 2011 | 11-113-0802-B | **Unlimited Tax Road Bonds, Series 2009A** – Request to budget Change Order No. 1 – R.W. Lucas – transfer funds from Caroline to roads – Precinct #1. |
| 2011 | 11-114-0802-C | **Constable Precinct #7** – Budget request for an exemption to the hiring freeze – Deputy Constable – Position - #2237000002. |

21. Consideration of Appointment of a Deputy as submitted by Constable, Precinct Number 7.

22. Consideration of authorizing the County Judge to execute Memorandum of Understanding with the U.S. Coast Guard regarding augmentation of the Galveston County Emergency Operations Center during emergencies submitted by the Emergency Management Coordinator.

23. Consideration of Hurricane Ike items:

   a. Consideration of authorizing execution of Amended Contracts for Sale under the Hazard Mitigation Grant Program submitted by the Emergency Management Coordinator.

   b. Update on Housing Program submitted by Director of Housing.

## WORKSHOP WILL BEGIN IMMEDIATELY AFTER COMMISSIONERS COURT ADJOURNS

### WORKSHOP AGENDA

1. Discuss Bond Refinance presented by Louis E. Pauls and associates.

DEFS00032070

DEFS00032018

# Exhibit
# I

DEFS00032071
DEFS00032018

**MINUTES**

BE IT REMEMBERED, That on this 2nd day of August, 2011, Commissioners Court of Galveston County, Texas, met at a regular meeting with the following present:

| | |
|---|---|
| MARK HENRY | COUNTY JUDGE |
| PATRICK F. DOYLE | COMMISSIONER PRECINCT 1 |
| KEVID D. O'BRIEN | COMMISSIONER PRECINCT 2 |
| STEPHEN D. HOLMES | COMMISSIONER PRECINCT 3 |
| KENNETH D. CLARK | COMMISSIONER PRECINCT 4 |
| DWIGHT D. SULLIVAN By Brandy Chapman, Chief Deputy | COUNTY CLERK |

Attendees Present: County Auditor Cliff Billingsley; Attorney for the Court Harvey Bazaman.

CALL TO ORDER

Call to Order by Judge Henry at 1:03 P.M. at the Galveston County Courthouse.

PLEDGE OF ALLEGIANCE

Commissioner Doyle led the Court in the Pledge of Allegiance.

INVOCATION

The Invocation was given by Commissioner Holmes.

CONSENT AGENDA IEMS 1-9

*1. Submitted by County Auditor's Office:
    a. Approval of Accounts Payable checks dated 8/2/11.
    b. Orders for supplemental payroll period ending 7/20/11 Bi-weekly #15.
    c. District Clerk's Conversion Review as of March 14, 2011.

*2. Consideration of Resolution *Petitioning the Secretary of State for Galveston County's participation in the Countywide Polling Place Program* in November 2011, pursuant to §43.007 of the Texas Election Code submitted by County Clerk.

1

DEFS00032072

DEFS00032018

*3. Receive and file Juror Donation Plan – *Selection of Participants*, submitted by Justice Administration.

*4. Receive and File *Letter of Engagement from Null-Lairson, P.C.*

*5. Receive and File *Galveston County Emergency Communication District FY 2010 Annual Audit and Report.*

*6. Receive and File *Galveston County Health District's Compliance Audit for the Jail Health Contract.*

    Motion by County Judge Henry, seconded by Commissioner O'Brien

    Duly put and unanimously carried (5-0), it is ordered to approve consent agenda item 6.

| Judge Henry | Yes |
|---|---|
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

*7. Consideration of *Road and Alley Abandonments – Old Algoa Townsite* submitted by Right of Way.

*8. Consideration of *Trade Agreement on Ginger Street, L'Hommedieu Survey* submitted by Right of Way.

*9. Consideration of *Resolution of Congratulations to the Galveston County 4-H State Beef Quiz Bowl Champions* submitted by Commissioner Ken Clark.

    Motion by County Judge Henry, seconded by Commissioner O'Brien

    Duly put and unanimously carried (5-0), it is ordered to approve consent agenda items 1-2, 4, 5, 7-9. Agenda item 3 pulled. Agenda item 6 voted separately.

| Judge Henry | Yes |
|---|---|
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

DEFS00032073

DEFS00032018

10. Consideration of request for waiver of refund of Tax Penalty and Interest of the following submitted by Assessor and Collector of Taxes:

    a. Account No.: 3204-0000-0607-000 Emerald Galveston Holdings, LLC

    Motion by County Judge Henry, seconded by Commissioner O'Brien

    Duly put and carried (4-1), it is ordered to approve request by Emerald Galveston Holdings, LLC to waive/refund penalty, interest, and attorney fees for Account No. 3204-0000-0607-000.

| Judge Henry | Yes |
|---|---|
| Commissioner Doyle | No |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

    Motion to reconsider by Commissioner Holmes, seconded by County Judge Henry

    Duly put and unanimously carried (5-0), it is ordered to reconsider request by Emerald Galveston Holdings, LLC to waive/refund penalty, interest, and attorney fees for Account No. 3204-0000-0607-000.

| Judge Henry | Yes |
|---|---|
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

    Motion by County Judge Henry, seconded by Commissioner Holmes

    Duly put and unanimously carried (5-0), it is ordered to deny request by Emerald Galveston Holdings, LLC to waive/refund penalty, interest, and attorney fees for Account No. 3204-0000-0607-000.

| Judge Henry | Yes |
|---|---|
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

3

DEFS00032074

DEFS00032018

b. Account No.: 3267-0000-0261-000 Harbour Classic Builders, LLC

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by Harbour Classic Builders, LLC to refund penalty and interest for Account No. 3267-0000-0261-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

c. Account No.: 4939-0000-0225-000 Maravilla Owners Association

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve request by Maravilla Owners Association to waive penalty and interest for Account No. 4939-0000-0225-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

11. Discuss and consider approval of a preliminary plan for County Commissioners, Justices of the Peace and the Constables Precinct Boundaries for the purpose of redistricting related to the 2010 Census submitted by County Judge.

No action taken.

4

DEFS00032075
DEFS00032018

12. Consideration of change order no. 1 to the R.W. Lucas Construction, LLC contract for the Galveston County Road Extensions for Various Roads in the Bacliff and San Leon projects submitted by the County Engineer.

Motion by Commissioner O'Brien, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to approve change order no. 1 to the R.W. Lucas Construction, LLC contract for the Galveston County Road Extensions for Various Roads in the Bacliff and San Leon projects.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

13. Consideration of an agreement with Union Pacific Railroad Company to fund modifications to the rail crossing for the Deats Road project submitted by the County Engineer.

Motion by Commissioner Holmes, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve an agreement with Union Pacific Railroad Company to fund modifications to the rail crossing for the Deats Road project.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

14. Consideration of additional services authorization for Jacobs Engineering on the Mid-County Annex submitted by the County Architect.

Motion by Commissioner Holmes, seconded by Commissioner Doyle

Duly put and unanimously carried (5-0), it is ordered to approve additional services authorization for Jacobs Engineering on the Mid-County Annex.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

DEFS00032076

DEFS00032018

15. Consideration of authorization for additional services on the design phase of the Senior Center by Jacobs Engineering and the termination of their contract upon completion of that phase submitted by the County Architect.

Motion by County Judge Henry, seconded by Commissioner Clark

Duly put and unanimously carried (5-0), it is ordered to defer item 15.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

16. Consideration of permission to finish Senior Center project in house with Contract Services of Architect, Mike Steffey, submitted by the County Architect.

Motion by County Judge Henry, seconded by Commissioner Clark

Duly put and unanimously carried (5-0), it is ordered to defer item 16.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

17. Consider recommending awarding contracts on the following Bids submitted by the Purchasing Agent.

### a. Bid #B111037    Hughes Road Reconstruction

Motion by Commissioner Holmes, seconded by Commissioner Doyle

Duly put and unanimously carried (5-0), it is ordered to approve the award of contract for Bid #B111037 for Hughes Road Reconstruction to R. W. Lucas Construction, LLC, as recommended.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

DEFS00032077

DEFS00032018

**b. Bid #B111047       City of Bayou Vista, Ling Street Rehabilitation**

Motion by Commissioner O'Brien, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to approve award of contract for Bid #B111047 for City of Bayou Vista, Ling Street Rehabilitation to Mullen Asphalt Paving Company, Inc., as recommended.

| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

18. Consideration to cancel and authorize the Purchasing Agent to re-bid the following bid submitted by the Purchasing Agent.
   **a. Bid #B112024       Sale of Recyclable Products**

Motion by Commissioner O'Brien, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to cancel Bid #B112024 for Sale of Recyclable Products and the Purchasing Agent is authorized to re-bid.

| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

19. Consider recommending awarding a contract on the following RFP submitted by the Purchasing Agent.
   **a. RFP #B112019       Lockbox Services for Galveston County of Galveston**

Motion by County Judge Henry to defer item 19a.

7

DEFS00032078

DEFS00032018

20. Consideration of Budget Amendments submitted by the Budget Officer.

| Fiscal Year | Amendment # | Description |
|---|---|---|
| 2011 | 11-112-0802-A | **Juvenile Justice** – Budget request for three exemptions to the hiring freeze – Juvenile Justice Officers – Positions #2561180044, #2561190023 and #2561190034. |

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Juvenile Justice for three Exemptions to the hiring freeze for Juvenile Justice Officers, Positions #2561180044, #2561190023 and #2561190034.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

| Fiscal Year | Amendment # | Description |
|---|---|---|
| 2011 | 11-113-0802-B | Unlimited Tax Road Bonds, Series 2009A – Request to budget Change Order No. 1 – R.W. Lucas – transfer funds from Caroline to roads – Precinct #1. |

Motion by Commissioner Holmes, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Unlimited Tax Road Bonds, Series 2009A to budget Change Order No. 1 for R.W. Lucas to transfer funds from Caroline to roads in Precinct #1.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

8

**DEFS00032079**

DEFS00032018

| 2011 | 11-114-0802-C | Constable Precinct #7 – Budget request for an exemption to the hiring freeze – Deputy Constable – Position - #2237000002. |

Motion by Commissioner Doyle, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Constable Precinct #7 for an exemption to the hiring freeze for Deputy Constable, Position #2237000002.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

21. Consideration of Appointment of a Deputy as submitted by Constable, Precinct Number 7.

Motion by County Judge Henry to defer item 21.

22. Consideration of authorizing the County Judge to execute Memorandum of Understanding with the U.S. Coast Guard regarding augmentation of the Galveston County Emergency Operations Center during emergencies submitted by the Emergency Management Coordinator.

Motion by Commissioner O'Brien, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to authorize the County Judge to execute a Memorandum of Understanding with the U.S. Coast Guard regarding augmentation of the Galveston County Emergency Operations Center during emergencies.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

9

DEFS00032080
DEFS00032018

23. Consideration of Hurricane Ike items:

    a. Consideration of authorizing execution of Amended Contracts for Sale under the Hazard Mitigation Grant Program submitted by the Emergency Management Coordinator.

    Motion by County Judge Henry, seconded by Commissioner O'Brien

    Duly put and carried (4-0-1), it is ordered to authorize execution of Amended Contracts for Sale under the Hazard Mitigation Grant Program.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Abstain |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

    b. Update on Housing Program submitted by Director of Housing.

    No action taken.

Commissioners Court adjourned at 2:35 p.m. on Tuesday, August 2, 2011.

**WORKSHOP WILL BEGIN IMMEDIATELY AFTER COMMISSIONERS COURT ADJOURNS**

**WORSHOP AGENDA**

1. Discuss Bond Refinance presented by Louis E. Pauls and associates.

10

DEFS00032081

DEFS00032018

SPEHK

MEETING DATE ___8/15/11___

| SIGNATURE | PRINTED NAME |
|-----------|--------------|
| Jim Wolfe | Jim Wolfe |
| Trish Blank | TRISH HANKS |
| Bill C. Prny | Bill Provenzano |
| | Dyana Babич |
| | Gerhard Meinecke |
| H.P. Brown | Harold Brown |
| Rusty Cates | |
| R. | Rusty Cates |
| Tommy Frankavич | Tommy Frankavич |
| Barbara | Barbara Meeks |
| Neil Baron | Neil Baron |
| | Louis Decker |

DEFS00032082
DEFS00032018

Speaking

MEETING DATE _____8/16/11_____

| SIGNATURE | PRINTED NAME |
|-----------|--------------|
| | Gerhard Meinecke |
| | Lens Decker |
| | Rusty Cates |
| | Mike Burkhart. |
| | JP5- Darrell Apffel |
| | Derrick Rose, Constable Pct3 |
| | Don Cherry, Constable Pct1 |
| | Johnny Hollowell |
| | Jimmy Fullen, Constable Pct4 |
| | David Floyd . |
| | Louis Deaker. |
| | JP4- Mike Nelson |
| | Terry Petteway, Constable Pct2 |
| | Neil Baron . |

(13)

DEFS00032083
DEFS00032018

Speaking

MEETING DATE  8/17/11

SIGNATURE                          PRINTED NAME

Cynthia Srader ✓✓

Anne Willis ✓ ✓

Judge Jan Vondra ✓ ✓

Paula Piserelle ✓          Margo Johnson

Phillip ✓                  Jacqueline Cook

Jan Vondra ✓ ✓

Larry Flanagan ✓ ✓

Sidney Bouse ✓ ✓

Donald Mallet ✓ ✓

Chris Pierce ✓

George Strong ✓

Stan Schubert ✓ .

Karen Schubert ✓ .

Ginny Srader ✓ .

Lori Lykos ✓ .

Michael Lykos ✓ .

Pala Passarelli ✓ .

Drug Heiss ✓ .          Deanna ?

