Case 3:22-cv-00057   Document 279   Filed on 03/15/24 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED
March 15, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 14, 2024
Lyle W. Cayce
Clerk

No. 23-40582

HONORABLE TERRY PETTEWAY; HONORABLE DERRICK ROSE; HONORABLE PENNY POPE,

*Plaintiffs—Appellees,*

*versus*

GALVESTON COUNTY, TEXAS; MARK HENRY, *in his official capacity as Galveston County Judge*; DWIGHT D. SULLIVAN, *in his official capacity as Galveston County Clerk*,

*Defendants—Appellants,*

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

GALVESTON COUNTY, TEXAS; GALVESTON COUNTY COMMISSIONERS COURT; MARK HENRY, *in his official capacity as Galveston County Judge*,

*Defendants—Appellants,*

---

DICKINSON BAY AREA BRANCH NAACP; GALVESTON BRANCH

No. 23-40582

NAACP; MAINLAND BRANCH NAACP; GALVESTON LULAC COUNCIL 151; EDNA COURVILLE; JOE A. COMPIAN; LEON PHILLIPS,

*Plaintiffs—Appellees,*

*versus*

GALVESTON COUNTY, TEXAS; MARK HENRY, *in his official capacity as Galveston County Judge*; DWIGHT D. SULLIVAN, *in his official capacity as Galveston County Clerk*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:22-CV-57
USDC No. 3:22-CV-93
USDC No. 3:22-CV-117

---

ORDER:

IT IS ORDERED upon the Suggestion of Death of Leon Phillips the appeal is dismissed as to Leon Phillips only.

　　　　　　　　　　　　　　/s/ *Priscilla Richman*
　　　　　　　　　　　　　　PRISCILLA RICHMAN
　　　　　　　　　　　　　　*United States Circuit Judge*

2

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 14, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-40582    Petteway v. Galveston County
                        USDC No. 3:22-CV-57
                        USDC No. 3:22-CV-93
                        USDC No. 3:22-CV-117

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Neil G. Baron
Mr. Paul David Brachman
Mr. William A. Brewer III
Ms. Pooja Chaudhuri
Ms. Sarah Xiyi Chen
Ms. Alexandra Copper
Mr. Matthew Nicholas Drecun
Mr. Chad Wilson Dunn
Mr. Jordan Raschke Elton
Mr. Mark P. Gaber
Mr. Bruce I. Gear
Ms. Brianne Jenna Gorod
Mr. Kyle Douglas Hawkins
Mr. Daniel David Hu
Ms. Hilary Harris Klein
Ms. Simone Tyler Leeper
Ms. Anita Liu
Mr. Richard Mancino
Ms. Mimi Murray Digby Marziani
Mr. Hani Mirza
Mr. Stuart Naifeh
Mr. Aaron E Nathan
Mr. Joseph M. Nixon
Mr. T. Russell Nobile
Mr. Nathan Ochsner

Ms. Angela K. Olalde
Ms. Jordan Orosz
Mr. Paul A. Ready
Ms. Bernadette Reyes
Ms. Valencia Richardson
Mr. Nicolas Riley
Mr. Joseph R. Russo Jr.
Mr. Nickolas A. Spencer
Ms. Adrianne Spoto