United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § § § | 3:22-CV-57 |
| GALVESTON COUNTY, TEXAS, *et al.*, | | |
| Defendants. | | |

## **ORDER**

Before the court is the Petteway and NAACP plaintiffs' motion for expedited briefing schedule and for leave to file excess pages. Dkt. 286. The motion for expedited briefing is DENIED. The motion for leave to file excess pages is GRANTED.

It is hereby ordered that the parties comply with the court's standard briefing schedule. *See* Gal. Div. R. Prac. 5(g). It is also ordered that the parties' briefs are not to exceed 45 pages unless the parties seek and receive leave of court.

Signed on Galveston Island this 26th day of September, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE