United States District Court
Southern District of Texas
**ENTERED**
May 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:22-CV-57 |
| | § | |
| GALVESTON COUNTY, TEXAS, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR SUPPLEMENTAL BRIEFING

Before the court is the Petteway and NAACP/LULAC plaintiffs' motion for entry of judgment on their intentional-discrimination and racial-gerrymandering claims. Dkt. 288. The plaintiffs' intentional-discrimination and racial-gerrymandering claims are ripe for the court to consider on remand from the Fifth Circuit. *Id.* at 5; *see Petteway v. Galveston Cnty.*, 111 F.4th 596, 614, n.13 (5th Cir. 2024) (en banc).

On April 29, 2026, the United States Supreme Court issued its opinion in *Louisiana v. Callais*, in which the Court "update[d] the *Gingles* framework" under § 2 of the Voting Rights Act and held that Louisiana's congressional map was an unconstitutional racial gerrymander. 608 U.S. ---, --- S.Ct. ---, --- L.Ed.2d ---, 2026 WL 1153054, at *4, 15 (2026). A few days later, the NAACP/LULAC plaintiffs notified the court of ways in which they believe *Callais* "is relevant to [their]

pending claim of racial gerrymandering." Dkt. 304 at 1.

Because issues related to those in *Callais* are before the court in *Petteway*, it is hereby ordered that the parties submit supplemental briefing on the following issues:

(1)   How *Callais* applies to the issues in *Petteway* pending before the court;

(2)   Whether *Callais* changes the "appropriate analytical framework to apply to Plaintiffs' constitutional claims," *Petteway*, 111 F.4th at 614, n.13, and if so, what the new analytical framework is; and

(3)   Any other updates to the parties' previously-filed briefing on the plaintiffs' intentional-discrimination and racial-gerrymandering claims, including other new case law, that the parties believe would assist the court in its decision-making.

The court hereby orders the following briefing and hearing schedule:

The plaintiffs' supplemental briefing is due **Tuesday, June 16, 2026**. The defendants' supplemental briefing is due **Tuesday, July 14, 2026**. The plaintiffs' reply supplemental briefing is due **Tuesday, July 21, 2026**.

The court will hear oral argument on the supplemental briefing on **Tuesday, July 28, 2026, at 10:00 a.m.** in the 6th floor courtroom at 601 Rosenberg Ave. in Galveston, TX.

Signed on Galveston Island this 19th day of May, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE