AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| Terry Petteway, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:22-cv-57 |
| Galveston County, Texas, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Galveston County                                                                                                      .

Date:     06/16/2026

*Jewel Lightfoot*

*Attorney's signature*

Jewel Lightfoot/24138965

*Printed name and bar number*

Public Interest Legal Foundation
107 S. West Street, Suite 700Alexandria, VA 22314

*Address*

jlightfoot@publicinterestlegal.org

*E-mail address*

(970) 397-7785

*Telephone number*

*FAX number*