*NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness*

*July 16, 2026*

# EXHIBIT B

*Declaration of Adrianne M. Spoto*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY PETTEWAY, THE HONORABLE DERRECK ROSE, and PENNY POPE, <br><br> *Plaintiffs*, <br> v. <br><br> GALVESTON, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, <br> *Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-57 [Lead Consolidated Case] |
| DICKINSON BAY AREA BRANCH NAACP; GALVESTON BRANCH NAACP; MAINLAND BRANCH NAACP; GALVESTON LULAC COUNCIL 151; EDNA COURVILLE; and JOE A. COMPIAN; <br><br> *Plaintiffs,* <br> v. <br><br> GALVESTON COUNTY; HONORABLE MARK HENRY, in his official capacity as Galveston County Judge; DWIGHT D. SULLIVAN, in his official capacity as Galveston County Clerk; <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-117 [Consolidated Case] |

## DECLARATION OF ADRIANNE M. SPOTO

My name is Adrianne M. Spoto. I am over the age of 18 and capable of making this declaration. The facts stated herein are true and within my personal knowledge.

1. I am Counsel for Voting Rights at Southern Coalition for Social Justice (SCSJ) and counsel for NAACP/LULAC Plaintiffs in this matter.

2. **Exhibit C** to NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness is a true and correct copy of the commissioner/JP/constable map adopted by the commissioners court on June 29, 2026, along with demographic data for that map, available here: https://davesredistricting.org/maps#viewmap::7d18222e-7d75-45dd-a06b-b396913ffb92. It was recreated by SCSJ staff in Dave's Redistricting App (DRA), which is a widely used, free web application that allows users to create/import redistricting maps and analyze them with commonly used redistricting metrics. It was generated based on the map included in the June 29, 2026, commissioners court special meeting agenda, *see* Exhibit I *infra*, which the commissioners court adopted during that meeting, *see* Dkt. 310-1. The underlying demographic data are from the 2020 Census and 2022 Citizen VAP data, and the full description of DRA's data sources can be found on the "About Data" page at the following link: https://davesredistricting.org/maps#aboutdata.

3. **Exhibit D** to NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness is a true and correct copy of the JP and constable precinct map in effect prior to the new 2026 map, which is available here: https://davesredistricting.org/maps#viewmap::67cf3468-80ab-4649-a0c0-7c9f11c252c7.

It was recreated by SCSJ staff in DRA, based on the copy of the map available on Galveston County's official ArcGIS page here: https://galvcountymaps.maps.arcgis.com/apps/webappviewer/index.html?id=719625713ffd4878b6c811fe83f1c38b&extent=-10625671.34%2C3388268.4039%2C-10478912.2457%2C3454845.0556%2C102100. The underlying demographic data are from the 2020 Census and 2022 Citizen VAP data, and the full description of DRA's data sources can be found on the "About Data" page at the following link: https://davesredistricting.org/maps#aboutdata.

4.      **Exhibit E** to NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness is a true and correct copy of pages 1 and 20 of Plaintiffs' Trial Exhibit 386 (PX-386), the January 13, 2023, report of expert William Cooper. Page 20 of the report features an image of the 2021 enacted map for the commissioners precincts.

5.      **Exhibit F** to NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness is a true and correct copy of Plaintiffs' Trial Exhibit 346 (PX-346). PX-346 is an exhibit from the January 13, 2023, report of expert William Cooper featuring a zoomed in image of the 2021 enacted commissioner court precinct map as well as demographic data and map statistics for the 2021 enacted map. It was admitted into evidence at trial.

6.      **Exhibit G** to NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness is a true and correct copy of the agenda packet for the commissioners court meeting on May 28, 2026, available at

3

https://galvestoncountytx.legistar.com/View.ashx?M=PA&ID=1416924&GUID=D67DA7BB-15CF-43A0-A49C-DEA6AEF7C477.

7.      **Exhibit H** to NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness is a true and correct copy of the official meeting minutes for the commissioners court meeting on May 28, 2026, available at https://galvestoncountytx.legistar.com/View.ashx?M=M&ID=1416924&GUID=D67DA7BB-15CF-43A0-A49C-DEA6AEF7C477.

8.      **Exhibit I** to NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness is a true and correct copy of the agenda packet for the commissioners court meeting on June 29, 2026, available at https://galvestoncountytx.legistar.com/View.ashx?M=PA&ID=1425456&GUID=E31EE0DA-3256-4772-9BBA-80C2D6210488. On the web copy, the document properties indicate that it was created and last modified on June 23, 2026, at 12:29pm.

9.      **Exhibit J** to NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness is a true and correct copy of the official meeting minutes for the commissioners court meeting on June 29, 2026, available at https://galvestoncountytx.legistar.com/View.ashx?M=M&ID=1425456&GUID=E31EE0DA-3256-4772-9BBA-80C2D6210488. The county's recording of the meeting is available here: https://galvestoncountytx.granicus.com/player/clip/955?view_id=1&redirect=true.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of July 2026.

_____

Adrianne M. Spoto