*NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness*

*July 16, 2026*

# EXHIBIT C

*June 29, 2026, Commissioner/JP/Constable Map*
*and Underlying Data*



© 2026 Social Good Fund for Dave's Redistricting. | © Mapbox © OpenStreetMap

1/1



Statistics    Notes

Map    Statistics    Analyze    Compare    Advanced



| | Population | | Shapes | | Partisan Lean | | | Demographics (CVAP) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Total | +/- | | | Dem | Rep | Oth | Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
| Un | 0 | | | | 0% | 0% | 0% | 0 | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| 1 | 87,632 | -0.04% | ✓ | ✓ | 36.22% | 61.59% | 2.19% | 62,190 | 61.29% | 38.71% | 23.48% | 11.44% | 2.76% | 0.9% | 0.23% |
| 2 | 88,060 | 0.44% | ✓ | ✓ | 39.94% | 58% | 2.07% | 68,317 | 64.05% | 35.95% | 20.13% | 12.62% | 1.79% | 0.97% | 0.28% |
| 3 | 87,828 | 0.18% | ✓ | ✓ | 36.38% | 61.22% | 2.4% | 60,286 | 62.36% | 37.64% | 20.38% | 11.95% | 4.73% | 0.56% | 0% |
| 4 | 87,162 | -0.58% | ✓ | ✓ | 35.64% | 62.24% | 2.12% | 59,037 | 59.57% | 40.43% | 17.91% | 16.73% | 4.12% | 1.08% | 0% |
| | 87,671 | 1.02% | ✓ | ✓ | 37.07% | 60.75% | 2.19% | 62,458 | 61.9% | 38.1% | 20.5% | 13.14% | 3.29% | 0.88% | 0.13% |

DOWNLOAD

## Notes

- Precinct Shapes: Census 2020

- Total Population: Census 2020

- Voting Age Population: Citizen VAP (ACS 5-year) 2022

- Election Result: Composite of 2016 Pres, 2020 Pres, 2018 Sen, 2020 Sen, 2018 Gov, 2018 AG

- The 1.02% population deviation is within the 10% threshold tolerated by the courts.

- Four districts lean Republican, none lean Democratic, and none fall in the 45–55% competitive range.

Back to top