*NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness*

*July 16, 2026*

# EXHIBIT D

*Benchmark JP/Constable Map*

*and Underlying Data*



# DRA2020

Statistics   Notes

Map | Statistics | Analyze | Compare | Advanced

| | Population | | Shapes | | Partisan Lean | | | Demographics (CVAP) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Total | +/- |  | | Dem | Rep | Oth | Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
| Un | 0 | | | | 0% | 0% | 0% | 0 | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| 1 | 96,128 | 9.65% | ✓ | ✓ | 33.37% | 64.38% | 2.25% | 68,814 | 65.37% | 34.63% | 21.9% | 8.65% | 3.17% | 0.89% | 0.17% |
| 2 | 104,875 | 19.62% | ✓ | ✓ | 37.39% | 60.52% | 2.08% | 77,862 | 64.87% | 35.13% | 19.7% | 11% | 2.69% | 1.04% | 0.24% |
| 3 | 44,093 | -49.71% | ✓ | ✓ | 66.18% | 32.11% | 1.71% | 33,124 | 38.99% | 61.01% | 21.58% | 36.75% | 1.52% | 0.93% | 0.07% |
| 4 | 105,586 | 20.44% | ✓ | ✓ | 30.57% | 67.05% | 2.38% | 70,030 | 66.01% | 33.99% | 19.5% | 8.76% | 4.93% | 0.66% | 0% |
| | 87,671 | 70.14% | ✓ | ✓ | 37.07% | 60.75% | 2.19% | 62,458 | 61.9% | 38.1% | 20.5% | 13.14% | 3.29% | 0.88% | 0.13% |

## Notes

- Precinct Shapes: Census 2020

- Total Population: Census 2020

- Voting Age Population: Citizen VAP (ACS 5-year) 2022

- Election Result: Composite of 2016 Pres, 2020 Pres, 2018 Sen, 2020 Sen, 2018 Gov, 2018 AG

- The 70.14% population deviation is greater than the 10% threshold tolerated by the courts.

- Three districts lean Republican, one leans Democratic, and none fall in the 45–55% competitive range.

- There is one majority-minority district.