*NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness*

*July 16, 2026*

# EXHIBIT E

*Excerpt of PX-386, William Cooper Expert Report*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| DICKINSON BAY AREA BRANCH NAACP, et al., | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Civil Action No. 3:22-cv-117- JVB |
| GALVESTON COUNTY, TEXAS, et al., | § § § | |
| *Defendants*. | § | |
| TERRY PETTEWAY, et al., | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Civil Action No. 3:22-cv-57-JVB [Lead Consolidated Case] |
| GALVESTON COUNTY, TEXAS, et al. | § § | |
| *Defendants*. | § | |
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § | |
| v. | § § § | Civil Action No. 3:22-cv-93-JVB |
| GALVESTON COUNTY, TEXAS, et al. | § § | |
| *Defendants*. | § | |

**EXPERT DECLARATION AND REPORT OF WILLIAM S. COOPER**

JANUARY 13, 2023



*Expert Declaration and Report of William S. Cooper – January 2023*

**Figure 8: Galveston County Commissioners Court — 2021 Enacted Plan**



53.    The dramatic change in the configuration of Commissioners precincts between the Benchmark and the 2021 Enacted Plan indicates to me that the map drawers who drew the Enacted Plan did not follow a simple redistricting solution to population imbalances resulting from the 2020 Census. Instead, it appears that they performed a full-scale remap – eliminating the B+LCVAP-majority in Commissioner Precinct 3 and fundamentally altering the geographic and population configurations of all four commissioner precincts. The Black and Latino community on Galveston Island is cut from Precinct 3 and submerged in majority-Anglo Precinct 2. Under the Enacted Plan, Precinct 3 has shifted to the Houston suburbs in and around League City.

54.    The 2021 Enacted Plan places all of the Bolivar Peninsula and Galveston Island in a single precinct (Precinct 2). I understand that during the 2021 redistricting cycle, creating a

20