*NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness*

*July 16, 2026*

# EXHIBIT F

*PX-346, Exhibit to William Cooper Expert Report*

*Expert Declaration and Report of William S. Cooper*

*January 2023*

# EXHIBIT F



Plaintiffs' Exhibit

**PX 346**

3:22-cv-57-JVB

COOPER EXHIBIT F-1



**Galveston County, TX**
**Map layers**
Water Area
Street
Highway/Freeway
Highway
**D** Benchmark Precinct 3

0    2    4
Miles

**2021 Enacted Plan**

©2019 CALIPER; ©2018 HERE

COOPER EXHIBIT F-2

## Population Summary Report (2020 Census) --
### Galveston County, TX -- 2021 Enacted Plan

| District | 2020 Population | Deviation | % Deviation | Any Part Black | % Any Part Black | NH Any Part Black | % Nh Any Part Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 87689 | 18 | 0.02% | 10175 | 11.60% | 9528 | 10.87% | 24445 | 27.88% | 48169 | 54.93% |
| 2 | 87697 | 26 | 0.03% | 13543 | 15.44% | 12889 | 14.70% | 22725 | 25.91% | 47460 | 54.12% |
| 3 | 88111 | 440 | 0.50% | 7656 | 8.69% | 7149 | 8.11% | 22573 | 25.62% | 50534 | 57.35% |
| 4 | 87185 | -486 | -0.55% | 17800 | 20.42% | 17061 | 19.57% | 18893 | 21.67% | 45195 | 51.84% |
| Total | 350682 | | | 49174 | 14.02% | 46627 | 13.30% | 88636 | 25.28% | 191358 | 54.57% |

**Ideal District Size**     **87671**

**Total Deviation\***     **1.05%**

| District | 18+_Pop | 18+_NH AP Black | % 18+_NH AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+_NH White | 18+_NH AP Black + 18+ Latino | % 18+_NH AP Black + 18+ Latino |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 66641 | 6714 | 10.07% | 16404 | 24.62% | 39306 | 58.98% | 23118 | 34.69% |
| 2 | 71389 | 9671 | 13.55% | 16431 | 23.02% | 41421 | 58.02% | 26102 | 36.56% |
| 2 | 64704 | 5101 | 7.88% | 14908 | 23.04% | 38952 | 60.20% | 20009 | 30.92% |
| 4 | 64648 | 12486 | 19.31% | 12416 | 19.21% | 35341 | 54.67% | 24902 | 38.52% |
| Total | 267382 | 33972 | 12.71% | 60159 | 22.50% | 155020 | 57.98% | 94131 | 35.20% |

| District | % NH DOJ Black | % Latino CVAP | % NH Whie CVAP | % NH DJ Black + Latino CVAP |
|---|---|---|---|---|
| 1 | 10.68% | 21.60% | 65.05% | 32.28% |
| 2 | 14.29% | 20.58% | 62.43% | 34.87% |
| 3 | 9.38% | 19.00% | 64.03% | 28.38% |
| 4 | 18.18% | 15.32% | 61.65% | 33.50% |

Note: Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level 2016-2020 ACS estimates (with a survey midpoint of July 2018)

NH DOJ Black CVAP estimates include NH Single -race Black and 2 race counts for NH Black and White+NH Black

Source for CVAP disaggregation: Redistricting Data Hub

https://redistrictingdatahub.org/dataset/maryland-cvap-data-disaggregated-to-the-2020-block-level-2020/

COOPER EXHIBIT F-3A

User:

Plan Name: **2021 Enacted_Plan Galveston**

Plan Type: **Local**

## Contiguity Report

Sunday, December 18, 2022                                                3:11 PM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 1 | 1 |
| 2 | 1 |
| 3 | 1 |
| 4 | 1 |

COOPER EXHIBIT F-3B

User:

Plan Name: **2021 Enacted_Plan Galveston**

Plan Type: **Local**

# Communities of Interest (Condensed)

Sunday, December 18, 2022                                                                                                      3:15 PM

