*NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness*

*July 16, 2026*

# EXHIBIT G

*Agenda Packet for the Galveston County Commissioners Court Meeting on May 28, 2026*



# GALVESTON COUNTY, TEXAS
# COMMISSIONERS COURT
# SPECIAL MEETING
# AGENDA

722 Moody
County Courthouse
Galveston, TX 77550
(409) 766-2244

| | | | | |
|---|---|---|---|---|
| Mark Henry<br>County Judge | Darrell Apffel<br>Commissioner, Precinct 1 | Joe Giusti<br>Commissioner, Precinct 2 | Hank Dugie<br>Commissioner, Precinct 3 | Robin Armstrong, MD<br>Commissioner, Precinct 4 |

**Thursday, May 28, 2026**          **3:00 PM**          **CALDER MEETING LOCATION**

**174 Calder Rd., Room 100**
**League City, Texas 77573**
**SPECIAL MEETING**

CONSENT AGENDA: ALL ITEMS MARKED WITH A SINGLE ASTERISK (*) ARE PART OF THE CONSENT AGENDA AND REQUIRE NO DELIBERATION BY THE COMMISSIONERS COURT. ANY COMMISSIONERS COURT MEMBER MAY REMOVE AN ITEM FROM THIS AGENDA TO BE CONSIDERED SEPARATELY.

In accordance with the provisions of the Americans with Disabilities Act (ADA), persons in need of a special accommodation to participate in this proceeding shall, within three (3) days prior to any proceeding contact the County Judge's office at 722 Moody, Galveston, Texas 77550 (409) 766-2244.

## Call to Order

## Public Comment

## Consent Agenda

**\*1.**  Consideration of approval of nomination(s) to the Gulf Coast Workforce Board submitted by Commissioner, Precinct 3

Consideration of approval of the following budget amendment submitted by Professional Services:

**\*2.**  26-122-0528-A
Veteran Services- Request transfer from General Fund - Budgeted Reserves to Veteran's Services - Various Spend Categories to fund personnel adjustment

## Action Agenda

## <u>General Counsel</u>

**a.**      **Break into Executive Session:**

**b.**      **Executive Session:**

Texas Government Code Section 551.071, Consultation with Attorney: the Commissioners Court will enter into an executive session as permitted under the Texas Open Meetings Act, Chapter 551 of the Texas Government Code, pursuant to Section 551.071 of the Government Code to seek the advice of its attorney about pending or contemplated litigation, a settlement offer, or on a matter in which the duty of the attorney to the County under the Texas Disciplinary Rules of Professional Conduct of the State Bar of Texas clearly conflicts with the Open Meetings Act relating to the following item:

**Commissioners Court Special**         **AGENDA**         **May 28, 2026**
**Meeting**

**b.3.**    Cause No. 3:22-CV-0057; Honorable Terry Petteway et al vs. Galveston County, TX et al, in the United States District Court for the Southern District of Texas, Galveston Division

**c.**      **Reconvene into Special Meeting**

**Adjourn**

## Appearances before Commissioners Court

A speaker whose subject matter as submitted relates to an identifiable item of business on this agenda will be requested by the County Judge or other presiding court members to come to the podium where they will be limited to three minutes (3). A speaker whose subject matter as submitted does not relate to an identifiable item of business on this agenda will be limited to three minutes (3) and will be allowed to speak before the meeting is adjourned. Please arrive prior to the meeting and sign in with the County Clerk.

## Executive Sessions

The Galveston County Commissioners Court may recess into closed meeting (Executive Session) on any item listed on this agenda if the Executive Session is authorized under the Open Meetings Act pursuant to one or more the following exceptions: Tex. Gov't Code §§ 551.071 (consultation with attorney), 551.072 (deliberation regarding real property), 551.073 (deliberation regarding a prospective gift or donation), 551.074 (personnel matters), 551.0745 (personnel matters affecting County advisory body), 551.076 (deliberation regarding security devices or security audits), and/or 551.087 (deliberations regarding economic development negotiations). The Presiding Officer of the Commissioners Court shall announce the basis for the Executive Session prior to recessing into Executive Session. However, the Commissioners Court may only enter into the Executive Session on any agenda item for which a separate Executive Session has not been separately posted if, prior to conducting the Executive Session, a majority of the Commissioners Court votes to go into Executive Session. This motion requirement does not apply to any agenda item that has been previously noticed to constitute or include an Executive Session.

