*NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness*

*July 16, 2026*

# EXHIBIT H

*Meeting Minutes from the Galveston County Commissioners Court Meeting on May 28, 2026*

## MINUTES

BE IT REMEMBERED, That on May 28, 2026, Commissioners Court of Galveston County, Texas, met at a special meeting with the following present:

Mark Henry, County Judge

Darrell A. Apffel, Commissioner Precinct 1

Joe Giusti, Commissioner Precinct 2

Hank Dugie, Commissioner Precinct 3

Robin Armstrong, MD, Commissioner Precinct 4 - Absent

Dwight D. Sullivan, County Clerk by Melissa A. Childs, Deputy

## CALL TO ORDER

Call to Order by Judge Henry at 3:00 P.M. at the Calder Annex.

## PUBLIC COMMENT

No public comment.

## CONSENT AGENDA

**\*1.**    Consideration of approval of nomination(s) to the Gulf Coast Workforce Board submitted by Commissioner, Precinct 3

**Attachments:** 1

Consideration of approval of the following budget amendment submitted by Professional Services:

**\*2.**    26-122-0528-A
Veteran Services- Request transfer from General Fund - Budgeted Reserves to Veteran's Services - Various Spend Categories to fund personnel adjustment

**Attachments:** BA 26-122-0528-A

Motion to approve consent agenda items 1-2 by County Judge Henry, seconded by Commissioner Apffel.

Passed: 4 - 0

**Aye:**      County Judge Henry, Commissioner Apffel, Commissioner Giusti, Commissioner Dugie
**Nay:**      None
**Absent:**   Commissioner Armstrong

## ACTION AGENDA

**General Counsel**

**a.      BREAK INTO EXECUTIVE SESSION:**

Break into Executive Session at 3:01 P.M.

**b.      EXECUTIVE SESSION:**

Texas Government Code Section 551.071, Consultation with Attorney: the Commissioners Court will enter into an executive session as permitted under the Texas Open Meetings Act, Chapter 551 of the Texas Government Code, pursuant to Section 551.071 of the Government Code to seek the advice of its attorney about pending or contemplated litigation, a settlement offer, or on a matter in which the duty of the attorney to the County under the Texas Disciplinary Rules of Professional Conduct of the State Bar of Texas clearly conflicts with the Open Meetings Act relating to the following item:

**b.3.**    Cause No. 3:22-CV-0057; Honorable Terry Petteway et al vs. Galveston County, TX et al, in the United States District Court for the Southern District of Texas, Galveston Division

**c.      RECONVENE INTO SPECIAL MEETING**

Reconvene into Special Meeting at 3:43 P.M.

**ADJOURN**

Commissioners Court adjourned at 3:43 P.M. on Thursday, May 28, 2026.