*NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness*

*July 16, 2026*

# EXHIBIT I

*Agenda Packet for the Galveston County Commissioners Court Meeting on June 29, 2026*



# GALVESTON COUNTY, TEXAS
# COMMISSIONERS COURT
# SPECIAL MEETING
# AGENDA

722 Moody
County Courthouse
Galveston, TX 77550
(409) 766-2244

| Mark Henry | Darrell Apffel | Joe Giusti | Hank Dugie | Robin Armstrong, MD |
|---|---|---|---|---|
| County Judge | Commissioner, Precinct 1 | Commissioner, Precinct 2 | Commissioner, Precinct 3 | Commissioner, Precinct 4 |

**Monday, June 29, 2026**      **9:30 AM**      **CALDER MEETING LOCATION**

**174 Calder Rd., Room 100**
**League City, Texas 77573**

**SPECIAL MEETING**

CONSENT AGENDA: ALL ITEMS MARKED WITH A SINGLE ASTERISK (*) ARE PART OF THE CONSENT AGENDA AND REQUIRE NO DELIBERATION BY THE COMMISSIONERS COURT. ANY COMMISSIONERS COURT MEMBER MAY REMOVE AN ITEM FROM THIS AGENDA TO BE CONSIDERED SEPARATELY.

In accordance with the provisions of the Americans with Disabilities Act (ADA), persons in need of a special accommodation to participate in this proceeding shall, within three (3) days prior to any proceeding contact the County Judge's office at 722 Moody, Galveston, Texas 77550 (409) 766-2244.

**Call to Order**

**Public Comment**

**Action Agenda**

**County Judge**

1. Consideration of an order establishing new commissioners, constables, and justices of the peace precinct boundaries

**Adjourn**

### Appearances before Commissioners Court

A speaker whose subject matter as submitted relates to an identifiable item of business on this agenda will be requested by the County Judge or other presiding court members to come to the podium where they will be limited to three minutes (3). A speaker whose subject matter as submitted does not relate to an identifiable item of business on this agenda will be limited to three minutes (3) and will be allowed to speak before the meeting is adjourned. Please arrive prior to the meeting and sign in with the County Clerk.

**Commissioners Court Special Meeting**                   **AGENDA**                   **June 29, 2026**

### Executive Sessions

The Galveston County Commissioners Court may recess into closed meeting (Executive Session) on any item listed on this agenda if the Executive Session is authorized under the Open Meetings Act pursuant to one or more the following exceptions:  Tex. Gov't Code §§ 551.071 (consultation with attorney), 551.072 (deliberation regarding real property), 551.073 (deliberation regarding a prospective gift or donation), 551.074 (personnel matters), 551.0745 (personnel matters affecting County advisory body),  551.076 (deliberation regarding security devices or security audits),  and/or 551.087 (deliberations regarding economic development negotiations).  The Presiding Officer of the Commissioners Court shall announce the basis for the Executive Session prior to recessing into Executive Session.  However, the Commissioners Court may only enter into the Executive Session on any agenda item for which a separate Executive Session has not been separately posted if, prior to conducting the Executive Session, a majority of the Commissioners Court votes to go into Executive Session.  This motion requirement does not apply to any agenda item that has been previously noticed to constitute or include an Executive Session.

***



# GALVESTON COUNTY, TEXAS
# COMMISSIONERS COURT

722 Moody
County Courthouse
Galveston, TX 77550
(409) 766-2244

## 1.

Consideration of an order establishing new commissioners, constables, and justices of the peace precinct boundaries

### Approval History

| Seq # | Approver | Action | Action Date |
|---|---|---|---|
| 1 | Veronica Van Horn | Approve | 6/23/26  10:32 am |
| 2 | Dianna Martinez | Approve | 6/23/26  12:10 pm |

3

**GALVESTON COUNTY COMMISSIONERS COURT**
**ORDER ESTABLISHING NEW COMMISSIONER, CONSTABLES, AND JUSTICES OF THE PEACE PRECINCT BOUNDARIES**

On this, the 29th day of June 2026, the Commissioners Court of Galveston County, Texas, convened a specially scheduled meeting with the following members thereof present

        Mark A. Henry, County Judge
        Darrell Apffel, County Commissioner, Precinct No. 1
        Joe Giusti, County Commissioner, Precinct No. 2
        Hank Dugie, County Commissioner, Precinct No. 3
        Robin Armstrong, MD, County Commissioner, Precinct No. 4

  When the following proceedings were had, to wit:

> An Order approving a redistricting plan for Galveston County Commissioners' Court Precincts (Districts)

**WHEREAS,** pursuant to the Constitution and Laws of the State of Texas, and other laws, the Galveston County Commissioners' Court desires to divide the Commissioners, Constables, and Justices of the Peace Precinct Boundaries; and,

**WHEREAS,** the Galveston County Commissioners' Court has determined that the interests of the people of the county are best served by changing the existing Commissioners, Constables, and Justices of the Peace Precinct Boundaries; and,

**NOW, THEREFORE, BE IT ORDERED BY THE COMMISSIONERS' COURT OF GALVESTON COUNTY, TEXAS,** that Commissioners, Constables, and Justices of the Peace Precincts are hereby composed as depicted on the attached map, affixed hereto as "Exhibit A," and fully adopted and incorporated in this Order. It is further ordered by the Court that this Redistricting Order shall take effect immediately.

Upon the Motion of _____ and **Seconded by** _____ the above Redistricting Plan, passed with _____ votes in favor thereof and _____ votes against.

**Passed** and **approved** this _____ day of June, 2026

Galveston County                                     Attest:

_____            _____
Mark Henry, County Judge                     Dwight D. Sullivan, County Clerk

4



# Galveston_Final2 (Proposed Commissioner & JP Precincts)

**EXHIBIT A**

**Legend**

Galveston_Final2 (Proposed Commissioner & JP Precincts)

Miles
0    2.5    5    10    15    20

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community



Case 3:22-cv-00057  Document 379  Filed 12/16/23 in TXSD  Page 7 of 12



**Legend**

Galveston_Final2 (Proposed Commissioner & JP Precincts)

Miles
0   1   2       4       6       8

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community



# Galveston_Final2 (Proposed Commissioner & JP Precincts)

Case 3:22-cv-00057 Document 1-24 Filed on 02/25/22 in TXSD Page 9 of 12

**Legend**

◻ Galveston_Final2 (Proposed Commissioner & JP Precincts)

0   1.5   3   6   9   12   Miles

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community



# Galveston_Final2 (Proposed Commissioner & JP Precincts)

## Legend

Galveston_Final2 (Proposed Commissioner & JP Precincts)

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community

# Galveston_Final2 (Proposed Commissioner & JP Precincts)



**Legend**

Galveston_Final2 (Proposed Commissioner & JP Precincts)

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community



Case 3:22-cv-00057   Document 317-9   Filed 07/16/26 in TXSD   Page 12 of 12

## Legend

▭ Galveston_Final2 (Proposed Commissioner & JP Precincts)

Miles
0   1   2   4   6   8

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community