*NAACP/LULAC Plaintiffs' Response to Defendants' Suggestion of Mootness*

*July 16, 2026*

# EXHIBIT J

*Meeting Minutes from the Galveston County Commissioners Court Meeting on June 29, 2026*

**MINUTES**

BE IT REMEMBERED, That on June 29, 2026, Commissioners Court of Galveston County, Texas, met at a special meeting with the following present:

Mark Henry, County Judge

Darrell A. Apffel, Commissioner Precinct 1

Joe Giusti, Commissioner Precinct 2

Hank Dugie, Commissioner Precinct 3

Robin Armstrong, MD, Commissioner Precinct 4

Dwight D. Sullivan, County Clerk by Melissa Childs, Deputy

## CALL TO ORDER

Call to Order by Judge Henry at 9:30 A.M. at the Calder Annex.

## PUBLIC COMMENT

Mae Francis, Maleia Brooks, Rev. William Randall, Jr., Diane Merchant, Minister Kathy Bell, Deborah Warren, Robert R. A. Maddox, Sr., Judy Brown, Gretchen L. Mason, Linda Cobbs, Lisa Brown, Tierrishia Bell, William Sowell, Pastor Bradley Hale, Sr., Dr. W. H. King III, Winifred Gilmore, Frances King, Brittany Payne, Imran Kasam, Maria Tripovich (departed prior to the conclusion of public comment), Barbara Rice Anders, Lucille McGaskey, Rev. Timothy Allen, Jeanne Reed, Rev. Mark Davis, Dr. Edna Courville, Elizabeth Lewis, Gerald Wilson, Linda Alexander, Elizabeth Protas, Shannon Dicley, Sharon B. Lewis, Callie Liles, Sarah Ditgen, Kathleen Buckley, Tamy Gary, Roderick Cunningham, Barbara Meeks, Phil Mercado, Maryanne Delgado, Lucretia Henderson-Lofton, Ursula Burns, W. Brad Boney, Sade Williams, Leah Fanuiel, Chad Rankin, Samuel Collins III, Robert Quintero, Tracie Steans, Nakisha Paul, and Billy A. Williams, Jr. addressed the Court.

Additionally, written public comments were submitted via email by Bridget Duran, Dede Griffin, and Marica.

## ACTION AGENDA

## County Judge

1.	Consideration of an order establishing new commissioners, constables, and justices of the peace precinct boundaries

	**Attachments:** 1

Motion to approve by County Judge Henry, seconded by Commissioner Dugie that the above action be taken by the Court.

Passed: 5-0

**Aye:**     County Judge Henry, Commissioner Apffel, Commissioner Giusti, Commissioner Dugie, Commissioner Armstrong

**Nay:**     None

## ADJOURN

Commissioners Court adjourned at 11:36 A.M. on Monday, June 29, 2026.