

**EXHIBIT 1**

# COUNTY OF GALVESTON

On this the 8th day of June, 2026, the **Commissioners' Court of Galveston County, Texas** convened in a regularly scheduled meeting with the following members thereof present:

> **Mark Henry, County Judge**
> **Darrell A. Apffel, Commissioner, Precinct No. 1**
> **Joe Giusti, Commissioner, Precinct No. 2**
> **Hank Dugie, Commissioner, Precinct No. 3**
> **Robin Armstrong, MD, Commissioner, Precinct No. 4; and**
> **Dwight D. Sullivan, County Clerk**

when the following proceedings, among others, were had, to-wit:

**Whereas,** the Commissioners Court has the lawful responsibility under Tex. Const. Art. V, § 18 to draw precinct boundaries for each Justice of the Peace, Constable, and County Commissioner; and

**Whereas,** after the publication of the 2020 census, on November 12, 2021, Galveston County redrew County Commissioner precincts; and

**Whereas,** Galveston County never revised its Justice of the Peace and Constable precinct boundaries based on the 2020 census; and

**Whereas,** redistricting litigation has been pervasive in Galveston County and nationwide following the 2020 census; and

**Whereas,** in *Louisiana v. Callais*, No. 24-109, 608 U.S. _____ (2026), the Supreme Court of the United States recently clarified applicable federal redistricting law, and

**Whereas,** partisan election results across Galveston County have continued to evolve since 2021.

**Now, Therefore, Be It Resolved,** that the **Commissioners' Court of Galveston County, Texas** intends to reexamine precinct boundaries for Justices of the Peace, Constables, and County Commissioners on the basis of:

1. Compliance with applicable law; and
2. The 2020 census results; and
3. Improving partisan performance in favor of Republican candidates.

**Upon Motion Duly Made and Seconded**

Attest:    County of Galveston, Texas

By:

_____    _____
Dwight D. Sullivan, County Clerk    Mark A. Henry, County Judge

_____    _____
Darrell A. Apffel, Comm., Pct. #1    Hank Dugie, Comm., Pct. #3

**Absent**    **Absent**
_____    _____
Joe Giusti, Comm., Pct. #2    Robin Armstrong, MD, Comm., Pct. #4