**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| THE HONORABLE TERRY PETTEWAY, DERRECK ROSE, and PENNY POPE,<br><br>*Plaintiffs*,<br><br>v.<br><br>GALVESTON, TEXAS, and THE HONORABLE MARK HENRY, in his official capacity as Galveston County Judge,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-57<br>[Lead Consolidated Case] |

**PETTEWAY PLAINTIFFS' NOTICE REGARDING PETITION FOR WRIT OF MANDAMUS**

The Petteway Plaintiffs notify the Court that on Friday, August 14, 2026, the Texas Supreme Court issued an order denying the petition for a writ of mandamus in *In re Rose*, No. 26-0843, "without prejudice and without regard to the merits of Relators' arguments. The matter should first be presented to a lower court. (Justice Hawkins not participating)." Accordingly, Relators have filed their emergency petition for a writ of mandamus with the Fourteenth Court of Appeals, where it has been assigned Case No. 14-26-00839-CV.

Respectfully submitted this 17th day of August 2026.

/s/ Valencia Richardson
Valencia Richardson*
Mark P. Gaber*
Simone Leeper*
Alexandra Copper*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
vrichardson@campaignlegal.org
mgaber@campaignlegal.org
sleeper@campaignlegal.org
acopper@campaignlegal.org

Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

Bernadette Reyes*
Sonni Waknin*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
bernadette@uclavrp.org
sonni@uclavrp.org

Neil G. Baron
Law Office of Neil G. Baron
4903 27th Street
Dickinson, TX 77573
(281) 534-2748
neil@ngbaronlaw.com

**Admitted pro hac vice*

*Counsel for Petteway Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2026, the foregoing document was filed electronically and served on all parties of record via CM/ECF, and that the document complies with the page limitations set out by the Court.

/s/ Valencia Richardson
Valencia Richardson