Charlotte Vibe ✓     Edwin Smith ✓

Bud Atwood ✓         Randy Rapp ✓

Bruce Faegard ✓      Matt McDonald ✓

Nancy Bouse ✓        Brad Vratis ✓

                     Constable Comeaux ✓

                                            (28)

DEFS00032084
DEFS00032018

*Speaking*

MEETING DATE _9/22/11_

| SIGNATURE | PRINTED NAME |
|---|---|
| *[signature]* | Janis Lowe ✓ |
| *[signature]* | Barbara Meeks ✓ |
| *[signature]* | SARAH VON DRAU ✓ |
| *[signature]* | Chris Kinard ✓ |
| Malinda Garcia | Malinda Garcia ✓ |
| Alex Garcia | Alex Garcia ✓ |
| *[signature]* | Barbara White ✓ |
| *[signature]* | Menno-Tschess ✓ |
| *[signature]* | Kathy Rogers ✓ |
| *[signature]* | Phil Roberts ✓ |
| *[signature]* | Gerhard Meiner ✓ |
| *[signature]* | PAULA Smith ✓ |
| *[signature]* | Mike Smith ✓ |
| *[signature]* | Jeannie Kranz ✓ |
| *[signature]* | BRUCE WOODCOCK ✓ |
| Monica Millican | MONICA Millican ✓ |
| *[signature, struck through]* | ~~BARBARA Meeks~~ |
| *[signature]* | TODD KINSEY ✓ |

DEFS00032085
DEFS00032018



MEETING DATE __8/22/11__

| SIGNATURE | PRINTED NAME |
|---|---|
| DOREEN Hughes | DOREEN HUGHES ✓ |
| Susan Myers | Susan Myers ✓ |
| Richard Batie | Richard Batie ✓ |
| Darrell Affel | DARRELL A. APPFEL ✓ |
| Shaun Baily | Shawn Bailey ✓ |
| Jack Cross | JACK CROSS ✓ |
| K.C. Broyles | Kenneth C Broyles ✓ |
| Carlos Garza | Carlos Garza ✓ |
| | MATT DOYLE ✓ |
| Chuck Doyle | Chuck D. Doyle ✓ |
| Heidi | HEIDI THESS ✓ |
| Dee Ann Honey | Dee Ann Honey ✓ |
| Larry Schumacher | LARRY SCHUMACHER ✓ |
| Bob Senter | BOB SENTER ✓ |
| Jenny Senter | JENNY SENTER ✓ |
| Geri Bentley | GERI BENTLEY ✓ |
| Carole Alejandro | Carole Alexander ✓ |
| Carol K Dean | Carol Dean ✓ |

DEFS00032086
DEFS00032018

③

MEETING DATE  8/22/11

| SIGNATURE | PRINTED NAME |
|---|---|
| Patricia V Grady | Patricia V. Grady |
| Brenda G | Brenda Gutierrez |
| Roxann Lewis | Roxann Lewis |
| | JOEL J. CALDWELL |
| | DAN KRIEGER |
| | Rusty Cates |
| | Rand Ryan Dennard |
| Diane Merchant | Diane V. Merchant |
| Geraldine Sam | Geraldine Sam |
| Lupe Canto | Lupe Canto |
| Stanley Brown | STANLEY F. BROWN |
| James Hobgood | JAMES HOBGOOD |
| Dedrick Johnson | Dedrick D. Johnson |
| Robert Hutchins | Robert Hutchinson |
| DIEDRICH JOANSON | |
| Becky Little | BECKY LITTLE |
| Chris Stevens | Chris Stevens |
| Leon Phillips II | Leon Phillips II |

DEFS00032087
DEFS00032018

Speaking

MEETING DATE___8/23/11___

| SIGNATURE | PRINTED NAME |
|---|---|
| Carol Dean | Carol Dean |
| Casey Farris | Casey Farris |
| HENRY GOMEZ | Henry Gomez |
| Sandra Tetley | SANDRA TETLEY |
| Alison Putman | AWM |
| Barbara Meeks | BARBARA MEEKS |
| Richard Batie | Richard Batie |
| K. Lee | Karen Lewis |
| M Smith | Mike Smith |
| G. Steiner | G. Steiner, KC |
| Aala Smith | Aala Smith |
| Carolyn Sunseri | Carolyn Sunseri |
| Joe Compian | JOE COMPIAN |
| James Horwood | JAMES HORWOOD |
| LINDA Burton | Linda Burton |
| RON DAILEY | R.M. Dailey |
| Lloyd Criss | Lloyd Criss |
| Penny L Pope | Penny L. Pope |

DEFS00032088
DEFS00032018

②

MEETING DATE  8/23/11

| SIGNATURE | PRINTED NAME |
|-----------|--------------|
| Malinda Garcia | Malinda Garcia ✓ ✓ |
| Harold Thomas | Harold Thomas ✓ ✓ |
| Barbara Roberts | BARBARA ROBERTS ✓ ✓ |
| J. D. Roberts | J. D. ROBERTS ✓ ✓ |
| Robert Hutch | Robert Hutchins ✓✓ |
| Louis Wayne Blavix | Louis WAYNE BLOWN ✓✓ |
| Don Cherry | Don Cherry ✓ ✓ |
| Brenda | Brenda Jarvience ✗ ✓ |
| Ryan | Ryan Dennard · ✓ ✓ |
| Rusty Cates | Rusty Cates ✓ ✓ |
| MARREY CASEY | Marilind Char ✓ ✓ |
| Chris Peden | CHRIS PEDEN ✓ ✓ |
| Shawn Phi | Shawn C. Phillips ✓ ✓ |
| Andrea P Sunsesi | Andrea P Sunseri ✓✓ |
| Mary Helen Stone | Mary Helen Stone · ✓ |
|  | JOEL J. CALDWELL ✓✓ |
| Ora A. Fields | ORA S. FIELDS ✓✓ |

DEFS00032089
DEFS00032018

③

MEETING DATE  8/23/11

| SIGNATURE | PRINTED NAME |
|---|---|
| Jean Sargent | JEAN SARGENT ✓ ✓ |
| Anna Leigh Sargent | ANNA LEIGH SARGENT ✓ ✓ |
| Mary Jean Sargent | MARY JEAN SARGENT ✓ ✓ |
| Robert C. Hoskey | Robert C. Hoskins ✓ ✓ |
| Terry Ritter | Terry Ritter ✓ ✓ |

DEFS00032090
DEFS00032018

(4)

MEETING DATE ___8/23/11___

SIGNATURE                          PRINTED NAME

_Rev. James Daniel_

_Chris Stevens_

_Joseph Joe Jaworski,_

_John Gay_

_Leon Phillips II_

## MINUTES

BE IT REMEMBERED, That on this 30th day of August, 2011, Commissioners Court of Galveston County, Texas, met at a regular meeting with the following present:

| | |
|---|---|
| MARK HENRY | COUNTY JUDGE |
| PATRICK F. DOYLE | COMMISSIONER PRECINCT 1 |
| KEVID D. O'BRIEN | COMMISSIONER PRECINCT 2 |
| STEPHEN D. HOLMES | COMMISSIONER PRECINCT 3 |
| KENNETH D. CLARK | COMMISSIONER PRECINCT 4 |
| DWIGHT D. SULLIVAN | COUNTY CLERK |

Attendees Present: County Auditor Cliff Billingsley; Attorney for the Court Harvey Bazaman.

### CALL TO ORDER

Call to Order by Judge Henry at 1:02 P.M. at the Galveston County Courthouse.

### PLEDGE OF ALLEGIANCE

Commissioner O'Brien led the Court in the Pledge of Allegiance.

### INVOCATION

The Invocation was given by Commissioner Holmes.

### CONSENT AGENDA ITEMS 1-13

*1. Submitted by County Auditor's Office:
   a. Approval of Accounts Payable checks dated 8/30/11.
   b. Orders for payroll period ending 8/17/11 Bi-weekly #17.
   c. GASB 54 fund balance policy.

*2. Approval of Summary of *Bi-Weekly Personnel Movements* processed during pay period 17; August 4 thru August 17, 2011 as submitted by Human Resources.

*3. Consideration of authorizing the *County Judge to sign a Resale Deed on a Tax Foreclosed Property* submitted by Right of Way.

1

DEFS00032092

DEFS00032018

*4. Receive and file *TCEQ Scrap Tire Facility Registration packet.*

*5. Receive and file *Notice of Change in Contract Administration for the Community Development Block Grant Disaster Recovery Program* submitted by the Grants Manager.

*6. Receive and file *Notice of Recovery for Damages to County Vehicle* in the amount of $1,428.80 submitted by County Legal.

*7. Receive and file *Notice of Payment Receipt and Approval of Release of Lien*; 964 Clara, Crystal Beach, Texas submitted by County Legal.

*8. Consideration of *Approval of Proposed Settlement of Property Damage Claim* made by Larry Kraft submitted by County Legal.

*9. Consideration of *Adoption of Annually Determined Contribution Rate for TCDRS at its Current Rate for Calendar Year 2012* submitted by County Legal.

*10. *Consideration of Authorization for the Department of Social Services to make Reimbursement to the Accounts of Certain Wards in the County Guardianship Program* in accordance with the requirements of the Social Security Administration submitted by the County Legal.

*11. Consideration of extension of the existing lease for record storage with Ross Novelli, Jr. for a period of one year beginning 8/15/2011 through 8/14/2012 submitted by County Legal.

*12. Consideration of assessment of improper wages and penalties under Texas Gov't Ch. 2258 submitted by Wage Compliance Officer.

     a. AV Adek – Galveston County Animal Shelter
     b. Total Cabinets – Galveston County Animal Shelter

DEFS00032093
DEFS00032018

*13. Consideration and Consent of *Refunds in Excess of $2,500* submitted by Assessor and Collector of Taxes:

| Account Number | Amount | Reason |
|---|---|---|
| 1505-0000-0009-000 | $ 6,041.62 | Overpayment |
| 3015-0042-0000-005 | $ 4,783.34 | Overpayment |
| 5287-0000-0426-000 | $ 2,863.09 | Overpayment |
| 5742-0000-0001-000 | $ 4,845.69 | Overpayment |
| 4918-0002-0020-000 | $ 3,000.00 | Overpayment |
| 5305-0001-0002-000 | $ 3,386.71 | Overpayment |
| 1435-0000-0001-000 | $ 4,734.00 | Overpayment |
| 2445-0001-0015-000 | $ 4,877.24 | Overpayment |
| 2845-0002-0006-000 | $ 3,972.12 | Overpayment |
| 6391-0000-0028-000 | $ 7,967.26 | Overpayment |

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve consent agenda items 1-13.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

14. Consideration of request for waiver or refund of penalty and interest of the following accounts submitted by Assessor and Collector of Taxes:

| | | |
|---|---|---|
| a. Account No.: 6240-0110-0015-000 | (2010) | Karen Mendez |
| b. Account No.: 6240-0110-0015-000 | (2009) | Karen Mendez |
| c. Account No.: 6240-0110-0015-000 | (2008) | Karen Mendez |
| d. Account No.: 6240-0110-0015-000 | (2007) | Karen Mendez |
| e. Account No.: 6240-0110-0015-000 | (2006) | Karen Mendez |

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by Karen Mendez to refund penalty and interest for Account No. 6240-0110-0015-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

DEFS00032094

DEFS00032018

f. Account No.: 4483-0002-0020-000     C. Wrenn Downey
g. Account No.: 7206-0000-0289-011     C. Wrenn Downey
h. Account No.: 7206-0000-0289-012     C. Wrenn Downey
i. Account No.: 6868-0002-0064-000     C. Wrenn Downey
j. Account No.: 2775-0010-2213-001     C. Wrenn Downey
k. Account No.: 8600-0404-8533-001     C. Wrenn Downey
l. Account No.: 8600-0441-8739-000     C. Wrenn Downey
m. Account No.: 3405-0000-0012-001     C. Wrenn Downey

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by C. Wrenn Downey to refund penalty and interest for the above account numbers.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

n. Account No.: 4880-0003-0009-000 (2006)     Scanlon 1998 Family Trust
o. Account No.: 4880-0003-0009-000 (2007)     Scanlon 1998 Family Trust

Motion by County Judge Henry to defer item 14n and 14o.

p. Account No.: 6391-0000-0091-001     Thomas C. Collins

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by Thomas C. Collins to waive penalty and interest for Account No. 6391-0000-0091-001.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

4

DEFS00032095

DEFS00032018

q. Account No.: 5911-0003-0018-000    (2010)    Dang Peter & Phuc Nguyen
r. Account No.: 5911-0003-0018-000    (2009)    Dang Peter & Phuc Nguyen

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by Dang Peter and Phuc Nguyen to waive penalty and interest for Account No. 5911-0003-0018-000.

| Judge Henry | Yes |
|---|---|
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

15. Consideration of Budget Amendment as submitted by the Budget Officer:

| Fiscal Year | Amendment # | Description |
|---|---|---|
| 2011 | 11-129-0830-B | **Juvenile Justice** – Budget request for one exemption to the hiring freeze and an exemption to the four pay period vacancy requirement– Juvenile Justice Officer – 2561190040. |

Motion by Commissioner Holmes, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Juvenile Justice for one exemption to the hiring freeze and an exemption to the four pay period vacancy requirement for Juvenile Justice Officer, 2561190040.

| Judge Henry | Yes |
|---|---|
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

Motion by Commissioner Holmes, seconded by Commissioner Doyle to take items 23-26 out of order.

Duly put and unanimously carried (5-0), it is ordered to move to item 23.

| Judge Henry | Yes |
|---|---|
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

DEFS00032096

DEFS00032018

**16. Public Hearing on Proposed FY 2012 County Budget.**

Public Hearing was opened at 2:26 P.M.
Public hearing held.
No public comments.
Public Hearing was closed at 2:26 P.M.
**No Action Taken.**

17. Adoption of the FY 2012 County Budget and establishment of budget reserves submitted by the Budget Officer.

Motion by County Judge Henry, seconded by Commissioner O'Brien to adopt the budget.

Amended motion by Commissioner Doyle, seconded by Commissioner Holmes to amend budget to reduce the tax rate, which can be confirmed by the Budget Officer, by 4 1/2¢ that will deplete the indigent health care fund and bring us back to a revenue generated to expenses generated, as we have been in the past and should be, and let those funds go back to the taxpayers as we promised two years ago.

Amended motion failed (2-3) to amend budget to reduce the tax rate, which can be confirmed by the Budget Officer, by 4 1/2¢ that will deplete the indigent health care fund and bring us back to a revenue generated to expenses generated, as we have been in the past and should be, and let those funds go back to the taxpayers as we promised two years ago.

| Judge Henry | No |
|---|---|
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | No |

Amended motion by Commissioner Doyle, seconded by Commissioner Holmes to amend budget to cut all auto allowances for the Commissioners and cut all elected official's salaries by 5%.