**Whole Town/City : 9**
**Town/City Splits: 17**
**Zero Population Town/City Splits: 1**

| District | Town/City | Population | % Pop | District | Town/City | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Bacliff | 9,677 | 100.00% | | | | |
| 1 | Clear Lake Shores | 1,258 | 100.00% | | | | |
| 1 | Dickinson | 4,149 | 19.90% | | | | |
| 1 | Kemah | 1,807 | 100.00% | | | | |
| 1 | League City | 30,575 | 27.33% | | | | |
| 1 | San Leon | 6,135 | 100.00% | | | | |
| 1 | Seabrook | 0 | 0.00% | | | | |
| 1 | Texas City | 31,421 | 60.54% | | | | |
| 2 | Bayou Vista | 1,763 | 100.00% | | | | |
| 2 | Bolivar Peninsula | 2,769 | 100.00% | | | | |
| 2 | Galveston | 53,695 | 100.00% | | | | |
| 2 | Hitchcock | 4,707 | 64.47% | | | | |
| 2 | Jamaica Beach | 1,078 | 100.00% | | | | |
| 2 | La Marque | 5,864 | 32.52% | | | | |
| 2 | Santa Fe | 8,105 | 63.64% | | | | |
| 2 | Texas City | 1,906 | 3.67% | | | | |
| 2 | Tiki Island | 1,106 | 100.00% | | | | |
| 3 | Dickinson | 7,034 | 33.74% | | | | |
| 3 | Friendswood | 11,004 | 36.08% | | | | |
| 3 | League City | 66,414 | 59.37% | | | | |
| 4 | Dickinson | 9,664 | 46.36% | | | | |
| 4 | Friendswood | 19,491 | 63.92% | | | | |
| 4 | Hitchcock | 2,594 | 35.53% | | | | |
| 4 | La Marque | 12,166 | 67.48% | | | | |
| 4 | League City | 14,876 | 13.30% | | | | |
| 4 | Santa Fe | 4,630 | 36.36% | | | | |
| 4 | Texas City | 18,571 | 35.78% | | | | |

COOPER EXHIBIT F-3C

User:

Plan Name: **2021 Enacted_Plan Galveston**

Plan Type: **Local**

## Political Subdivison Splits Between Districts

| Sunday, December 18, 2022 | 3:13 PM |
|---|---|

### Split Counts

Number of subdivisions split into more than one district:

| | | |
|---|---|---|
| County | 1 | |
| Voting District | 7 | |

Number of splits involving no population:

| | |
|---|---|
| County | 0 |
| Voting District | 3 |

Number of times a subdivision is split into multiple districts:

| | |
|---|---|
| County | 3 |
| Voting District | 7 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Galveston TX | | 1 | 87,689 |
| Galveston TX | | 2 | 87,697 |
| Galveston TX | | 3 | 88,111 |
| Galveston TX | | 4 | 87,185 |
| *Split  VTDs:* | | | |
| Galveston TX | 000227 | 2 | 5,227 |
| Galveston TX | 000227 | 4 | 0 |
| Galveston TX | 000258 | 2 | 1,387 |
| Galveston TX | 000258 | 4 | 2,247 |
| Galveston TX | 000263 | 3 | 10,220 |
| Galveston TX | 000263 | 4 | 2,311 |
| Galveston TX | 000336 | 1 | 1,494 |
| Galveston TX | 000336 | 4 | 4,588 |
| Galveston TX | 000341 | 3 | 4,544 |
| Galveston TX | 000341 | 4 | 0 |
| Galveston TX | 000471 | 3 | 4,599 |
| Galveston TX | 000471 | 4 | 0 |
| Galveston TX | 000490 | 1 | 1,618 |
| Galveston TX | 000490 | 3 | 6,074 |

**Maptitude**
For Redistricting

COOPER EXHIBIT F-3D

User:

Plan Name: **2021 Enacted_Plan Galveston**

Plan Type: **Local**

## Measures of Compactness Report

Sunday, December 18, 2022 | 3:12 PM

| | Reock | Polsby-Popper | Area/Convex Hull | Perimeter |
|---|---|---|---|---|
| Mean | 0.27 | 0.21 | 0.65 | |
| Min | 0.23 | 0.12 | 0.47 | |
| Max | 0.30 | 0.28 | 0.76 | |
| Std. Dev. | 0.04 | 0.07 | 0.13 | |
| Sum | | | | 395.40 |

| | Higher Number is Better | | | Lower Number is Better |
|---|---|---|---|---|
| District | Reock | Polsby-Popper | Area/Convex Hull | Perimeter |
| 1 | 0.30 | 0.28 | 0.76 | 70.74 |
| 2 | 0.24 | 0.21 | 0.71 | 194.27 |
| 3 | 0.23 | 0.12 | 0.47 | 57.27 |
| 4 | 0.29 | 0.22 | 0.67 | 73.12 |

COOPER EXHIBIT F-3D
# Measures of Compactness Report

2021 Enacted_Plan Galveston

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Perimeter** | The Perimeter test computes one number for the whole plan. If you are comparing several plans, the plan with the smallest total perimeter is the most compact. |