***



# GALVESTON COUNTY, TEXAS
# COMMISSIONERS COURT

722 Moody
County Courthouse
Galveston, TX 77550
(409) 766-2244

## *1.

Consideration of approval of nomination(s) to the Gulf Coast Workforce Board submitted by Commissioner, Precinct 3

### Approval History

| Seq # | Approver | Action | Action Date |
|---|---|---|---|
| 1 | Dianna Martinez | Approve | 5/4/26  4:26 pm |

### History of Legislative File

| Ver. | Acting Body | Date | Action | Sent To | Due Date | Return Date | Result |
|---|---|---|---|---|---|---|---|
| 1 | Commissioners Court | 05/11/2026 | deferred | Commissioners Court | | | |

**Action  Text:** (NO ACTION TAKEN)

3



# GALVESTON COUNTY, TEXAS

## COMMISSIONERS COURT

### *2.

722 Moody
County Courthouse
Galveston, TX 77550
(409) 766-2244

---

26-122-0528-A

Veteran Services- Request transfer from General Fund - Budgeted Reserves to Veteran's Services
- Various Spend Categories to fund personnel adjustment



View Budget Amendment: Budget
Amendment: FY2026 - Annual Budget Detail
on 05/29/2026 : BAT-0000687

| | |
|---|---|
| Company | The County of Galveston |
| Plan Template | Annual Budget Detail : FY26 Amended Budget |
| Plan | FY26 Amended Budget |
| Organizing Dimension Type | |
| Amendment ID | BAT-0000687 |
| Amendment Date | 05/29/2026 |
| Description | 26-122-0529-A; Request transfer from General Fund - Budgeted Reserves to Veteran's Services - Various Spend Categories to fund personnel adjustment. |
| Amendment Type | Budget Transfer |
| Balanced Amendment | Yes |
| Entry Type | Amended |
| Status | In Progress |

Budget Amendment Entries

| Period | *Ledger Account/Summary | *Cost Center | *Fund | Revenue Category | Spend Category | Program | Project | Debit Amount | Credit Amount | Memo | Exceptions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FY2026 Annual (FY26 Amended Budget) | 5155000:Unemployment | 117500 Veteran's Services | 1101 General Fund | | Unemployment Compensation | | | $3.00 | $0.00 | Request transfer from General Fund - Budgeted Reserves to Veteran's Services - Various Spend Categories to fund personnel adjustment. | |
| FY2026 Annual (FY26 Amended Budget) | 5154000:Deferred Compensation Plan | 117500 Veteran's Services | 1101 General Fund | | Alternate Plan | | | $189.00 | $0.00 | Request transfer from General Fund - Budgeted Reserves to Veteran's Services - Various Spend Categories to fund personnel adjustment. | |

5



### View Budget Amendment: Budget
### Amendment: FY2026 - Annual Budget Detail
### on 05/29/2026 : BAT-0000687

03:53 PM
05/21/2026
Page 2 of 3

| Period | *Ledger Account/Summary | *Cost Center | *Fund | Revenue Category | Spend Category | Program | Project | Debit Amount | Credit Amount | Memo | Exceptions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FY2026 Annual (FY26 Amended Budget) | 5153000:Pension | 117500 Veteran's Services | 1101 General Fund | | Pension | | | $286.00 | $0.00 | Request transfer from General Fund - Budgeted Reserves to Veteran's Services - Various Spend Categories to fund personnel adjustment. | |
| FY2026 Annual (FY26 Amended Budget) | 5152000:Payroll Tax Expense | 117500 Veteran's Services | 1101 General Fund | | Medicare FICA payments | | | $35.00 | $0.00 | Request transfer from General Fund - Budgeted Reserves to Veteran's Services - Various Spend Categories to fund personnel adjustment. | |
| FY2026 Annual (FY26 Amended Budget) | 5100000:Salaries and Wages | 117500 Veteran's Services | 1101 General Fund | | Salaries and Wages | | | $2,405.00 | $0.00 | Request transfer from General Fund - Budgeted Reserves to Veteran's Services - Various Spend Categories to fund personnel adjustment. | |
| FY2026 Annual (FY26 Amended Budget) | 5930000:Reserves - Other | 920180 Fund Balance Reserves | 1101 General Fund | | Budgeted Reserves | | | $0.00 | $2,918.00 | Request transfer from General Fund - Budgeted Reserves to Veteran's Services - Various Spend Categories to fund personnel adjustment. | |