Amended motion failed (2-3) to amend budget to cut all auto allowances for Commissioners and cut all elected official's salaries by 5%.

| Judge Henry | No |
|---|---|
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | No |

6

DEFS00032097

DEFS00032018

Amended motion by Commissioner Doyle, seconded by Commissioner Holmes to amend budget to cut all auto allowances for Commissioners and 5% pay cut to all County Commissioners and County Judge.

Duly put and carried (4-1), it is ordered to amend budget to cut all auto allowances for Commissioners and 5% pay cut to all County Commissioners and County Judge.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

Motion by County Judge Henry, seconded by Commissioner O'Brien to approve budget as amended.

Motion failed (2-3), to approve the budget with amendments.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | No |
| Commissioner O'Brien | No |
| Commissioner Holmes | No |
| Commissioner Clark | Yes |

Motion by Commissioner Clark, seconded by Commissioner O'Brien to reconsider the previous motion to approve budget as presented.

Duly put and unanimously carried (5-0), it is ordered to reconsider the previous motion to approve budget as presented.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

Motion by Commissioner Doyle to approve the budget with sole amendment for a 5% pay cut for County Judge and Commissioners and cut all auto allowances for Commissioners and County Judge.

Motion withdrawn by Commissioner Doyle.

7

DEFS00032098
DEFS00032018

Motion by Commissioner Clark, seconded by Commissioner Doyle to approve budget with an across the board salary cut of 5% for all elected officials with the 5% for District Judges coming from the county portion of their salary and eliminate all Commissioners and County Judge's auto allowance.

Amendment to motion by Commissioner Clark, seconded by Commissioner O'Brien to cut positions 2 and 3 from the Road and Bridge Department.

Duly put and carried (3-2), it is ordered to approve amendment to motion to cut positions 2 and 3 from the Road and Bridge Department.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | No |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | No |
| Commissioner Clark | Yes |

Motion by Commissioner Clark, seconded by Commissioner Doyle to approve budget with an across the board salary cut of 5% for all elected officials with the 5% for District Judges coming from the county portion of their salary and eliminate all Commissioners and County Judge's auto allowance and cut positions 2 and 3 from the Road and Bridge Department.

Motion failed (0-5) to approve budget with an across the board salary cut of 5% for all elected officials with the 5% for District Judges coming from the county portion of their salary and eliminate all Commissioners and County Judge's auto allowance and cut positions 2 and 3 from the Road and Bridge Department.

| | |
|---|---|
| Judge Henry | No |
| Commissioner Doyle | No |
| Commissioner O'Brien | No |
| Commissioner Holmes | No |
| Commissioner Clark | No |

Motion by Commissioner Doyle, seconded by Commissioner Holmes

Motion failed (2-3) to amend the budget for a one-time 3¢ tax rate reduction.

| | |
|---|---|
| Judge Henry | No |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | No |

DEFS00032099
DEFS00032018

Motion by County Judge Henry, seconded by Commissioner O'Brien to approve budget as presented.

Amended motion by Commissioner Doyle, seconded by County Judge Henry for a 5% pay reduction of County Judge and Commissioners salaries and cut County Judge and Commissioners auto allowances.

Duly put and unanimously carried (5-0), it is ordered to approve the budget with amendment for a 5% reduction of County Judge and Commissioners salaries and cut County Judge and Commissioners auto allowances.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

## 18. **Public Hearing on the County Clerk's Proposed Records Archive Fee Established Under §118.025 and §118.011(f) of the Texas Local Government Code.**

Public Hearing was opened.
Public hearing held.
No public comments.
Public Hearing was closed.
**No Action Taken.**

19. Consideration of Adoption of the County Clerk's proposed Records Archive Fee Established Under §118.025 and §118.011(f) of the Texas Local Government Code.

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to adopt the County Clerk's proposed Records Archive Fee Established Under §118.025 and §118.011(f) of the Texas Local Government Code.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

DEFS00032100

DEFS00032018

**20. Public Hearing on the District Clerk's Proposed Records Archive Fee Established Under §51.305 of the Texas Government Code.**

    Public Hearing was opened.
    Public hearing held.
    No public comments.
    Public Hearing was closed.
    **No Action Taken.**

21. Consideration of Adoption of the District Clerk's Proposed Records Archive Fee Established Under §51.305 of the Texas Government Code.

    Motion by County Judge Henry, seconded by Commissioner O'Brien

    Duly put and unanimously carried (5-0), it is ordered to adopt the District Clerk's Proposed Records Archive Fee Established Under §51.305 of the Texas Government Code.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

22. Adoption of 2012 County Tax Rate.

    Motion by County Judge Henry, seconded by Commissioner Clark

    Duly put and unanimously carried (5-0), it is ordered to adopt the 2012 County Tax Rate.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

23. Introduce and discuss a preliminary plan for Justices of the Peace and Constables for the purpose of redistricting related to the 2010 Census submitted by County Commissioner, Pct. 2.

    **No Action Taken.**

DEFS00032101

DEFS00032018

**24. Public Comment on Commissioner and JP/Constable Redistricting Maps Proposed as a result of the 2010 Census.**

Public Comments: (See DVD of hearing for comments)

Jeanie Turk addressed the Court supporting Commissioner Plan 3.

Dr. Dotti L. Jones addressed the Court supporting Commissioner Plan 3 and Constable/JP Plan 2.

Jack Cross addressed the Court supporting Commissioner Plan 3 and Constable/JP Plan 2.

Leon Phillips addressed the Court supporting Commissioner Plan 3.

Maryanne Rogers addressed the Court asking to keep the Justice of the Peace in Bolivar.

Henry Gomez addressed the Court supporting Commissioner Plan 3 and keeping all Constables/JP's.

Tim Paulissen, Mayor of League City, addressed the Court presenting City of League Resolution supporting consolidation of Constable/JP's in Plan 1 or 2.

Rev. James Daniels addressed the Court.

Dean Benford addressed the Court supporting not to reduce Constables/JP's.

David Miller, President for NAACP in Galveston, addressed the Court supporting Commissioner Plan 3.

**No Action Taken.**

11

**DEFS00032102**

DEFS00032018

25. Adoption of a County Commissioner Precincts redistricting map as a result of the 2010 census.

> Motion by Commissioner Holmes, seconded by Commissioner Doyle

> Motion failed (2-3) to adopt County Commissioner Precincts redistricting map Plan No. 3.

| | |
|---|---|
| Judge Henry | No |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | No |

> Motion by Commissioner Clark, seconded by Commissioner O'Brien

> Duly put and carried (3-2), it is ordered to adopt County Commissioner Precincts redistricting map Plan No. 1A and authorize the attorneys to through the approval process for D.O.J. Preclearance.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | No |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | No |
| Commissioner Clark | Yes |

DEFS00032103

DEFS00032018

26. Adoption of a Justice of the Peace/Constable Precincts redistricting map as a result of the 2010 census.

Motion by Commissioner Holmes, seconded by Commissioner Doyle

Motion failed (2-3) to adopt Justice of the Peace/Constable Precincts redistricting map Plan 2.

| | |
|---|---|
| Judge Henry | No |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | No |

Motion by County Judge Henry, seconded by Commissioner Clark

Duly put and carried (3-2), it is ordered to adopt Justice of the Peace/Constable Precincts redistricting map Plan 1.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | No |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | No |
| Commissioner Clark | Yes |

Amended motion by County Judge Henry, seconded by Commissioner Clark

Duly put and carried (3-2), it is ordered to adopt Justice of the Peace/Constable Precincts redistricting map Plan 1A and authorize the attorneys to through the approval process for D.O.J. Preclearance.

| | |
|---|---|
| Judge Henry | No |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | No |

Commissioners Court adjourned at 3:17 P.M. on Tuesday, August 30, 2011.

13

DEFS00032104

DEFS00032018

# Exhibit
# J

DEFS00032105

DEFS00032018

NOTICE OF SUBMISSION OF REDISTRICTING PLAN
TO THE DEPARTMENT OF JUSTICE

Galveston County has submitted its redistricting plan for JP\Constables to the United States Department of Justice for its review under Section 5 of the Voting Rights Act, 42, USC § 1973c. A complete duplicate copy of the submission is available for public review in the Galveston County Courthouse, 722 Moody Avenue, Galveston, TX 77550. Any comments regarding the submission may be sent to:

CHIEF, VOTING SECTION
CIVIL RIGHTS DIVISION
ROOM 7254-NWB
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20530

Honorable Mark Henry
County Judge
Galveston County

DEFS00032106
DEFS00032018

| From: | Drummond, Tyler |
| --- | --- |
| Sent: | Tuesday, November 30, 2021 1:37 PM CST |
| To: | Drummond, Tyler |
| Subject: | Holmes |

During the redistricting process when Dale Oldham was visiting with the Commissioners on Maps 1 & 2, I contacted Commissioner Holmes throughout the process to inquire whether he was getting all the information he wanted/needed in the process.

Prior to posting Maps 1 & 2 on the Galveston County website, I contacted Commissioner Holmes to ask if he had any objections and to inform him that we had created the page on the website to allow for public comment to be submitted directly online. He said he had no objections and thanked me for keeping him informed.

When the Texas Secretary of State released their advisory guidance setting a deadline for County Commissioners Court to adopt resdistricting within 11 days of the issuance of their guidance, I contacted Commissioner Holmes to inform him of it and stated that we were planning to hold a special meeting to discuss and consider adopting a map. He asked if the location of the meeting was going to be at the same location we always host special meetings, the North County Annex in League City, and I informed him that we intended to continue with the tradition that special meetings be held at the annex in League City – he never voiced an opposition or countered with a request to host the meeting down in Galveston at the County Courthouse.

After the redistricting meeting where Map 2 was adopted, I followed up with Commissioner Holmes the following week and informed him that we were beginning the process of cleaning up the voting precincts with the boundaries of the adopted map. I asked if he would like to be involved in the process and speak with our GIS tech and attorneys assisting with the process and he said he did not have any interest in participating.

**TYLER DRUMMOND** | Chief of Staff
County Judge Mark Henry | 722 Moody Ave. | Galveston, TX 77550
409.765.2639 (Office) | 409.771.2373 (Cell)
tyler.drummond@co.galveston.tx.us | www.galvestoncountytx.gov



Joint Exhibit
**JX 5**
3:22-cv-57-JVB

DEFS00029387



**U.S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*                    *Washington, D C  20530*

MAR 0 5 2012

James E  Trainor III, Esq
Beirne, Maynard & Parsons
401 West 15th Street, Suite 845
Austin, Texas  78701

Dear Mr  Trainor

This refers to the 2011 redistricting plan for the commissioners court, the reduction in the number of justices of the peace from nine to five and the number of constables from eight to five, and the 2011 redistricting plan for the justices of the peace/constable precincts for Galveston County, Texas, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U S C  1973c  We received your response to our December 19, 2011, request for additional information on January 4, 2012, additional information was received on February 6, 2012

We have carefully considered the information you have provided, as well as census data, comments and information from other interested parties, and other information, including the county's previous submissions.  Under Section 5, the Attorney General must determine whether the submitting authority has met its burden of showing that the proposed changes have neither the purpose nor the effect of denying or abridging the right to vote on account of race or color or membership in a language minority group  *Georgia* v  *United States*, 411 U S  526 (1973), *Procedures for the Administration of Section 5 of the Voting Rights Act of 1965*, 28 C F R. 51 52(c)  For the reasons discussed below, I cannot conclude that the county's burden under Section 5 has been sustained as to the submitted changes  Therefore, on behalf of the Attorney General, I must object to the changes currently pending before the Department

According to the 2010 Census, Galveston County has a total population of 291,309 persons, of whom 40,332 (13 8%) are African American and 65,270 (22 4%) are Hispanic.  Of the 217,142 persons who are of voting age, 28,716 (13 2%) are black persons and 42,649 (19 6%) are Hispanic  The five-year American Community Survey (2006-2010) estimates that African Americans are 14.3 percent of the citizen voting age population and Hispanic persons comprise 14 8 percent  The commissioners court is elected from four single-member districts with a county judge elected at large.  With regard to the election for justices of the peace and constables, there are eight election precincts under the benchmark method  Each elects one



**Joint Exhibit**
**JX 6**
3:22-cv-57-JVB

DEFS00029208

- 2 -

person to each position, except for Precinct 8, which elects two justices of the peace. The county has proposed to reduce the number of election precincts to five, with a justice of the peace and a constable elected from each.

We turn first to the commissioners court redistricting plan. With respect to the county's ability to demonstrate that the commissioners court plan was adopted without a prohibited purpose, the starting point of our analysis is the framework established in *Village of Arlington Heights* v. *Metropolitan Housing Development Corp*, 429 U S 252 (1977) There, the Court provided a non-exhaustive list of factors that bear on the determination of discriminatory purpose, including the impact of the action on minority groups; the historical background of the action, the sequence of events leading up to the action or decision; the legislative or administrative history regarding the action, departures from normal procedures, and evidence that the decision-maker ignored factors it has otherwise considered important or controlling in similar decisions  *Id*. at 266-68.

Based on our analysis of the evidence, we have concluded that the county has not met its burden of showing that the proposed plan was adopted with no discriminatory purpose  We start with the county's failure to adopt, as it had in previous redistricting cycles, a set of criteria by which the county would be guided in the redistricting process. The evidence establishes that this was a deliberate decision by the county to avoid being held to a procedural or substantive standard of conduct with regard to the manner in which it complied with the constitutional and statutory requirements of redistricting

The evidence also indicates that the process may have been characterized by the deliberate exclusion from meaningful involvement in key deliberations of the only member of the commissioners court elected from a minority ability-to-elect precinct  For example, the county judge and several – but not all – of the commissioners had prior knowledge that a significant revision to the pending proposed map was made on August 29, 2011, and would be presented at the following day's meeting at which the final vote on the redistricting plans would be taken. This is particularly noteworthy because the commissioner for Precinct 3, one of two precincts affected by this particular revision, was one of the commissioners not informed about this significant change. Precinct 3 is the only precinct in the county in which minority voters have the ability to elect a candidate of choice, and is the only precinct currently represented by a minority commissioner

Another factor that bears on a determination of discriminatory purpose is the impact of the decision on minority groups  In this regard, we note that during the current redistricting process, the county relocated the Bolivar Peninsula – a largely white area – from Precinct 1 into Precinct 3. This reduced the overall minority share of the electorate in Precinct 3 by reducing the African American population while increasing both the Hispanic and Anglo populations  In addition, we understand that the Bolivar Peninsula region was one of the areas in the county that was most severely damaged by Hurricane Ike in 2008, and lost several thousand homes. The county received a $93 million grant in 2009 to provide housing repair and replacement options for those residents affected by the hurricane, and has announced its intention to spend most of the grant funds restoring the housing stock on Bolivar Peninsula  Because the peninsula's population has historically been overwhelmingly Anglo, and in light of the Census Bureau's

- 3 -

estimated occupancy rate for housing units in the Bolivar Census County Division of 2 2 persons per household, there is a factual basis to conclude that as the housing stock on the peninsula is replenished and the population increases, the result will be a significant increase in the Anglo population percentage.  In the context of racially polarized elections in the county, this will lead to the concomitant loss of the ability of minority voters to elect a candidate of choice to office in Precinct 3  *Reno* v  *Bossier Parish School Board*, 528 U.S. 320, 340 (2000) ("Section 5 looks not only to the present effects of changes but to their future effects as well.") (citing *City of Pleasant Grove* v. *United States*, 479 U S. 462, 471 (1987)).