Veteran's Services Personnel Breakdown.pdf

|  |  |
|---|---|
| **File Name** | Veteran's Services Personnel Breakdown.pdf |
| **Content Type** | application/pdf |
| **Updated By** | Lee Clemmer |
| **Upload Date** | 05/21/2026 01:45:22 PM |
| **Comment** | |

View Budget Amendment: Budget
Amendment: FY2026 - Annual Budget Detail
on 05/29/2026 : BAT-0000687

03:53 PM
05/21/2026
Page 3 of 3

Process History

| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Budget Amendment Event | Budget Amendment Event | Step Completed | 05/21/2026 01:45:24 PM | 05/22/2026 | Lee Clemmer | 1 | |
| Budget Amendment Event | Approval by Budget Specialist | Approved | 05/21/2026 01:46:29 PM | | Rodolfo Gomez (Budget Specialist) | 1 | |
| Budget Amendment Event | Approval by Sponsored Programs Manager | Not Required | | 05/22/2026 | | 0 | |
| Budget Amendment Event | Approval by Accounting Operations Lead or Payroll Accountant | Approved | 05/21/2026 01:53:57 PM | | Lauren Swift (Payroll Accountant) | 1 | |
| Budget Amendment Event | Approval by Cost Center Manager | Approved | 05/21/2026 02:43:18 PM | 05/23/2026 | Cassie Gibson (Cost Center Manager) | 1 | |
| Budget Amendment Event | Approval by Budget Manager | Approved | 05/21/2026 03:52:15 PM | 05/23/2026 | Diana Huallpa Trevino (Budget Manager) | 1 | |
| Budget Amendment Event | Approval by Finance Executive | Awaiting Action | | 05/23/2026 | Christie Motogbe (Finance Executive) | 2 | |
| | | | | | Sergio Cruz (Finance Executive) | | |

| Department Name: | Fund Cost Center: |
|---|---|
| Veteran's Services | 1101117500 |

| Current Position Title | PSN | Current Salary | Requested Position Title | New Salary | Change in Salary | Comment |
|---|---|---|---|---|---|---|
| Assistant Veterans Service Officer (G-112) | 1175000003 | $52,976.00 | Assistant Veterans Service Officer (G-117) | $60,000.00 | $7,024.00 | Reclassification |
| | | $ 52,976.00 | | $ 60,000.00 | $ 7,024.00 | |

| | |
|---|---|
| Start Date | 5/29/2026 |
| End of Fiscal Year | 9/30/2026 |
| Net Work Days | 89 |

| Object Code Name | Object Code Account | FY26 Prorated Amounts |
|---|---|---|
| Salary | 5100000 | 2,405.00 |
| County Paid Health Ins Premium | 5151000 | - |
| Medicare FICA Payments | 5152000 | 35.00 |
| TCDRS | 5153000 | 286.00 |
| Worker's Compensation | 5156000 | - |
| Alternate Plan | 5154000 | 189.00 |
| Unemployment | 5155000 | 3.00 |
| FY 2026 Fiscal Impact | | 2,918.00 |

| FY 2027 Fiscal Impact |
|---|
| 8,520.00 |

8



# GALVESTON COUNTY, TEXAS
## COMMISSIONERS COURT
### b.3.

722 Moody
County Courthouse
Galveston, TX 77550
(409) 766-2244

Cause No. 3:22-CV-0057; Honorable Terry Petteway et al vs. Galveston County, TX et al, in the United States District Court for the Southern District of Texas, Galveston Division

9