That this retrogression in minority voting strength in Precinct 3 is neither required nor inevitable heightens our concern that the county has not met its burden of showing that the change was not motivated by any discriminatory purpose.  Both Precincts 1 and 3 were underpopulated, and it would have been far more logical to shift population from a precinct that was overpopulated than to move population between two precincts that were underpopulated.  In that regard, benchmark Precinct 4 was overpopulated by 23 5 percent over the ideal, and its excess population could have been used to address underpopulation in the other precincts  Moreover, according to the information that the county supplied, its redistricting consultant made the change based on something he read in the newspaper about the public wanting Bolivar Peninsula and Galveston Island to be joined into a commissioner precinct; but a review of all the audio and video recordings of the public meetings shows that only one person made such a comment.

Based on these factors, we have concluded that the county has not met its burden of demonstrating that the proposed commissioners court redistricting plan was adopted with no discriminatory purpose  We note as well, however, that based on the facts as identified above, the county has also failed to carry its burden of showing that the proposed commissioners court plan does not have a retrogressive effect

The voting change at issue must be measured against the benchmark practice to determine whether it would "lead to a retrogression in the position of racial minorities with respect to their effective exercise of the electoral franchise." *Beer* v  *United States*, 425 U.S. 130, 141 (1976).  Our statistical analysis indicates that minority voters possess the ability to elect a candidate of choice in benchmark Precinct 3, and that ability has existed for at least the past decade.

As noted, the county's decision to relocate the Bolivar Peninsula from Precinct 1 into Precinct 3 had the effect of reducing the African American share of the electorate in Precinct 3, while increasing both the Hispanic and Anglo populations  In specific terms, the county decreased the black voting age population percentage from 35.2 to 30.8 percent and increased the Hispanic voting age population 25.7 to 27.8 percent, resulting in an overall decrease of 2.3 percentage points in the precinct's minority voting age population.  There is sufficient credible evidence to prevent the county from establishing the absence of a retrogressive effect as to this change, especially in light of the anticipated and significant population return of Anglo residents to the Bolivar Peninsula, as discussed further above

DEFS00029210

- 4 -

We turn next to the proposed reduction in the number of election precincts for the justice of the peace and constable, and the 2011 redistricting plan for the justices of the peace/constable precincts  With regard to the election for justices of the peace and constables, there are eight election precincts under the benchmark method.  Each elects one person to each position, except for Precinct 8, which elects two justices of the peace  The county has proposed to reduce the number of election precincts to five, with a justice of the peace and a constable elected from each.

Our analysis of the benchmark justice of the peace and constable districts indicates that minority voters possess the ability to elect candidates of choice in Precincts 2, 3 and 5.  With respect to Precincts 2 and 3, this ability is the continuing result of the court's order in *Hoskins* v *Hannah*, Civil Action No  G-92-12 (S D. Tex. Aug. 19, 1992), which created these two districts. Following the proposed consolidation and reduction in the number of precincts, only Precinct 3 would provide that requisite ability to elect.  In the simplest terms, under the benchmark plan, minority voters in three districts could elect candidates of choice; but under the proposed plan, that ability is reduced to one

In addition, we understand that the county's position is that the court's order in *Hoskins* v. *Hannah*, which required the county to maintain two minority ability to elect districts for the election of justices of the peace and constables, has expired.  If it has, then it is significant that in the first redistricting following the expiration of that order, the county chose to reduce the number of minority ability to elect districts to one  A stated justification for the proposed consolidation was to save money, yet, according to the county judge's statements, the county conducted no analysis of the financial impact of this decision  The record also indicates that county residents expressed a concern during the redistricting process that the three precincts electing minority officials were consolidated and the precincts with white representatives were left alone  The record is devoid of any response by the county

In sum, there is sufficient credible evidence that precludes the county from establishing, as it must under Section 5, that the reduction of the number of justice of the peace/constable districts as well as the redistricting plan to elect those officials will not have a retrogressive effect, and were not motivated by a discriminatory intent

Under Section 5 of the Voting Rights Act, the submitting authority has the burden of showing that a submitted change has neither a discriminatory purpose nor a discriminatory effect  *Georgia* v. *United States*, 411 U.S. 526 (1973); 28 C F.R  51 52  In light of the considerations discussed above, I cannot conclude that your burden has been sustained in this instance  Therefore, on behalf of the Attorney General, I must object to the county's 2011 redistricting plan for the commissioners court and the reduction in the number of justice of the peace and constable districts as well as the redistricting plan for those offices

We note that under Section 5 you have the right to seek a declaratory judgment from the United States District Court for the District of Columbia that the proposed change neither has the purpose nor will have the effect of denying or abridging the right to vote on account of race, color, or membership in a language minority group. 28 C F R  51 44  In addition, you may request that the Attorney General reconsider the objection  28 C F.R  51 45. However, until the

DEFS00029211

- 5 -

objection is withdrawn or a judgment from the United States District Court for the District of Columbia is obtained, the submitted changes continue to be legally unenforceable.  *Clark* v *Roemer*, 500 U S. 646 (1991); 28 C F R  51 10.  To enable us to meet our responsibility to enforce the Voting Rights Act, please inform us of the action that Galveston County plans to take concerning this matter   If you have any questions, you should contact Robert S  Berman (202/514-8690), a deputy chief in the Voting Section

Because the Section 5 status of the redistricting plan for the commissioners court is presently before the United States District Court for the District of Columbia in *Galveston County* v. *United States,* No  1 11-cv-1837 (D D C.), we are providing the Court and counsel of record with a copy of this letter.   Similarly, the status of both the commissioners court and the justice of the peace and constable plans under Section 5 is a relevant fact in *Petteway* v *Galveston County*, No  3·11-cv-00511 (S.D  Tex).  Accordingly, we are also providing that Court and counsel of record with a copy of this letter.

Sincerely,

Thomas E. Perez
Assistant Attorney General

DEFS00029212



# Galveston Texas Benchmark Plan

**Original Plan**

- 1
- 2
- 3
- 4

| 0 | 3.5 | 7 | 14 | 21 | 28 |
|---|-----|---|----|----|----|

Miles

Joint Exhibit
**JX 7**
3:22-cv-57-JVB

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community

DEFS00036815

SECTION 5 SUBMISSION
DOCUMENT

McCorkle, Perry C (CRT)                    NO. 2012-1597

| | |
|---|---|
| **From:** | Joe Compian [joec@gulfcoastinterfaith.org] |
| **Sent:** | Thursday, March 22, 2012 6:35 PM |
| **To:** | Berkower, Risa (CRT); vot1973c (CRT); Bell-Platts, Meredith (CRT) |
| **Cc:** | Guerrero (Cornyn) |
| **Subject:** | RE: #2011-4317 Objection to Proposed Settlement with DOJ Litigation Section to Galveston County Commissioner's Court Map adopted on March 22, 2012 |
| **Attachments:** | 3.22.12 Final Objection to Galveston County Commissioners Court 2nd Map to DOJ.pdf; Galv Co Redist final11.29.11.pptx; galvnewsopionionGALCOREDISTRICT3.18.12.pdf |

Dear Mr. Perez, Ms. Bell-Platts and Ms. Berkower:

We continue to earnestly objection to the proposed settlement map that was passed by Galveston County Commissioner's Court today by a vote of 3 - 2.

The Galveston County Collaborating Organizations are amazed that the United States Department of Justice under the administration of President Obama would permit a redistricting map that packs minorities into one precinct and absolutely does not recognize the growth of the Latino population in this County.  Based upon the remarks of the Galveston County's attorney attributed to the Department of Justice lawyers that the DOJ only asked about African American percentages, our Latino congregations and organizations are beginning to believe that the DOJ places a greater value on the voting rights of African Americans.  If this is true, we unanimously find this attitude by the DOJ repugnant.

We ask that you reject the map settlement offer of Galveston County.  The Galveston County Collaborating Organizations have offered advice on how to amend lines to permit fairness and compliance with the Voting Rights Acts for ALL.

Respectfully,


Joe Compian
409 939 8017 (talk & text)
281 300 3235 (talk & text)

*"Love the poor.  Do you know the poor of your place, of your city?  Find them.  Maybe they are right in your own family?"* - Mother Teresa

1



**Joint Exhibit**
**JX 8**
3:22-cv-57-JVB

US0001796

US0001797





**GALVESTON COUNTY COALITION FOR JUSTICE**

**THE GALVESTON NORTHSIDE TASKFORCE**

**Gulf Coast Interfaith**

March 22, 2012

The Honorable Thomas E. Perez
Chief, Voting Section
Civil Rights Division
United States Department of Justice
Room 7254-NWB
1800 G Street, NW
Washington, DC 20006
VIA vot1973c@USDOJ.gov

Meredith Bell-Platts
Voting Section
Civil Rights Division
United States Department of Justice
VIA Meredith.Bell-Platts@usdoj.gov

Re: #2011-4317  Objection to Galveston County Commissioners Court Map adopted on March 13, 2012

Dear Department of Justice,

The undersigned collaborating organizations from Galveston County, Texas present this objection to the Galveston County Commissioners Court map adopted on March 22, 2012. We believe the Department of Justice should not accept the March 22, 2012 map for any purpose. We anticipate more signatures will be forthcoming over the next few days.

Our Collaborating Organizations in Galveston participated in the redistricting process for the City of Galveston and the map we supported was eventually adopted by the Galveston City Council and approved by the Department of Justice. We have worked with members of the community, our respective organizations, and with each other in good faith to arrive at a fair compromise map for the Galveston County Commissioners Court that complies with the Voting Rights Act.

US0001798

We believe any adopted final map must be fair for the community for years and many elections beyond the upcoming election.

## Background

Under Section 5, the Attorney General was required to determine whether Galveston County has met its burden of showing that the proposed changes have neither the purpose nor will have the effect of denying or abridging the right to vote on account of race or color or membership in a language minority group. *Georgia v. United States*, 411 U.S. 526 (1973); 28 C.F.R. 51.52(c). With respect to Galveston County's ability to demonstrate that the Commissioners Court map was adopted without a prohibited purpose, the starting point in the analysis is the framework established in *Village of Arlington Heights v. Metropolitan Housing Development Corp.*, 429 U.S. 252 (1977). The Court provided a non-exhaustive list of factors that could bear on finding a discriminatory purpose, including the impact of the action on minority groups; the historical background of the action; the sequence of events leading up to the decision or action; the legislative or administrative history regarding the action; departures from normal procedures; and evidence that the decision-maker ignored factors it has otherwise considered important or controlling in similar decisions. Id. At 266-68.

Prior to Galveston County's October 16th submission of its proposed map to DOJ public hearings had been held where a significant portion of the public expressed their concern about the fairness of the various maps and the process and raised other questions. During the process the lone minority commissioner on the Galveston County Court submitted a map for the Commissioners Court.[1] At the final hearing an alternate new map was suddenly submitted, discussed and adopted with a 3-2 vote along partisan political lines. The map was eventually presented to the Department of Justice and at the same time a law suit was filed by Galveston County in USDC in Washington DC. Since the late presentation of the map to the DOJ created time constraints and problems for potential candidates a group of elected Democratic public officials from Galveston County filed a lawsuit in USDC in Galveston, Texas. A hearing was held on November 21, 2011 and an order issued shortly thereafter. Some individual Galveston County residents intervened in the Galveston USDC case and additional hearings were scheduled to review possible interim maps. On November 22, 2011 we sent a letter to the Department of Justice objecting to Galveston County's proposed redistricting map that had been submitted on October 16, 2011. We submitted a supplemental objection with our proposed map on November 29th and provided Galveston County a copy. Another hearing for an interim map is scheduled for March 23, 2012.

The Attorney General was required to carefully consider the proposed October 16th map and supporting data and documentation as well as the supplemental information that

---

[1] It is probable the 2011 map submitted by Commissioner Holmes would have passed the scrutiny of the Department of Justice. That map, however, was rejected in a partisan 3-2 vote and now the parties are locked in an ever spiraling cycle of litigation and mounting legal expenses.

US0001799

was requested to determine whether Galveston County failed to establish the absence of a discriminatory purpose. However, it has to be noted that, simply based on the data submitted, Galveston County failed to carry its burden of showing that its proposed map did not have a retrogressive effect on the ability of minority voters to elect, or impact the election of, their candidate of choice and therefore an objection was warranted by DOJ.

On March 5, 2012, the Department of Justice objected to the Commissioner Court map as well as the Justice of the Peace and Constable map.
On March 12, 2012 a supplemental objection to DOJ and a separate letter to the County Judge and Commissioners, each with our attached compromise map, was distributed before the scheduled March 13th hearing via County Attorney Harvey Baseman. On March 13, 2012 Galveston County held a public hearing in an attempt to adopt another map for submission to the Department of Justice. Questions concerning notice for the hearing and the legality of the process were raised by Commissioners Holmes and Doyle. After several hours a vote was taken that was boycotted by Holmes and Doyle. A 3-0 vote adopted the map and it was then immediately offered for public comment. Although the courtroom had been packed earlier in the day with about 90% African-American attendees, only about ten residents testified against the process that resulted in the approval of the map. There was no testimony against the newly approved March 13th map since copies of the map and supporting data was being passed out as the public hearing commenced and there was not time to read and consider, much less research, the merits of the map. http://galvestondailynews.com/comments/299314

After the March 13, 2012 hearing, an objection was filed by the undersigned organizations. The Department of Justice promptly directed inquiries to some of the undersigned organizations as well as to Galveston County officials. The Galveston County Daily News raised questions about the map submitted by Galveston County as well as the process that was followed in adopting the map. See Ex. 2 attached hereto. On or about March 19, 2012 a new map was posted at the Galveston County website and a public hearing was scheduled for 3:00 and 7:00 on March 22, 2012.

The newest March 22nd map includes minor cosmetic changes that do not hide that it is clearly fatally flawed and should be rejected by the Department of Justice.

**Discussion**

After the 2000 census Galveston County created a map that was submitted to the Department of Justice. It was approved for pre-clearance. The statistics simply and clearly show there was one over 50% Latino/African-American district.

Galveston County Map 2001 (population 250,158 with 63.1% Anglo) See Ex. 1, p3.

| Anglo | Latino | African-American | L/A-A | Asian/other |
|-------|--------|------------------|-------|-------------|

US0001800

| | | | | | |
|---|---|---|---|---|---|
| #1 | 60.53 | 22.22 | 12.55 | 34.77 | 4.70 |
| #2 | 72.45 | 16.97 | 7.33 | 24.30 | 3.25 |
| #3 | 38.16 | 21.36 | 38.35 | 59.71 | 4.14 |
| #4 | 80.12 | 11.60 | 3.67 | 15.27 | 4.56 |

Since 2000 Galveston County has had an increase in population. There has been a significant increase in the northern part of the county which has resulted in one precinct that clearly violated the "one man-one vote" constitutional principle established in *Baker v. Carr*. Further, Galveston County suffered through Hurricane Ike in 2008 which contributed to a population reduction in the southern part of Galveston County. Finally, the other significant change has been the increase of Latino residents throughout Galveston County. These changes have created additional challenges to drawing a map that would fairly represent the interests of Latinos and African-Americans in Galveston County and comply with the Voting Rights Act.
In the decade between the 2000 and the 2010 Census, the county added more than 41,100 persons, of whom 20,300 (49%) were Latino, 14,800 (36%) were non-Hispanic White and the remainder 6,000 (15%) were African-Americans or other minorities. Despite the significant increases in minority population share in Galveston County, the 2011 Galveston County map still only managed to create one precinct where there is a majority minority, and the percentage minority in Precinct 1, the second most minority district, retrogressed from 40% minority in 2000 to 37% minority in the Galveston County map.

Galveston County Map 10/16/11 (population 291,309 with 59.27% Anglo) See Ex. 1, p.4.

| | Anglo | Latino | African-American | L/A-A | Asian/other |
|---|---|---|---|---|---|
| #1 | 63.42 | 23.02 | 9.13 | 32.15 | 4.43 |
| #2 | 70.21 | 17.62 | 7.41 | 25.03 | 4.76 |
| #3 | 33.54 | 31.53 | 31.36 | 62.89 | 3.57 |
| #4 | 70.74 | 17.17 | 5.35 | 22.52 | 6.74 |

The proposed 2011 Galveston County map clearly diminishes the voting strength of Latinos/African-Americans when compared to Galveston County's map in 2001 and thus affects their ability to elect and influence the election of candidates of their choice. The map presented by the Collaborating Organizations almost achieves two majority minority precincts with more compact precinct lines. The map more fairly reflects the minority population of Galveston County and is in compliance with the Voting Rights Act.

Gulf Coast Interfaith Map 2011 (population 291,309 with 59.27% Anglo) See Ex. 1, p.5.

| | Anglo | Latino | African-American | L/A-A | Asian/other |
|---|---|---|---|---|---|
| #1 | 50.43 | 31.44 | 13.90 | 45.34 | 4.22 |
| #2 | 72.38 | 16.16 | 5.24 | 21.40 | 6.22 |

US0001801

| | | | | | |
|---|---|---|---|---|---|
| #3 | 37.48 | 28.21 | 31.05 | 59.26 | 3.26 |
| #4 | 76.62 | 13.76 | 3.94 | 17.70 | 5.69 |

The new March 13th Galveston County map once again clearly diminishes the voting strength of Latinos/African-Americans when compared to Galveston County's map in 2001 and thus affects their ability to elect and influence the election of candidates of their choice. http://galvestondailynews.com/photos/2012.March/GALCOredistrictDOJ.pdf

Galveston County Map 3/13/12 (population 291,309 with 59.27% Anglo)

| | Anglo | Latino/Asian/other | African-American |
|---|---|---|---|
| #1 | 80.26 | 13.12 | 6.62 |
| #2 | 81.72 | 11.07 | 7.21 |
| #3 | 45.82 | 18.10 | 36.08 |
| #4 | 81.71 | 12.95 | 5.34 |

Despite the significant increases in minority population share in Galveston County, the March 13th Galveston County map still only manages, according to the supporting data from Galveston County, to create one precinct (Pct. 3) where there is a majority minority but retrogressed from 64% to 54% majority minority, and the percentage minority in Precinct 1, the second most minority district, retrogressed from 40% minority in 2000 to 19% minority in the Galveston County map.

The March 13th Galveston County map is more retrogressive than the rejected October 16th map and should, once again, be rejected by the Department of Justice for any purpose.

The new March 22nd Galveston County map once again clearly diminishes the voting strength of Latinos/African-Americans when compared to Galveston County's map in 2001 and thus affects their ability to elect and influence the election of candidates of their choice.

Galveston County Map 3/22/12 (population 291,309 with 59.27% Anglo)

| | Anglo | Latino | African-American | L/A-A | Asian/other |
|---|---|---|---|---|---|
| #1 | 67.19 | 21.86 | 6.39 | 28.25 | 4.56 |
| #2 | 69.80 | 18.69 | 6.97 | 25.66 | 4.54 |
| #3 | 28.37 | 32.79 | 35.43 | 68.22 | 3.41 |
| #4 | 71.33 | 16.44 | 5.32 | 21.76 | 6.91 |

Despite the significant increases in minority population share in Galveston County, the March 22nd Galveston County map still only manages, according to the supporting data from Galveston County, to create one precinct (Pct. 3) where there is a majority minority

Page 5 of 8

US0001802

that has been packed to increase from 64% minority to 72%,, and the percentage minority in Precinct 1, the second most minority district, retrogressed from 40% minority in 2000 to 33% minority in the March 22nd Galveston County map.

The March 22nd Galveston County map packs minorities into Pct. 3, and is retrogressive for Pct.1. and therefore the March 22nd map should, once again, be rejected by the Department of Justice for any purpose.

## Conclusion

Galveston County had the burden of demonstrating to the Department of Justice the proposed precinct changes in the map it submitted on October 16, 2011 were free of discriminatory purpose and retrogressive effect. Galveston County was notified on March 5th that it had failed. Galveston County then submitted a different map to the Department of Justice on March 13th to settle the ongoing litigation in the United States District Court in Washington D.C. on March 13th that prompted objections from many Galveston County organizations and questions from the Department of Justice. The March 13th map has now been substituted with the March 22nd map.

Under the 2001 map approved by the Department of Justice the Latino/African-American voters had the ability to elect a candidate of choice in one of four precincts. Ten years later, despite a significant increase of minorities, Galveston County submitted an October 16, 2011 map that, once again, created the ability for Latino/African-American voters to only elect or influence the election of a candidate of choice in one of four precincts. Further, the minority population percentage was decreased in the second most minority district. We believed the Galveston County 2011 map violated the Voting Rights Act and filed our objection.

Unfortunately, as discussed above, after the Department of Justice rejected the 2011 map on March 5th, an even more retrogressive map was adopted by Galveston County on March 13th to be replaced by another objectionable map on March 22nd.

We believe the compromise map of the undersigned collaborating organizations better reflects the minority population of Galveston County by creating two districts where Latino/African-Americans have more opportunity to elect or influence the election of their candidate of choice. The compromise map was sent to the Department of Justice on November 29, 2011 as an attachment to our objection and a copy provided to County

US0001803

Attorney Harvey Baseman. It was once again provided to DOJ and Galveston County officials on March 12, 2012. The map was published in the Galveston County Daily News on March 18, 2012 and appears to have some public support. This compromise map has not been considered at a public hearing.

We welcome the opportunity to visit with the Department of Justice, members of the Commissioners Court individually, collectively, with or without a room full of lawyers, to discuss this compromise map. We would welcome a public discussion and hearing to see if a reasonable compromise map can be adopted by the Galveston County Commissioners Court or if Galveston County will choose to be compelled to operate under a court ordered map.

Respectfully submitted,


___(Signed by Consent)_____
David Miller
President, NAACP, Galveston Unit 6180
PO BOX 2023, Galveston TX 77553

___(Consent Pending)_____
Anna Olivares
President, Galveston LULAC Council #151
P.O. BOX 4433, Galveston TX 88553/3728 Avenue Q Galveston TX 77550

___(Signed by Consent)_____
Leon Phillips
President, Galveston County Coalition for Justice
600 59th Street, Galveston TX 77551

___(Consent Pending)_____
Cornelia Banks
Chair, North Side Task Force
Mt. Olive Baptist Church 3602 Sealy St #4, Galveston TX 77550

___(Signed by Consent)_____
Joe Compian
Leader, Gulf Coast Interfaith
1010 35th Street, Galveston TX 77550

___(Signed by Consent)_____
Stephen McIntyre

US0001804

Leader, Gulf Coast Interfaith
1010 35th Street, Galveston TX 77550

\_\_\_\_\_(Signed by Consent)_____
Dotti Jones
President, Barbour's Chapel Community Development Corporation
7420 FM 1765, Texas City TX 77591

\_\_\_\_\_(Signed by Consent)_____
Dotti Jones
President, NAACP Mainland Branch Unit 6201 (LaMarque)
PO BOX 291, Texas City TX 77590

\_\_\_\_\_(Signed by Consent)_____
Maxine Jones
President, NAACP Mainland Branch Unit 6280 (Dickinson)
PO BOX 1878, Dickinson TX 7539

\_\_\_\_\_(Signed by Consent)_____
Carlos Garza
Legal Counsel, Texas City LULAC Council #255
1100 Rosenberg, Galveston TX 77550

Page **8** of **8**

# OPINION

B4 | Sunday, March 18, 2012 | Contact ● Heber Taylor, heber.taylor@galvnews.com

Gillentine writes
on how to deal with
unwanted advertising

## OUR VIEW

# A cleaner, simpler district map

If you want to see
what's wrong with
the county's plan
for drawing new district
lines for county com-
missioners, all you have
to do is look at an alter-
nate plan drawn by Gulf
Coast Interfaith.

Interfaith is not a politi-
cal organization.

People who volunteer
with the organization
usually do so for reasons
of faith, rather than poli-
tics. There are Democrats
and Republicans among
the volunteers, but poli-
tics are generally checked
at the door, as are de-
nominational lines.

The map, similar to
one proposed by County
Commissioner Stephen
Holmes, is different from
the county's map, which
was rejected by the U.S.
Department of Justice, in
one obvious way and one
less obvious way.

Obviously, the lines
are cleaner. The map
prepared by the county's
consultants looks like a
classical gerrymander.
Its district boundar-
ies are convoluted. The
map's critics, including
the justice department's
lawyers, might suspect
that the lines were drawn
for political gain, rather
than to comply with the
Voting Rights Act.

The folks at Gulf Coast
Interfaith drew a much
simpler map. Unlike the
county's map, it tends to
keep the smaller cities in
one commissioner's pre-
cinct. Where it divides
cities among county
commissioner districts,
it uses landmarks, such
as railroads or highways.
You don't need a global
positioning system to tell
which county commis-
sioner's district you're in.

The less obvious thing
about Interfaith's map?
Unlike the county's map,
it wouldn't be a challenge
for the justice depart-
ment.

The boundary lines of
the districts of elected
officials are redrawn after
every census to reflect
changes in population.



**County commissioner
districts — Gulf Coast
Interfaith**

☐ District 1
☐ District 2
☐ District 3
☐ District 4

**County commissioner
districts — rejected by
the U.S. Department
of Justice**

**County commissioner
districts — settlement**

Gulf Coast Interfaith came up with a simpler district
map, top, for county commissioners than the one
rejected by the U.S. Department of Justice, middle,
or the settlement map, above, approved by the
Republican majority at Tuesday's meeting.

In Galveston County,
the trends are obvious:

First, the growth was in
the north county.

Second, Galveston lost
population.

Third, the county's
overall population still
grew, and the fastest
growing segment was the
Latino population.

If you draw a map that
reflects those basic facts,
you can do so simply.
Interfaith proved that.

It drew District 3, now
represented by Stephen
Holmes, to remain a
district that is made up
mostly of minorities.

It drew District 1, now
represented by Pat Doyle,
to be a 50-50 precinct, a
"minority impact" dis-
trict in the lingo of the
justice department.

Democrats, of course,
would love to see that
kind of map.

Another option, of
course, is to ignore the
growth in the minority
population and draw
a map that forces that
growth into one district
with just one vote on the
commissioners court.
Republicans control
the commissioners

court this time. Demo-
crats controlled the
commissioners court
for decades past. Nei-
ther party has proved to
be above politics each
time districts are re-

drawn after each census.

And so the county has
a map that the justice
department doesn't like.

There is a new map
offered as an alternative,
but even if accepted by

the justice department,
the argument remains
the same. If simple fair-
ness is what you're after,
you can draw a simple
map.

– Heber Taylor

---

# Galveston County redistricting effort no laughing matter

During the
recent "State
of the County
& Cities" business
luncheon hosted by the
Texas City-La Marque
Chamber of Com-
merce, La Marque
Mayor Bobby Hock-
ing joked with County
Judge Mark Henry
about how smoothly the
city's redistricting effort
went compared to the
county's.

"Redistricting accom-
plished in one day and
recently receiving pre-
clearance from the U.S.
Department of Justice,"
Hocking told the 300
or so gathered for the
luncheon before turn-
ing to Henry at the head
table and adding, "Sorry



**Patrick Graham**

Patrick Graham is presi-
dent and publisher of The
Daily News.

to bring that up, judge,
but I had to get that in
there."

It was a great line from
Hocking delivered in
a good-natured way. I
laughed along with ev-
eryone else at the time,
but unfortunately, what
is going on right now
with the county's redis-

tricting isn't very funny.
At all.

The first proposed
precinct map the county
delivered to the U.S.
Department of Justice
was rejected mainly be-
cause the feds felt like it
diluted minority voting
by shifting the majority
white Bolivar Peninsula
out of District 1 and
into majority minority
District 3.

While I'm not sure I
agree with that premise
since it is impossible for
the commissioners to
really know how many
people will eventually
return to the peninsula,
I agree even less with
the way commissioners
handled the task of the
getting the Department

of Justice another map
that would pass muster.

During a meeting last
week, the Republican
majority on the court
(Henry, Ken Clark and
Kevin O'Brien) went be-
hind closed doors with
the county's redistrict-
ing attorneys to ham-
mer out a new map. The
Democratic minority
(Patrick Doyle and Ste-
phen Holmes), which
had pushed a failed vote
during the meeting to
have the redistricting
discussions in open
session, refused to take
part in the closed-door
meeting.

Good for the Demo-
crats. I'm sure that line
has my dad, William
Graham, who used to be

chairman of the Repub-
lican Party in Madison
County, Ala., for many
years, rolling over in his
grave right now.

Although it's possible
the Republican major-
ity did not violate the
state's open meetings
laws in this instance, in
my opinion, it's never
a good idea for elected
officials to conduct
the public's business
behind closed doors.

There are exemptions
that have been written
into the law, and the
discussion surround-
ing the new map might
fall under one of them,
but those exemptions
were made more for
the benefit of public of-
ficials, not the public.

Trust me.

Another reason the
Department of Justice
didn't approve the first
map was because the
feds felt like the process
to develop it lacked
openness. Despite the
fact the commission
held a number of public
hearings on redistrict-
ing, the Department
of Justice didn't believe
commissioners took
the public's input into
account when designing
the original map.

Do you think the lat-
est move by the majority
of the commission helps
address that concern
by the Department of
Justice?

Nope.

Not funny at all.

US0001806

# Galveston County Redistricting Possibilities

## EXHIBIT 1

US0001807

# Population Change 2000-2010



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Non-Latino** | | | | | | | |
| White | 197,[illegible] | 177,[illegible] | [illegible] | [illegible] | 61.10% | 59.2[illegible] | 35.9[illegible] |
| Black | 38,179 | 39,229 | 1,050 | 2.75% | 15.26% | 13.47% | 2.55% |
| Asian | 5,152 | 8,515 | 3,363 | 65.28% | 2.06% | 2.92% | 8.17% |
| Am. Indian | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Pac. Isld | [illegible] | [illegible] | 40 | 45.[illegible]% | [illegible] | [illegible] | [illegible] |
| Other | 268 | 426 | 158 | 58.96% | 0.11% | 0.15% | 0.38% |
| Two + | 2,7[illegible] | 4,[illegible] | 1,[illegible] | 45.[illegible]% | 1.11% | 1.39% | 3.6[illegible]% |
| Latino/a | 44,939 | 65,270 | 20,331 | 45.24% | 17.96% | 22.41% | 49.41% |

US0001808

# Galveston County Map 2001



US0001809



Galveston County Map 2011

US0001810

# Gulf Coast Interfaith Map 2011
## "Clean Lines Plan"



US0001811

# Principles of "Clean Lines" Map

- Bacliff, Bolivar CDP, Friendswood, Jamaica Beach, La Marque, San Leon, Santa Fe, Tiki Island are not divided.

- Dickinson, Galveston City, Hitchcock, and Texas City are divided using identifiable boundaries to create minority-majority District 3 (63%/37%) and minority-impact District 1 (50%/50%), respecting principles of Voting Rights Act.

- League City divided using identifiable boundaries to respect incumbent residences in District 2 and 4.

- No Block-level tweaking for partisan or racial/ethnic impact.

US0001812

# Current Numbers 2010 Census

| | | | | | |
|---|---|---|---|---|---|
| District 1 | 2,440 | 6,977 | 17,xxx | 51,xxx | 61,xxx |
| District2 | 3,538 | 6,002 | 15,375 | 51,769 | 76,684 |
| District 3 | | | | | |
| District 4 | 6,027 | 4,243 | 13,596 | 66,073 | 89,939 |
| Total | | | | | |
| District 1 | 9.78% | 10.xx% | 20.7x% | | 100.00% |
| District2 | 4.61% | 7.83% | 20.05% | 67.51% | 100.00% |
| District 3 | 2.0x% | 13.2x% | 23.1x% | 32.5x% | 100.00% |
| District 4 | 6.70% | 4.72% | 15.12% | 73.46% | 100.00% |
| Total | 4.86% | 13.47% | 22.41% | 59.27% | 100.00% |

US0001813

# County Plan Numbers *



| | | | | | |
|---|---|---|---|---|---|
| District2 | 72,956 | 51,224 | 12,852 | 5,407 | 3,473 |
| District 4 | 71,860 | 50,835 | 12,341 | 3,845 | 4,839 |
| District2 | 100.00% | 70.21% | 17.62% | 7.41% | 4.76% |
| District 4 | 100.00% | 70.74% | 17.17% | 5.35% | 6.73% |

*Percentages supplied by county; population numbers calculated from percentages.

US0001814

# Conclusions

- County grew fast in north county.

- Two-thirds of county growth was minority population growth.

- Many south county cities increased their minority populations, lost Anglo population.

- By using District 1 to grow District 3, and League City to grow District 1, the County plan ignored the possibility of expanding Districts 1 and 3 to minority areas in south county, creating a retrogression in minority voting impact potential, despite minority population growth.

US0001815

# Gulf Coast Interfaith Plan "Clean Lines" Numbers

| District | Total | | | | |
|---|---|---|---|---|---|
| District 1 | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |
| District 2 | 75,123 | 54,374 | 12,140 | 3,935 | 4,674 |
| District 3 | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |
| District 4 | 70,824 | 54,262 | 9,747 | 2,787 | 4,028 |
| Total | 291,300 | 172,653 | *(illegible)* | *(illegible)* | 14,158 |
| District 1 | 100.00% | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |
| District 2 | 100.00% | 72.38% | 16.16% | 5.24% | 6.22% |
| District 3 | 100.00% | 37.48% | 28.21% | 31.05% | 3.26% |
| District 4 | 100.00% | 76.62% | 13.76% | 3.94% | 5.69% |

US0001816

| | |
|---|---|
| **From:** | paul@ready.law |
| **Sent:** | Tuesday, December 15, 2020 12:01 PM CST |
| **To:** | dloesq@aol.com; Mark Henry; Tyler Drummond |
| **Subject:** | Invitation: Galveston County redistricting @ Wed Dec 16, 2020 10am - 11am (CST) (dloesq@aol.com) |
| **Attachments:** | invite.ics |

**You have been invited to the following event.**

**Galveston County redistricting**

| When | Wed Dec 16, 2020 10am – 11am Central Time - Chicago |
|---|---|
| Where | Paul will initiate call (map) |
| Calendar | dloesq@aol.com |
| Who | •     paul@ready.law - organizer |
| | •     dloesq@aol.com |
| | •     Mark Henry |
| | •     Tyler Drummond |

**more details »**

Going (dloesq@aol.com)?   **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this courtesy email at the account dloesq@aol.com because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://calendar.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

Joint Exhibit
**JX 9**
3:22-cv-57-JVB

DEFS00018648

| | |
|---|---|
| **Subject:** | Invitation: Galveston County redistricting @ Wed Dec 16, 2020 10am - 11am (CST) (mark.henry@co.galveston.tx.us) |
| **Start:** | Wednesday, December 16, 2020 10:00 AM CST |
| **End:** | Wednesday, December 16, 2020 11:00 AM CST |
| **Location:** | Paul will initiate call |
| **Show Time As:** | Tentative |
| **Organizer:** | paul@ready.law |
| **Attendees:** | Martinez, Dianna, Drummond, Tyler |
| **Attachments:** | invite.ics |

**You have been invited to the following event.**

**Galveston County redistricting**

| When | Wed Dec 16, 2020 10am – 11am Central Time - Chicago |
|---|---|
| Where | Paul will initiate call (map) |
| Calendar | mark.henry@co.galveston.tx.us |
| Who | •      paul@ready.law - organizer |
| | •      mark.henry@co.galveston.tx.us |
| | •      dloesq@aol.com |
| | •      Tyler Drummond |

**more details »**

Going (mark.henry@co.galveston.tx.us)?   **Yes** - **Maybe** - **No**   **more options »**

Invitation from **Google Calendar**

You are receiving this email at the account mark.henry@co.galveston.tx.us because you are subscribed for invitations on calendar mark.henry@co.galveston.tx.us.

To stop receiving these emails, please log in to https://calendar.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. **Learn More**.

**Joint Exhibit**
**JX 10**
3:22-cv-57-JVB

DEFS00029155

| | |
|---|---|
| **Subject:** | Galveston County redistricting |
| **Location:** | Paul will initiate call |
| **Status:** | CONFIRMED |
| **Start:** | Wednesday, December 16, 2020 10:00 AM CST |
| **End:** | Wednesday, December 16, 2020 11:00 AM CST |
| **Duration:** | 01:00:00 |
| **UID:** | 53436676-1DF6-4283-9152-66DEC972F888 |
| **Organizer:** | paul@ready.law |
| **Attendees:** | dloesq@aol.com; mark.henry@co.galveston.tx.us; paul@ready.law; Tyler Drummond |

-:!:~:!:~:~:~:~:~:~:~:~:~:!:~:!:~:~:~:~:~:~:~:~:~:~:~:~:!:~:!:-

Please do not edit this section of the description.

View your event at
https://calendar.google.com/calendar/event?action=VIEW&eid=XzZrcGo4Y3BtNm9yamNiOWg4aDMzY2I5azY4czM2YjlwNjRxajRiOW02cDI0YWdwcDZzcDRjZTFvNzAgbWFyay5oZW5yeUBjby5nYWx2ZXN0b24udHgudXM&tok=MTQjcGF1bEByZWFkeS5sYXc4MTJjY2VmYjhkMTZkY2FjYzI0Mzk3MTk2ZmQ4NWIyYWI3MODc4NWY4&ctz=America%2FChicago&hl=en&es=1.

-:!:~:!:~:~:~:~:~:~:~:~:~:!:~:!:~:~:~:~:~:~:~:~:~:~:~:~:!:~:!:-

| | |
|---|---|
| **From:** | Paul Ready |
| **Sent:** | Thursday, January 14, 2021 1:41 PM CST |
| **To:** | dloesq@aol.com |
| **Subject:** | Re: Galveston County, Texas proposed engagement - 2020 census redistricting |

Dale,

The County Judge is eager to get your engagement in place. Could you please send over proposed pricing and engagement agreement via the firm you discussed working with?

Thanks,

Paul Ready

Sent from my iPhone

On Dec 16, 2020, at 2:25 AM, dloesq@aol.com wrote:

that is fine

-----Original Message-----
From: Paul Ready <paul@ready.law>
To: Dale Oldham <dloesq@aol.com>
Cc: Henry, Mark <mark.henry@co.galveston.tx.us>; Drummond, Tyler
<Tyler.Drummond@co.galveston.tx.us>
Sent: Tue, Dec 15, 2020 1:00 pm
Subject: Re: Galveston County, Texas proposed engagement - 2020 census redistricting

Yes sir. If you don't mind I'd like to have Judge Henry and/or his chief of staff on the line as well ▪ ▪
Attorney Client

Paul A. Ready
Ready Law Firm, PLLC
1300 McGowen St., Ste. 120
Houston, Texas 77004
Tel. 713.814.3980
Fax. 713.814.3988
paul@ready.law

The information contained in this message and its attachments may be privileged and confidential, and it is intended only for the individual or entity addressed in the message. If you are not the intended recipient, you must not disseminate, distribute or copy this message. If you have received this message in error, please immediately notify the sender that you have received this communication in error and delete it.

On Dec 15, 2020, at 10:27 AM, dloesq@aol.com wrote:



DEFS00018650

10 am cst will work you want to call me?

-----Original Message-----
From: Paul Ready <paul@ready.law>
To: Dale Oldham <dloesq@aol.com>
Sent: Tue, Dec 15, 2020 10:54 am
Subject: Re: Galveston County, Texas proposed engagement - 2020 census redistricting

Let's try Wednesday. I'm fairly open other than an appointment from 12-1. How is 10am Central? Otherwise let me know what you prefer when you have a minute next.

Paul A. Ready
Ready Law Firm, PLLC
1300 McGowen St., Ste. 120
Houston, Texas 77004
Tel. 713.814.3980
Fax. 713.814.3988
paul@ready.law

The information contained in this message and its attachments may be privileged and confidential, and it is intended only for the individual or entity addressed in the message. If you are not the intended recipient, you must not disseminate, distribute or copy this message. If you have received this message in error, please immediately notify the sender that you have received this communication in error and delete it.

On Dec 15, 2020, at 1:10 AM, dloesq@aol.com wrote:

got your message will be tied up in the morning I have a deadline tomorrow evening can talk late my time or anytime Wednesday

-----Original Message-----
From: Paul Ready <paul@ready.law>
To: Dale Oldham <dloesq@aol.com>
Sent: Mon, Dec 14, 2020 6:54 pm
Subject: Re: Galveston County, Texas proposed engagement - 2020 census redistricting

Dale,

Just checking in to make sure you got this. Let me know when a good time is to follow up on the next steps.

Paul

On Wed, Nov 25, 2020 at 7:49 PM Paul Ready <paul@ready.law> wrote:
Dale,

Thanks for sending your email address today. As discussed, the Galveston County Judge has asked me ▓▓▓Attorney Client▓▓▓ I'm happy to hear you're interested in helping again, since you already have a great baseline from the 2010 cycle.

I have attached a slightly modified version of the County's standard outside counsel agreement. I have also attached the 2010 engagement between BMP and the County for reference. Please look over the engagement agreement and let me know if there is anything you want to discuss. If those terms work for you, we need a letter to attach as an exhibit confirming the scope of services to be performed. Other than ▓▓▓Attorney Client▓▓▓

## Attorney Client

**Attorney Client** I'd be happy to look it over.

We also need to confirm the following:

- What entity will the County be contracting with? Also, do you think there is any need to engage any other firms or lawyers along with you to get this done, and if so, who?
- In the 2010 cycle your rate was $365. I have filled in that number. Let me know if that is still acceptable.
- Please let me know what your estimate is for the redistricting work in Galveston County and what number you believe we should fill in as the "not to exceed" fee for the scope of service, excluding any litigation. In 2010 it appears that number was $80,000.

Thanks and let me know if you have any questions or items for discussion. You already have my cell, and that's the best way to reach me.

Paul A. Ready
Ready Law Firm, PLLC
1300 McGowen St., Ste. 120
Houston, Texas 77004
Tel. 713.814.3980
Fax. 713.814.3988
paul@ready.law

The information contained in this message and its attachments may be privileged and confidential, and it is intended only for the individual or entity addressed in the message. If you are not the intended recipient, you must not disseminate, distribute or copy this message. If you have received this message in error, please immediately notify the sender that you have received this communication in error and delete it.

--
Paul A. Ready
Ready Law Firm, PLLC
1300 McGowen St., Ste. 120
Houston, Texas 77004
Tel. 713.814.3980
Fax. 713.814.3988
paul@ready.law

The information contained in this message and its attachments may be privileged and confidential, and it is intended only for the individual or entity addressed in the message. If you are not the intended recipient, you must not disseminate, distribute or copy this message. If you have received this message in error, please immediately notify the sender that you have received this communication in error and delete it.

| From: | Paul Ready |
|---|---|
| Sent: | Tuesday, April 6, 2021 8:20 AM CDT |
| To: | Dale Oldham |
| CC: | Drummond, Tyler; Henry, Mark |
| Subject: | Fwd: engagement letter |
| Attachments: | 11.pdf |

Dale,

The executed engagement letter is attached. You may be hearing from either myself or Judge Henry or his Chief of Staff, Tyler. Otherwise, let us know when it's time to start the work.

Paul A. Ready
Ready Law Firm, PLLC
1300 McGowen St., Ste. 120
Houston, Texas 77004
Tel. 713.814.3980
Fax. 713.814.3988
paul@ready.law

The information contained in this message and its attachments may be privileged and confidential, and it is intended only for the individual or entity addressed in the message. If you are not the intended recipient, you must not disseminate, distribute or copy this message. If you have received this message in error, please immediately notify the sender that you have received this communication in error and delete it.

Begin forwarded message:

**From:** "Martinez, Dianna" <Dianna.Martinez@co.galveston.tx.us>
**Subject: RE: engagement letter**
**Date:** April 6, 2021 at 8:18:14 AM CDT
**To:** Paul Ready <paul@ready.law>
**Cc:** "Van Horn, Veronica" <Veronica.VanHorn@co.galveston.tx.us>, "Drummond, Tyler" <Tyler.Drummond@co.galveston.tx.us>, "Henry, Mark" <Mark.Henry@co.galveston.tx.us>

Good morning, Paul.

Attached is the fully executed engagement letter after court approval.

-Dianna

## Dianna Garza-Martinez
**Senior Policy & Constituent Advisor**
**Office of County Judge Mark Henry**
Galveston County Courthouse
722 Moody Avenue (21st Street), Suite 200
Galveston, Texas  77550
Direct: 409-766-2285
Fax:    409-765-2915
Dianna.Martinez@co.galveston.tx.us



Joint Exhibit
JX 12
3:22-cv-57-JVB

DEFS00011720



**From:** Paul Ready [mailto:paul@ready.law]
**Sent:** Thursday, April 01, 2021 7:20 PM
**To:** Martinez, Dianna
**Cc:** Van Horn, Veronica; Drummond, Tyler; Henry, Mark
**Subject:** Fwd: engagement letter

Dianna,

The attached document is the backup for the redistricting counsel agenda item. I have reviewed it and approve.

Paul A. Ready
Ready Law Firm, PLLC
1300 McGowen St., Ste. 120
Houston, Texas 77004
Tel. 713.814.3980
Fax. 713.814.3988
paul@ready.law

The information contained in this message and its attachments may be privileged and confidential, and it is intended only for the individual or entity addressed in the message. If you are not the intended recipient, you must not disseminate, distribute or copy this message. If you have received this message in error, please immediately notify the sender that you have received this communication in error and delete it.

Begin forwarded message:

**From:** dloesq@aol.com
**Subject: engagement letter**
**Date:** March 25, 2021 at 9:19:19 PM CDT
**To:** "paul@ready.law" <paul@ready.law>
**Reply-To:** dloesq@aol.com

My sincere apologies this is the engagement letter call me @your convenience. thanks



2300 N Street, NW, Suite 643A
Washington, DC 20037
202-737-8808

15405 John Marshall Hwy
Haymarket, VA 20169
540-341-8808

January 20, 2021

**VIA EMAIL**
paul@ready.law
Galveston County, Texas
c/o Paul Ready
Ready Law Firm, PLLC
1300 McGowen Street
Suite 120
Houston, TX  77004

Re:   Holtzman Vogel Josefiak Torchinsky PLLC Engagement Letter

Dear Mr. Ready:

We are very pleased to provide legal services to you and to provide this engagement letter which will set forth the current fee arrangement and terms under which Holtzman Vogel Josefiak Torchinsky, PLLC ("Counsel" or the "Firm") will represent Galveston County, Texas ("Client") in connection with legal advice relating to the creation of the Galveston County Commission map.

Specifically, the Firm has been engaged to provide legal representation and advice regarding redistricting in Galveston County, Texas, including provision of a technical expert to draw the map.  The firm will be associated with Dale Oldham, P.C. in representation on this matter.

The terms of our engagement, which shall apply to all matters pertaining to this engagement and the relationship between Client and the Firm, are set forth on the following pages.  If you approve of the terms, please execute this agreement in the space provided and return it to my office.

At this time, our Texas Bar attorney Phil Gordon (Of Counsel at HVJT), assisted by Dale Oldham and Jason Torchinsky will be primarily responsible for overseeing representation and will serve as your principal contacts with respect to this engagement.  Other partners, associates and professional staff will also be engaged to assist as may be appropriate.  Please contact us with any questions or concerns that you may have about our work or any other aspect of our representation.

We look forward to working with you and appreciate your confidence in our firm.

Sincerely,

Jill Holtzman Vogel

DEFS00011723

## Commencement of Representation

To protect both Client and Counsel, this agreement will not take effect until Client returns a signed copy of this Agreement.

## Legal Fees

Counsel is charging Client a flat fee of Eighty Thousand Dollars ($80,000) plus any authorized expenses for which Counsel will provide the representation set forth above. This one-time flat fee is to be paid on the following schedule:

- $10,000 upon execution of this engagement letter;
- $15,000 per month beginning the month the Texas PL 94 data is released for each of 4 months;
- $10,000 upon adoption of the maps.

Any additional legal work outside the scope of the representation set forth above will be charged at Counsel's usual and customary hourly fees, including legal fees and expenses to be charged for any litigation over the maps. Hourly fees range from $350 per hour for junior associates to $1,300 for senior partners (billed in .25 hour increments). Billable rates are established by the rate for services as measured by the local Washington-area market. Our statements for professional services will be based upon the amount of time spent by partners, associates, paralegals, and other professionals who perform services on your behalf and their respective hourly rates as then in effect

## Costs and Expenses

Counsel will bill separately for any out-of-pocket expenses arising out of this agreement, including costs and expenses incurred for computer research, delivery charges, agency costs and filing fees.

## Client Discharge or Counsel Withdrawal

Client may discharge Counsel at any time and Counsel may withdraw at any time at Counsel's discretion. In either such circumstance, Client agrees to sign the documents necessary to permit Counsel to withdraw.

Client has been informed that among the events that should be expected to cause Counsel's withdrawal from this matter are Client's breach of any portion of this Agreement (including its payment provisions), Client's refusal to cooperate with Counsel, or to follow Counsel's advice on a material matter, or any other fact or circumstance that would render Counsel's continuing representation unlawful, unethical, or impractical.

*Page 3 of 5*

DEFS00011724

### Disclaimer of Guarantee

Nothing in this Agreement and nothing in Counsel's statements to Client will be construed as a promise or guarantee regarding any outcome in Client's legal matters.

No advice is given regarding tax consequences, and Counsel specifically is not providing tax advice, although questions relating to tax matters may very well come up during the course of representation. Client agrees to seek tax advice elsewhere, and to hold Counsel harmless from any tax effects.

### Effective Date and Severability

This agreement will take effect when Client has performed the conditions stated in paragraph one, but its effective date will be retroactive to the date Counsel first provided services, if earlier. Even if this Agreement does not take effect, Client will be obligated to pay Counsel the reasonable value of any services Counsel may have performed for Client.

The provision of this Agreement is severable. This means that if one or more provisions of this Agreement are found to be void or unenforceable for any reason, the remaining provisions of this Agreement will still apply.

### Scope of Client Engagement

Unless otherwise noted, the client for purposes of this representation is the Client , and not any affiliates of such person or entity.

Counsel represents many other companies and individuals in a variety of matters. It is possible that during the course of the representation, other present or future clients will have disputes with you. As a condition to undertaking the current representation, it is agreed that Counsel may continue to represent or in the future undertake to represent existing or new clients in matters not substantially related to the current representation, even if the interests of such other clients are directly adverse to your interests. This consent shall not apply in the event that during the course of representation Counsel has obtained sensitive, proprietary, or other confidential information, of a non-public nature, that could be used to the advantage of such other client or to your disadvantage in any matter for which Counsel is approached for representation by that client.

### Termination of Representation

Client has the right at any time to terminate representation upon notice to Counsel. Such termination does not, however, relieve Client of the obligation to pay for all services rendered and expenses paid or incurred on behalf of the client prior to or in connection with such termination.

### Conclusion of Representation

*Page 4 of 5*

DEFS00011725

The Counsel-client relationship is terminated upon completion of the services that Counsel has been retained to perform.  If Counsel is later retained to perform further or additional services, the Counsel-client relationship will be revived subject to these terms of engagement, as they may be supplemented or changed at that time.

Agreed to and Accepted:

Name:              Galveston County, Texas

By:

                  **Mark Henry, County Judge**

Date:              April 5, 2021

*Page 5 of 5*

Table: DECENNIALPL2020.P2

| Precinct | 103 | 104 | 105 | 142 | 144 | 146 | 148 | 150 | 151 |
|---|---|---|---|---|---|---|---|---|---|
| Total: | 1,450 | 1,320 | 687 | 4,553 | 4,149 | 4,589 | 6,353 | 4,099 | 6,252 |
| Hispanic | 127 | 194 | 171 | 1,599 | 1,211 | 1,463 | 2,287 | 1,350 | 2,098 |
| White | 1,240 | 1,049 | 398 | 2,053 | 2,252 | 2,387 | 3,035 | 2,085 | 3,568 |
| Black | 10 | 6 | 86 | 694 | 349 | 497 | 697 | 405 | 121 |
| American Indian and Alaska Native alone | 4 | 15 | 0 | 12 | 30 | 16 | 14 | 16 | 27 |
| Asian alone | 20 | 7 | 21 | 30 | 111 | 58 | 41 | 63 | 169 |
| Native Hawaiian and Other Pacific Islander alone | 3 | 1 | 0 | 0 | 5 | 4 | 9 | 5 | 1 |
| Some Other Race alone | 3 | 5 | 2 | 8 | 19 | 11 | 26 | 28 | 19 |
| Population of two or more races: | 43 | 43 | 9 | 157 | 172 | 153 | 244 | 147 | 249 |



Joint Exhibit
JX 13
3:22-cv-57-JVB

**data.census.gov** | Measuring America's People, Places, and Economy

Holmes 001288

1

Table: DECENNIALPL2020.P2

| Precinct | 152 | 159 | 165 | 166 | 167 | 168 | 169 | 170 | 172 |
|---|---|---|---|---|---|---|---|---|---|
| Total: | 6,368 | 9,683 | 9,256 | 3,972 | 8,885 | 12 | 0 | 3,871 | 1,069 |
| Hispanic | 940 | 3,959 | 1,597 | 685 | 1,263 | 8 | 0 | 637 | 235 |
| White | 4,677 | 4,613 | 5,861 | 2,854 | 6,316 | 1 | 0 | 2,707 | 645 |
| Black | 257 | 486 | 655 | 119 | 545 | 0 | 0 | 177 | 161 |
| American Indian and Alaska Native alone | 9 | 40 | 24 | 10 | 30 | 0 | 0 | 23 | 1 |
| Asian alone | 194 | 222 | 650 | 120 | 337 | 3 | 0 | 131 | 17 |
| Native Hawaiian and Other Pacific Islander alone | 0 | 0 | 2 | 2 | 5 | 0 | 0 | 0 | 0 |
| Some Other Race alone | 24 | 17 | 57 | 22 | 26 | 0 | 0 | 15 | 2 |
| Population of two or more races: | 267 | 346 | 410 | 160 | 363 | 0 | 0 | 181 | 8 |

Holmes 001289   2

Table: DECENNIALPL2020.P2

| Precinct | 192 | 193 | 197 | 218 | 219 | 220 | 221 | 223 | 224 |
|---|---|---|---|---|---|---|---|---|---|
| Total: | 1,666 | 4,436 | 1,914 | 4,628 | 4,833 | 10,887 | 2,330 | 6,093 | 5,633 |
| Hispanic | 883 | 772 | 695 | 1,532 | 1,327 | 2,756 | 234 | 1,808 | 1,444 |
| White | 601 | 2,874 | 975 | 2,449 | 2,097 | 5,729 | 1,965 | 2,690 | 3,009 |
| Black | 98 | 323 | 136 | 366 | 1,054 | 1,329 | 23 | 1,201 | 639 |
| American Indian and Alaska Native alone | 3 | 17 | 8 | 12 | 6 | 31 | 18 | 11 | 15 |
| Asian alone | 19 | 248 | 19 | 88 | 165 | 628 | 31 | 174 | 326 |
| Native Hawaiian and Other Pacific Islander alone | 0 | 0 | 0 | 2 | 19 | 5 | 0 | 1 | 3 |
| Some Other Race alone | 4 | 12 | 8 | 22 | 13 | 43 | 7 | 21 | 21 |
| Population of two or more races: | 58 | 190 | 73 | 157 | 152 | 366 | 52 | 187 | 176 |

Holmes 001290

3

Table: DECENNIALPL2020.P2

| Precinct | 225 | 226 | 227 | 228 | 232 | 258 | 263 | 274 | 275 |
|---|---|---|---|---|---|---|---|---|---|
| Total: | 3,715 | 4,237 | 5,227 | 4,592 | 3,231 | 3,634 | 12,531 | 1,078 | 413 |
| Hispanic | 551 | 1,151 | 938 | 688 | 1,029 | 678 | 2,286 | 83 | 29 |
| White | 2,920 | 2,473 | 3,970 | 3,635 | 1,403 | 2,779 | 7,872 | 940 | 363 |
| Black | 41 | 383 | 65 | 20 | 622 | 19 | 724 | 4 | 1 |
| American Indian and Alaska Native alone | 12 | 18 | 19 | 20 | 9 | 5 | 27 | 4 | 2 |
| Asian alone | 68 | 41 | 33 | 33 | 45 | 3 | 960 | 14 | 3 |
| Native Hawaiian and Other Pacific Islander alone | 1 | 4 | 1 | 4 | 0 | 2 | 10 | 0 | 0 |
| Some Other Race alone | 13 | 14 | 18 | 9 | 23 | 7 | 63 | 2 | 1 |
| Population of two or more races: | 109 | 153 | 183 | 183 | 100 | 141 | 589 | 31 | 14 |

Holmes 001291

4

Table: DECENNIALPL2020.P2

| Precinct | 276 | 277 | 278 | 279 | 280 | 281 | 283 | 301 | 306 |
|---|---|---|---|---|---|---|---|---|---|
| Total: | 3,095 | 3,790 | 4,028 | 2,008 | 2,823 | 308 | 5,975 | 2,024 | 8,018 |
| Hispanic | 514 | 616 | 707 | 456 | 880 | 95 | 1,448 | 556 | 1,733 |
| White | 2,168 | 2,971 | 3,094 | 1,421 | 1,210 | 200 | 3,149 | 673 | 4,241 |
| Black | 177 | 21 | 20 | 4 | 467 | 3 | 796 | 658 | 1,076 |
| American Indian and Alaska Native alone | 3 | 7 | 20 | 4 | 6 | 1 | 11 | 5 | 32 |
| Asian alone | 118 | 8 | 16 | 15 | 133 | 1 | 299 | 65 | 588 |
| Native Hawaiian and Other Pacific Islander alone | 3 | 5 | 2 | 2 | 2 | 0 | 5 | 0 | 3 |
| Some Other Race alone | 13 | 13 | 19 | 12 | 11 | 0 | 26 | 6 | 31 |
| Population of two or more races: | 99 | 149 | 150 | 94 | 114 | 8 | 241 | 61 | 314 |

Holmes 001292

Table: DECENNIALPL2020.P2

| Precinct | 309 | 311 | 312 | 314 | 315 | 316 | 330 | 331 | 334 |
|---|---|---|---|---|---|---|---|---|---|
| Total: | 138 | 4,883 | 14 | 6,204 | 5,851 | 4,869 | 5,357 | 3,715 | 2,594 |
| Hispanic | 41 | 1,207 | 3 | 1,970 | 2,104 | 2,870 | 1,665 | 995 | 579 |
| White | 82 | 1,678 | 0 | 2,208 | 2,451 | 1,095 | 1,592 | 701 | 497 |
| Black | 8 | 1,840 | 1 | 1,696 | 948 | 711 | 1,902 | 1,860 | 1,426 |
| American Indian and Alaska Native alone | 0 | 12 | 0 | 44 | 30 | 5 | 13 | 8 | 4 |
| Asian alone | 3 | 50 | 2 | 61 | 81 | 36 | 19 | 34 | 2 |
| Native Hawaiian and Other Pacific Islander alone | 0 | 1 | 0 | 10 | 14 | 0 | 2 | 9 | 1 |
| Some Other Race alone | 2 | 5 | 0 | 25 | 20 | 24 | 14 | 9 | 5 |
| Population of two or more races: | 2 | 90 | 8 | 190 | 203 | 128 | 150 | 99 | 80 |

Holmes 001293

Table: DECENNIALPL2020.P2

| Precinct | 336 | 338 | 340 | 341 | 343 | 345 | 347 | 389 | 391 |
|---|---|---|---|---|---|---|---|---|---|
| Total: | 6,082 | 9,063 | 1,520 | 4,544 | 5,323 | 1,906 | 3,664 | 1,311 | 532 |
| Hispanic | 1,113 | 2,300 | 728 | 3,018 | 2,488 | 579 | 1,124 | 536 | 380 |
| White | 838 | 2,764 | 107 | 1,034 | 1,599 | 372 | 1,030 | 302 | 100 |
| Black | 3,871 | 3,447 | 617 | 330 | 1,002 | 881 | 1,376 | 379 | 19 |
| American Indian and Alaska Native alone | 16 | 28 | 1 | 6 | 18 | 12 | 15 | 4 | 2 |
| Asian alone | 41 | 152 | 11 | 32 | 21 | 7 | 45 | 22 | 0 |
| Native Hawaiian and Other Pacific Islander alone | 0 | 4 | 0 | 1 | 5 | 0 | 5 | 0 | 0 |
| Some Other Race alone | 23 | 67 | 3 | 16 | 28 | 0 | 10 | 10 | 2 |
| Population of two or more races: | 180 | 301 | 53 | 107 | 162 | 55 | 59 | 58 | 29 |

Table: DECENNIALPL2020.P2

| Precinct | 394 | 398 | 399 | 401 | 439 | 453 | 454 | 455 | 456 |
|---|---|---|---|---|---|---|---|---|---|
| Total: | 84 | 1,027 | 733 | 109 | 5,612 | 9,217 | 7,221 | 3,500 | 4,821 |
| Hispanic | 14 | 509 | 487 | 8 | 1,466 | 2,744 | 1,737 | 1,041 | 562 |
| White | 31 | 294 | 122 | 62 | 3,350 | 5,197 | 4,046 | 1,946 | 3,724 |
| Black | 30 | 159 | 74 | 9 | 452 | 604 | 594 | 245 | 86 |
| American Indian and Alaska Native alone | 2 | 2 | 2 | 0 | 10 | 22 | 15 | 19 | 23 |
| Asian alone | 5 | 25 | 16 | 13 | 114 | 252 | 475 | 80 | 212 |
| Native Hawaiian and Other Pacific Islander alone | 0 | 2 | 0 | 0 | 4 | 4 | 4 | 7 | 4 |
| Some Other Race alone | 0 | 5 | 7 | 0 | 19 | 50 | 68 | 15 | 16 |
| Population of two or more races: | 2 | 31 | 25 | 17 | 197 | 344 | 282 | 147 | 194 |

Table: DECENNIALPL2020.P2

| Precinct | 457 | 460 | 461 | 462 | 464 | 471 | 482 | 487 | 488 |
|---|---|---|---|---|---|---|---|---|---|
| Total: | 6,183 | 6,814 | 5,070 | 7,484 | 4,239 | 4,599 | 407 | 10,544 | 6,205 |
| Hispanic | 1,042 | 930 | 700 | 911 | 783 | 880 | 123 | 2,163 | 1,351 |
| White | 4,461 | 5,267 | 3,784 | 5,236 | 2,790 | 2,470 | 254 | 6,468 | 3,757 |
| Black | 121 | 138 | 129 | 163 | 235 | 482 | 6 | 582 | 352 |
| American Indian and Alaska Native alone | 6 | 17 | 10 | 20 | 14 | 2 | 0 | 22 | 8 |
| Asian alone | 310 | 199 | 229 | 837 | 211 | 503 | 3 | 821 | 446 |
| Native Hawaiian and Other Pacific Islander alone | 4 | 2 | 0 | 4 | 1 | 12 | 1 | 6 | 3 |
| Some Other Race alone | 12 | 22 | 29 | 27 | 11 | 84 | 0 | 47 | 23 |
| Population of two or more races: | 227 | 239 | 189 | 286 | 194 | 166 | 20 | 435 | 265 |

Holmes 001296

Table: DECENNIALPL2020.P2

| Precinct | 490 | 105.1 | 165.1 | 232.1 | 232.2 | 232.3 | 280.1 | 306.1 | 330.1 |
|---|---|---|---|---|---|---|---|---|---|
| Total: | 7,692 | 824 | 0 | 0 | 0 | 507 | 0 | 29 | 0 |
| Hispanic | 1,460 | 106 | 0 | 0 | 0 | 69 | 0 | 16 | 0 |
| White | 4,836 | 578 | 0 | 0 | 0 | 409 | 0 | 11 | 0 |
| Black | 664 | 12 | 0 | 0 | 0 | 5 | 0 | 1 | 0 |
| American Indian and Alaska Native alone | 21 | 3 | 0 | 0 | 0 | 3 | 0 | 0 | 0 |
| Asian alone | 398 | 88 | 0 | 0 | 0 | 4 | 0 | 1 | 0 |
| Native Hawaiian and Other Pacific Islander alone | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Some Other Race alone | 33 | 5 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Population of two or more races: | 280 | 30 | 0 | 0 | 0 | 15 | 0 | 0 | 0 |

**data.census.gov** | Measuring America's People, Places, and Economy

Table: DECENNIALPL2020.P2

| Precinct | 331.1 | 439.1 |
|---|---|---|
| Total: | 446 | 30 |
| Hispanic | 114 | 7 |
| White | 188 | 15 |
| Black | 124 | 4 |
| American Indian and Alaska Native alone | 0 | 0 |
| Asian alone | 6 | 0 |
| Native Hawaiian and Other Pacific Islander alone | 0 | 0 |
| Some Other Race alone | 1 | 0 |
| Population of two or more races: | 13 | 4 |

Holmes 001298

| | |
|---|---|
| **From:** | Paul Ready |
| **Sent:** | Friday, August 27, 2021 2:24 PM CDT |
| **To:** | Dale Oldham |
| **CC:** | Van Horn, Veronica; Liechty, Linda |
| **Subject:** | Call Request - Galveston County Redistricting |

Dale -

I spoke to Judge Henry about our preliminary game plan for the redistricting in Galveston County. He agrees with me that the County does not have a good data set to compare the census data to, so he wants to skip that step.

Our first step needs to be an online meeting or conference call with you, me, Judge Henry and Commissioner Apffel. I have copied Linda Liechty who can schedule that meeting hopefully sometime next week.

If you would give me a quick call at [PII] to touch base on the revised game plan.

Linda - I have no commitments next week so don't worry about my schedule.

Also, Dale's number is [PII].

Paul A. Ready
Ready Law Firm, PLLC
1300 McGowen St., Ste. 120
Houston, Texas 77004
Tel. 713.814.3980
Fax. 713.814.3988
paul@ready.law

The information contained in this message and its attachments may be privileged and confidential, and it is intended only for the individual or entity addressed in the message. If you are not the intended recipient, you must not disseminate, distribute or copy this message. If you have received this message in error, please immediately notify the sender that you have received this communication in error and delete it.

**Joint Exhibit**
**JX 14**
3:22-cv-57-JVB

| | |
|---|---|
| **From:** | Paul Ready |
| **Sent:** | Monday, August 30, 2021 12:55 PM CDT |
| **To:** | Liechty, Linda |
| **CC:** | Apffel, Darrell; Van Horn, Veronica; Collins, Seth |
| **Subject:** | Re: Call Request - Galveston County Redistricting |

30 mins is probably too short. I would suggest an hour. Of those, my only conflict is Wednesday at noon.

Paul A. Ready
Ready Law Firm, PLLC
1300 McGowen St., Ste. 120
Houston, Texas 77004
Tel. 713.814.3980
Fax. 713.814.3988
paul@ready.law

The information contained in this message and its attachments may be privileged and confidential, and it is intended only for the individual or entity addressed in the message. If you are not the intended recipient, you must not disseminate, distribute or copy this message. If you have received this message in error, please immediately notify the sender that you have received this communication in error and delete it.

On Aug 30, 2021, at 12:33 PM, Liechty, Linda <Linda.Liechty@co.galveston.tx.us> wrote:

Friday, 09/03, may not be doable.  Let's try for next week.  Is 30 minutes enough time for this call?

Tues, 09/07, 9:30am (right before Commissioners Court Special Meeting which begins at 10:00am)
Wed, 09/08, 10:00am "or" 12:00pm

Thank you, and sorry for so many emails!
Linda

---

**From:** Liechty, Linda
**Sent:** Monday, August 30, 2021 10:32 AM
**To:** Apffel, Darrell <Darrell.Apffel@co.galveston.tx.us>; 'Paul Ready' <paul@ready.law>
**Cc:** Van Horn, Veronica <Veronica.VanHorn@co.galveston.tx.us>; Collins, Seth <Seth.Collins@co.galveston.tx.us>
**Subject:** RE: Call Request - Galveston County Redistricting

Good morning,

Commissioner, I'm working on setting up a conference call with Dale Oldham, yourself, Judge Henry and Paul to discuss redistricting.  Would you be available on the folloiwng dates/times for this conference call?

Wed, 09/01, 11:00am



Joint Exhibit
**JX 15**
3:22-cv-57-JVB

DEFS00011029

Fri, 09/03, 1:45pm (preferred date/time; right after Commissioners Court Special Meeting to approve payroll)
Wed, 09/08, 10:00am "or" 12:00pm

Paul, I know you're available all this week, but would next Wed, 09/08 at 10:00am "or" 12:00pm work for you?

Thank you,
Linda

---

**From:** Paul Ready <paul@ready.law>
**Sent:** Friday, August 27, 2021 2:24 PM
**To:** Dale Oldham <dloesq@aol.com>
**Cc:** Van Horn, Veronica <Veronica.VanHorn@co.galveston.tx.us>; Liechty, Linda <Linda.Liechty@co.galveston.tx.us>
**Subject:** Call Request - Galveston County Redistricting

Dale -

I spoke to Judge Henry about our preliminary game plan for the redistricting in Galveston County. He agrees with me that the County does not have a good data set to compare the census data to, so he wants to skip that step.

Our first step needs to be an online meeting or conference call with you, me, Judge Henry and Commissioner Apffel. I have copied Linda Liechty who can schedule that meeting hopefully sometime next week.

If you would give me a quick call at ███ PII ███ to touch base on the revised game plan.

Linda - I have no commitments next week so don't worry about my schedule.

Also, Dale's number is ███ PII ███.

Paul A. Ready
Ready Law Firm, PLLC
1300 McGowen St., Ste. 120
Houston, Texas 77004
Tel. 713.814.3980
Fax. 713.814.3988
paul@ready.law

The information contained in this message and its attachments may be privileged and confidential, and it is intended only for the individual or entity addressed in the message. If you are not the intended recipient, you must not disseminate, distribute or copy this message. If you have received this message in error, please immediately notify the sender that you have received this communication in error and delete it.